AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Falls Lake National Insurance Company ) <br> *Plaintiff* ) <br> v. ) <br> Kalnitech Construction Corp., et al. ) <br> *Defendant* ) | Case No. 22-cv-01473 (KAM) (PK) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Stalin Rodrigo Reyes Espinoza

Date: 12/13/2022

/s/ Jonathan A. Dachs
*Attorney's signature*

Jonathan A. Dachs, Esq. (1897248)
*Printed name and bar number*

61 Broadway, Suite 2220
New York, New York 10006

*Address*

jdachs@shaynedachs.com
*E-mail address*

212 201-0793
*Telephone number*

n/a
*FAX number*