

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
_____

*ALSO ADMITTED IN NEW JERSEY
▫ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
LOUISE FASANO
ANNE P. EDELMAN
ABRAHAM WARMBRAND
LAURA ALTO
_____
ASSOCIATES
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
MICHAEL R. SEIDON
ANDRÉ S. HAYNES

WRITER'S E-MAIL:
SVERVENIOTIS@MSSSV.COM

WRITER'S DIRECT DIAL:
(516) 741-8488

December 15, 2022

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

      Re: Falls Lake v. Kalnitech Construction Corp. et. al.
         Docket No: 1:22-cv-01473-KAM-PK
         Our File No: 19-208

Dear Judge Kuo,

  We represent the plaintiff, Falls Lake National Insurance Company ("Falls Lake"), in this action. I write today, to submit a revised joint proposed discovery plan as directed in Your Honor's Order of December 13, 2022.

        Respectfully submitted,
        **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

        s/Steven Verveniotis

        Steven Verveniotis

cc:  All Counsel Via ECF

Case Name: Falls Lake v. Kalnitech Construction Corp., et al.  Case Number: 22-cv-01473 (KAM)(PK)

| PROPOSED DISCOVERY PLAN/SCHEDULING ORDER | | | |
|---|---|---|---|
| | DONE | NOT APPLICABLE | DATE |
| **A. ACTIONS REQUIRED BEFORE THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | January 17, 2023 |
| 2. Rule 26(a)(1) disclosures exchanged | | | January 30, 2023 |
| 3. Requested: | | | |
|     a. Medical records authorization | | X | |
|     b. Section 160.50 releases for arrest records | | X | |
|     c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | X | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | X | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | February 15, 2023 |
| 2. Defendant to make settlement offer | | | March 15, 2023 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | April 17, 2023 |
| 4. Settlement Conference (proposed date) | | | April 17, 2023 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | X | |
| 2. Initial documents requests and interrogatories | | | January 17, 2023 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | March 15, 2023 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | April 17, 2023 |

| | | | |
|---|---|---|---|
| 5. Expert discovery (only if needed) | | | *Check here if not applicable* |
| Plaintiff expert proposed field(s) of expertise: | N/A | | |
| Defendant expert proposed field(s) of expertise: | N/A | | |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due | | X | |
| b. Rebuttal expert reports due | | X | |
| c. Depositions of experts to be completed | | X | |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | April 16, 2023 |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | April 30, 2023 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | April 28, 2023 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | May 30, 2023 |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | Yes<br>No **X** |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | Yes<br>No **X** |

## E.  COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | N/A |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____        _____
**PEGGY KUO**                                             **Date**
United States Magistrate Judge

Rev. 11-03-20