

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA*<br>STEVEN VERVENIOTIS<br>ONDINE SLONE<br>RICHARD S. SKLARIN°<br>MAURIZIO SAVOIARDO<br>ANDREW B. KAUFMAN±<br>LAWRENCE S. WASSERMAN* | THE ESPOSITO BUILDING<br>240 MINEOLA BOULEVARD<br>MINEOLA, NY 11501<br>TEL   (516) 741-7676<br>FAX   (516) 741-9060<br><br>WWW.MSSSV.COM | SENIOR COUNSEL<br>LOUISE FASANO<br>ABRAHAM WARMBRAND<br>LAURA ALTO<br>GABRIELLA CAMPIGLIA<br><br>ASSOCIATES<br>RICHARD B. EPSTEIN<br>CHRISTOPHER J. LAMPERT* |
| *ALSO ADMITTED IN NEW JERSEY<br>±ALSO ADMITTED IN DISTRICT OF COLUMBIA<br>° RESIDENT IN WESTCHESTER | BRANCH OFFICES:<br>WESTCHESTER, NY<br>NEW YORK, NY<br>WOODBRIDGE, NJ | BRANDON H. DORMAN<br>MICHAEL R. SEIDON<br>ANDRÉ S. HAYNES<br>JOSHUA A. SCERBO° |

**WRITER'S E-MAIL:**
SVERVENIOTIS@MSSSV.COM

March 14, 2023

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

          Re:    Falls Lake v. Kalnitech Construction Corp. et. al.
                Docket No:    1:22-cv-01473-KAM-PK
                Our File No: 19-208

Dear Judge Kuo,

     I represent the plaintiff, Falls Lake National Insurance Company ("Falls Lake"), in this action, and I write today, to supplement yesterday's submission of a letter motion to extend discovery to inform the Court that Mr. Dachs also consents.  The delay was that unfortunately, his mother died last week and he was not able to respond to our requests until later in the day yesterday.

                                     Respectfully submitted,
                                      **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                                       /S/ Steven Verveniotis

                                       Steven Verveniotis

cc:  All Counsel Via ECF