UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                                          Plaintiff,              Case No.1:22-cv-01473-KAM-PK

    -against-

                                                              **STIPULATION**

KALNITECH CONSTRUCTION CORP.,
DAVS CONSTRUCTION CORP. LLC,
STALIN RODRIGO REYES ESPINOZA,
and ASK ELECTRICAL CONTRACTING
CORP.,

                                          Defendants.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties to the above-referenced matter, that the "Answer to Amended Complaint for Declaratory Judgment" dated December 27, 2022, filed by Defendant Stalin Rodrigo Reyes Espinoza, shall and the same shall hereby be amended, upon the written consent of the parties heretofore given, to replace the original content of paragraph "Fourth" thereof with the following amended content:

"Admits the allegation contained in the Amended Complaint marked "4," that Mr. Espinoza resided at 151 Avenue O, Apt. 3B, Brooklyn, New York 11204 at the time of the subject accident, but denies that he lives at that address at the present time and notes that he currently resides at 32-22 55th Street, Woodside, New York 11377."

This Stipulation may be executed in counterparts, and facsimile or electronic signatures shall be treated as originals.

Dated: New York, New York
        March 7, 2023

JONATHAN A. DACHS, ESQ./SHAYNE, DACHS

_____
By: Jonathan A. Dachs, Esq.
Attorney for Defendant Espinoza
61 Broadway, Suite 2220
New York, New York 10006
917 703-3990
jdachs@shaynedachs.com


MIRANDA SLONE SKLARIN VERVENIOTIS LLP

_____
By: Steven Verveniotis, Esq.
Attorneys for Plaintiff, Falls Lake
240 Mineola Blvd. – The Esposito Building
Mineola, New York 11501
516 741-7676
sverveniotis@msssv.com
bdorman@msssv.com


SACCO & FILLAS LLP

_____
By: Morris J. Schlaf, Esq. or Luigi Brandimarte, Esq. or Shira Biegacz, Esq.
Attorneys for Defendant Kalnitech
31-19 Newtown Avenue, 7th Floor
Astoria, New York 11102
mschlaf@saccofillas.com
lbrandimarte@saccofillas.com
sbiegacz@saccofillas.com

2

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

By: Lynsay Dyszler, Esq.
Attorneys for Defendants DAVS Partners and ASK Electrical
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
ldyszler@milbermakris.com

3