UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

FALLS LAKE NATIONAL INSURANCE COMPANY,

                Plaintiff,

-against-

KALNITECH CONSTRUCTION CORP.,
DAVS PARTNERS LLC, STALIN RODRIGO
REYES ESPINOZA and ASK ELECTRICAL
CONTRACTING CORP.,

                Defendants.

---------------------------------------------------------------------------X

Civil Action Case No.
1:22-cv-1473 -(KAM)(PK)

**NOTICE OF APPEARANCE**

COUNSELORS:

PLEASE TAKE NOTICE, that the Defendants, DAVS PARTNERS LLC and ASK ELECTRICAL CONTRACTING CORP., hereby appear in the above-entitled action, and that the undersigned has been retained as attorneys for said Defendants.

Dated: Woodbury, New York
      April 24, 2023

                MILBER MAKRIS PLOUSADIS
                & SEIDEN, LLP

By:   *Sarah M. Ziolkowski*
      Sarah M. Ziolkowski (SZ 1220)
      DAVS PARTNERS LLC and
      ASK ELECTRICAL
      CONTRACTING CORP.
      1000 Woodbury Road, Suite 402
      Woodbury, New York 11797
      (516) 712-4000
      File No.: 532-22715
      sziolkowski@milbermakris.com

TO:    Steven Verveniotis, Esq.
MIRANDA SLONE SKLARIN VERVENIOTIS
Attorneys for Plaintiff
FALLS LAKE NATIONAL INSURANCE COMPANY
240 Mineola Boulevard
The Esposito Building
Mineola, NY 11501
(516) 741-7676
File No.: 19-208
sverveniotis@msssv.com

Morris J. Schlaf, Esq.
Luigi Brandimarte, Esq.
SACCO & FILLAS LLP
Attorney for Defendant
KALNITECH CONSTRUCTION CORP.
31-19 Newtown Avenue, 7th Floor
Astoria, NY 11102
(718) 269-2226
mschlaf@saccofillas.com
lbrandimarte@saccofillas.com

Jonathan A. Dachs, Esq.
SHAYNE, DACHS, SAUER & DACHS, LLP
Attorneys for Defendant
STALIN RODRIGO REYES ESPINOZA
61 Broadway, Suite 2220
New York, NY 10006
(212) 201-0793
jdachs@shaynedachs.com