# EXHIBIT N

# EXHIBIT "A"

# EXHIBIT "A"

Page 1

1

2      SUPREME COURT OF THE STATE OF NEW YORK

3              COUNTY OF KINGS

4      - - - - - - - - - - - - - - - - - - - -x

5      STALIN RODRIGO REYES ESPINOZA,

6                          Plaintiff,

7              -against-

8      DAVS PARTNERS LLC AND KALNITECH
       CONSTRUCTION COMPANY,

9

                          Defendants.

10

       - - - - - - - - - - - - - - - - - - - -x

11

                    Veritext Virtual

12

                    November 17, 2021

13                  12:11 p.m.

14

15        EXAMINATION BEFORE TRIAL of STALIN

16     RODRIGO REYES ESPINOZA, the Plaintiff in

17     the above-entitled action, held at the

18     above time and place, taken before Carol

19     Ellinghaus, a Notary Public of the State

20     of New York, pursuant to an Order and

21     stipulations between Counsel.

22

23              *      *      *

24

25

```
 1
 2   APPEARANCES:
 3      GORAYEB & ASSOCIATES, PC
                Attorneys for Plaintiff
 4              100 William Street, Ste. 1900
                New York, New York 10039
 5
        BY:   JARED TURCO, ESQ.
 6
 7      RICHMAN & LEVINE, PC
                Attorneys for Defendant
 8              Davs Partners, LLC
                666 Old Country Road
 9              Garden City, New York 11530
10      BY:   KETH RICHMAN, ESQ.
11
12      LAW OFFICE OF MICHAEL SWIMMER
                Attorneys for Defendant
13              Kalnitech Construction Company
                605 3rd Avenue, 9th Floor
14              New York, New York 10158
15      BY:   ROBERT BRIGANTIC, ESQ.
16      ALSO PRESENT:  Daniel Rodriguez,
                          Spanish Interpreter
17                        Nora Youmans,
                          Spanish Interpreter
18
                     *      *      *
19
20
21
22
23
24
25
```

Page 3

 1

 2                    STIPULATIONS

 3      IT IS HEREBY STIPULATED, by and among

 4   the attorneys for the respective parties

 5   hereto, that:

 6      All rights provided by the C.P.L.R.,

 7   and Part 221 of the Uniform Rules for the

 8   Conduct of Depositions, including the

 9   right to object to any question, except as

10   to form, or to move to strike any

11   testimony at this examination is reserved;

12   and in addition, the failure to object to

13   any question or to move to strike any

14   testimony at this examination shall not be

15   a bar or waiver to make such motion at,

16   and is reserved to, the trial of this

17   action.

18      This deposition may be sworn to by the

19   witness being examined before a Notary

20   Public other than the Notary Public before

21   whom this examination was begun, but the

22   failure to do so or to return the original

23   of this deposition to counsel, shall not

24   be deemed a waiver of the rights provided

25   by Rule 3116, C.P.L.R., and shall be

Page 4

1

2  controlled thereby.

3      The filing of the original of this

4  deposition is waived.

5      IT IS FURTHER STIPULATED, a copy of

6  this examination shall be furnished to the

7  attorney for the witness being examined

8  without charge.

9

10

11

12

13              *       *       *

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
 1
 2              MR. RICHMAN:  It is my
 3      understanding that our conversation
 4      with counsel for Kalnitech and counsel
 5      for the plaintiff, have stipulated
 6      that the plaintiff is being produced
 7      here today for a deposition on the
 8      issue of liability only.
 9              After that counsel will confer
10      with each other to establishing a
11      continuation of the plaintiff's
12      deposition for damages and I, on
13      behalf of A.S.K. Electric, will
14      produce documents that were subpoenaed
15      by Kalnitech's counsel and that
16      plaintiff's counsel will consider
17      whether or not based upon that
18      production, to bring in as a party
19      defendant A.S.K. Electric and that
20      will give the ability of A.S.K.
21      Electric to bring in as third-party
22      Jim, which apparently was a
23      subcontractor subcontractor of A.S.K.
24      Electric so that everything can be in
25      this case and properly the subject of
```

1
2      the litigation and the issues so that
3      everything can be considered and
4      resolved.
5            MR. TURCO:  We agree to produce
6      our client for a subsequent
7      supplemental deposition with regard to
8      the damages only, and we will also
9      work with counsel and Court for a
10     mutually convenient date for our
11     client's damages deposition.
12           I would also like to state that
13     my client's deposition was adjourned
14     over three times at the request of
15     defendants.  We have complied with
16     providing all medical authorizations
17     with regards to all treatment
18     regarding this accident.  We have
19     complied with all Court Orders to-date
20     and as of the date of this deposition,
21     we have not received one piece of
22     discovery from either attorney from
23     Davs Partners or attorney for
24     Kalnitech, despite several Court
25     Orders, the last one being September

1

2       10, 2021, which also directed

3       defendants to respond to our Combined

4       Demands on or before October 28, 2021,

5       and we still have not received same.

6              However, there were several

7       Court Orders that were not complied

8       with.  Nonetheless, we are here with

9       our client and ready to proceed.

10             MR. BRIGANTIC:  If I may, I am

11      agreeing to go forward with this

12      deposition only because our call to

13      the court for judicial intervention

14      has not resulted in Judge Landicino

15      being able to hear from us.

16             It is my understanding as of the

17      time this deposition is being started,

18      Judge Landicino's law clerk is

19      attempting to get Judge Landicino and

20      explain to him what the issue is and

21      perhaps have judicial intervention.  I

22      am going forward today, only over

23      objection.

24             I also object to the fact that

25      prior to today and not until yesterday

1

2          that the plaintiff produced over one

3          hundred pages of documents yesterday

4          afternoon at 3:30 in the afternoon

5          when I wasn't in the office, which I

6          have not been able to review.

7                  Therefore, when the plaintiff

8          says they are in the compliance with

9          the Order, it's only because the

10         documents were produced yesterday

11         afternoon at 3:30.

12                 There is no procedure in the

13         Compliance Conference Order or the

14         CPLR that permits a plaintiff to

15         demand their deposition partially on

16         several issues only.  I have asked for

17         where did the authority for doing this

18         exist and I have received no response

19         from plaintiff's office.

20                 The attempt to limit this

21         deposition and biforate it is nowhere

22         permitted in the orders or the CPLR as

23         I see it.  But we will go forward

24         simply because the witness is here and

25         it is with our objection.

Page 9

1

2          I would like to point out with

3     respect to the documents that we need

4     in order to adequately depose this

5     witness, Davs Partners, who is the

6     owner of this project and property in

7     a labor law case, has produced nothing

8     and they indicate to me that they have

9     no documents because the real party

10    and interest who is not a party to the

11    litigation is A.S.K. Electric, who

12    subcontracted with both my client,

13    Kalnitech, and also subcontracted with

14    the Plaintiff's employer, Jim

15    Associates.

16          Prior to this deposition, I

17    subpoenaed documents from A.S.K.

18    Electric and I was told before the

19    return date of that deposition by

20    Mr. Richman, that he represents A.S.K.

21    Electric and the documents will be

22    provided by the return date.  The

23    return date went, it passed.  A.S.K.

24    Electric has not produced the

25    documents.  When I asked yesterday

1

2          what the status of that production

3          was, I was told that the client still

4          hadn't supplied the documents to

5          Mr. Richmond's office even for review.

6               Why I am being compelled to go

7          forward with the deposition of the

8          plaintiff when the real party and

9          interest, the GC who also has some

10         co-existing relationship with the

11         owner of this project resulting in the

12         production of no documents at all, is

13         not appropriate or proper.

14              As far as production of

15         documents, I subpoenaed documents from

16         the plaintiff's employer and I did

17         provide those documents to the

18         plaintiff's office.

19              If we are in default of any

20         discovery obligations, I will correct

21         those.  The fact that written

22         discovery has not been completed, has

23         been on all sides and even the

24         plaintiff just produced a ton of

25         documents yesterday late afternoon.

Page 11

```
1
2          That is why I am doing this but
3     I am doing it over objection,
4     reserving the right to seek any relief
5     that may be appropriate.
6          MR. TURCO:  Let the record
7     reflect, that Mr. Brigantic's
8     soliloquy is ripe with inadequacies --
9          MR. BRIGANTIC:  I did not insult
10    you or call you names or anything
11    else.  It is inappropriate, Counsel.
12          MR. TURCO:  You are also yelling
13    now.
14          MR. BRIGANTIC:  I am not
15    yelling.
16          MR. TURCO:  You are also making
17    misrepresentations.  For the record,
18    we have not received your response to
19    the Preliminary Conference Order, we
20    have not received your response from
21    your office to the Compliance
22    Conference Order, and we have not
23    received a response from your office
24    to the final preconference and we did
25    provide authorizations for medical and
```

Page 12

1

2        treatment to your office in 2019.

3               So we are actually in full

4        compliance with all discovery, so that

5        portion of your record is inaccurate.

6               We, as a courtesy, forwarded you

7        copies of medical records that you

8        have not received directly from the

9        providers yet yesterday.  We did not

10       release documents that we were Court

11       Ordered to exchange.  We, as a

12       courtesy, provided your office with

13       medical records further as a courtesy.

14              In addition to the three or four

15       adjournments of my client's

16       deposition, we advised you that since

17       you did not have all the medical

18       records directly from the providers,

19       as a courtesy we would produce our

20       client more than once and we would

21       produce him solely for the issue of

22       liability, which is what I put on the

23       record today.

24              So despite your representations,

25       that is inaccurate.  It was Court

```
                                        Page 13

 1

 2        Ordered depositions for my client.  If

 3        you would like to proceed with the

 4        entirety of my client's deposition

 5        today, I'll not produce him on a

 6        separate date.  If you do not want the

 7        courtesy of two separate depositions,

 8        then we will continue to the end of

 9        the day, you will get your time, and

10        that is that.

11             MR. BRIGANTIC:  You already

12        stipulated it was a liability

13        deposition only.  You already agreed

14        to bring him back on damages.  I am

15        only stating that the liability

16        portion is going forward over my

17        objection for the reasons stated.

18             MR. RICHMAN:  Let's move

19        forward.

20             THE COURT REPORTER:  Would you

21        like a copy of the transcript,

22        Counselor?

23             MR. BRIGANTIC:  Absolutely.

24

25
```

Page 14

1          S. Espinoza

2  D A N I E L   R O D R I Q U E Z,

3  The interpreter, having first been duly

4  sworn by the Notary Public, interpreted

5  from English to Spanish and from Spanish

6  to English to the best of his ability, as

7  follows:

8  S T A L I N   R O D R I G O   R E Y E S

9  E S P I N O Z A,

10  the Witness herein, having first been

11  duly sworn by the Notary Public, was

12  examined and testified as follows:

13  EXAMINATION BY

14  MR. RICHMAN:

15      Q.    What is your name?

16      A.    Stalin Rodrigo Reyes Espinoza.

17      Q.    Where do you reside?

18      A.    151 Avenue O, Apartment B3,

19  Brooklyn, New York 11204.

20          MR. BRIGANTIC:  When the

21      plaintiff is brought back, will he be

22      brought back before or after the

23      defendants are deposed?

24          MR. TURCO:  Before.  Assuming

25      Keith doesn't want to produce out of

                                                      Page 15

                              S. Espinoza

 1                            S. Espinoza

 2        order.

 3                MR. RICHMAN:  Right.

 4                Good afternoon.  My name is

 5        Keith Richman.  I am an attorney and

 6        my client is Davs Partners, LLC.

 7                Davs Partners, LLC is a

 8        defendant in this lawsuit and you are

 9        the plaintiff; is that correct?

10                THE WITNESS:  [Not responding.]

11                MR. RICHMAN:  Repeat the

12        question, Danny.

13                MR. TURCO:  Please read it back.

14                [The requested portion of the

15        record was read.]

16                THE WITNESS:  Yes.

17                MR. RICHMAN:  Sir, first of all,

18        I want to make sure that you

19        understand the interpreter and the

20        translation.  If you have trouble

21        understanding the translation today,

22        please let me know.

23                Okay?

24                THE WITNESS:  Yes, I understand.

25                MR. RICHMAN:  I am going to be

Page 16

```
 1            S. Espinoza
 2       asking questions in English.  The
 3       interpreter will interpret that into
 4       Spanish and you are going to give all
 5       your answers in Spanish.
 6            Is that acceptable to you?
 7            THE WITNESS:  I agree.
 8            MR. RICHMAN:  Please wait until
 9       the interpreter asks the question to
10       you and please answer all of your
11       questions verbally.  The interpreter
12       and the court reporter cannot take
13       down any hand gestures or nods of the
14       head.
15            Do you understand that?
16            THE WITNESS:  I understand.
17            MR. RICHMAN:  When a question is
18       asked of you, please do not guess or
19       give any approximations to the answers
20       to the questions and please if you do
21       not know the answer, please respond by
22       saying you don't know or you don't
23       understand the question.
24            THE WITNESS:  I understand.
25       Q.   What is your full name?
```

```
                                          Page 17
 1                  S. Espinoza
 2       A.      Stalin Rodrigo Reyes Espinoza.
 3       Q.      Have you ever been known by any
 4   other names?
 5       A.      No.
 6       Q.      What is your current address?
 7       A.      151 Avenue O, Apartment B3,
 8   Brooklyn, New York.
 9       Q.      How long have you lived there?
10       A.      Approximately around two to
11   three years.
12       Q.      Is that an apartment building or
13   is that an apartment as part of a house?
14       A.      An apartment of a building.
15       Q.      Who do you live there with?
16       A.      With my brothers.
17               THE INTERPRETER:  I have to ask
18       him to clarify if it's singular or
19       plural.
20       A.      With a brother and the others
21   ones, I just know them.
22       Q.      What is your brother's name?
23       A.      Manuel Euclides Espinoza.
24       Q.      How long have you been living
25   with your brother?
```

```
                                                    Page 18
 1                    S. Espinoza
 2        A.     Since I arrived.
 3        Q.     The day you arrived from where?
 4        A.     From Ecuador.
 5        Q.     Before you were living in this
 6    apartment --
 7                [Telephone interruption.]
 8                MR. BRIGANTIC:  I need to take
 9        that.  It's the call from the Court.
10                [A pause in the proceedings.]
11                MR. BRIGANTIC:  I just got a
12        call back from the law clerk Steven
13        Burseio [phonetically].  He wants us
14        to set up a conference call with him.
15                MR. RICHMAN:  Please read back
16        the last question and answer.
17                [The requested portion of the
18        record was read.]
19        Q.     Sir, before you came to the
20    United States, you were living in Ecuador;
21    correct?
22        A.     Yes.
23        Q.     What is the date that you moved
24    to the United States?
25        A.     I came the 30th of July in 2018.
```

                                                  Page 19

1                    S. Espinoza

2        Q.     When you came to the United

3    States, did you come as a visitor or did

4    you obtain a work visa?

5        A.     No.

6        Q.     You are not understanding the

7    question.

8               When you first came to the

9    United States, did you come as a visitor

10   or something else?

11       A.     No.

12              MR. BRIGANTIC:   It's not

13          responsive.

14              MR. TURCO:   Do you understand

15          the question?

16              When you first came to the

17          United States, did you come as a

18          visitor?

19              THE WITNESS:   No.

20              MR. TURCO:   Did you come here to

21          work?

22              THE WITNESS:   Can you please

23          repeat.

24       Q.     When you first came to the

25   United States, did you come here to be

```
                                        Page 20
 1              S. Espinoza
 2  employed?
 3      A.    I came to work.
 4      Q.    When you came to the United
 5  States on July 30 of 2018, who did you
 6  come here with, if anyone?
 7      A.    I came alone.
 8      Q.    After you came to the United
 9  States, did there come a time after you
10  arrived in the United States, that your
11  brother came to the United States?
12      A.    Yes.
13      Q.    When did your brother arrive,
14  the brother you are now living in your
15  apartment with?
16      A.    I arrived to where my brother
17  lives with him.
18            MR. TURCO:  The question was did
19      your brother come after you?
20            When did your brother come?
21            THE WITNESS:  He came some
22      further time ago.
23      Q.    When you first came to the
24  United States, where did you live?
25      A.    Approximately around Avenue U
```

```
                                          Page 21

 1               S. Espinoza
 2    but I don't remember exactly.
 3        Q.    Who did you live with when you
 4    first came to the United States?
 5        A.    Can you please repeat because I
 6    did not understand.
 7               MR. RICHMAN:  Please read it
 8        back.
 9               [The requested portion of the
10        record was read.]
11        A.    I found or I got together with
12    my brother and I stayed to live with him.
13        Q.    I thought your brother came to
14    the United States after you arrived in the
15    United States; is that correct?
16        A.    No.  He was already living here.
17        Q.    When you first came to the
18    United States, you moved in with your
19    brother; correct?
20        A.    Yes.
21        Q.    When you first came to the
22    United States, was your brother employed?
23        A.    Yes.
24        Q.    What did he do?
25        A.    Construction.
```

```
                                        Page 22

  1                    S. Espinoza
  2         Q.      Who did he work for?
  3         A.      I have no idea.
  4         Q.      When you first arrived here, did
  5    you seek employment or did you have
  6    employment arranged before you the came to
  7    the United States?
  8         A.      When I arrived I looked for
  9    work.
 10         Q.      How did you look for work?
 11         A.      It was through people that I
 12    know.
 13         Q.      What kind of work did you look
 14    for?
 15         A.      Construction.
 16         Q.      When is the first time that you
 17    became employed in the United States after
 18    you arrived?
 19         A.      Close to the 4th of October when
 20    I came.
 21         Q.      That is October 4, 2018?
 22         A.      Yes.
 23         Q.      What was your first employment?
 24         A.      Construction.
 25         Q.      Who were you employed by?
```

```
                                    Page 23
 1              S. Espinoza
 2      A.     Can you please repeat.
 3      Q.     Who were you employed by?
 4      A.     I don't know the exact name.
 5      Q.     Was it a company or an
 6  individual or something else?
 7      A.     I don't know exactly what kind
 8  of company it was or nothing.
 9      Q.     Do you know where the company
10  was located?
11      A.     I was just taken there to go
12  work.  I don't know nothing else.
13      Q.     Were you paid money for your
14  employment?
15      A.     I did not understand.
16      Q.     Did you get paid a salary for
17  working at your first employment?
18      A.     Yes.
19      Q.     How much?
20      A.     Around six hundred.
21      Q.     That is $600 per week?
22      A.     Yes.
23      Q.     How many hours did you work?
24      A.     I don't know exactly.
25      Q.     Was it more than forty hours a
```

Page 24

```
 1                   S. Espinoza
 2   week, if you know?
 3            THE INTERPRETER:  I am asking
 4       him to repeat and speak louder.
 5       A.    Eight hours daily.
 6       Q.    How many days a week?
 7       A.    Five.
 8       Q.    What kind of construction work
 9   did you do?
10       A.    Laborer.
11       Q.    Can you describe exactly the
12   kind of work you did as a laborer?
13       A.    I used to do everything.
14       Q.    Can you itemize for me what you
15   mean by you did everything?
16       A.    I would sweep, I would take down
17   the sheetrock from the truck, I would be
18   helping the foreman, and go pick up the
19   food.
20       Q.    Anything else?
21       A.    Sometimes I would place
22   sheetrocks [sic].
23       Q.    How long did you --
24            MR. RICHMAN:  Withdrawn.
25       Q.    Do you know the names of any of
```

Page 25

```
 1              S. Espinoza
 2   the people that you work with at this
 3   company or person as a laborer?
 4        A.    No, because I did not know all
 5   of them.
 6        Q.    Do you have any records that you
 7   could produce indicating the names of any
 8   of the individuals or companies that you
 9   worked for at this time?
10        A.    No.
11        Q.    Did you get paid by cash or
12   check?
13        A.    Check.
14        Q.    Do you have copies of any of
15   your paychecks?
16        A.    No.
17              MR. BRIGANTIC:  Can I ask is
18        there a lost wage claim.
19              MR. TURCO:  Yes, there is.
20              MR. RICHMAN:  Yes, there is.
21              MR. BRIGANTIC:  Thank you,
22        sorry.
23              MR. TURCO:  Did you need copies
24        of his paychecks from 2018?
25              MR. RICHMAN:  No.
```

```
                                        Page 26

 1                  S. Espinoza
 2        Q.     For how long a period of time,
 3   did you work for this person or company,
 4   from October 4, 2018 until when?
 5        A.     I don't remember exactly.
 6        Q.     Approximately how long?
 7        A.     I can't recall.
 8        Q.     Was it more than a month?
 9        A.     Yes.
10        Q.     Was it more than two months?
11        A.     Yes.
12        Q.     More than three months?
13        A.     Yes.
14        Q.     More than six months?
15        A.     Somewhere around there.
16        Q.     When you left that company, what
17   was the reason why you left that company?
18        A.     Verbal abuse.
19        Q.     Verbal abuse by who?
20        A.     I don't remember the name of the
21   foreman.
22             MR. RICHMAN:  If I leave a space
23        in the record, can you provide the
24        name?  If we leave a space in the
25        transcript, can you provide the name
```

```
1              S. Espinoza
2      of the foreman that you say you
3      received verbal abuse from?
4              MR. TURCO:  He testified he
5      doesn't remember; right?
6              MR. RICHMAN:  I am asking if we
7      leave a space and if you can provide
8      the name, provide it.
9              MR. TURCO:  You can leave a
10     space if he remembers, sure.
11  (Insert)
12  _____
13      Q.    In connection with your
14  employment for approximately six months
15  with this company when you came to the
16  United States, did you take any safety
17  courses?
18              THE INTERPRETER:  Any what?
19              MR. RICHMAN:  Safety courses.
20      A.    Not at that time.
21      Q.    Were you working under a work
22  visa?
23      A.    No.
24      Q.    Did you file tax returns for
25  2018?
```

```
                                     Page 28
 1              S. Espinoza
 2      A.    Yes.
 3              MR. RICHMAN:  I am going to ask
 4      for a copy of those tax returns and
 5      I'll send a separate D&I.
 6              MR. TURCO:  Taken under
 7      advisement.
 8      Q.    When you were verbally abused by
 9   your supervisor, did you file a complaint
10   against him or her with anyone?
11      A.    No.
12      Q.    Before you came to the United
13   States and you were living in Ecuador, who
14   were you living with?
15      A.    With my wife.
16      Q.    Are you married?
17      A.    No.
18      Q.    Are you divorced?
19      A.    Separated.
20      Q.    You are legally married but
21   physically separated?
22      A.    I am not exactly married, we
23   just live together.
24      Q.    You said before that you were
25   married in Ecuador; is that accurate?
```

```
                                        Page 29

 1                  S. Espinoza

 2      A.     That is not correct.  I am not

 3   married.

 4      Q.     Do you have any children?

 5      A.     Yes, I have a daughter.

 6      Q.     How old is your daughter?

 7      A.     Three and a half years.

 8      Q.     Where does your daughter live?

 9      A.     Ecuador.

10      Q.     Does she live with her mother?

11      A.     Yes.

12             MR. TURCO:  Danny, I need you to

13        try and translate my objection so the

14        client hears it.

15             Can you hear me, Danny?  When I

16        object I need you to translate my

17        objection.

18             Objection to the form of the

19        question.

20      Q.     When you were living in Ecuador,

21   were you living with your daughter and her

22   mother?

23      A.     Yes.

24      Q.     For how long?

25      A.     With the mother?
```

```
                                        Page 30
 1              S. Espinoza
 2      Q.      With the mother, yes.
 3      A.      Three to four years.
 4      Q.      You were living with your
 5  daughter and daughter's mother since your
 6  daughter was born; is that correct?
 7      A.      In Ecuador, yes.
 8      Q.      What was the reason why you left
 9  Ecuador and came to the United States?
10      A.      I wanted to get a better future.
11      Q.      What is your date of birth?
12      A.      For who?
13      Q.      What is your date of birth?
14              MR. TURCO:   Carol, do not put it
15      on the record.
16      A.      00/00/0000.
17      Q.      Where were you born?
18      A.      Ecuador.
19      Q.      While you were living with your
20  daughter for three years, where in Ecuador
21  were you living?
22              THE INTERPRETER:   I have to ask
23      him to spell it.
24      A.      Lenta, the name of the town is
25  Lenta.
```

```
                                      Page 31

 1                 S. Espinoza
 2                 THE INTERPRETER:  L-E-N-T-A.
 3      Q.     During the three years that you
 4  were living with your daughter in Ecuador,
 5  were you employed?
 6      A.     Yes.
 7      Q.     What were you doing?
 8      A.     In a restaurant.
 9      Q.     What were you doing in a
10  restaurant?
11      A.     I used to grill ribs, I used to
12  grill ribs on a grill.
13      Q.     Did you do that full time or
14  something else?
15      A.     No.
16      Q.     You did that part time?
17      A.     Yes.
18      Q.     Did you have any other jobs
19  during the last three years while you were
20  living with your daughter in Ecuador other
21  than grilling ribs?
22      A.     With my daughter I only lived
23  just for one month.
24      Q.     At the time that you left
25  Ecuador, you had employment grilling ribs;
```

```
                                          Page 32
 1                    S. Espinoza
 2    is that correct?
 3         A.    Yes.
 4         Q.    How long was that employment
 5    for?
 6         A.    Two months.
 7         Q.    Before that what did you do?
 8         A.    Construction.
 9         Q.    How long did you do construction
10    for in Ecuador?
11         A.    I don't know exactly.
12         Q.    Approximately how long?
13         A.    I don't remember.
14         Q.    Did you do construction for more
15    than a year while living in Ecuador?
16         A.    Yes.
17         Q.    Are you currently a U.S.
18    citizen?
19              MR. TURCO:  Note my objection.
20         A.    Can you repeat.
21    +    Q.    Are you currently a U.S.
22    citizen?
23              MR. TURCO:  Note my objection.
24              I don't want him to answer that.
25         He has a pending immigration case and
```

```
                                         Page 33

 1                S. Espinoza

 2        I don't want him to jeopardize that.

 3                I am going to direct him not to

 4        answer that.

 5                MR. RICHMAN:  Mark it for a

 6        ruling.

 7   +    Q.    Are you currently in the United

 8   States pursuant to a visa?

 9                MR. TURCO:  Note my objection

10        and don't answer the question

11        regarding his immigration status.  At

12        this time he has a pending case and I

13        don't want him to testify to anything

14        that would jeopardize his case.

15                MR. RICHMAN:  You know I am

16        entitled to know the answer to these

17        questions.

18                MR. TURCO:  You can mark it.

19                MR. RICHMAN:  Mark it for a

20        ruling.

21        Q.    Do you currently have a Social

22   Security number?

23        A.    Where?  Where?  Can you please

24   repeat the question.

25        Q.    Do you currently have a Social
```

```
                                          Page 34
 1              S. Espinoza
 2   Security number?
 3      A.    Yes.
 4      Q.    What is that number?
 5              MR. RICHMAN:  You can put the
 6      last four digits on.
 7              MR. TURCO:  Please make sure
 8      it's only the last four.
 9      A.    I don't have it in hand.
10              MR. RICHMAN:  I'll leave a space
11      in the record.
12   (Insert)
13   _____
14              MR. TURCO:  Off the record.
15              [Discussion held off the
16      record.]
17      Q.    What is your highest level of
18   education?
19      A.    I finished third grade or third
20   course.
21      Q.    Is that equivalent to the third
22   grade in the United States, if you know?
23      A.    I have no idea.
24      Q.    Do you know what a high school
25   is?
```

```
                                          Page 35

 1                    S. Espinoza

 2        A.     Yes.

 3        Q.     Did you graduate from high

 4   school?

 5        A.     I have been approved up to

 6   ninth.  I was approved all the way up to

 7   the ninth.

 8               MR. RICHMAN:  Say it again,

 9        Danny.

10               THE INTERPRETER:  I was approved

11        all the way up to the ninth.

12        Q.     You graduated from ninth grade,

13   is that what you are saying?

14        A.     Ninth grade, the following grade

15   is the first class or first year of high

16   school.

17        Q.     Was the last year that you

18   finished school in Ecuador ninth grade?

19        A.     I finalized the ninth grade.

20        Q.     To have graduated from high

21   school you would have had to finish tenth,

22   eleventh, and twelfth grade; is that

23   correct?

24               MR. RICHMAN:  I had to tell him

25        in a different way.  He is not
```

```
                                          Page 36
 1              S. Espinoza
 2        understanding.  Over there, I'll make
 3        a clarification for the record, in
 4        different countries like the Dominican
 5        Republic, Ecuador, they use high
 6        school as first, second, third, and
 7        fourth grades for high school.
 8        Q.    Is high school in Ecuador
 9   attending the first, second, third, and
10   fourth grade in high school?
11        A.    In Ecuador it's first year of
12   high school, second year of high school,
13   and third year of high school you are
14   ending.
15        Q.    Did you attend first year of
16   high school?
17        A.    I started but I didn't finish.
18        Q.    You did not go to the second
19   year of high school; correct?
20        A.    No.
21        Q.    You did not attend the third
22   year of high school; correct?
23        A.    Correct.
24        Q.    What was the reason why you
25   didn't finish the first year of high
```

```
                                        Page 37
 1                  S. Espinoza
 2   school?
 3        A.      Money problems.
 4        Q.      The high school in Ecuador
 5   required you or your family to pay money
 6   to the high school to attend?
 7        A.      The economy wasn't enough or the
 8   finances were not enough.
 9        Q.      Is it correct that you had to
10   stop attending high school in the first
11   year because you needed to be employed and
12   make money?
13        A.      Correct.
14        Q.      At that time that you were
15   attending the first year of high school,
16   who were you living with?
17        A.      Can you please repeat because I
18   got confused.
19        Q.      During the first year that you
20   attended high school, who were you living
21   with?
22        A.      With my mother and my father.
23        Q.      How old were you when you
24   stopped going to the first year of high
25   school?
```

```
                                            Page 38
 1                  S. Espinoza
 2        A.     Eighteen.
 3        Q.     What was your first employment
 4    in Ecuador after you stopped going to the
 5    high school?
 6        A.     In mining.
 7        Q.     Mining?
 8               THE INTERPRETER:  Mining, yes,
 9        correct.
10        Q.     How long were you mining for?
11        A.     I used to go and come.  I don't
12    know exactly.
13        Q.     Was it more or less than six
14    months?
15        A.     Yes.
16        Q.     What did you do in connection
17    with mining?
18        A.     Take out or looking for gold,
19    mining for gold.
20               MR. RICHMAN:  What, Danny?
21               THE INTERPRETER:  Mining for
22        gold.
23        Q.     In connection with that job, did
24    you take any safety courses?
25        A.     Yes.
```

```
                                          Page 39

 1                 S. Espinoza

 2      Q.      Describe them to me.

 3      A.      You get a helmet, goggles,

 4   gloves.

 5              THE INTERPRETER:  He said

 6      something I couldn't hear.  I have to

 7      ask him.

 8      A.      Gloves, helmet, a lantern or

 9   flashlight, masks, protective boots, a

10   reflective vest.

11      Q.      Anything else?

12              MR. TURCO:  You are asking for

13      the gear of mining?

14              MR. RICHMAN:  Yes.

15      Q.      Were you ever injured on the

16   job?

17      A.      No.

18      Q.      What was the reason you left

19   that employment?

20      A.      I had a limited contract.

21      Q.      What was your next job?

22      A.      I used to work in a

23   hydroelectric.

24      Q.      What did you do there?

25      A.      Sweeping.
```

```
                                              Page 40

 1                S. Espinoza
 2                THE INTERPRETER:  He was going
 3       to say something.
 4                MR. RICHMAN:  Sorry, go ahead.
 5       A.     Shining floors.
 6       Q.     Did you wear any safety items?
 7       A.     All the time.
 8       Q.     Excuse me?
 9       A.     All of the time.
10       Q.     What did you wear or and/or use?
11       A.     Harness, reflective vest,
12   goggles.
13       Q.     Did you wear a helmet?
14                MR. TURCO:  I missed a question
15       before that, what was he describing?
16                MR. RICHMAN:  He was describing
17       his safety apparel or equipment while
18       he worked at the hydroelectric.
19       Q.     Anything else?
20                THE INTERPRETER:  I am not
21       hearing what he is saying.
22       A.     I was also directing traffic in
23   the same hydroelectric or guiding traffic.
24       Q.     What kind of harness were you
25   wearing?
```

```
                                        Page 41

 1                 S. Espinoza

 2       A.     3 M.

 3       Q.     What was the reason, what was

 4   the purpose of wearing this harness?

 5       A.     The security guards all of them

 6   were required for us to wear it.  They

 7   won't allow us to work if we didn't have

 8   it.

 9       Q.     Was that a harness that had

10   reflective material on it?

11       A.     Yes.

12       Q.     How long did you work in this

13   company for?

14       A.     One year.

15       Q.     What was the reason why you left

16   this company?

17              THE INTERPRETER:  I am having

18       difficulty with his audio.

19       A.     Because I did not like the food.

20       Q.     What was your next job?

21       A.     Tractor helper.

22       Q.     Tractor helper, what kind of

23   tractor?

24       A.     Aruga [phonetically].

25              THE INTERPRETER:  I don't know
```

```
                                      Page 42

  1              S. Espinoza

  2      what that means.  I have to ask him

  3      the definition of what that means.

  4              I am going to ask him if it is a

  5      tractor-trailer or a tractor for the

  6      farming industry.

  7              Is that okay with you?

  8              MR. RICHARD:  Thanks, Danny.

  9      A.    A tractor to do transportation,

 10  deliveries.

 11              MR. TURCO:  Everyone, when Danny

 12      has to leave at 2:30, do you want to

 13      do a window there for lunch or food?

 14              Off the record.

 15              [Discussion held off the

 16      record.]

 17      Q.    When you were a helper, what

 18  exactly did you do?

 19      A.    I used to carry the fuel.  I

 20  used to grease up the truck.

 21      Q.    How long did you do this job

 22  for?

 23      A.    Three months.

 24      Q.    What was the reason you left

 25  this job?
```

```
                                          Page 43
 1              S. Espinoza
 2      A.     The reason was that I had a
 3  limited contract.
 4      Q.     What was your next job?
 5      A.     I used to be a waiter and a
 6  helper at kitchen.
 7      Q.     In a restaurant?
 8      A.     A fast-food restaurant.
 9      Q.     How long did you do that for?
10      A.     About a year and a half.
11      Q.     What was the reason for leaving
12  that?
13      A.     I did not understand.
14      Q.     Why did you leave that job as a
15  waiter/helper in the fast-food restaurant?
16      A.     I got engaged.
17      Q.     What was the name of the person
18  you were engaged to?
19      A.     Yes.
20      Q.     What is her name?
21      A.     Jessica Maribel Pasatos Pizarro.
22      Q.     Did you ever marry Jessica?
23      A.     No.
24      Q.     Is that who you had why you
25  child with?
```

```
                                              Page 44
 1                  S. Espinoza
 2      A.      Yes.
 3      Q.      What was your next job after
 4  working at the fast-food restaurant?
 5      A.      Construction again.
 6      Q.      How long did you have that job?
 7      A.      Two months.
 8      Q.      What kind of construction did
 9  you personally do?
10      A.      I used to mix the sand, cleaning
11  the corners.
12      Q.      Anything else?
13      A.      Pick up material, sand.
14      Q.      Did you wear any safety
15  equipment?
16      A.      Yes.
17      Q.      Describe it.
18      A.      Helmet, gloves.
19      Q.      Did you use a ladder in
20  connection with that job?
21      A.      The stairs of the building.
22      Q.      Did you ever use a ladder in
23  connection with performing your
24  construction duties?
25              MR. TURCO:  Ever before this --
```

```
                                          Page 45
 1              S. Espinoza
 2              MR. RICHMAN:  During this job
 3       for two months.
 4              THE INTERPRETER:  I have an
 5       interpreter that will not be able to
 6       come in until 2:30.  She can't come in
 7       at 2:15.
 8              MR. RICHMAN:  When do you end,
 9       2:30?
10              THE INTERPRETER:  I can end at
11       2:30.
12              MR. RICHMAN:  You want her to
13       come in at 2:45?
14              Off the record.
15              [A discussion was held off the
16       record.
17              MR. RICHMAN:  Please read back
18       the answer.
19              [The requested portion of the
20       record was read.]
21              MR. RICHMAN:  I just wanted it
22       for clarity.
23       Q.    Did you ever use a ladder in
24    connection with your duties?
25       A.    I would use the ladder to be
```

Page 46

1                    S. Espinoza

2    able to go up with the sand and the sand I

3    would bring it up in a bag.

4        Q.    Did you use an A-frame ladder or

5    straight ladder?

6        A.    It was as a staircase, it's a

7    concrete staircase.

8        Q.    Do you know what a ladder is?

9        A.    Can you please specify.

10        Q.    In connection with this incident

11    involving this lawsuit, did you fall from

12    a ladder?

13        A.    Could you be more specific

14    because I did not understand.

15        Q.    Were you involved in an incident

16    on June 28, 2019?

17        A.    Yes.

18        Q.    Is that the reason why you

19    commenced this lawsuit?

20        A.    Yes.

21        Q.    At the time of that incident on

22    June 28, 2019, were you using a ladder?

23        A.    Yes.

24        Q.    Was the ladder aluminum?

25        A.    It was fiberglass.

```
                                          Page 47
 1              S. Espinoza
 2      Q.      Were the outside rails of the
 3  ladder green?
 4              MR. TURCO:  I object to the
 5      question.  Go ahead.
 6      A.      Yes.
 7      Q.      Was the ladder involved in the
 8  incident on June 28, 2019 an A-frame
 9  ladder or something else?
10      A.      No.
11      Q.      It was a straight ladder?
12      A.      The ones that you open.
13      Q.      It opens on two sides and looks
14  like an A when it opens; is that correct?
15      A.      Yes.
16              MR. TURCO:  You can probably ask
17      him again the A-frame question.
18              MR. RICHMAN:  I'll get back to
19      it.
20      Q.      Did you ever use that type of
21  ladder before the incident on June 28,
22  2019?
23      A.      Yes.
24      Q.      Did you use that A-frame type of
25  ladder in connection with the construction
```

Page 48

```
 1              S. Espinoza
 2   job that you had for two months in Ecuador
 3   that we were just talking about?
 4       A.    I didn't have any idea that that
 5   type of ladder existed.
 6       Q.    The first time that you used the
 7   ladder that was green in parts was on June
 8   28, 2019?
 9            MR. TURCO:  Note my objection.
10            THE INTERPRETER:  Can I
11       translate?  Can he answer?
12            MR. RICHMAN:  Yes, go ahead.
13       A.    Yes.
14       Q.    After this construction job that
15   you had for two months in Ecuador, what
16   was the reason why you left that job?
17       A.    My wife was having symptoms of
18   pregnancy and I had to stop working there.
19       Q.    What was your next job?
20       A.    I did not work for various
21   months.
22       Q.    Did you ever obtain employment
23   after this construction job that you
24   worked for two months while you were
25   living in Ecuador?
```

```
                                      Page 49
 1              S. Espinoza
 2      A.     After that I didn't get -- I
 3   couldn't find more work.
 4      Q.     The answer to that question is
 5   no?
 6      A.     No.
 7             MR. TURCO:  Just answer just
 8         what he is asking.  If you can
 9         estimate, great.  You can answer yes
10         or no.  Listen to the very specific
11         question, please.
12      Q.     At the time that you left
13   Ecuador, you were not employed for some
14   period of time before you left; correct?
15      A.     I didn't have more work.
16      Q.     How long a period of time would
17   you approximate you were not working
18   before you left Ecuador?
19      A.     I don't remember exactly.
20      Q.     Was it more than six months?
21      A.     It's been a long time ago.
22      Q.     Can you give me an approximate
23   period of time?
24      A.     No.
25             MR. TURCO:  Do you understand
```

```
                                    Page 50
1              S. Espinoza
2       the question?
3              THE WITNESS:  No.
4              MR. TURCO:  Before you left
5       Ecuador, when was last time you were
6       employed?
7              THE WITNESS:  About a year.
8       Q.     What did you do during that
9   year?
10      A.     Take care of the family.
11      Q.     Who were you living with during
12  that one year?
13      A.     With Jessica Maribel Pasatos.
14      Q.     Are you currently taking any
15  medication?
16      A.     Yes.
17      Q.     Have you taken any medication
18  within the last twenty-four hours?
19      A.     No.
20      Q.     When is the last time you took
21  any medication?
22      A.     Yesterday.
23      Q.     What did you take yesterday?
24      A.     Yesterday I took two pills at
25  six p.m.
```

```
                                              Page 51

 1                    S. Espinoza

 2        Q.     What kind of pills?

 3        A.     I don't remember the name.

 4        Q.     Was it prescribed to you by a

 5   doctor?

 6        A.     Yes.

 7        Q.     What is the name of the doctor?

 8        A.     I don't remember.

 9        Q.     What were the pills for?

10        A.     For the pain.

11        Q.     Say is again.   What?

12               THE INTERPRETER:   For the pain.

13        Q.     Pain where?

14        A.     Lower back to the left.

15        Q.     Describe the pain.

16        A.     I have pain on my lower back, my

17   buttocks area, my legs on the sides and

18   down to my feet.

19        Q.     This pain you have just

20   described, are you claiming that is the

21   result of your incident on June 28, 2019?

22        A.     Yes.

23        Q.     Have you ever been convicted of

24   a crime?

25        A.     No.
```

```
                                    Page 52
 1                 S. Espinoza
 2        Q.     Have you ever filed for
 3    bankruptcy?
 4        A.     No.
 5        Q.     Are you aware of any judgments
 6    or liens against you?
 7        A.     No.
 8        Q.     With the exception of this
 9    current lawsuit, have you ever been a
10    plaintiff or a defendant in a lawsuit?
11        A.     No.
12        Q.     Have you ever attended any
13    vocational or trade schools?
14        A.     Do you mean OSHA classes?
15        Q.     Anything.
16               MR. TURCO:  Any additional
17        training classes, any additional
18        higher education.
19        A.     The classes of OSHA only.
20        Q.     When did you attend OSHA
21    classes?
22        A.     What do you mean?
23        Q.     You just said you attended OSHA
24    classes.  When did you attend OSHA
25    classes?
```

```
                                          Page 53

 1              S. Espinoza

 2      A.     Okay, approximately April of

 3  2019, approximately April of 2019.

 4      Q.     April of 2019?

 5      A.     Yes.

 6      Q.     Let's go back.  You said earlier

 7  your first employment in the United States

 8  started October 4, 2018 and you worked in

 9  construction as a laborer for

10  approximately six months.

11              MR. TURCO:  Note my objection.

12              You can answer.

13      A.     I didn't understand.

14      Q.     Do you remember testifying

15  earlier today that you told me that your

16  first job in the United States started

17  October 4, 2018?

18      A.     Yes.

19      Q.     And that you worked there for

20  approximately six months and you left

21  because you claim you were verbally

22  abused; correct?

23      A.     Yes.

24      Q.     What was your next job after

25  that job?
```

1                     S. Espinoza

2        A.      Putting metals in the same area

3     of construction.

4               MR. RICHMAN:  Say it again,

5        Danny.

6        A.      Putting metals in the same area

7     of construction.

8               MR. RICHMAN:  Putting metals in

9        the same area of construction, is that

10       what he said?

11              THE INTERPRETER:  That is what

12       he said.

13              MR. TURCO:  Did you understand

14       the question?

15       Q.      Do you understand my question?

16    I am asking you what your next job was

17    after the first job in the U.S.

18              THE INTERPRETER:  He answered

19       working in construction putting

20       metals.

21              MR. TURCO:  Danny, when you

22       interpreted that, I didn't hear

23       working in construction putting metals

24       in.

25              THE INTERPRETER:  In the same

```
                                            Page 55
 1                S. Espinoza

 2      area of construction.

 3      Q.     When did you start this job, do

 4  you know?

 5      A.     After I stopped working at that

 6  other job, around January.

 7      Q.     January of 2019?

 8      A.     Yes.

 9      Q.     What was the name of the person

10  or company you worked for?

11      A.     It was an odd job.

12      Q.     How long did you work at this

13  odd job putting metals?

14      A.     About two months more or less or

15  something like that.

16      Q.     Can you describe for me what you

17  mean by putting metals, what that means.

18      A.     Okay.  The metals that go behind

19  this.

20             (Indicating)

21             MR. TURCO:  Indicating the wall.

22      Q.     You are talking about the

23  installing metal columns that hold

24  interior walls?

25      A.     Yes.
```

```
                                          Page 56
 1              S. Espinoza
 2      Q.     Were you working for a company
 3  or a person or something else?
 4      A.     It was for a person.
 5      Q.     Do you know the name of that
 6  person?
 7      A.     No.
 8      Q.     Were you wearing any safety
 9  equipment in connection with that job?
10      A.     Goggles, gloves, only.
11      Q.     Did you use any ladders like you
12  had used in connection with the incident
13  on June 28, 2019, in connection with that
14  job?
15      A.     The majority of the work or the
16  jobs were on the ground.  They were not
17  high.
18      Q.     Did you use any kind of ladder
19  in connection with that job?
20      A.     Yes, I used.
21      Q.     What kind of ladder?
22      A.     Type A.
23      Q.     When you are talking about type
24  A, are you referring to the same type of
25  ladder that was involved in the incident
```

```
 1              S. Espinoza
 2   on June 28, 2019?
 3       A.    Yes.
 4       Q.    What was the reason why you left
 5   this job?
 6       A.    It was too scarce of work, not
 7   that much work, I stayed home too much.
 8              MR. RICHMAN:  You want to stop
 9       here, Danny?  I know you have to leave
10       at 2:30.
11              [At this time Nora Youmans,
12       Spanish interpreter, entered the Zoom
13       meeting.]
14              We are going to take a half hour
15       break for lunch.
16              MS. YOUMANS:  No problem.
17              MR. TURCO:  We wanted to see
18       that you are on board.  We are going
19       to convene at three o'clock and go to
20       about 4:20 today and break.
21              [Whereupon, after a luncheon
22       recess was taken, the following was
23       had:]
24       A F T E R N O O N   S E S S I O N
25   BY MR. RICHMAN:
```

```
                                    Page 58

 1                  S. Espinoza
 2       Q.     Prior to lunch, we were talking
 3   about your second job while you were
 4   living in the United States of putting
 5   metals or columns for interior walls.
 6              You said you started in or about
 7   January of 2019 and worked there for two
 8   months; correct?
 9       A.     Yes.
10       Q.     What was the reason you left
11   that job?
12       A.     Because they didn't have any
13   jobs.
14       Q.     What was your next job?
15       A.     Working with this gentleman.
16       Q.     Working with what gentleman?
17       A.     With the company.  The company.
18       Q.     We are talking about Jim
19   Associates?
20       A.     Yes.
21       Q.     When did you start working for
22   Jim Associates, what month?
23       A.     Approximately in May.
24       Q.     Of what year?
25       A.     2019.
```

```
                                        Page 59
 1              S. Espinoza
 2      Q.    How did you get that job?
 3      A.    From a friend.
 4      Q.    Did you do an interview with a
 5  person at Jim Associates in connection
 6  with getting that job?
 7      A.    No.
 8      Q.    Did you submit any paperwork
 9  through them in connection with getting
10  that job?
11      A.    No.
12      Q.    Did you have any conversations
13  with anyone about getting that job?
14      A.    Yes, I was unemployed and I was
15  looking for a job.
16      Q.    Who did you speak to first at
17  Jim Associates in connection with getting
18  that job?
19      A.    His name is Jorge.
20      Q.    Is his last name Moscoso,
21  M-O-S-C-O-S-O?
22      A.    I don't know his last name.
23      Q.    Was Jorge the owner, as far as
24  you know, from Jim Associates?
25      A.    I didn't know.
```

```
                                            Page 60
 1              S. Espinoza
 2      Q.     Did you know who the owner of
 3  Jim Associates was?
 4              THE INTERPRETER:  One second.
 5      He said something else after his
 6      answer.
 7      A.     At the beginning I didn't know.
 8  Then I heard that he was like the owner or
 9  a partner.  I don't know exactly.
10      Q.     Before the lunch break, you
11  talked about you took some OSHA classes,
12  do you recall?
13      A.     Yes.
14      Q.     Were you employed by anyone at
15  the time you took these OSHA classes?
16      A.     I was unemployed.
17      Q.     What was the reason you took the
18  OSHA classes?
19              MR. TURCO:  Did he say he was
20      unemployed?
21              MR. RICHMAN:  He said he was
22      unemployed.
23              MR. TURCO:  Thank you.
24      A.     They asked for this.  It was a
25  requirement in order to get a job.
```

```
                                        Page 61
 1              S. Espinoza
 2      Q.    Who is the they that asked for
 3   this?
 4      A.    In the places I was like are
 5   looking for a job.
 6      Q.    Was taking an OSHA class a
 7   requirement when you were working at the
 8   job before Jim Associates?
 9      A.    No, after I left that job.
10      Q.    After you left that job where
11   you were putting metals on interior walls,
12   you were looking for employment at other
13   prospective employers wanted you had to
14   take OSHA classes; is that correct?
15      A.    Yeah, at that time I wasn't
16   working.
17      Q.    How many OSHA classes did you
18   take?
19      A.    All the classes, thirty hours.
20      Q.    Did you get a certificate that
21   you completed the OSHA classes?
22      A.    Yes.
23      Q.    Do you have at a certificate?
24      A.    I have the card.
25             MR. RICHMAN:  I am going to ask
```

```
                                              Page 62
 1              S. Espinoza
 2        for the production.  I'll send you a
 3        separate D & I.
 4        Q.    When did you take the thirty
 5   hours of OSHA classes?
 6              MR. TURCO:  It was OSHA 30 he
 7        said?
 8              MR. RICHMAN:  Yes.
 9              THE INTERPRETER:  Can you repeat
10        the question.
11        Q.    When did you take the thirty
12   hours of OSHA classes?
13        A.    I don't remember the date
14   exactly.
15        Q.    Although you don't remember the
16   date, it was sometime prior to working at
17   Jim Associates and after working at the
18   prior job where you were putting the
19   metals on the interior walls; correct?
20        A.    Something like that, yes.
21        Q.    Where did you attend these
22   classes?
23        A.    In Queens.
24        Q.    Do you know where?
25        A.    The address I don't know.  I
```

```
                                    Page 63
 1                S. Espinoza
 2   don't know the address exactly.
 3        Q.    Were the OSHA classes live,
 4   in-person?
 5        A.    Yes.
 6        Q.    Did you take any other classes
 7   other than the thirty hours of OSHA
 8   classes?
 9        A.    No.
10        Q.    Do you have a driver's license?
11        A.    No, I haven't done that.
12        Q.    Do you drive a car?
13        A.    Not at this moment.
14        Q.    Did you drive a vehicle when you
15   were employed at Jim Associates?
16        A.    Sometimes I will park, just
17   that.
18        Q.    Did you ever have a driver's
19   license, New York State driver's license?
20              MR. TURCO:  Note my objection.
21              This is sort of irrelevant.
22              MR. RICHMAN:  I am not going any
23        further.  That is the last question.
24        Q.    Did you ever have a driver's
25   license, New York State driver's license?
```

Page 64

```
 1                S. Espinoza
 2     A.    In Ecuador.
 3     Q.    But not in New York State;
 4  correct?
 5     A.    No, not from New York.
 6     Q.    Did you file a Workers'
 7  Compensation claim as a result of this
 8  incident?
 9     A.    I don't know exactly what you
10  are referring to.
11     Q.    Do you know what a Workers'
12  Compensation claim is?
13     A.    If you are referring to the
14  Compensation?
15     Q.    Yes.
16     A.    Yes.
17     Q.    Are you represented by an
18  attorney in the Workers' Compensation
19  claim?
20     A.    Yes.
21     Q.    Can you tell me his or her name?
22     A.    I don't remember.
23           MR. RICHMAN:  Will you supply
24     his contact information?
25           MR. TURCO:  I can give you the
```

Page 65

1              S. Espinoza
2      name now.
3              By counsel, it's Fogelgaren,
4      Forman & Bergman.
5      Q.     Sir, have you ever been in an
6  auto accident?
7      A.     No.
8      Q.     Have you ever been in any
9  accident other than this incident that
10 took place on June 28, 2019?
11     A.     No.
12     Q.     What is your current height and
13 weight?
14     A.     Approximately five-seven and my
15 weight approximately two hundred ten
16 pounds.
17     Q.     Did you gain or lose any weight
18 since the incident?
19     A.     I gained weight.
20     Q.     How much did you gain?
21     A.     Before this my weight was one
22 hundred sixty-five pounds approximately.
23     Q.     You gained approximately
24 forty-five pounds since the incident?
25     A.     Yes.

Page 66

                    S. Espinoza

1

2      Q.     Are you left-handed or

3  right-handed?

4      A.     Right-handed.

5      Q.     Do you wear glasses at all,

6  prescription glasses or contact lenses?

7      A.     Only to drive but lately I

8  haven't been using them at all.

9      Q.     Are those prescription glasses

10  you need to drive?

11     A.     For the sun.

12     Q.     You mean sunglasses?

13     A.     Yes.

14     Q.     You don't use glasses to see

15  things either close or faraway; right?

16     A.     No, I don't need.

17     Q.     Are you currently employed?

18     A.     No.

19     Q.     When is the last time you were

20  employed?

21     A.     Before the accident.

22     Q.     Since the accident on June 28,

23  2019, to-date, you have never had any

24  employment; is that correct?

25     A.     Yes.

```
                                              Page 67

 1                    S. Espinoza

 2       Q.     Are you currently enrolled in

 3   any school or vocation?

 4       A.     English school.

 5       Q.     Are you presently attending

 6   school to learn English?

 7       A.     Yes.

 8       Q.     What school, where?

 9       A.     It's a school that belongs to

10   the government.  It's close to my house.

11       Q.     Do you know the name of the

12   school?

13       A.     No.

14       Q.     How long have you been attending

15   this school?

16       A.     Approximately two or three

17   weeks.

18       Q.     Are the classes live?

19       A.     Yes.

20       Q.     How long are the classes in a

21   particular day?

22       A.     Six to 8:30 Mondays -- Tuesdays,

23   Wednesdays, and Thursdays.

24       Q.     What hours?

25       A.     Six to 8:30.
```

```
                                           Page 68
 1               S. Espinoza
 2      Q.    When you started working at Jim
 3   Associates, did you have an agreement with
 4   them as to what your salary would be?
 5      A.    He told me that I was going to
 6   get paid according to my improvement.
 7      Q.    When you started at Jim
 8   Associates, how much did you get paid?
 9      A.    Somewhere around six hundred.
10      Q.    $600 per week?
11      A.    Yes, something like that.
12      Q.    What were your hours?
13      A.    It wasn't like regular, there
14   were no regular hours.
15      Q.    When you started work at Jim
16   Associates, what were your average number
17   of hours per day or per week?
18      A.    Sometimes I would get there at 6
19   a.m. or 7 a.m. and from there, we will
20   count eight hours.
21      Q.    Eight hours per day?
22      A.    Yes.
23      Q.    You said before that you started
24   in May 2019.
25            Approximately when did you start
```

Page 69

1                S. Espinoza

2    in May?  Was it the beginning of May, the

3    end of May, something else?

4        A.    The exact day I don't know.

5        Q.    For how many weeks did you work

6    for Jim Associates before the incident

7    happened?

8        A.    I usually don't count the time

9    when I am working.

10               MR. BRIGANTIC:  It was not

11        responsive.

12        Q.    Did you work for Jim Associates

13    about four to six weeks before the

14    incident happened or something else?

15        A.    Yeah, probably it could be

16    something like that.  I don't count the

17    time.  I only count the checks in the

18    weekends.

19        Q.    Did you work for Jim Associates

20    at least four weeks before the incident

21    happened?

22        A.    I don't remember.  I don't know

23    exactly the number of weeks.

24        Q.    Was your paycheck always the

25    same every week?

Page 70

1              S. Espinoza

2       A.      Sometimes a little more.

3       Q.      How much is a little more?

4       A.      When I work Saturdays, it will

5    be seven hundred.

6       Q.      If you work more than forty

7    hours, did you receive overtime pay?

8       A.      Well, it was just a little more,

9    like three or four or five more dollars.

10      Q.      Three, four, $5 more per hour?

11      A.      Yes.

12      Q.      Did you file tax returns for

13   2019?

14      A.      I would have to check.

15           MR. RICHMAN:  I think I had

16        called for the production of 2018 tax

17        returns, I am going to call for the

18        production of the 2019 tax returns,

19        and I'll send it in a separate D & I.

20           MR. BRIGANTIC:  I looked back

21        during lunch at my Combined Demands to

22        the plaintiff and I already asked for

23        tax returns and was told the plaintiff

24        didn't have them.

25           MR. TURCO:  Taken under

```
                                      Page 71
 1              S. Espinoza
 2       advisement.  He was not self-employed.
 3       It is our position, you are not
 4       entitled to the tax returns and there
 5       is case law that supports this.
 6              We did, however, provide you
 7       with his Workers' Compensation Board
 8       authorizations and we also provided
 9       you with his employment
10       authorizations, which contains his
11       rate of pay and everything having to
12       do with his lost wage claim.
13              However, if you want to send the
14       request, we will take it under
15       advisement.
16              MR. BRIGANTIC:  What I am
17       saying --
18              MR. RICHMAN:  Bob, Bob, it's my
19       deposition.
20              MR. BRIGANTIC:  I know.
21              MR. RICHMAN:  You can do yours.
22              MR. BRIGANTIC:  All I said was I
23       already sent it.  Go ahead.
24              MR. TURCO:  That's fine.
25       Q.     When you started at Jim
```

```
                                          Page 72
 1              S. Espinoza
 2   Associates, what was your job position?
 3   Did it have a name to it?
 4      A.    I didn't have like a name or
 5   anything.  I was doing like everything
 6   they asked me to.  I was like a helper.
 7      Q.    You considered yourself while
 8   employed at Jim Associates a helper; is
 9   that correct?
10             MR. TURCO:  Note my objection.
11             Asked and answered.  He said HE
12        did a little bit of everything.
13             MR. RICHMAN:  That is not my
14        question though.
15      A.    Can you repeat the question.
16      Q.    Did you consider yourself a
17   helper as an employee working for Jim
18   Associates?
19      A.    I cannot answer to that.
20      Q.    Did you consider yourself a
21   laborer while you were employed at Jim
22   Associates?
23      A.    I could do like whatever job
24   they asked me to like in general.
25      Q.    Did you consider yourself a
```

```
                                        Page 73
 1              S. Espinoza
 2    carpenter while you were employed at Jim
 3    Associates?
 4              MR. TURCO:  Note my objection.
 5              You can answer.
 6        A.    Yes.
 7        Q.    When you were working at Jim
 8    Associates, did you have a direct
 9    supervisor, a person who told you what to
10    do?
11        A.    No.  They will only indicate me
12    what to do.
13        Q.    Say is again.
14        A.    They will only indicate me what
15    to do.
16        Q.    Can you tell me the name of the
17    person that would tell you what to do?
18        A.    Jorge and sometimes we will work
19    together.
20        Q.    Jorge would tell you what to do
21    when you were working on a particular job
22    site; correct?
23        A.    Yes.
24        Q.    When you were working at Jim
25    Associates before this incident, before
```

Page 74

```
 1                  S. Espinoza
 2   the incident happened --
 3              MR. RICHMAN:  Withdrawn.
 4       Q.    Did you work on numerous job
 5   sites before this incident happened all
 6   while you were employed at Jim Associates?
 7              MR. TURCO:  Objection to form.
 8              You can answer.
 9       A.    Yes.
10       Q.    Tell me how you would get to
11   work, get to a particular job site?
12       A.    I would take the train to the
13   office and then this man would take me to
14   the job site.
15       Q.    You would leave your home and
16   you would take a train to the offices of
17   Jim Associates each morning that you were
18   working; correct?
19       A.    Yes.
20       Q.    Then you would go in a car or a
21   van to the job site with Jorge; correct?
22       A.    In a van.
23       Q.    Would you go with other people
24   that were working at Jim Associates other
25   than you and Jorge?
```

Page 75

```
 1                    S. Espinoza
 2         A.    Most the time I will work with
 3    Jorge.
 4         Q.    Were there job sites that you
 5    were working on with people in addition to
 6    you and Jorge before the incident?
 7         A.    Yes, more people.
 8              MR. BRIGANTIC:  Was there any
 9         answer to whether there were other
10         people that were in the van when he
11         went to work?
12              THE INTERPRETER:  The answer to
13         that was sometimes I would --
14              MR. TURCO:  Sometimes.
15              THE INTERPRETER:  No.  Most of
16         the time I work with Jorge.  That was
17         his answer.
18              MR. BRIGANTIC:  The answer
19         doesn't go with the question.
20         Q.    Sometimes you would be in the
21    van with other people that were employees
22    of Jim Associates; correct?
23              MR. TURCO:  Objection to form.
24              You can answer.
25         A.    I prefer not to answer.
```

Page 76

```
 1              S. Espinoza
 2      Q.     No, no, no, you have to answer.
 3              MR. TURCO:  If you can rephrase
 4        the question, was there anyone else in
 5        the van.
 6              MR. RICHMAN:  I'll rephrase it.
 7      Q.     When you went to a job site
 8   with Jorge, first of all, all the jobs
 9   sites you went to while you were working
10   at Jim Associates, was Jorge always with
11   you?
12      A.     Most of the jobs sites, yes.
13      Q.     Did you ever go to any job sites
14   alone?
15      A.     Yes.
16      Q.     Did you ever go to job sites
17   with people in addition to Jorge?
18      A.     Yes.
19      Q.     Were those other people
20   employees of Jim Associates?
21      A.     It was a brother and another
22   employee.
23      Q.     It was Jorge's brother?
24      A.     Yes.
25      Q.     Do you know his name?
```

Page 77

```
 1              S. Espinoza
 2      A.     No.
 3      Q.     Do you know the names of any
 4  other employees that you went to any job
 5  sites with before this incident happened?
 6             MR. TURCO:  Note my objection.
 7      A.     No.
 8      Q.     No, you don't know their names
 9  or no, you don't want to tell me their
10  names?
11      A.     I usually don't learn the other
12  people's names.
13             MR. BRIGANTIC:  It's
14      nonresponsive.
15      Q.     Did you know the names of these
16  other people that you went on different
17  job sites at the time that you went on
18  these job sites with these other people
19  other than you and Jorge?
20             MR. TURCO:  Note my objection.
21             Asked and answered.  You can
22      answer again.
23             MR. RICHMAN:  He didn't answer
24      it.
25      A.     I usually don't remember the
```

Page 78

```
 1                S. Espinoza
 2   names.
 3        Q.    Do you remember their names
 4   today; yes or no?
 5             MR. TURCO:  Note my objection.
 6             Nora, are you translating my
 7        objections?
 8             THE INTERPRETER:  Yes, I said
 9        objection but you can answer.
10        A.    No, the only thing I know, one
11   was a brother and the other one was a
12   clerk.
13        Q.    The clerk is the one that went
14   in the van to job sites with you at times?
15        A.    Yes.  I don't understand.
16        Q.    You just said the clerk would go
17   with you and Jorge or go with you
18   sometimes at various job sites.
19             When you said the clerk, what do
20   you mean by a clerk?
21        A.    The name of this person, I don't
22   remember at this moment, maybe later.
23        Q.    Is the name of this person
24   Clerk?
25        A.    No, I don't think so.
```

Page 79

```
 1                 S. Espinoza
 2       Q.     What did you mean when you just
 3  said clerk, what do you mean by that?
 4       A.     Yeah, it's a person that does
 5  the checks.
 6       Q.     The person that does the checks
 7  sometimes went to the job site with you
 8  and Jorge?
 9       A.     Yes, sometimes.
10       Q.     How many projects, how many job
11  sites, different job sites did you go to
12  before the incident took place on June 28,
13  2019?
14            MR. TURCO:  Objection to form.
15            He can answer.
16       A.     Around three or four job sites.
17       Q.     The first job site that you went
18  to when you started working at Jim
19  Associates, do you recall where that job
20  site was?
21       A.     One was in Brooklyn, the other
22  one in the Bronx, and the other one in
23  Queens or Long Island, somewhere there.
24       Q.     Was the first job in Brooklyn?
25       A.     No.
```

```
                                        Page 80
  1                S. Espinoza
  2       Q.     Where was the first job?
  3       A.     I think somewhere in Queens.   I
  4  don't remember.
  5            MR. TURCO:  Don't guess.
  6            If you don't know for sure, let
  7       them know you don't know for sure.
  8            THE WITNESS:  Okay.
  9       Q.     You are not sure where the first
 10  job site was; correct?
 11       A.     I don't know.
 12       Q.     Do you recall what work was
 13  being done at that job site, the first job
 14  site you did while working at Jim
 15  Associates?
 16       A.     They were building bathrooms,
 17  they were building apartments, working in
 18  the bathrooms.
 19       Q.     What did you do at that first
 20  job site?
 21       A.     Sheetrock, plywood on the
 22  ground, and prepare the walls.
 23       Q.     Who supervised your work on that
 24  first project?
 25       A.     There is another person there.
```

Page 81

```
 1             S. Espinoza
 2     Q.    What is his or her name?
 3     A.    I don't remember the name.
 4     Q.    Was Jorge there on that first
 5  job?
 6     A.    Yes, he will get there to the
 7  job site.
 8     Q.    Did he tell you what to do at
 9  the job site, Jorge?
10     A.    Yes.
11     Q.    When you were first started
12  working at Jim Associates, were you given
13  any safety equipment?
14     A.    What kind of safety?
15     Q.    You tell me.
16           MR. TURCO:  Note my objection.
17           If you want to break it down.
18     Q.    Did Jim Associates provide you
19  with any safety goggles?
20     A.    One moment, let me remember.
21           MR. TURCO:  Do you need to
22     stand?  Your back?
23           MR. RICHMAN:  He said helmet.
24     A.    Goggles and a hardhat.
25     Q.    Goggles and a hardhat.  Anything
```

```
                                            Page 82

 1                    S. Espinoza

 2   else?

 3        A.      Gloves.   That is all.

 4        Q.      Did you use your safety goggles,

 5   hardhat, and gloves on the first job site

 6   while you were working at Jim Associates?

 7        A.      Yes.

 8        Q.      Did you wear then all the time

 9   that you were working?

10        A.      Most time I would use gloves and

11   a hardhat.

12        Q.      What about safety goggles?

13        A.      Only when I was going to cut

14   wood or some metal.

15        Q.      Do you remember where the second

16   job site was while you were working at Jim

17   Associates?

18        A.      It was in Brooklyn.   It was a

19   demolition.

20        Q.      What did you do at that job

21   site?

22        A.      Demolish a wall and also the

23   roofs.

24        Q.      Were you wearing safety

25   equipment during that project?
```

Page 83

```
 1                   S. Espinoza
 2      A.      Yes.
 3              MR. TURCO:  Hold on.  I got to
 4       take this, my wife.
 5              There is no, there is no
 6       question pending; right?
 7              MR. RICHMAN:  No.
 8              [A pause in the proceedings.]
 9              MR. RICHMAN:  Please read back
10       the last question and answer.
11              [The requested portion of the
12       record was read.]
13      Q.      Describe the safety equipment
14   that you had or were wearing or using?
15      A.      Hardhat and gloves.
16      Q.      Did Jim ever provide you with a
17   safety harness on any projects that you
18   worked on?
19      A.      I don't remember.
20      Q.      What was the third job site that
21   you were working on for Jim Associates?
22              MR. TURCO:  Prior to the subject
23       site?
24              MR. RICHMAN:  Yes.
25      A.      I think it was a house in
```

```
                                    Page 84

 1               S. Espinoza
 2    Brooklyn.  We went to paint something.  I
 3    don't know exactly.
 4         Q.    What did you do there?
 5         A.    We painted the apartment.
 6         Q.    Was there a fourth job site
 7    before the incident happened or was that
 8    when the incident happened, the fourth job
 9    site?
10         A.    Let me remember.  I think it was
11    a house that we were paint something
12    there.  I think it was in Queens or Long
13    Island, somewhere there.
14         Q.    What did you do, painting?
15         A.    We wash the ground and then we
16    paint the outside or the house.
17         Q.    What was the next job site,
18    which would be the fifth job site, where
19    was that?
20         A.    The accident would be.
21              MR. TURCO:  Counsel for Davs
22         Partners has to attend a Court
23         Conference at 4:30.  He requested that
24         the deposition end today now.
25              We consent to the ending of the
```

Page 85

```
 1              S. Espinoza
 2      deposition at this time.  However, we
 3      are going to produce my client for one
 4      more day of deposition, as the day is
 5      probably four hours of actual
 6      testimony, to the extent that counsel
 7      for Davs Partners and Kalnitech have
 8      to expedite their question asking so
 9      we do not have to produce our client
10      again for a third time.
11           MR. BRIGANTIC:  I am not
12      consenting to have my questioning
13      limited by someone else's duration.
14      I'll follow up and I am not going to
15      redo stuff but I am not going to agree
16      that I can't question somebody if the
17      whole time is exceeded.
18           MR. TURCO:  No one is telling
19      you are not allowed to question him.
20      I think we can expedite it.  Today was
21      choppy.  I think Keith would agree we
22      can get through liability and damages
23      in one more full day.
24           MR. RICHMAN:  I don't see why
25      not.
```

Page 86

1              S. Espinoza

2              MR. BRIGANTIC:  Me neither if we

3       start early.

4              MR. TURCO:  We will have our

5       respective offices coordinate the next

6       date.

7              [TIME NOTED:  4:17 p.m.

8

9       _____

10      STALIN RODRIGO REYES ESPINOZA

11

12

13  _____

14

15  Subscribed and sworn to

16

17  before me this _____

18

19  day of _____ 2021.

20

21  _____

22      Notary Public

23

24

25

Page 87

1

2                        **I N D E X**

3

4

5      **WITNESS          EXAMINATION BY          PAGE**

6

       **S. Espinoza        Mr. Richman          5**

7

8
                         **INSERTIONS**
9

               **Page                    Line**
10

                  **27                      12**
11

                  **34                      13**
12

13                        **REQUESTS**

14             **Page                    Line**

15             **28                       3**

16             **61                      25**

17             **70                      15**

18
                         **RULINGS**
19

                  **32                        21**
20

                  **33                         7**
21

22

23

24

25

Page 88

1

2                    CERTIFICATION

3

4        I, Carol Ellinghaus, a Notary Public

5    for and within the State of New York, do

6    hereby certify:

7        That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12       I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17       IN WITNESS WHEREOF, I have hereunto

18   set my hand this 30th day of November,

19   2021.

20

21

22            CAROL ELLINGHAUS

23

24            *       *       *

25

Page 89

```
 1
 2                    ERRATA SHEET
             VERITEXT/NEW YORK REPORTING, LLC
 3
     CASE NAME:  ESPINOZA V. DAVS PARTNERS
 4   DATE OF DEPOSITION:  11/17/21
     WITNESS' NAME:  STALIN ESPINOZA
 5   PAGE/LINE[S]/    CHANGE        REASON
     ----/-------/------------------/-------
 6   ----/-------/------------------/-------
     ----/-------/------------------/-------
 7   ----/-------/------------------/-------
     ----/-------/------------------/-------
 8   ----/-------/------------------/-------
     ----/-------/------------------/-------
 9   ----/-------/------------------/-------
     ----/-------/------------------/-------
10   ----/-------/------------------/-------
     ----/-------/------------------/-------
11   ----/-------/------------------/-------
     ----/-------/------------------/-------
12   ----/-------/------------------/-------
     ----/-------/------------------/-------
13   ----/-------/------------------/-------
     ----/-------/------------------/-------
14   ----/-------/------------------/-------
     ----/-------/------------------/-------
15   ----/-------/------------------/-------
     ----/-------/------------------/-------
16   ----/-------/------------------/-------
     ----/-------/------------------/-------
17   ----/-------/------------------/-------
     ----/-------/------------------/-------
18   ----/-------/------------------/-------
     ----/-------/------------------/-------
19   ----/-------/------------------/-------
20            -------------------------
               STALIN RODRIGO REYES ESPINOZA
21   SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
22   OF_____, 2021.
23   _____
            NOTARY PUBLIC
24
     MY COMMISSION EXPIRES_____
25
```

| & | | | |
|---|---|---|---|
| **&** 2:3,7 62:3 65:4 70:19 | 51:21 56:13 57:2 65:10 66:22 79:12 87:15 | **8** | **agree** 6:5 16:7 85:15,21 |

**0**

**00/00/0000** 30:16

**1**

**10** 7:2
**100** 2:4
**10039** 2:4
**10158** 2:14
**11/17/21** 89:4
**11204** 14:19
**11530** 2:9
**12** 87:10
**12:11** 1:13
**13** 87:11
**15** 87:17
**151** 14:18 17:7
**17** 1:12
**1900** 2:4

**2**

**2018** 18:25 20:5
  22:21 25:24 26:4
  27:25 53:8,17
  70:16
**2019** 12:2 46:16,22
  47:8,22 48:8
  51:21 53:3,3,4
  55:7 56:13 57:2
  58:7,25 65:10
  66:23 68:24 70:13
  70:18 79:13
**2021** 1:12 7:2,4
  86:19 88:19 89:22
**21** 87:19
**221** 3:7
**25** 87:16
**27** 87:10
**28** 7:4 46:16,22
  47:8,21 48:8

**2:15** 45:7
**2:30** 42:12 45:6,9
  45:11 57:10
**2:45** 45:13

**3**

**3** 41:2 87:15
**30** 20:5 62:6
**30th** 18:25 88:18
**3116** 3:25
**32** 87:19
**33** 87:20
**34** 87:11
**3841** 88:21
**3:30** 8:4,11
**3rd** 2:13

**4**

**4** 22:21 26:4 53:8
  53:17
**4:17** 86:7
**4:20** 57:20
**4:30** 84:23
**4th** 22:19

**5**

**5** 70:10 87:6

**6**

**6** 68:18
**600** 23:21 68:10
**605** 2:13
**61** 87:16
**666** 2:8

**7**

**7** 68:19 87:20
**70** 87:17

**8**

**8:30** 67:22,25

**9**

**9th** 2:13

**a**

**a.m.** 68:19,19
**a.s.k.** 5:13,19,20
  5:23 9:11,17,20,23
**ability** 5:20 14:6
**able** 7:15 8:6 45:5
  46:2
**absolutely** 13:23
**abuse** 26:18,19
  27:3
**abused** 28:8 53:22
**acceptable** 16:6
**accident** 6:18 65:6
  65:9 66:21,22
  84:20
**accurate** 28:25
**action** 1:17 3:17
  88:14
**actual** 85:5
**addition** 3:12
  12:14 75:5 76:17
**additional** 52:16
  52:17
**address** 17:6
  62:25 63:2
**adequately** 9:4
**adjourned** 6:13
**adjournments** 12:15
**advised** 12:16
**advisement** 28:7
  71:2,15
**afternoon** 8:4,4,11
  10:25 15:4
**ago** 20:22 49:21

**agreed** 13:13
**agreeing** 7:11
**agreement** 68:3
**ahead** 40:4 47:5
  48:12 71:23
**allow** 41:7
**allowed** 85:19
**aluminum** 46:24
**answer** 16:10,21
  18:16 32:24 33:4
  33:10,16 45:18
  48:11 49:4,7,9
  53:12 60:6 72:19
  73:5 74:8 75:9,12
  75:17,18,24,25
  76:2 77:22,23
  78:9 79:15 83:10
**answered** 54:18
  72:11 77:21
**answers** 16:5,19
**apartment** 14:18
  17:7,12,13,14 18:6
  20:15 84:5
**apartments** 80:17
**apparel** 40:17
**apparently** 5:22
**appearances** 2:2
**appropriate** 10:13
  11:5
**approved** 35:5,6
  35:10
**approximate** 49:17,22
**approximately** 17:10 20:25 26:6
  27:14 32:12 53:2
  53:3,10,20 58:23
  65:14,15,22,23
  67:16 68:25

**approximations** 16:19
**april** 53:2,3,4
**area** 51:17 54:2,6 54:9 55:2
**arranged** 22:6
**arrive** 20:13
**arrived** 18:2,3 20:10,16 21:14 22:4,8,18
**aruga** 41:24
**asked** 8:16 9:25 16:18 60:24 61:2 70:22 72:6,11,24 77:21
**asking** 16:2 24:3 27:6 39:12 49:8 54:16 85:8
**asks** 16:9
**associates** 2:3 9:15 58:19,22 59:5,17 59:24 60:3 61:8 62:17 63:15 68:3 68:8,16 69:6,12,19 72:2,8,18,22 73:3 73:8,25 74:6,17,24 75:22 76:10,20 79:19 80:15 81:12 81:18 82:6,17 83:21
**assuming** 14:24
**attempt** 8:20
**attempting** 7:19
**attend** 36:15,21 37:6 52:20,24 62:21 84:22
**attended** 37:20 52:12,23
**attending** 36:9 37:10,15 67:5,14

**attorney** 4:7 6:22 6:23 15:5 64:18
**attorneys** 2:3,7,12 3:4
**audio** 41:18
**authority** 8:17
**authorizations** 6:16 11:25 71:8 71:10
**auto** 65:6
**avenue** 2:13 14:18 17:7 20:25
**average** 68:16
**aware** 52:5

                    **b**

**b3** 14:18 17:7
**back** 13:14 14:21 14:22 15:13 18:12 18:15 21:8 45:17 47:18 51:14,16 53:6 70:20 81:22 83:9
**bag** 46:3
**bankruptcy** 52:3
**bar** 3:15
**based** 5:17
**bathrooms** 80:16 80:18
**beginning** 60:7 69:2
**begun** 3:21
**behalf** 5:13
**belongs** 67:9
**bergman** 65:4
**best** 14:6
**better** 30:10
**biforate** 8:21
**birth** 30:11,13
**bit** 72:12
**blood** 88:14

**board** 57:18 71:7
**bob** 71:18,18
**boots** 39:9
**born** 30:6,17
**break** 57:15,20 60:10 81:17
**brigantic** 2:15 7:10 11:9,14 13:11,23 14:20 18:8,11 19:12 25:17,21 69:10 70:20 71:16,20,22 75:8,18 77:13 85:11 86:2
**brigantic's** 11:7
**bring** 5:18,21 13:14 46:3
**bronx** 79:22
**brooklyn** 14:19 17:8 79:21,24 82:18 84:2
**brother** 17:20,25 20:11,13,14,16,19 20:20 21:12,13,19 21:22 76:21,23 78:11
**brother's** 17:22
**brothers** 17:16
**brought** 14:21,22
**building** 17:12,14 44:21 80:16,17
**burseio** 18:13
**buttocks** 51:17

                    **c**

**c** 59:21
**c.p.l.r.** 3:6,25
**call** 7:12 11:10 18:9,12,14 70:17
**called** 70:16
**car** 63:12 74:20

**card** 61:24
**care** 50:10
**carol** 1:18 30:14 88:4,22
**carpenter** 73:2
**carry** 42:19
**case** 5:25 9:7 32:25 33:12,14 71:5 89:3
**cash** 25:11
**certificate** 61:20 61:23
**certification** 88:2
**certify** 88:6,12
**change** 89:5
**charge** 4:8
**check** 25:12,13 70:14
**checks** 69:17 79:5 79:6
**child** 43:25
**children** 29:4
**choppy** 85:21
**citizen** 32:18,22
**city** 2:9
**claim** 25:18 53:21 64:7,12,19 71:12
**claiming** 51:20
**clarification** 36:3
**clarify** 17:18
**clarity** 45:22
**class** 35:15 61:6
**classes** 52:14,17 52:19,21,24,25 60:11,15,18 61:14 61:17,19,21 62:5 62:12,22 63:3,6,8 67:18,20
**cleaning** 44:10
**clerk** 7:18 18:12 78:12,13,16,19,20

[clerk - deposition]

Page 3

78:24 79:3
**client** 6:6 7:9 9:12
10:3 12:20 13:2
15:6 29:14 85:3,9
**client's** 6:11,13
12:15 13:4
**close** 22:19 66:15
67:10
**columns** 55:23
58:5
**combined** 7:3
70:21
**come** 19:3,9,17,20
19:25 20:6,9,19,20
38:11 45:6,6,13
**commenced** 46:19
**commission** 89:24
**companies** 25:8
**company** 1:8 2:13
23:5,8,9 25:3 26:3
26:16,17 27:15
41:13,16 55:10
56:2 58:17,17
**compelled** 10:6
**compensation**
64:7,12,14,18 71:7
**complaint** 28:9
**completed** 10:22
61:21
**compliance** 8:8,13
11:21 12:4
**complied** 6:15,19
7:7
**concrete** 46:7
**conduct** 3:8
**confer** 5:9
**conference** 8:13
11:19,22 18:14
84:23
**confused** 37:18

**connection** 27:13
38:16,23 44:20,23
45:24 46:10 47:25
56:9,12,13,19 59:5
59:9,17
**consent** 84:25
**consenting** 85:12
**consider** 5:16
72:16,20,25
**considered** 6:3
72:7
**construction** 1:8
2:13 21:25 22:15
22:24 24:8 32:8,9
32:14 44:5,8,24
47:25 48:14,23
53:9 54:3,7,9,19
54:23 55:2
**contact** 64:24 66:6
**contains** 71:10
**continuation** 5:11
**continue** 13:8
**contract** 39:20
43:3
**controlled** 4:2
**convene** 57:19
**convenient** 6:10
**conversation** 5:3
**conversations**
59:12
**convicted** 51:23
**coordinate** 86:5
**copies** 12:7 25:14
25:23
**copy** 4:5 13:21
28:4
**corners** 44:11
**correct** 10:20 15:9
18:21 21:15,19
29:2 30:6 32:2
35:23 36:19,22,23

37:9,13 38:9
47:14 49:14 53:22
58:8 61:14 62:19
64:4 66:24 72:9
73:22 74:18,21
75:22 80:10
**counsel** 1:21 3:23
5:4,4,9,15,16 6:9
11:11 65:3 84:21
85:6
**counselor** 13:22
**count** 68:20 69:8
69:16,17
**countries** 36:4
**country** 2:8
**county** 1:3
**course** 34:20
**courses** 27:17,19
38:24
**court** 1:2 6:9,19
6:24 7:7,13 12:10
12:25 13:20 16:12
18:9 84:22
**courtesy** 12:6,12
12:13,19 13:7
**cplr** 8:14,22
**crime** 51:24
**current** 17:6 52:9
65:12
**currently** 32:17,21
33:7,21,25 50:14
66:17 67:2
**cut** 82:13

**d**

**d** 14:2,2,8 62:3
70:19 87:2
**d&i** 28:5
**daily** 24:5
**damages** 5:12 6:8
6:11 13:14 85:22

**daniel** 2:16
**danny** 15:12 29:12
29:15 35:9 38:20
42:8,11 54:5,21
57:9
**date** 6:10,19,20
9:19,22,23 13:6
18:23 30:11,13
62:13,16 66:23
86:6 89:4
**daughter** 29:5,6,8
29:21 30:5,6,20
31:4,20,22
**daughter's** 30:5
**davs** 1:8 2:8 6:23
9:5 15:6,7 84:21
85:7 89:3
**day** 13:9 18:3
67:21 68:17,21
69:4 85:4,4,23
86:19 88:18 89:21
**days** 24:6
**deemed** 3:24
**default** 10:19
**defendant** 2:7,12
5:19 15:8 52:10
**defendants** 1:9
6:15 7:3 14:23
**definition** 42:3
**deliveries** 42:10
**demand** 8:15
**demands** 7:4
70:21
**demolish** 82:22
**demolition** 82:19
**depose** 9:4
**deposed** 14:23
**deposition** 3:18,23
4:4 5:7,12 6:7,11
6:13,20 7:12,17
8:15,21 9:16,19

Case 1:22-cv-01473-KAM-PK   Document 53-15   Filed 05/30/23   Page 95 of 246 PageID #: 1147

10:7 12:16 13:4
13:13 71:19 84:24
85:2,4 89:4
**depositions**  3:8
13:2,7
**describe**  24:11
39:2 44:17 51:15
55:16 83:13
**described**  51:20
**describing**  40:15
40:16
**despite**  6:24 12:24
**different**  35:25
36:4 77:16 79:11
**difficulty**  41:18
**digits**  34:6
**direct**  33:3 73:8
**directed**  7:2
**directing**  40:22
**directly**  12:8,18
**discovery**  6:22
10:20,22 12:4
**discussion**  34:15
42:15 45:15
**divorced**  28:18
**doctor**  51:5,7
**documents**  5:14
8:3,10 9:3,9,17,21
9:25 10:4,12,15,15
10:17,25 12:10
**doing**  8:17 11:2,3
31:7,9 72:5
**dollars**  70:9
**dominican**  36:4
**drive**  63:12,14
66:7,10
**driver's**  63:10,18
63:19,24,25
**duly**  14:3,11 88:8
**duration**  85:13

**duties**  44:24 45:24

### e

**e**  14:2,2,8,8,9 31:2
57:24,24 87:2
**earlier**  53:6,15
**early**  86:3
**economy**  37:7
**ecuador**  18:4,20
28:13,25 29:9,20
30:7,9,18,20 31:4
31:20,25 32:10,15
35:18 36:5,8,11
37:4 38:4 48:2,15
48:25 49:13,18
50:5 64:2
**education**  34:18
52:18
**eight**  24:5 68:20
68:21
**eighteen**  38:2
**either**  6:22 66:15
**electric**  5:13,19,21
5:24 9:11,18,21,24
**eleventh**  35:22
**ellinghaus**  1:19
88:4,22
**else's**  85:13
**employed**  20:2
21:22 22:17,25
23:3 31:5 37:11
49:13 50:6 60:14
63:15 66:17,20
71:2 72:8,21 73:2
74:6
**employee**  72:17
76:22
**employees**  75:21
76:20 77:4
**employer**  9:14
10:16

**employers**  61:13
**employment**  22:5
22:6,23 23:14,17
27:14 31:25 32:4
38:3 39:19 48:22
53:7 61:12 66:24
71:9
**engaged**  43:16,18
**english**  14:5,6 16:2
67:4,6
**enrolled**  67:2
**entered**  57:12
**entirety**  13:4
**entitled**  1:17 33:16
71:4
**equipment**  40:17
44:15 56:9 81:13
82:25 83:13
**equivalent**  34:21
**errata**  89:2
**espinoza**  1:5,16
14:1,16 15:1 16:1
17:1,2,23 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1

73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1,10 87:6
89:3,4,20
**esq**  2:5,10,15
**establishing**  5:10
**estimate**  49:9
**euclides**  17:23
**exact**  23:4 69:4
**exactly**  21:2 23:7
23:24 24:11 26:5
28:22 32:11 38:12
42:18 49:19 60:9
62:14 63:2 64:9
69:23 84:3
**examination**  1:15
3:11,14,21 4:6
14:13 87:5
**examined**  3:19 4:7
14:12
**exceeded**  85:17
**exception**  52:8
**exchange**  12:11
**excuse**  40:8
**exist**  8:18
**existed**  48:5
**existing**  10:10
**expedite**  85:8,20
**expires**  89:24
**explain**  7:20
**extent**  85:6

### f

**f**  57:24
**fact**  7:24 10:21
**failure**  3:12,22
**fall**  46:11
**family**  37:5 50:10
**far**  10:14 59:23

faraway 66:15
farming 42:6
fast 43:8,15 44:4
father 37:22
feet 51:18
fiberglass 46:25
fifth 84:18
file 27:24 28:9
    64:6 70:12
filed 52:2
filing 4:3
final 11:24
finalized 35:19
finances 37:8
find 49:3
fine 71:24
finish 35:21 36:17
    36:25
finished 34:19
    35:18
first 14:3,10 15:17
    19:8,16,24 20:23
    21:4,17,21 22:4,16
    22:23 23:17 35:15
    35:15 36:6,9,11,15
    36:25 37:10,15,19
    37:24 38:3 48:6
    53:7,16 54:17
    59:16 76:8 79:17
    79:24 80:2,9,13,19
    80:24 81:4,11
    82:5
five 24:7 65:14,22
    65:24 70:9
flashlight 39:9
floor 2:13
floors 40:5
fogelgaren 65:3
follow 85:14
following 35:14
    57:22

follows 14:7,12
food 24:19 41:19
    42:13 43:8,15
    44:4
foreman 24:18
    26:21 27:2
form 3:10 29:18
    74:7 75:23 79:14
forman 65:4
forth 88:8
forty 23:25 65:24
    70:6
forward 7:11,22
    8:23 10:7 13:16
    13:19
forwarded 12:6
found 21:11
four 12:14 30:3
    34:6,8 50:18
    69:13,20 70:9,10
    79:16 85:5
fourth 36:7,10
    84:6,8
frame 46:4 47:8
    47:17,24
friend 59:3
fuel 42:19
full 12:3 16:25
    31:13 85:23
furnished 4:6
further 4:5 12:13
    20:22 63:23 88:12
future 30:10

**g**

g 14:8
gain 65:17,20
gained 65:19,23
garden 2:9
gc 10:9
gear 39:13

general 72:24
gentleman 58:15
    58:16
gestures 16:13
getting 59:6,9,13
    59:17
give 5:20 16:4,19
    49:22 64:25
given 81:12 88:10
glasses 66:5,6,9,14
gloves 39:4,8
    44:18 56:10 82:3
    82:5,10 83:15
go 7:11 8:23 10:6
    23:11 24:18 36:18
    38:11 40:4 46:2
    47:5 48:12 53:6
    55:18 57:19 71:23
    74:20,23 75:19
    76:13,16 78:16,17
    79:11
goggles 39:3 40:12
    56:10 81:19,24,25
    82:4,12
going 7:22 13:16
    15:25 16:4 28:3
    33:3 37:24 38:4
    40:2 42:4 57:14
    57:18 61:25 63:22
    68:5 70:17 82:13
    85:3,14,15
gold 38:18,19,22
good 15:4
gorayeb 2:3
government 67:10
grade 34:19,22
    35:12,14,14,18,19
    35:22 36:10
grades 36:7
graduate 35:3

graduated 35:12
    35:20
grease 42:20
great 49:9
green 47:3 48:7
grill 31:11,12,12
grilling 31:21,25
ground 56:16
    80:22 84:15
guards 41:5
guess 16:18 80:5
guiding 40:23

**h**

half 29:7 43:10
    57:14
hand 16:13 34:9
    88:18
handed 66:2,3,4
happened 69:7,14
    69:21 74:2,5 77:5
    84:7,8
hardhat 81:24,25
    82:5,11 83:15
harness 40:11,24
    41:4,9 83:17
head 16:14
hear 7:15 29:15
    39:6 54:22
heard 60:8
hearing 40:21
hears 29:14
height 65:12
held 1:17 34:15
    42:15 45:15
helmet 39:3,8
    40:13 44:18 81:23
helper 41:21,22
    42:17 43:6,15
    72:6,8,17
helping 24:18

**hereto**  3:5
**hereunto**  88:17
**high**  34:24 35:3,15
  35:20 36:5,7,8,10
  36:12,12,13,16,19
  36:22,25 37:4,6,10
  37:15,20,24 38:5
  56:17
**higher**  52:18
**highest**  34:17
**hold**  55:23 83:3
**home**  57:7 74:15
**hour**  57:14 70:10
**hours**  23:23,25
  24:5 50:18 61:19
  62:5,12 63:7
  67:24 68:12,14,17
  68:20,21 70:7
  85:5
**house**  17:13 67:10
  83:25 84:11,16
**hundred**  8:3 23:20
  65:15,22 68:9
  70:5
**hydroelectric**
  39:23 40:18,23

**i**

**idea**  22:3 34:23
  48:4
**immigration**
  32:25 33:11
**improvement**  68:6
**inaccurate**  12:5,25
**inadequacies**  11:8
**inappropriate**
  11:11
**incident**  46:10,15
  46:21 47:8,21
  51:21 56:12,25
  64:8 65:9,18,24
  69:6,14,20 73:25

74:2,5 75:6 77:5
  79:12 84:7,8
**including**  3:8
**indicate**  9:8 73:11
  73:14
**indicating**  25:7
  55:20,21
**individual**  23:6
**individuals**  25:8
**industry**  42:6
**information**  64:24
**injured**  39:15
**insert**  27:11 34:12
**insertions**  87:8
**installing**  55:23
**insult**  11:9
**interest**  9:10 10:9
**interested**  88:15
**interior**  55:24
  58:5 61:11 62:19
**interpret**  16:3
**interpreted**  14:4
  54:22
**interpreter**  2:16
  2:17 14:3 15:19
  16:3,9,11 17:17
  24:3 27:18 30:22
  31:2 35:10 38:8
  38:21 39:5 40:2
  40:20 41:17,25
  45:4,5,10 48:10
  51:12 54:11,18,25
  57:12 60:4 62:9
  75:12,15 78:8
**interruption**  18:7
**intervention**  7:13
  7:21
**interview**  59:4
**involved**  46:15
  47:7 56:25

**involving**  46:11
**irrelevant**  63:21
**island**  79:23 84:13
**issue**  5:8 7:20
  12:21
**issues**  6:2 8:16
**itemize**  24:14
**items**  40:6

**j**

**january**  55:6,7
  58:7
**jared**  2:5
**jeopardize**  33:2,14
**jessica**  43:21,22
  50:13
**jim**  5:22 9:14
  58:18,22 59:5,17
  59:24 60:3 61:8
  62:17 63:15 68:2
  68:7,15 69:6,12,19
  71:25 72:8,17,21
  73:2,7,24 74:6,17
  74:24 75:22 76:10
  76:20 79:18 80:14
  81:12,18 82:6,16
  83:16,21
**job**  38:23 39:16,21
  41:20 42:21,25
  43:4,14 44:3,6,20
  45:2 48:2,14,16,19
  48:23 53:16,24,25
  54:16,17 55:3,6,11
  55:13 56:9,14,19
  57:5 58:3,11,14
  59:2,6,10,13,15,18
  60:25 61:5,8,9,10
  62:18 72:2,23
  73:21 74:4,11,14
  74:21 75:4 76:7
  76:13,16 77:4,17
  77:18 78:14,18

79:7,10,11,16,17
  79:19,24 80:2,10
  80:13,13,20 81:5,7
  81:9 82:5,16,20
  83:20 84:6,8,17,18
**jobs**  31:18 56:16
  58:13 76:8,12
**jorge**  59:19,23
  73:18,20 74:21,25
  75:3,6,16 76:8,10
  76:17 77:19 78:17
  79:8 81:4,9
**jorge's**  76:23
**judge**  7:14,18,19
**judgments**  52:5
**judicial**  7:13,21
**july**  18:25 20:5
**june**  46:16,22 47:8
  47:21 48:7 51:21
  56:13 57:2 65:10
  66:22 79:12

**k**

**kalnitech**  1:8 2:13
  5:4 6:24 9:13 85:7
**kalnitech's**  5:15
**keith**  14:25 15:5
  85:21
**keth**  2:10
**kind**  22:13 23:7
  24:8,12 40:24
  41:22 44:8 51:2
  56:18,21 81:14
**kings**  1:3
**kitchen**  43:6
**know**  15:22 16:21
  16:22 17:21 22:12
  23:4,7,9,12,24
  24:2,25 25:4
  32:11 33:15,16
  34:22,24 38:12
  41:25 46:8 55:4

56:5 57:9 59:22
59:24,25 60:2,7,9
62:24,25 63:2
64:9,11 67:11
69:4,22 71:20
76:25 77:3,8,15
78:10 80:6,7,7,11
84:3
**known**   17:3

**l**

**l**   14:2,8 31:2
**labor**   9:7
**laborer**   24:10,12
25:3 53:9 72:21
**ladder**   44:19,22
45:23,25 46:4,5,8
46:12,22,24 47:3,7
47:9,11,21,25 48:5
48:7 56:18,21,25
**ladders**   56:11
**landicino**   7:14,19
**landicino's**   7:18
**lantern**   39:8
**late**   10:25
**lately**   66:7
**law**   2:12 7:18 9:7
18:12 71:5
**lawsuit**   15:8 46:11
46:19 52:9,10
**learn**   67:6 77:11
**leave**   26:22,24
27:7,9 34:10
42:12 43:14 57:9
74:15
**leaving**   43:11
**left**   26:16,17 30:8
31:24 39:18 41:15
42:24 48:16 49:12
49:14,18 50:4
51:14 53:20 57:4
58:10 61:9,10

66:2
**legally**   28:20
**legs**   51:17
**lenses**   66:6
**lenta**   30:24,25
**level**   34:17
**levine**   2:7
**liability**   5:8 12:22
13:12,15 85:22
**license**   63:10,19
63:19,25,25
**liens**   52:6
**limit**   8:20
**limited**   39:20 43:3
85:13
**line**   87:9,14 89:5
**listen**   49:10
**litigation**   6:2 9:11
**little**   70:2,3,8
72:12
**live**   17:15 20:24
21:3,12 28:23
29:8,10 63:3
67:18
**lived**   17:9 31:22
**lives**   20:17
**living**   17:24 18:5
18:20 20:14 21:16
28:13,14 29:20,21
30:4,19,21 31:4,20
32:15 37:16,20
48:25 50:11 58:4
**llc**   1:8 2:8 15:6,7
89:2
**located**   23:10
**long**   17:9,24 24:23
26:2,6 29:24 32:4
32:9,12 38:10
41:12 42:21 43:9
44:6 49:16,21
55:12 67:14,20

79:23 84:12
**look**   22:10,13
**looked**   22:8 70:20
**looking**   38:18
59:15 61:5,12
**looks**   47:13
**lose**   65:17
**lost**   25:18 71:12
**louder**   24:4
**lower**   51:14,16
**lunch**   42:13 57:15
58:2 60:10 70:21
**luncheon**   57:21

**m**

**m**   41:2 59:21
**majority**   56:15
**making**   11:16
**man**   74:13
**manuel**   17:23
**maribel**   43:21
50:13
**mark**   33:5,18,19
**marriage**   88:14
**married**   28:16,20
28:22,25 29:3
**marry**   43:22
**masks**   39:9
**material**   41:10
44:13
**matter**   88:16
**mean**   24:15 52:14
52:22 55:17 66:12
78:20 79:2,3
**means**   42:2,3
55:17
**medical**   6:16
11:25 12:7,13,17
**medication**   50:15
50:17,21
**meeting**   57:13

**metal**   55:23 82:14
**metals**   54:2,6,8,20
54:23 55:13,17,18
58:5 61:11 62:19
**michael**   2:12
**mining**   38:6,7,8,10
38:17,19,21 39:13
**misrepresentatio...**
11:17
**missed**   40:14
**mix**   44:10
**moment**   63:13
78:22 81:20
**mondays**   67:22
**money**   23:13 37:3
37:5,12
**month**   26:8 31:23
58:22
**months**   26:10,12
26:14 27:14 32:6
38:14 42:23 44:7
45:3 48:2,15,21,24
49:20 53:10,20
55:14 58:8
**morning**   74:17
**moscoso**   59:20
**mother**   29:10,22
29:25 30:2,5
37:22
**motion**   3:15
**move**   3:10,13
13:18
**moved**   18:23
21:18
**mutually**   6:10

**n**

**n**   14:2,8,9 31:2
57:24,24,24 87:2
**name**   14:15 15:4
16:25 17:22 23:4
26:20,24,25 27:8

[name - plaintiff]                                                        Page 8

30:24 43:17,20
51:3,7 55:9 56:5
59:19,20,22 64:21
65:2 67:11 72:3,4
73:16 76:25 78:21
78:23 81:2,3 89:3
89:4
**names** 11:10 17:4
24:25 25:7 77:3,8
77:10,12,15 78:2,3
**need** 9:3 18:8
25:23 29:12,16
66:10,16 81:21
**needed** 37:11
**neither** 86:2
**never** 66:23
**new** 1:2,20 2:4,4,9
2:14,14 14:19
17:8 63:19,25
64:3,5 88:5 89:2
**ninth** 35:6,7,11,12
35:14,18,19
**nods** 16:13
**nonresponsive**
77:14
**nora** 2:17 57:11
78:6
**notary** 1:19 3:19
3:20 14:4,11
86:22 88:4 89:23
**note** 32:19,23 33:9
48:9 53:11 63:20
72:10 73:4 77:6
77:20 78:5 81:16
**noted** 86:7
**november** 1:12
88:18
**number** 33:22
34:2,4 68:16
69:23

**numerous** 74:4

**o**

**o** 14:2,8,8,9,18
17:7 57:24,24,24
59:21,21,21
**o'clock** 57:19
**object** 3:9,12 7:24
29:16 47:4
**objection** 7:23
8:25 11:3 13:17
29:13,17,18 32:19
32:23 33:9 48:9
53:11 63:20 72:10
73:4 74:7 75:23
77:6,20 78:5,9
79:14 81:16
**objections** 78:7
**obligations** 10:20
**obtain** 19:4 48:22
**october** 7:4 22:19
22:21 26:4 53:8
53:17
**odd** 55:11,13
**office** 2:12 8:5,19
10:5,18 11:21,23
12:2,12 74:13
**offices** 74:16 86:5
**okay** 15:23 42:7
53:2 55:18 80:8
**old** 2:8 29:6 37:23
**once** 12:20
**ones** 17:21 47:12
**open** 47:12
**opens** 47:13,14
**order** 1:20 8:9,13
9:4 11:19,22 15:2
60:25
**ordered** 12:11
13:2
**orders** 6:19,25 7:7
8:22

**original** 3:22 4:3
**osha** 52:14,19,20
52:23,24 60:11,15
60:18 61:6,14,17
61:21 62:5,6,12
63:3,7
**outcome** 88:15
**outside** 47:2 84:16
**overtime** 70:7
**owner** 9:6 10:11
59:23 60:2,8

**p**

**p** 14:9
**p.m.** 1:13 50:25
86:7
**page** 87:5,9,14
89:5
**pages** 8:3
**paid** 23:13,16
25:11 68:6,8
**pain** 51:10,12,13
51:15,16,19
**paint** 84:2,11,16
**painted** 84:5
**painting** 84:14
**paperwork** 59:8
**park** 63:16
**part** 3:7 17:13
31:16
**partially** 8:15
**particular** 67:21
73:21 74:11
**parties** 3:4 88:13
**partner** 60:9
**partners** 1:8 2:8
6:23 9:5 15:6,7
84:22 85:7 89:3
**parts** 48:7
**party** 5:18,21 9:9
9:10 10:8

**pasatos** 43:21
50:13
**passed** 9:23
**pause** 18:10 83:8
**pay** 37:5 70:7
71:11
**paycheck** 69:24
**paychecks** 25:15
25:24
**pc** 2:3,7
**pending** 32:25
33:12 83:6
**people** 22:11 25:2
74:23 75:5,7,10,21
76:17,19 77:16,18
**people's** 77:12
**performing** 44:23
**period** 26:2 49:14
49:16,23
**permits** 8:14
**permitted** 8:22
**person** 25:3 26:3
43:17 55:9 56:3,4
56:6 59:5 63:4
73:9,17 78:21,23
79:4,6 80:25
**personally** 44:9
**phonetically** 18:13
41:24
**physically** 28:21
**pick** 24:18 44:13
**piece** 6:21
**pills** 50:24 51:2,9
**pizarro** 43:21
**place** 1:18 24:21
65:10 79:12
**places** 61:4
**plaintiff** 1:6,16 2:3
5:5,6 8:2,7,14
10:8,24 14:21
15:9 52:10 70:22

70:23
**plaintiff's** 5:11,16
8:19 9:14 10:16
10:18
**please** 15:13,22
16:8,10,18,20,21
18:15 19:22 21:5
21:7 23:2 33:23
34:7 37:17 45:17
46:9 49:11 83:9
**plural** 17:19
**plywood** 80:21
**point** 9:2
**portion** 12:5 13:16
15:14 18:17 21:9
45:19 83:11
**position** 71:3 72:2
**pounds** 65:16,22
65:24
**preconference**
11:24
**prefer** 75:25
**pregnancy** 48:18
**preliminary** 11:19
**prepare** 80:22
**prescribed** 51:4
**prescription** 66:6
66:9
**present** 2:16
**presently** 67:5
**prior** 7:25 9:16
58:2 62:16,18
83:22
**probably** 47:16
69:15 85:5
**problem** 57:16
**problems** 37:3
**procedure** 8:12
**proceed** 7:9 13:3
**proceedings** 18:10
83:8

**produce** 5:14 6:5
12:19,21 13:5
14:25 25:7 85:3,9
**produced** 5:6 8:2
8:10 9:7,24 10:24
**production** 5:18
10:2,12,14 62:2
70:16,18
**project** 9:6 10:11
80:24 82:25
**projects** 79:10
83:17
**proper** 10:13
**properly** 5:25
**property** 9:6
**prospective** 61:13
**protective** 39:9
**provide** 10:17
11:25 26:23,25
27:7,8 71:6 81:18
83:16
**provided** 3:6,24
9:22 12:12 71:8
**providers** 12:9,18
**providing** 6:16
**public** 1:19 3:20
3:20 14:4,11
86:22 88:4 89:23
**purpose** 41:4
**pursuant** 1:20
33:8
**put** 12:22 30:14
34:5
**putting** 54:2,6,8
54:19,23 55:13,17
58:4 61:11 62:18

**q**

**queens** 62:23
79:23 80:3 84:12
**question** 3:9,13
15:12 16:9,17,23

18:16 19:7,15
20:18 29:19 33:10
33:24 40:14 47:5
47:17 49:4,11
50:2 54:14,15
62:10 63:23 72:14
72:15 75:19 76:4
83:6,10 85:8,16,19
**questioning** 85:12
**questions** 16:2,11
16:20 33:17

**r**

**r** 14:2,2,8,8,8
57:24
**rails** 47:2
**rate** 71:11
**read** 15:13,15
18:15,18 21:7,10
45:17,20 83:9,12
**ready** 7:9
**real** 9:9 10:8
**reason** 26:17 30:8
36:24 39:18 41:3
41:15 42:24 43:2
43:11 46:18 48:16
57:4 58:10 60:17
89:5
**reasons** 13:17
**recall** 26:7 60:12
79:19 80:12
**receive** 70:7
**received** 6:21 7:5
8:18 11:18,20,23
12:8 27:3
**recess** 57:22
**record** 11:6,17
12:5,23 15:15
18:18 21:10 26:23
30:15 34:11,14,16
36:3 42:14,16
45:14,16,20 83:12

88:10
**records** 12:7,13,18
25:6
**redo** 85:15
**referring** 56:24
64:10,13
**reflect** 11:7
**reflective** 39:10
40:11 41:10
**regard** 6:7
**regarding** 6:18
33:11
**regards** 6:17
**regular** 68:13,14
**related** 88:13
**relationship** 10:10
**release** 12:10
**relief** 11:4
**remember** 21:2
26:5,20 27:5
32:13 49:19 51:3
51:8 53:14 62:13
62:15 64:22 69:22
77:25 78:3,22
80:4 81:3,20
82:15 83:19 84:10
**remembers** 27:10
**repeat** 15:11 19:23
21:5 23:2 24:4
32:20 33:24 37:17
62:9 72:15
**rephrase** 76:3,6
**reporter** 13:20
16:12
**reporting** 89:2
**representations**
12:24
**represented** 64:17
**represents** 9:20
**republic** 36:5

**request** 6:14 71:14
**requested** 15:14
 18:17 21:9 45:19
 83:11 84:23
**requests** 87:13
**required** 37:5 41:6
**requirement**
 60:25 61:7
**reserved** 3:11,16
**reserving** 11:4
**reside** 14:17
**resolved** 6:4
**respect** 9:3
**respective** 3:4
 86:5
**respond** 7:3 16:21
**responding** 15:10
**response** 8:18
 11:18,20,23
**responsive** 19:13
 69:11
**restaurant** 31:8,10
 43:7,8,15 44:4
**result** 51:21 64:7
**resulted** 7:14
**resulting** 10:11
**return** 3:22 9:19
 9:22,23
**returns** 27:24 28:4
 70:12,17,18,23
 71:4
**review** 8:6 10:5
**reyes** 1:5,16 14:16
 17:2 86:10 89:20
**ribs** 31:11,12,21
 31:25
**richard** 42:8
**richman** 2:7,10
 5:2 9:20 13:18
 14:14 15:3,5,11,17
 15:25 16:8,17

18:15 21:7 24:24
 25:20,25 26:22
 27:6,19 28:3 33:5
 33:15,19 34:5,10
 35:8,24 38:20
 39:14 40:4,16
 45:2,8,12,17,21
 47:18 48:12 54:4
 54:8 57:8,25
 60:21 61:25 62:8
 63:22 64:23 70:15
 71:18,21 72:13
 74:3 76:6 77:23
 81:23 83:7,9,24
 85:24 87:6
**richmond's** 10:5
**right** 3:9 11:4 15:3
 27:5 66:3,4,15
 83:6
**rights** 3:6,24
**ripe** 11:8
**road** 2:8
**robert** 2:15
**rodrigo** 1:5,16
 14:16 17:2 86:10
 89:20
**rodriguez** 2:16
**roofs** 82:23
**rule** 3:25
**rules** 3:7
**ruling** 33:6,20
**rulings** 87:18

**s**

**s** 14:1,8,8,9 15:1
 16:1 17:1 18:1
 19:1 20:1 21:1
 22:1 23:1 24:1
 25:1 26:1 27:1
 28:1 29:1 30:1
 31:1 32:1 33:1
 34:1 35:1 36:1

37:1 38:1 39:1
 40:1 41:1 42:1
 43:1 44:1 45:1
 46:1 47:1 48:1
 49:1 50:1 51:1
 52:1 53:1 54:1
 55:1 56:1 57:1,24
 57:24,24 58:1
 59:1,21,21 60:1
 61:1 62:1 63:1
 64:1 65:1 66:1
 67:1 68:1 69:1
 70:1 71:1 72:1
 73:1 74:1 75:1
 76:1 77:1 78:1
 79:1 80:1 81:1
 82:1 83:1 84:1
 85:1 86:1 87:6
 89:5
**safety** 27:16,19
 38:24 40:6,17
 44:14 56:8 81:13
 81:14,19 82:4,12
 82:24 83:13,17
**salary** 23:16 68:4
**sand** 44:10,13 46:2
 46:2
**saturdays** 70:4
**saying** 16:22 35:13
 40:21 71:17
**says** 8:8
**scarce** 57:6
**school** 34:24 35:4
 35:16,18,21 36:6,7
 36:8,10,12,12,13
 36:16,19,22 37:2,4
 37:6,10,15,20,25
 38:5 67:3,4,6,8,9
 67:12,15
**schools** 52:13

**second** 36:6,9,12
 36:18 58:3 60:4
 82:15
**security** 33:22
 34:2 41:5
**see** 8:23 57:17
 66:14 85:24
**seek** 11:4 22:5
**self** 71:2
**send** 28:5 62:2
 70:19 71:13
**sent** 71:23
**separate** 13:6,7
 28:5 62:3 70:19
**separated** 28:19
 28:21
**september** 6:25
**set** 18:14 88:8,18
**seven** 65:14 70:5
**sheet** 89:2
**sheetrock** 24:17
 80:21
**sheetrocks** 24:22
**shining** 40:5
**sic** 24:22
**sides** 10:23 47:13
 51:17
**signature** 88:21
**simply** 8:24
**singular** 17:18
**sir** 15:17 18:19
 65:5
**site** 73:22 74:11,14
 74:21 76:7 79:7
 79:17,20 80:10,13
 80:14,20 81:7,9
 82:5,16,21 83:20
 83:23 84:6,9,17,18
**sites** 74:5 75:4
 76:9,12,13,16 77:5
 77:17,18 78:14,18

79:11,11,16
**six** 23:20 26:14
  27:14 38:13 49:20
  50:25 53:10,20
  67:22,25 68:9
  69:13
**sixty** 65:22
**social** 33:21,25
**solely** 12:21
**soliloquy** 11:8
**somebody** 85:16
**sorry** 25:22 40:4
**sort** 63:21
**space** 26:22,24
  27:7,10 34:10
**spanish** 2:16,17
  14:5,5 16:4,5
  57:12
**speak** 24:4 59:16
**specific** 46:13
  49:10
**specify** 46:9
**spell** 30:23
**staircase** 46:6,7
**stairs** 44:21
**stalin** 1:5,15 14:16
  17:2 86:10 89:4
  89:20
**stand** 81:22
**start** 55:3 58:21
  68:25 86:3
**started** 7:17 36:17
  53:8,16 58:6 68:2
  68:7,15,23 71:25
  79:18 81:11
**state** 1:2,19 6:12
  63:19,25 64:3
  88:5
**stated** 13:17
**states** 18:20,24
  19:3,9,17,25 20:5

20:9,10,11,24 21:4
  21:14,15,18,22
  22:7,17 27:16
  28:13 30:9 33:8
  34:22 53:7,16
  58:4
**stating** 13:15
**status** 10:2 33:11
**stayed** 21:12 57:7
**ste** 2:4
**steven** 18:12
**stipulated** 3:3 4:5
  5:5 13:12
**stipulations** 1:21
  3:2
**stop** 37:10 48:18
  57:8
**stopped** 37:24
  38:4 55:5
**straight** 46:5
  47:11
**street** 2:4
**strike** 3:10,13
**stuff** 85:15
**subcontracted**
  9:12,13
**subcontractor**
  5:23,23
**subject** 5:25 83:22
**submit** 59:8
**subpoenaed** 5:14
  9:17 10:15
**subscribed** 86:15
  89:21
**subsequent** 6:6
**sun** 66:11
**sunglasses** 66:12
**supervised** 80:23
**supervisor** 28:9
  73:9

**supplemental** 6:7
**supplied** 10:4
**supply** 64:23
**supports** 71:5
**supreme** 1:2
**sure** 15:18 27:10
  34:7 80:6,7,9
**sweep** 24:16
**sweeping** 39:25
**swimmer** 2:12
**sworn** 3:18 14:4
  14:11 86:15 88:8
  89:21
**symptoms** 48:17

**t**

**t** 14:8 31:2 57:24
**take** 16:12 18:8
  24:16 27:16 38:18
  38:24 50:10,23
  57:14 61:14,18
  62:4,11 63:6
  71:14 74:12,13,16
  83:4
**taken** 1:18 23:11
  28:6 50:17 57:22
  70:25
**talked** 60:11
**talking** 48:3 55:22
  56:23 58:2,18
**tax** 27:24 28:4
  70:12,16,18,23
  71:4
**telephone** 18:7
**tell** 35:24 64:21
  73:16,17,20 74:10
  77:9 81:8,15
**telling** 85:18
**ten** 65:15
**tenth** 35:21
**testified** 14:12
  27:4

**testify** 33:13
**testifying** 53:14
**testimony** 3:11,14
  85:6 88:7,10
**thank** 25:21 60:23
**thanks** 42:8
**thing** 78:10
**things** 66:15
**think** 70:15 78:25
  80:3 83:25 84:10
  84:12 85:20,21
**third** 5:21 34:19
  34:19,21 36:6,9,13
  36:21 83:20 85:10
**thirty** 61:19 62:4
  62:11 63:7
**thought** 21:13
**three** 6:14 12:14
  17:11 26:12 29:7
  30:3,20 31:3,19
  42:23 57:19 67:16
  70:9,10 79:16
**thursdays** 67:23
**time** 1:18 7:17
  13:9 20:9,22
  22:16 25:9 26:2
  27:20 31:13,16,24
  33:12 37:14 40:7
  40:9 46:21 48:6
  49:12,14,16,21,23
  50:5,20 57:11
  60:15 61:15 66:19
  69:8,17 75:2,16
  77:17 82:8,10
  85:2,10,17 86:7
**times** 6:14 78:14
**today** 5:7 7:22,25
  12:23 13:5 15:21
  53:15 57:20 78:4
  84:24 85:20

**told** 9:18 10:3 53:15 68:5 70:23 73:9
**ton** 10:24
**town** 30:24
**tractor** 41:21,22 41:23 42:5,5,9
**trade** 52:13
**traffic** 40:22,23
**trailer** 42:5
**train** 74:12,16
**training** 52:17
**transcript** 13:21 26:25 88:9
**translate** 29:13,16 48:11
**translating** 78:6
**translation** 15:20 15:21
**transportation** 42:9
**treatment** 6:17 12:2
**trial** 1:15 3:16
**trouble** 15:20
**truck** 24:17 42:20
**true** 88:9
**try** 29:13
**tuesdays** 67:22
**turco** 2:5 6:5 11:6 11:12,16 14:24 15:13 19:14,20 20:18 25:19,23 27:4,9 28:6 29:12 30:14 32:19,23 33:9,18 34:7,14 39:12 40:14 42:11 44:25 47:4,16 48:9 49:7,25 50:4 52:16 53:11 54:13 54:21 55:21 57:17

60:19,23 62:6 63:20 64:25 70:25 71:24 72:10 73:4 74:7 75:14,23 76:3 77:6,20 78:5 79:14 80:5 81:16 81:21 83:3,22 84:21 85:18 86:4
**twelfth** 35:22
**twenty** 50:18
**two** 13:7 17:10 26:10 32:6 44:7 45:3 47:13 48:2 48:15,24 50:24 55:14 58:7 65:15 67:16
**type** 47:20,24 48:5 56:22,23,24

## u

**u** 14:2 20:25
**u.s.** 32:17,21 54:17
**understand** 15:19 15:24 16:15,16,23 16:24 19:14 21:6 23:15 43:13 46:14 49:25 53:13 54:13 54:15 78:15
**understanding** 5:3 7:16 15:21 19:6 36:2
**unemployed** 59:14 60:16,20,22
**uniform** 3:7
**united** 18:20,24 19:2,9,17,25 20:4 20:8,10,11,24 21:4 21:14,15,18,22 22:7,17 27:16 28:12 30:9 33:7 34:22 53:7,16 58:4

**use** 36:5 40:10 44:19,22 45:23,25 46:4 47:20,24 56:11,18 66:14 82:4,10
**usually** 69:8 77:11 77:25

## v

**v** 89:3
**van** 74:21,22 75:10,21 76:5 78:14
**various** 48:20 78:18
**vehicle** 63:14
**verbal** 26:18,19 27:3
**verbally** 16:11 28:8 53:21
**veritext** 1:11 89:2
**vest** 39:10 40:11
**virtual** 1:11
**visa** 19:4 27:22 33:8
**visitor** 19:3,9,18
**vocation** 67:3
**vocational** 52:13

## w

**wage** 25:18 71:12
**wait** 16:8
**waiter** 43:5,15
**waived** 4:4
**waiver** 3:15,24
**wall** 55:21 82:22
**walls** 55:24 58:5 61:11 62:19 80:22
**want** 13:6 14:25 15:18 32:24 33:2 33:13 42:12 45:12 57:8 71:13 77:9

81:17
**wanted** 30:10 45:21 57:17 61:13
**wants** 18:13
**wash** 84:15
**way** 35:6,11,25 88:15
**wear** 40:6,10,13 41:6 44:14 66:5 82:8
**wearing** 40:25 41:4 56:8 82:24 83:14
**wednesdays** 67:23
**week** 23:21 24:2,6 68:10,17 69:25
**weekends** 69:18
**weeks** 67:17 69:5 69:13,20,23
**weight** 65:13,15 65:17,19,21
**went** 9:23 75:11 76:7,9 77:4,16,17 78:13 79:7,17 84:2
**whereof** 88:17
**wife** 28:15 48:17 83:4
**william** 2:4
**window** 42:13
**withdrawn** 24:24 74:3
**witness** 3:19 4:7 8:24 9:5 14:10 15:10,16,24 16:7 16:16,24 19:19,22 20:21 50:3,7 80:8 87:5 88:7,11,17 89:4
**wood** 82:14

**work**  6:9 19:4,21
  20:3 22:2,9,10,13
  23:12,23 24:8,12
  25:2 26:3 27:21
  39:22 41:7,12
  48:20 49:3,15
  55:12 56:15 57:6
  57:7 68:15 69:5
  69:12,19 70:4,6
  73:18 74:4,11
  75:2,11,16 80:12
  80:23
**worked**  25:9 40:18
  48:24 53:8,19
  55:10 58:7 83:18
**workers**  64:6,11
  64:18 71:7
**working**  23:17
  27:21 44:4 48:18
  49:17 54:19,23
  55:5 56:2 58:15
  58:16,21 61:7,16
  62:16,17 68:2
  69:9 72:17 73:7
  73:21,24 74:18,24
  75:5 76:9 79:18
  80:14,17 81:12
  82:6,9,16 83:21
**written**  10:21

**x**

**x**  1:4,10 87:2

**y**

**y**  14:8
**yeah**  61:15 69:15
  79:4
**year**  32:15 35:15
  35:17 36:11,12,13
  36:15,19,22,25
  37:11,15,19,24
  41:14 43:10 50:7
  50:9,12 58:24
**years**  17:11 29:7
  30:3,20 31:3,19
**yelling**  11:12,15
**yesterday**  7:25 8:3
  8:10 9:25 10:25
  12:9 50:22,23,24
**york**  1:2,20 2:4,4
  2:9,14,14 14:19
  17:8 63:19,25
  64:3,5 88:5 89:2
**youmans**  2:17
  57:11,16

**z**

**z**  14:2,9
**zoom**  57:12

New York Code

Civil Practice Law and Rules

Article 31 Disclosure, Section 3116

(a) Signing. The deposition shall be submitted to the witness for examination and shall be read to or by him or her, and any changes in form or substance which the witness desires to make shall be entered at the end of the deposition with a statement of the reasons given by the witness for making them. The deposition shall then be signed by the witness before any officer authorized to administer an oath. If the witness fails to sign and return the deposition within sixty days, it may be used as fully as though signed. No changes to the transcript may be made by the witness more than sixty days after submission to the witness for examination.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Page 90

SUPREME COURT OF THE STATE OF NEW YORK
        COUNTY OF KINGS
- - - - - - - - - - - - - - - - - - - -x
STALIN RODRIGO REYES ESPINOZA,
                        Plaintiff,
        -against-
DAVS PARTNERS LLC AND KALNITECH
CONSTRUCTION COMPANY,

                        Defendants.

- - - - - - - - - - - - - - - - - - - -x

                Veritext Virtual

                March 24, 2022
                11:09 a.m.

    CONTINUED EXAMINATION BEFORE TRIAL of
STALIN RODRIGO REYES ESPINOZA, the
Plaintiff in the above-entitled action,
held at the above time and place, taken
before Carol Ellinghaus, a Notary Public
of the State of New York, pursuant to an
Order and stipulations between Counsel.

**Page 91**

```
 1
 2    APPEARANCES:
 3       GORAYEB & ASSOCIATES, PC
              Attorneys for Plaintiff
 4            100 William Street, Ste. 1900
              New York, New York 10039
 5
         BY:   KENNETH KLEIN, ESQ.
 6
 7       RICHMAN & LEVINE, PC
              Attorneys for Defendant
 8            Davs Partners, LLC
              666 Old Country Road
 9            Garden City, New York 11530
10       BY:   KEITH RICHMAN, ESQ.
11
         LAW OFFICE OF MICHAEL SWIMMER
12            Attorneys for Defendant
              Kalnitech Construction Company
13            605 3rd Avenue, 9th Floor
              New York, New York 10158
14
         BY:   ROBERT BRIGANTIC, ESQ.
15
16       ALSO PRESENT:  Alice Dow,
                         Spanish Interpreter
17
                   *     *     *
18
19
20
21
22
23
24
25
```

```
                                        Page 92
 1                S. Espinoza
 2  A L I C E    D O W
 3  The interpreter, having first been duly
 4  sworn by the Notary Public, interpreted
 5  from English to Spanish and from Spanish
 6  to English to the best of her ability, as
 7  follows:
 8  S T A L I N   R O D R I G O   R E Y E S
 9  E S P I N O Z A,
10  the Witness herein, having first been
11  duly sworn by the Notary Public, was
12  examined and testified as follows:
13  EXAMINATION BY
14  MR. RICHMAN:
15      Q.     What is your name?
16      A.     Stalin Rodrigo Reyes Espinoza.
17      Q.     Where do you reside?
18      A.     32-22 55th Street, Woodside, New
19  York 11377.
20             THE COURT REPORTER:  Counselor,
21      would you like a copy of the
22      transcript?
23             MR. BRIGANTIC:  Yes.
24             MR. RICHMAN:  Good
25      morning, Mr. Espinoza.
```

```
                                          Page 93

 1                 S. Espinoza

 2             THE WITNESS:  Good morning.

 3             MR. RICHMOND:  This is a

 4       continuation of your deposition that

 5       took place on November 17, 2021.

 6             THE WITNESS:  Okay.

 7             MR. RICHMOND:  I represent Davs

 8       Partners, LLC, a defendant in this

 9       lawsuit.

10             THE WITNESS:  I understand.

11             MR. RICHMAN:  The same cautions

12       that I gave you last time apply here,

13       namely; that I am asking questions in

14       English, the Spanish interpreter is

15       interpreting them into Spanish, and

16       you are answering the questions in

17       Spanish and the interpreter will give

18       them back to me in English.

19             Do you understand that?

20             THE WITNESS:  Yes.

21       Q.    Where are you presently, sir?

22       A.    In the lawyer's office.

23       Q.    Is the attorney in the room with

24    you?

25       A.    Yes.
```

```
                                                    Page 94
 1                    S. Espinoza
 2        Q.     Is anyone else in the room?
 3        A.     No.
 4        Q.     Are you currently under any
 5   medication at the moment?
 6        A.     No.
 7        Q.     When is the last time you took
 8   any medication, prescription medication?
 9        A.     Yesterday.
10        Q.     What did you take yesterday?
11        A.     Painkillers.
12        Q.     Do you know what painkillers you
13   took yesterday?
14        A.     I don't remember the name at
15   this time.
16        Q.     Was it more than one painkiller
17   or only one?
18        A.     Two.
19        Q.     Two, and do you know what doctor
20   prescribed those painkillers to you?
21        A.     The doctor that examines my arm
22   and my back.
23        Q.     Is that one doctor or more?
24        A.     There are two doctors.
25        Q.     Can you tell me their names?
```

```
                                            Page 95
  1                S. Espinoza
  2      A.     I don't remember at this time.
  3             MR. RICHMOND:  Please leave a
  4      space in the record and I'll ask the
  5      witness to tell me the names of the
  6      doctors and the name of the
  7      painkillers.
  8             THE WITNESS:  I understand.
  9   (Insert)
 10   _____
 11      Q.     The painkillers that you take,
 12   what are they for?
 13      A.     For pain.
 14      Q.     Pain where?
 15      A.     My arm, my back, and my nose.
 16      Q.     Your arm, your back, and your
 17   nose?
 18      A.     Yes.
 19      Q.     Can you describe that pain to me
 20   in your arm?
 21             Which arm is it?
 22      A.     The right arm.
 23      Q.     What portion of the arm?
 24      A.     In my hand and this part over
 25   here.
```

1              S. Espinoza

2              (Indicating)

3      Q.     Can you describe the pain in

4  your arm?

5      A.     It's a five.

6      Q.     It's a five, what does that

7  mean?

8      A.     Between one and ten, the pain

9  level is five.

10     Q.     How often do you feel that pain?

11     A.     Very often.

12     Q.     Is it constant or does it come

13  and go depending on what you do or don't

14  do?

15     A.     It's constant.

16     Q.     Is it twenty-four hours a day or

17  something else?

18     A.     It comes momentarily.

19     Q.     Do you do anything that causes

20  the pain to occur?

21     A.     Sometimes if I am moving

22  something, then it will hurt a lot more.

23     Q.     Do you sleep at night?

24     A.     No.

25     Q.     Don't sleep at all?

```
                                         Page 97
 1                  S. Espinoza
 2       A.     I don't have a continuous sleep.
 3       Q.     Describe the pain in your back
 4   from one to ten.
 5       A.     Eight.
 6       Q.     How often do you have that pain
 7   at a level eight in your back during the
 8   day?
 9       A.     When I go out walking, when I am
10   sitting.
11       Q.     Describe the pain in your nose.
12       A.     The pain in my nose comes once
13   in a while and when it happens, it affects
14   my whole head.
15       Q.     Does the pain happen as a result
16   of doing an activity?
17       A.     No.
18       Q.     How would you describe the pain
19   on a level of one to ten?
20       A.     When the pain comes, it's very
21   strong, I would say an eight.
22       Q.     How often do you take these
23   painkillers that you said you took
24   yesterday?
25       A.     When the pain becomes extreme.
```

```
                                      Page 98
 1              S. Espinoza
 2      Q.     Do you take these painkillers on
 3  a daily basis?
 4      A.     Every time I have a strong pain.
 5      Q.     How often is that?
 6      A.     It could be every day, maybe
 7  every other day.
 8      Q.     How long a period of time since
 9  the accident on June 28, 2019 have you
10  been taken the painkillers?
11              THE INTERPRETER:  Did you say
12      June 28?
13              MR. RICHMAN:  Yes.
14      A.     After the doctors examined me.
15      Q.     Have you been taking the same
16  painkillers since June 28, 2019 after the
17  doctors examined you?
18      A.     I have taken different pills.
19      Q.     Where do you get these pills
20  from, what pharmacy?
21      A.     The doctor prescribes them and I
22  pick them up at CVS.
23      Q.     CVS in what location?  Tell me
24  the address.
25      A.     The one closest to my home.
```

Page 99

```
 1              S. Espinoza
 2      Q.     What street is that on?
 3      A.     I don't have the address right
 4   now.
 5             MR. RICHMOND:  I'll leave a
 6      space in the record.
 7   (Insert)
 8   _____
 9      Q.     Has that been the only CVS
10   Pharmacy you picked up your prescription
11   medication at since the accident?
12      A.     That is the pharmacy that they
13   sent the medication to by mail.  It's at
14   that address.
15      Q.     I don't understand your answer.
16             What do you mean by mail, a
17   prescription by mail or do you pick it up
18   at CVS?
19      A.     Sometimes I didn't have a CVS
20   close to me so they would send it to me by
21   mail.
22      Q.     CVS would send it to you by
23   mail?
24      A.     The Titan Pharmacy.
25      Q.     Is that a mail-order pharmacy
```

```
                                        Page 100
 1               S. Espinoza
 2    that you are talking about?
 3        A.    Yes, I just receive them once by
 4    mail.
 5        Q.    Is that a pharmacy in the United
 6    States, Titan Pharmacy, or somewhere else?
 7        A.    It's in the United States.
 8        Q.    Do you have the address for
 9    that?
10        A.    No.  It works by phone or
11    something like that.
12             MR. RICHMOND:  I am going to ask
13        you to provide me with whatever
14        information you have regarding the
15        Titan Pharmacy.
16             THE WITNESS:  Okay.  It was
17        recommended to me by one of the
18        doctors that attended me.
19        Q.    Which doctor was that?
20        A.    I don't remember his name at
21    this time.
22             MR. RICHMOND:  I'll leave a
23        space in the record for you to provide
24        it to me.
25             Okay?
```

Page 101

```
 1              S. Espinoza
 2              THE WITNESS:  Okay.
 3    (Insert)
 4    _____
 5         Q.    Let me take you back to the day
 6    of the accident on June 28, 2019.
 7              What day of the week was that?
 8         A.    A Friday.
 9         Q.    Do you know where the accident
10    took place?
11         A.    I don't remember the exact
12    address.
13         Q.    Do you remember the building
14    that you were working in?
15              Can you describe it to me?
16         A.    It's a building, one-floor
17    building.
18         Q.    Was that the first day that you
19    were at that building on June 28 or were
20    you there prior to that day?
21         A.    I had been there before.  I had
22    worked there before.
23         Q.    When before June 28 how many
24    days?
25         A.    I don't remember exactly.
```

Page 102

                    S. Espinoza

1

2       Q.    Was it the day before June 28 or

3   something else?

4       A.    It could have been during that

5   week but I don't remember exactly.

6       Q.    On June 28, 2019, the day of the

7   accident on Friday, what time did you

8   arrive at the building approximately?

9       A.    At eight in the morning.

10      Q.    How did you get there?

11      A.    They brought me in a van.

12      Q.    At that time you were working

13  for Jim Associates?

14      A.    Yes.

15      Q.    Were there other Jim Associates

16  employees or personnel on the job site on

17  the day of the accident, June 28?

18      A.    Yes.

19      Q.    Tell me their names.

20      A.    No, I cannot because I don't

21  know everyone's name and I don't remember.

22      Q.    How many other people were there

23  from Jim Associates in addition to

24  yourself?

25      A.    Just give me a minute so I can

Page 103

```
 1              S. Espinoza
 2  think.  As far as I remember, there were
 3  approximately five people there.
 4      Q.    Were there other people at the
 5  job site other than these five people from
 6  Jim Associates?
 7      A.    Yeah, there were other people
 8  there.
 9      Q.    First of all, how many other
10  people were there in addition to the five
11  people from Jim Associates?
12      A.    I couldn't tell you.
13      Q.    Was it more than five or less?
14      A.    I don't remember exactly.
15      Q.    Do you remember what anybody
16  else was doing at the job site that day?
17      A.    No, I was concentrating on what
18  I was doing.
19      Q.    Was Jorge there that day?
20      A.    He had gone out right at that
21  moment but he was there that day.
22      Q.    Was he your supervisor that day,
23  Jorge?
24      A.    He is my boss.
25      Q.    Were there other people at Jim
```

1                S. Espinoza

2    Associates also employees like you were?

3        A.    Yes.

4        Q.    When you arrived at the job site

5    at approximately 8 a.m., tell me exactly

6    what your first task was to do.

7        A.    To finish my task from the day

8    before.

9        Q.    What was that task that you had

10   to finish?

11       A.    I had to finish a closet as soon

12   as possible.

13       Q.    When you say finish a closet,

14   can you explain to me what you mean by

15   finish a closet?

16       A.    That is what I had to do, I had

17   to finish it.

18       Q.    Were you building a closet, were

19   you constructing a closet?

20       A.    A closet.

21       Q.    What kind of closet?

22       A.    To hold boxes.

23       Q.    Were you working on the closet

24   alone or with other people at Jim

25   Associates?

```
                                        Page 105

 1                 S. Espinoza

 2      A.      At that moment I was alone.

 3      Q.      Where, tell me the location of

 4  where the closet was?

 5      A.      It was on the staircase going

 6  down to the basement.

 7      Q.      When you were working on the

 8  closet, were you using an A-frame ladder?

 9      A.      Yes.

10      Q.      Did you fall from that ladder?

11      A.      The ladder fell over and I fell

12  with it.

13      Q.      What time of day did this

14  happen?

15      A.      Between nine and ten in the

16  morning.

17      Q.      Where did you get the ladder

18  from?

19      A.      From the company.

20      Q.      Can you describe the ladder to

21  me.

22              MR. BRIGANTIC:  Did he say which

23      company?

24              MR. RICHMOND:  He said from the

25      company.  I'll ask him.
```

```
                                              Page 106
 1              S. Espinoza
 2      Q.    Did you get the ladder from Jim
 3  Associates?
 4      A.    Yes.
 5      Q.    Can you describe that ladder to
 6  me?
 7      A.    It was a six-foot green ladder.
 8      Q.    Do you know how many steps were
 9  on the ladder?
10      A.    Six.
11      Q.    Did you ever use that ladder
12  before June 28?
13      A.    Yes.
14      Q.    Was the ladder in good
15  condition, as far as you know?
16            THE INTERPRETER:  What was that?
17            MR. RICHMAN:  As far as you
18      know.
19      A.    Yes.
20      Q.    Before you used the ladder on
21  June 28 on prior days, did you ever
22  experience any problems with the ladder?
23      A.    No.
24      Q.    What was the material of the
25  ladder?
```

```
                                      Page 107
 1                S. Espinoza
 2       A.    I think it's fiberglass.
 3       Q.    What was your reason for using
 4   the ladder in working on the closet?
 5       A.    I had to get up on the ladder to
 6   work inside the closet.
 7       Q.    Do you know what step you were
 8   on when the ladder fell over?
 9       A.    On the second one.
10       Q.    On the second step?
11       A.    On the second one from the top.
12       Q.    Second step from the top?
13       A.    Yeah, one and two.
14             (Indicating)
15       Q.    The second step from the top of
16   the ladder; is that correct?
17       A.    Here is the ladder, here is the
18   first one, and there is the second one.
19             [Indicating]
20       Q.    You were on the second step from
21   the base of the ladder, from the bottom of
22   the ladder; correct?
23       A.    One and two coming down.
24       Q.    That would be the fourth step
25   from the bottom?
```

Page 108

1                    S. Espinoza

2         A.      Could be.

3         Q.      When you were on the step and

4    the ladder fell, was the ladder open as an

5    A-frame ladder or was the ladder not open

6    as an A-frame ladder?

7         A.      It was opened in an A-frame

8    position.

9         Q.      Does the ladder have locking

10   mechanisms when it is opened as an A-frame

11   ladder?

12        A.      Yeah, there is the security

13   notches in the middle.

14        Q.      Did you open the ladder and

15   place it in an A-frame position and lock

16   both mechanisms before you went onto the

17   ladder?

18        A.      Yes.

19        Q.      When you set up the A-frame

20   ladder before you went on it, was the

21   ladder on level ground?

22        A.      Yes.

23        Q.      When you first got on the

24   ladder, was the ladder stable?

25        A.      Yes.

1              S. Espinoza

2      Q.      What kind of shoes were you

3 wearing when you went on the ladder?

4      A.      I don't remember exactly.

5      Q.      When you were climbing up the

6 steps of the ladder, was the ladder still

7 stable when you were climbing up to the

8 fourth step?

9      A.      Yes.

10     Q.      Were you carrying any tools or

11 anything else in your hand when you went

12 up on the ladder up to the fourth step?

13     A.      Not at that time.

14     Q.      Were you wearing a tool belt at

15 the time or carrying any tools?

16     A.      I don't remember exactly.

17     Q.      Was it customary when you were

18 working that you would be wearing a tool

19 belt?

20     A.      Sometimes, yes.

21     Q.      Were you wearing one at the time

22 you went up on the ladder that day, do you

23 remember?

24     A.      I don't remember exactly.

25     Q.      At the time that you were

```
                                   Page 110
 1              S. Espinoza
 2   climbing the ladder up to the fourth step,
 3   what was your intention performing any
 4   work?
 5       A.    To finish whatever was left to
 6   do in the closet.
 7       Q.    What exactly were you intending
 8   to do when the ladder fell?
 9       A.    At the moment when the ladder
10   fell, I was coming down to get material to
11   be able to finish the closet.
12       Q.    Were you carrying anything at
13   the time?
14       A.    No.
15       Q.    Did you feel any movement in the
16   ladder before the ladder fell?
17       A.    No.
18       Q.    Right before the ladder fell,
19   were both your legs on one step or two
20   steps or something else on the ladder?
21            THE INTERPRETER:  Did you say
22       before the ladder fell?
23            MR. RICHMAN:  Yes, right before
24       the ladder fell.
25       A.    One of my feet was on one of the
```

Page 111

1              S. Espinoza

2  steps but I wasn't able to reach the next

3  one because before I could put my foot

4  down on the next one, the ladder fell.

5      Q.    Do you know the reason why the

6  ladder fell?

7      A.    No.

8      Q.    When you were coming down, you

9  said the ladder fell.  When you were

10  coming down on the ladder, what step were

11  you on before you were on the fourth step,

12  the fifth step or sixth step or something

13  else?

14      A.    It would have been the fourth

15  one going to the third.

16      Q.    Was your weight evenly balanced

17  on the ladder before it fell?

18      A.    It was just normal.

19      Q.    I don't know what normal means,

20  was your weight evenly balanced on the

21  ladder?

22      A.    Yes, it was balanced.

23      Q.    Were you wearing any safety

24  harness at the time you were on the

25  ladder?

```
                                        Page 112

 1              S. Espinoza

 2       A.    No.

 3       Q.    Were you wearing a hard hat when

 4  you were on the ladder?

 5       A.    I don't remember that exactly.

 6       Q.    Would it be customary when you

 7  were on the ladder to be wearing a

 8  hardhat?

 9       A.    It depended on the job.

10       Q.    You don't recall if you were

11  wearing a hardhat on this occasion?

12       A.    On that occasion I don't

13  remember if I had one or not.

14       Q.    Did Jim Associates supply a

15  hardhat for you while you were working?

16       A.    They had given me one.

17              MR. BRIGANTIC:  What was that?

18              THE INTERPRETER:  They had given

19       me one.

20       Q.    They had given you one but you

21  don't remember if you were wearing it at

22  the time you were on the ladder; is that

23  right?

24       A.    I don't remember if my helmet

25  was on, my hardhat was on or not at that
```

```
                                        Page 113
 1              S. Espinoza
 2    time.
 3        Q.    Do you remember now what kind of
 4    footwear you were wearing?
 5              Were you wearing sneakers,
 6    construction boots, or something else?
 7        A.    I don't remember exactly but I
 8    usually used yellow boots.
 9        Q.    Yellow boots, you mean yellow
10    construction boots?
11        A.    I don't know the exact name but
12    they are like shoes.
13        Q.    Do you know what kind of sole
14    they have?
15        A.    It's like a yellow sole on the
16    shoe.
17        Q.    Was it a flat sole or like a
18    knobby sole?
19        A.    It was knobby.
20        Q.    When you were on the ladder and
21    you were coming down from the ladder to
22    get material, was that the first time you
23    were on the ladder that day?
24        A.    I had gone up and down it
25    several times.
```

Page 114

1              S. Espinoza

2       Q.     That was my next question, how

3    many times did you go up and down the

4    ladder before the time that the ladder

5    fell?

6       A.     Between five and ten.

7       Q.     Tell me exactly what you were

8    doing in the closet when you had to go up

9    and down the ladder.

10             Were you painting, putting in

11   sheetrock?  What exactly do you recall you

12   were doing?

13      A.     I was putting sheetrock.

14      Q.     When you were coming down when

15   you experienced the ladder falling, what

16   material were you coming down to get?

17      A.     I had to go down to analyze what

18   material I could adopt to the work I was

19   doing.

20      Q.     Can you describe to me the

21   bottom of the ladder, what the footings

22   were on the bottom?

23      A.     The foot of the ladder, I don't

24   remember that exactly.

25      Q.     Do you know if the foot of the

```
                                        Page 115
 1               S. Espinoza
 2   ladder had any rubber, metal, or plastic
 3   or something else on the bottom of the
 4   ladder?
 5        A.     Something like that.
 6        Q.     What did you experience when you
 7   first experienced the ladder falling when
 8   you were coming down?
 9        A.     I went into shock.
10        Q.     What did you feel?
11        A.     I felt chills all over my body.
12        Q.     What part of your body fell on
13   to the ground?
14        A.     My whole body.
15        Q.     Can you tell me what parts?
16        A.     My right side.
17        Q.     Did the ladder fall on top of
18   you or did you fall on top of the ladder?
19               MR. KLEIN:  Over objection, you
20        can answer.
21        Q.     You can answer.
22        A.     I fell on top of the ladder.
23        Q.     Can you describe the flooring
24   that the ladder was sitting on?
25               THE INTERPRETER:  The flooring
```

                    S. Espinoza

1    you said?

2              MR. RICHMAN:  Can you describe

3        what kind of flooring the ladder was

4        sitting on.

5    A.      Cement.

6    Q.      Was it level?

7    A.      I don't remember exactly.

8    Q.      Was the concrete smooth or rough

9    or something else?

10   A.      It was unfinished.

11   Q.      When you say it was unfinished,

12   can you describe what you observed the

13   concrete floor to be?

14   A.      What I am saying is that the

15   floor was not completely smooth.

16   Q.      When the ladder was standing on

17   the concrete floor that was not completely

18   smooth, was the ladder steady or not?

19   A.      It was stable and firm.

20   Q.      Did you ask anyone before you

21   went up and down the ladder to hold the

22   ladder for you?

23   A.      No, because there wasn't anybody

24   there at that time.  Everybody else was

Page 117

```
 1              S. Espinoza
 2  busy.
 3      Q.     At the time that you went up and
 4  down the ladder four or five times, there
 5  were other Jim Associates people on the
 6  job site; correct?
 7      A.     You mean where I was?
 8      Q.     Where you were, yes.
 9      A.     I was alone in that corner.
10      Q.     Do you recall what kind of
11  clothes you were wearing?
12      A.     I had a green shirt on,
13  something like that.  It was between green
14  and yellow.
15      Q.     Did the shirt have any pockets?
16      A.     No.
17      Q.     Were you wearing pants or
18  shorts?
19      A.     Pants.
20      Q.     Did the pants have pockets?
21      A.     Yes.
22      Q.     Did you have anything in your
23  pockets when you went up and down the
24  ladder?
25      A.     A pencil.
```

```
                                    Page 118
 1              S. Espinoza
 2       Q.    What were the lighting
 3   conditions when you were going up and down
 4   the ladder right before the ladder fell?
 5              Was it lit, dark, dim, something
 6   else?
 7       A.    It was -- there was light.
 8       Q.    Do you know what kind of
 9   lighting there was?
10       A.    No, I couldn't tell you that.
11       Q.    Was the concrete floor dry or
12   wet or something else?
13       A.    It was dry.
14       Q.    Were the steps on the ladder dry
15   or wet?
16       A.    They were dry.
17       Q.    Were you wearing any handware
18   such as gloves?
19       A.    No, I didn't have anything.
20       Q.    I asked you before about wearing
21   a hardhat, you said you don't you didn't
22   recall.
23              Do you recall wearing a hat,
24   like a regular hat?
25       A.    Sometimes I would use a cap but
```

```
                                    Page 119
 1              S. Espinoza
 2   I don't remember if I was using it on that
 3   day.
 4       Q.    You mean like a cap, like a
 5   baseball cap?
 6       A.    Yeah, similar to that.  Like
 7   made out of cloth.
 8       Q.    When you were coming down from
 9   the ladder right before the ladder you
10   felt fall, describe for me how you were
11   coming down the steps of the ladder right
12   before the ladder fell, where was your
13   body?
14       A.    Do you want me to tell you right
15   from the very beginning?
16       Q.    No.  When you were coming down
17   from the ladder right before the ladder
18   fell, what was the position of your body?
19       A.    I was standing on the ladder
20   holding onto it.
21       Q.    When you were coming down the
22   ladder, where was the ladder in connection
23   with you coming down?
24       A.    I didn't understand.  If you
25   could repeat the question again.
```

```
                                          Page 120
 1              S. Espinoza
 2       Q.     When you went up the ladder
 3   before you came down the ladder and you
 4   experienced the ladder falling, did you
 5   leave the ladder and go into a space in
 6   the closet?
 7       A.     I was inside the closet.
 8       Q.     When you went up the ladder, you
 9   got off the ladder on the last step and
10   went into the closet; correct?
11       A.     I went up and then I went in.
12       Q.     When you went into the closet,
13   you were off the ladder; correct?
14       A.     No, when I was in the closet, I
15   was in the closet.
16       Q.     My question is when you were in
17   the closet, you were not on the ladder;
18   correct?
19       A.     No, I wasn't because the ladder
20   wouldn't fit in there.
21       Q.     Did you leave the ladder and go
22   into the closet?
23       A.     Yes.
24       Q.     When you left the closet, then
25   you had to go onto the ladder to go down
```

Page 121

```
 1            S. Espinoza
 2  to get material; correct?
 3       A.     Yes.
 4       Q.     When you left the closet and
 5  went onto the ladder, what step did you go
 6  onto the ladder?
 7       A.     I got onto the ladder on the
 8  second rung and I held onto it.  I got
 9  onto the ladder with one foot on the
10  second rung and I hold onto the ladder and
11  then I put the other foot down.
12       Q.     Is that when the ladder fell?
13       A.     When I started going down from
14  there, that is when the ladder fell and I
15  fell with it.
16       Q.     Did the ladder fall when you
17  first went onto the ladder or did you go
18  down another step when the ladder fell?
19       A.     I had already stepped onto the
20  ladder and I was moving my right leg onto
21  the next rung when the ladder fell.
22       Q.     Where were your hands at the
23  time?
24       A.     Holding onto the ladder like
25  this.
```

```
                                              Page 122
 1              S. Espinoza
 2              (Indicating)
 3       Q.     What portion of the ladder?
 4       A.     On the last rung, I was holding
 5    with my hands.
 6       Q.     Where were you looking?
 7       A.     I was looking at the ladder.
 8       Q.     Did anyone see you fall?
 9       A.     After I fell all of my
10    co-workers came around.
11       Q.     What did you say to them, if
12    anything?
13       A.     No, I didn't say anything to
14    them but they moved me so I could be more
15    comfortable because they saw that I had an
16    accident.
17       Q.     Was Jorge there at the time that
18    you fell?
19       A.     No, he was absent at that
20    moment.
21       Q.     Do you recall the names of any
22    other people that came over to you, any of
23    the people that came over to you at the
24    time that the ladder fell?
25       A.     I don't remember their names
```

Page 123

```
 1              S. Espinoza
 2   because I really didn't even know all of
 3   their names.
 4      Q.    Did you feel any pain at the
 5   time that ladder fell and you fell?
 6      A.    Yes, I felt it, felt a very
 7   strong pain.
 8      Q.    Where did you feel the pain?
 9      A.    My whole right side and also in
10   my ear and this part that was bleeding.
11      Q.    Did your body fall on the ladder
12   or fall on the ground or both?
13      A.    I fell on the ladder first and
14   then onto the cement.
15              THE INTERPRETER:  Can I ask him
16      to repeat the last part.  I didn't
17      understand very well.
18              MR. RICHMOND:  Sure.
19              THE WITNESS:  The ladder fell
20      and I fell onto the cement.
21      Q.    You didn't fall on the ladder,
22   you fell on the concrete floor?
23      A.    I fell partly on the ladder and
24   partly on the cement.
25      Q.    Did anyone call 911?
```

Page 124

1              S. Espinoza
2       A.     Nobody wanted to call 911.
3    Finally someone who was around called 911.
4    They wanted to take me out to the street.
5       Q.     Did the police arrive?
6       A.     No.
7       Q.     Did anyone call EMS?
8       A.     Yes, somebody called.
9       Q.     Did EMS come?
10      A.     Yes, they came.
11      Q.     Did you say anything to them
12   when they came?
13      A.     Yes, they asked me what was
14   hurting.
15      Q.     What did you say to them?
16      A.     Everything, where I felt pain on
17   my right side.
18      Q.     Did they ask you how the
19   accident happened?
20      A.     I think so.
21      Q.     What did you say to them?
22      A.     I told them about everything
23   that was in pain.
24      Q.     Did you tell them how the
25   accident happened?

```
 1               S. Espinoza
 2     A.    Yes, I told them about how the
 3  accident happened.
 4     Q.    What did you tell them?
 5     A.    That the ladder fell over and I
 6  fell too.
 7     Q.    Did they ask you why the ladder
 8  fell?
 9     A.    I don't remember if they asked
10  me that.
11     Q.    Were you given any medical
12  treatment after you fell, immediately
13  after you fell?
14     A.    Yes.
15     Q.    Do you recall what they gave
16  you, what they did?
17     A.    They put me on the stretcher and
18  they gave me intravenous and they took me.
19     Q.    Did you go to the hospital?
20     A.    Yes.
21     Q.    Was that North Shore Hospital?
22     A.    It was University Hospital,
23  something like that.
24     Q.    Do you know whether or not
25  anyone took any photographs of the ladder
```

Page 126

                          S. Espinoza
 1
 2   being --
 3            MR. RICHMOND:  Withdrawn.
 4       Q.    To your knowledge, did anyone
 5   take photographs of the ladder that fell?
 6       A.    No, I don't remember.
 7       Q.    Did you ever see any photographs
 8   depicting the ladder that fell?
 9       A.    I saw some photographs when the
10   ladder was on the ground, was on the
11   floor.
12       Q.    Do you know who took those?
13       A.    No.
14       Q.    Do you know where those
15   photographs are today?
16       A.    I don't know.
17       Q.    Do you know if your attorney has
18   those photographs?
19       A.    It seems like he does.
20            MR. RICHMAN:  I am going to call
21        for the production and I'll send you a
22        separate D&I for that.
23       Q.    Did you report this incident and
24   prepare any written reports regarding how
25   the incident happened?

Page 127

1              S. Espinoza

2       A.     I spoke with my lawyers.

3       Q.     Other than speaking to your

4    attorneys, did you give an accident report

5    or describe how the accident took place to

6    anyone else other than your attorneys?

7       A.     I don't remember exactly.

8       Q.     Do you remember talking to

9    anyone other than your attorneys about how

10   this accident took place?

11      A.     I was in a panic at that moment.

12      Q.     After the incident happened, did

13   you ever tell anyone else how the incident

14   happened other than your attorneys?

15      A.     It seems like my boss asked me

16   what happened.

17      Q.     Your boss meaning Jorge?

18      A.     Yes.

19      Q.     What did you say to him?

20      A.     I don't know.  I think I just

21   told him what happened, that is all.

22      Q.     Do you recall what you said to

23   him?

24      A.     I remember I said to him that

25   there had been an accident with the

Page 128

S. Espinoza

2  ladder.

3      Q.    Do you recall saying else to
4  him?

5      A.    I don't remember very well what
6  I said to him.

7      Q.    Did he ask you to explain why
8  the ladder fell?

9      A.    I don't remember very well
10  because I was in a panic and I was
11  nervous.

12     Q.    Anytime after did you ever tell
13  Jorge or anyone at Jim Associates how the
14  accident happened and why the ladder in
15  your opinion fell?

16     A.    No.  I just talked about what
17  had happened, that is all.

18     Q.    My question is did you tell him
19  what happened?

20           Do you recall what you said, the
21  details?

22     A.    I told him that I was working
23  and all of a sudden, the ladder fell and I
24  fell with it.

25     Q.    Do you know if OSHA investigated

Page 129

1                    S. Espinoza
2      the incident?
3          A.    I don't know.  I have no
4      knowledge of that.
5          Q.    When you got to the hospital,
6      what did they do for you?
7          A.    They asked me my name.
8          Q.    Did they ask you how the
9      incident happened?
10         A.    They asked me where the pain
11     was.
12         Q.    Did they ask you what happened
13     regarding the ladder incident?
14         A.    I don't remember very well what
15     they asked me.
16         Q.    Did anyone direct you to do work
17     on the site where the ladder fell other
18     than Jorge?
19         A.    No, because I always worked with
20     Jorge.
21         Q.    Was Jorge the only person that
22     directed you what you should be doing on
23     the job site?
24         A.    Yeah, most of the time, yes.
25         Q.    Was there anyone else that

```
                                    Page 130

 1              S. Espinoza
 2   directed you to do work at the job site
 3   other than Jorge is my question?
 4        A.    In other jobs sometimes my
 5   co-workers would tell me.
 6        Q.    No, I am talking being this job.
 7        A.    No, for this job he was the only
 8   one that gave me instructions directly.
 9        Q.    How long did you remain in the
10   hospital for?
11        A.    They released in the afternoon.
12        Q.    What time did you arrive at the
13   hospital?
14        A.    It was approximately between ten
15   and eleven.
16        Q.    What time were you discharged?
17        A.    I am not sure but it might have
18   been between three and four in the
19   afternoon.
20        Q.    What did they do for you in the
21   hospital?
22        A.    They gave me -- they examined me
23   and gave me intravenous and they put
24   something on my hands, my arm and they
25   positioned -- put my wrist back into
```

Page 131

                    S. Espinoza

 2  place.

 3      Q.     That is your right wrist;

 4  correct?

 5      A.     Yes.

 6      Q.     Are you a righty?

 7      A.     I am right-handed.

 8      Q.     Do you write with your right

 9  hand?

10      A.     Yes, but it's hard for me.  It

11  starts hurting very quickly.

12      Q.     Do you hold a fork and a spoon

13  in your right hand?

14      A.     Yes.

15      Q.     When you were discharged from

16  the hospital, where did you go?

17      A.     Home.

18      Q.     How did you get home?

19      A.     My brother came for me.

20      Q.     Did you tell your brother how

21  the accident happened?

22      A.     I just told him I had an

23  accident and he should come and get me.

24      Q.     Since the accident you have been

25  living with your brother; correct?

```
                                          Page 132
 1                    S. Espinoza
 2       A.     Yes.
 3       Q.     Tell me his fall name again.
 4       A.     My brother's?
 5       Q.     Your brother.
 6       A.     Manuel Euclides Reyes Espinoza.
 7       Q.     Since the accident have you
 8  lived with anyone else other than your
 9  brother?
10       A.     In my former apartment, I was
11  living with another two people.  Those
12  were the people I rented the apartment
13  with.
14       Q.     Currently you are only living
15  with your brother?
16       A.     Yes.
17       Q.     Have you worked at all since the
18  day of the incident?
19       A.     No.
20       Q.     Have you looked for any
21  employment since the incident happened?
22       A.     No.  I am not capable of
23  working.
24       Q.     Tell me what your chronic
25  complaints are.
```

1              S. Espinoza

2      A.    My whole body hurts on my right

3   side.  I have some very difficult days.

4      Q.    When you say your whole body

5   hurts, what parts of your right side hurt?

6      A.    Here and here and here.

7            (Indicating)

8      Q.    Let's describe what you are

9   demonstrating.  You described parts of

10  your head?

11     A.    Yes.

12     Q.    What part of your head?

13  Describe in words.

14          MR. KLEIN:  Tell him to say

15      words, not this or that.

16     Q.    Instead of showing me on the

17  video, please tell me what parts of your

18  head you are complaining about today.

19     A.    My nose, my forehead, and my

20  right ear.

21     Q.    Anything else?

22     A.    For my head you mean?

23     Q.    Yes.

24     A.    Sometimes my whole head hurts

25  and it's unbearable.

Page 134

```
 1              S. Espinoza
 2      Q.     Describe what your complaint is
 3  regarding your nose.
 4      A.     I get these really strong pains
 5  in my nose and they go up to my forehead.
 6      Q.     How often?
 7      A.     It depends.  It depends.  It
 8  just comes, it could be the climate but it
 9  pain just starts.
10      Q.     Do you see a doctor for that?
11      A.     Yes.
12      Q.     What is the doctor's name that
13  you currently are seeing for the
14  complaints of your nose?
15      A.     I am not seeing anybody right
16  now.
17      Q.     When is the last time you saw
18  any doctor regarding any complaints of
19  your nose?
20      A.     I saw him for the last time last
21  year but I don't remember the month.
22      Q.     Last year being in 2021?
23      A.     Yes.
24      Q.     Was it the beginning of the
25  year, the end of the year, or something
```

Page 135

S. Espinoza

1

2    else?

3        A.    I don't remember exactly.

4        Q.    Do you remember the name of the

5    doctor that you saw for complaints

6    regarding your nose?

7        A.    I don't remember his name right

8    at this time.

9            MR. RICHMOND:  I'll leave a

10       space in the record and you can fill

11       it in; okay?

12           THE WITNESS:  Yes.

13   (Insert)

14   _____

15       Q.    Did you see any doctors for the

16   complaints that you had in your head?

17       A.    No.

18       Q.    Did you ever see a doctor for

19   the complaints that you had in your head

20   since the incident in June of 2019?

21       A.    No, I didn't have that part

22   examined, just my nose they operated on.

23       Q.    When was the operation on your

24   nose?

25       A.    I don't remember the date very

                    S. Espinoza

1

2    well.

3        Q.    Do you recall if it was in July

4    of 2019?

5        A.    I think it was more or less a

6    year after that but I don't remember the

7    date.

8        Q.    Was your nose fractured?

9        A.    Yes.

10       Q.    Were there sutures as a result

11   of the fracture?

12       A.    They did surgery.

13       Q.    Do you know in connection with

14   the surgery, whether or not they put

15   sutures in and they were removed

16   approximately a month after the surgery?

17       A.    I had something going up my

18   nostrils here.

19             [Indicating]

20       Q.    After the surgery did you ever

21   see a doctor regarding complaints on your

22   nose?

23       A.    Yes, several times.

24       Q.    Was it always the same doctor

25   that you don't recall the name?

Page 137

1                S. Espinoza

2       A.    Yes, the nose doctor was the

3    same.

4       Q.    Do you know if the nose doctor

5    was Dr. Nelson Botwinck?

6       A.    I don't remember the name of the

7    doctor.

8             MR. RICHMOND:  We will leave a

9       space.

10   (Insert)

11   _____

12      Q.    Did you ever see --

13            MR. RICHMOND:  Withdrawn.

14      Q.    What complaints do you have

15   today about your right ear?

16      A.    I was deaf for a while over here

17   on this part.

18            (Indicating)

19      Q.    For what period of time, were

20   you deaf in your right ear?

21      A.    After the accident for about

22   five months.

23      Q.    Did you see a doctor as a result

24   of that?

25      A.    I think I went to a doctor after

Page 138

```
 1              S. Espinoza
 2    a while and he gave me some drops to clean
 3    out my ears but I don't remember very
 4    well.
 5              MR. RICHMOND:  I'll leave a
 6         space in the record and you can fill
 7         in the name of the doctor.
 8    (Insert)
 9    _____
10         Q.    Did you do anything for your
11    right ear other than being given drops?
12         A.    No, but I heard everything very
13    faraway with this ear.
14         Q.    Do you still have hearing
15    problems in your right ear?
16         A.    Lately it's been better but I
17    don't know how it will be in the future.
18         Q.    When is the last time you saw a
19    doctor regarding any complaints in your
20    right ear?
21         A.    That was in 2019.  I don't know
22    the date.
23         Q.    Have you seen a doctor for any
24    complaints of your right ear in the last
25    year?
```

```
                                        Page 139
 1              S. Espinoza
 2      A.     No.
 3      Q.     Have you seen any doctor for any
 4  complaints in your right ear in the last
 5  two years?
 6      A.     No, I haven't received treatment
 7  for that ear.
 8      Q.     The painkillers that we were
 9  talking about before, do you take any of
10  those painkillers for any pain in your
11  nose?
12      A.     I take them for any of the pains
13  that I feel all over my body.
14      Q.     Does that include your nose?
15      A.     Yes.
16      Q.     What other parts of your body
17  are you currently complaining about, your
18  nose, your head, and your right ear?
19      A.     My whole body.
20      Q.     When you had surgery on your
21  nose, where was that done?
22      A.     In Manhattan.
23      Q.     Was that done in a hospital?
24      A.     In a hospital.
25      Q.     What hospital?
```

```
                                        Page 140
 1              S. Espinoza
 2      A.    I couldn't tell you the name
 3   because I don't know it.  I don't remember
 4   it.
 5      Q.    How long did you stay in the
 6   hospital for?
 7      A.    I don't remember that very well.
 8      Q.    Was it overnight or during an
 9   amount of hours?
10      A.    I don't remember that very well.
11            MR. RICHMOND:  I am going to ask
12      for the hospital records regarding
13      that and I'll sends a separate D&I
14      request for that as well.
15      Q.    When you say the rest of your
16   body hurts, let's talk about your right
17   arm.
18            Is it your right arm you are
19   complaining about or your right wrist you
20   are complaining about?
21      A.    It's all the way from my right
22   shoulder all the way down do my wrist and
23   sometimes the pain in my wrist is so
24   severe that it passes into my hands, to
25   the top of my hands.
```

```
                                    Page 141
 1              S. Espinoza
 2      Q.     Did you have surgery on your
 3  right wrist?
 4      A.     Yes.
 5      Q.     Was that done in July of 2019,
 6  if you know?
 7      A.     The end of July.
 8      Q.     Of 2019?
 9      A.     Yes.
10      Q.     When is the last time you saw a
11  doctor regarding complaints in your arm
12  and your wrist?
13      A.     A month ago more or less.
14      Q.     What is the name of the doctor
15  you are seeing?
16      A.     It was a female doctor, and I
17  don't know her name.
18      Q.     Is that Dr. Kaplan?
19      A.     It was a woman.
20      Q.     Has it always been the same
21  doctor or different doctors?
22      A.     Several doctors.
23      Q.     Do you recall any of their
24  names?
25      A.     No.
```

Page 142

1          S. Espinoza

2          MR. RICHMOND:  We will leave a

3      space in the record and you'll provide

4      me with the names.

5  (Insert)

6  _____

7      Q.    How often do you see these

8  doctors since the incident happened

9  regarding your right arm and wrist of

10  wrist?

11      A.    I have been going to see them

12  all the time those doctors.

13      Q.    How often have you seen them

14  since the time of the incident?

15      A.    Sometimes every month or every

16  three months or every six months.  It

17  would depend.

18      Q.    When you go to see them, what do

19  they do for you?

20      A.    They examine my arm and they ask

21  me how I am doing.

22      Q.    In addition to going to these

23  doctors, do you take painkillers when you

24  feel the pain?

25      A.    Yes.

Page 143

```
 1              S. Espinoza
 2      Q.    Are the painkillers prescribed
 3  to you by the doctors that you see
 4  regarding your arm and your wrist?
 5      A.    Yes, they are the ones that
 6  prescribe the painkillers.
 7              THE INTERPRETER:  Can we take a
 8      little break at sometime?
 9              MR. RICHMAN:  Let's take it now.
10      How long would you like?
11              THE INTERPRETER:  Ten minutes.
12              [A pause in the proceedings.]
13      Q.    Sir, in connection with the
14  complaints in your right arm and right
15  wrists, have you been going to the same
16  doctors since the incident happened?
17      A.    Yes.
18      Q.    Do you know the name of the
19  facility that you go to?
20      A.    It's around 151st or 159th,
21  something like that.
22      Q.    Is it called New York Downtown
23  Hand Center?
24      A.    I haven't noticed the name.
25      Q.    Who told to go there?
```

Page 144

1                    S. Espinoza
2      A.     I saw my attorney and she got me
3  an appointment to go there.
4      Q.     You have done therapy in
5  connection with your right arm or and your
6  right wrist since the incident?
7      A.     Yes.
8      Q.     What kind of therapy do you do?
9      A.     I don't know exactly what kind
10 of therapy but they give me massages and
11 they put my hand into a machine that heats
12 up my whole arm.
13     Q.     How often do you do that since
14 the incident?
15     A.     I did it before but lately I
16 haven't done it.
17     Q.     When is the last time you had
18 any therapy on your right arm and right
19 wrist?
20     A.     It was a while ago but I don't
21 remember the dates.
22     Q.     Was it more than a year ago?
23     A.     I couldn't say because I don't
24 remember the exact date.
25     Q.     What was the reason why you

```
                                        Page 145
 1              S. Espinoza
 2   stopped going to therapy?
 3        A.    The doctor didn't prescribe any
 4   more therapy.
 5             MR. BRIGANTIC:  Didn't what?
 6             MR. RICHMAN:  Didn't provide any
 7        more therapy.
 8             MR. BRIGANTIC:  Thanks.
 9             MR. RICHMAN:  We will leave a
10        space in the record and you'll let me
11        know to the best are of your ability,
12        when it was that you stopped going to
13        therapy; okay?
14             THE WITNESS:  Okay.
15   (Insert)
16   _____
17        Q.    Since the incident have you done
18   any finger exercises on your right hand?
19        A.    The therapy sessions, yes.
20        Q.    You haven't done any finger
21   exercises since the therapy sessions
22   ended?
23        A.    At home I did some a little bit
24   but I haven't done it lately.
25        Q.    When is the last time you did
```

Page 146

```
 1                 S.  Espinoza
 2    any  finger  exercises?
 3         A.    I  don't  remember  that.
 4         Q.    What  was  the  reason  why  you
 5    stopped  doing  finger  exercises?
 6         A.    Because  I  started  to  look  for
 7    other  ways  to  move  my  hand.
 8         Q.    What  were  those  other  ways?
 9         A.    I  had  a  ball  that  someone  lent
10    to  me  that  I  could  squeeze.
11         Q.    Do  you  do  that  currently?
12         A.    No,  I  don't  have  the  ball
13    anymore.
14         Q.    Describe  the  ball.
15         A.    It's  a  little  softball.
16         Q.    When  is  the  last  time  you  used
17    the  little  softball  to  squeeze?
18         A.    I  don't  remember  the  date.
19         Q.    More  than  a  year  ago?
20         A.    It  could  be  but  I  really  don't
21    remember.
22         Q.    What  is  the  reason  why  you
23    didn't  get  another  little  squeegee  ball?
24         A.    No,  I  just  haven't  looked  for
25    one  to  buy  it.
```

1                S. Espinoza

2        Q.      Tell me what else you are

3    currently complaining about of the parts

4    of your body.

5        A.      My lower back, my legs, my arm,

6    and my nose?

7        Q.      We talked about your arm and

8    your nose.  We talked about your leg.

9        A.      My lower back, both right and

10   left and my two legs and my bottom.

11       Q.      Your buttocks?

12       A.      Yes.

13       Q.      What are your complaints about

14   your lower back currently?

15       A.      I get these really strong pains

16   in my lower back and sometimes my legs

17   grow numb and they just grow numb.  The

18   other day it happened to me just recently

19   from my right buttocks all the way down,

20   my leg went numb and I was riding on the

21   bus and it was very uncomfortable.

22       Q.      When is the last time after the

23   incident that you ever saw a doctor

24   regarding the complaints in your lower

25   back, your legs, and your buttocks?

Page 148

1           S. Espinoza

2           THE INTERPRETER:  Did you say

3      the last time?

4           MR. RICHMAN:  Yes.

5      A.     They gave me an injection just a

6  few days ago.

7      Q.     Is that the same doctor that you

8  see for your right arm and wrist or

9  another doctor?

10      A.     It's another doctor, a

11  specialist in the lower back and the

12  spinal column and all that.

13      Q.     Is that Dr. Matthew Grimm?

14      A.     I don't remember the name.  I

15  don't know if that is him.

16      Q.     When is the last time saw any

17  doctor in connection with your lower back?

18      A.     Last week I saw the doctor that

19  is treating for my lower back and he gave

20  me an injection.

21           MR. RICHMAN:  I'll leave a space

22      in the record for his name.

23  (Insert)

24  _____

25      Q.     Did he give you an epidural or

Page 149

```
 1              S. Espinoza
 2   something else?
 3              THE  INTERPRETER:  Excuse me, I
 4       think he wanted to say something else.
 5              MR.  RICHMAN:  I'm sorry.
 6       A.    Yes, I want to say something
 7   about my back.
 8       Q.    Tell me what you want to tell me
 9   about your back.
10       A.    My back, sometimes when I am
11   walking, besides the pains that I feel,
12   sometimes when I am walking, my whole side
13   just gives out and collapses and so I
14   can't walk.
15       Q.    How often does that happen?
16       A.    When I'll be standing up
17   sometimes, I lose the strength and the
18   control that I have over my body.
19       Q.    How often does that happen?
20       A.    This happens one or two times a
21   week or sometimes more.
22       Q.    What treatment are you getting
23   for your complaints to your back?
24       A.    I am receiving therapy for it
25   now but lately it's been so severe that
```

Page 150

```
 1              S. Espinoza
 2   when I am standing up when that happens, I
 3   have to sit down immediately.  If there
 4   isn't any place for me to sit, I have to
 5   go find someplace to lean on because I
 6   can't hold myself up.
 7       Q.    Are you seeing different doctors
 8   for your legs and your buttocks as opposed
 9   to your back or is all this being seen by
10   one doctor?
11       A.    There are two doctors but then
12   there is also another doctor.  There are
13   several doctors and since they change,
14   that also is confusing.  Right now, for
15   example, I am feeling a lot of pain
16   sitting here right now.  Sometimes when I
17   am sleeping, the pain will wake me up and
18   I will get these sudden pains that really
19   pull my morale down.
20       Q.    The doctors that you are seeing
21   for your back, legs, and buttocks, are you
22   prescribed medication by those doctors?
23       A.    They give me painkillers for the
24   pain.
25       Q.    You get painkillers from one
```

Page 151

```
 1              S. Espinoza
 2   sets of doctors for your right wrist and
 3   separate pain medication by the doctors
 4   that you see for your lower back, legs,
 5   and buttocks; is that correct?
 6       A.   Yes, sometimes I take two or
 7   three of those pills when the pain gets
 8   really bad and the pills don't have any
 9   affect.
10       Q.   These prescriptions that are
11   given to you, are they all filled at the
12   CVS Pharmacy we were talking about?
13       A.   Yes, I always receive them at
14   CVS.
15       Q.   You have filed a Workers'
16   Compensation claim; correct?
17       A.   Yes.
18       Q.   Have you attended hearings?
19       A.   Yes, they have been calling by
20   phone but they haven't called me lately.
21       Q.   Have you given testimony at
22   Workers' Compensation hearings?
23       A.   Yes.
24       Q.   Have you received Workers'
25   Compensation benefits?
```

Page 152

```
 1                  S. Espinoza
 2      A.     Yes.
 3      Q.     What benefits have you received?
 4      A.     The surgery, the doctors at
 5   therapy, the pills, the check they send me
 6   every fifteen days.
 7      Q.     How much do you receive?
 8      A.     $800 every fifteen days.
 9   Sometimes it goes up and down.
10      Q.     You receive a check from
11   Workers' Compensation for $800 every
12   fifteen days; is that correct?
13      A.     Yes, sometimes it goes down.
14      Q.     Down to how much?
15      A.     If I remember correctly, it's
16   gone down to -- it has even gone down to
17   four hundred approximately.
18             MR. RICHMAN:  I am going to call
19        for the production of all the payments
20        that you received from Workers'
21        Compensation.
22             I'll send a separate D&I.
23      Q.     What is the name of your
24   Workers' Compensation attorney?
25      A.     I don't know his name.
```

```
                                        Page 153
 1              S. Espinoza
 2              MR. RICHMAN:  I'll leave a space
 3         in the record for his name and contact
 4         information; okay?
 5              THE WITNESS:  Okay.
 6    (Insert)
 7    _____
 8         Q.    Do you receive any Social
 9    Security Disability benefits?
10         A.    No.  I have never asked for it
11    and I don't receive it.
12         Q.    Do you have any medical
13    insurance today?
14         A.    No, I don't have any health
15    insurance policy.
16         Q.    Sir, what, if anything, can you
17    no longer do today as a result of the
18    injuries sustained in this incident?
19         A.    I can't work.  I can't go
20    shopping to get the things that I need.  I
21    have trouble bathing, washing myself.  I
22    have trouble writing, walking, sleeping.
23    I can't lift up anything, weight.  Again I
24    can't work.  I can't do anything.
25         Q.    Does anyone assist you bathing?
```

```
                                        Page 154
 1              S. Espinoza
 2              THE INTERPRETER:  Excuse me.
 3              MR. RICHMAN:  Does anyone assist
 4      you in bathing.
 5      A.    No.
 6      Q.    Does anyone cook for you?
 7      A.    Sometimes.  Otherwise, I have to
 8   do it with my left hand.
 9      Q.    Can you cook food for yourself
10   to eat with your left hand?
11      A.    I can only do things with my
12   left hand.
13      Q.    You don't do anything with your
14   right hand?
15      A.    I can write for a little while
16   but then it will start to be extremely
17   painful and I have to stop.  The same when
18   I am walking, I can walk and then all of a
19   sudden, the pain comes and I have to find
20   someplace to sit down.
21      Q.    How long can you walk until you
22   have pain that you have to sit down?
23      A.    It varies because the pain
24   starts all of a sudden.  When I am walking
25   up and down stairs or when I am walking in
```

```
 1              S. Espinoza
 2  the street it could be.  I can't twist my
 3  body around more than this (Indicating)
 4  because if I try, then it affects my lower
 5  back.
 6      Q.    Do you go food shopping?
 7      A.    I do go shopping but I have to
 8  do everything with my left hand.  I can't
 9  pick anything up with my right hand.
10      Q.    When you go food shopping, do
11  you carry bags of groceries back to your
12  apartment from the food store?
13      A.    Didn't understand that exactly,
14  could you repeat that.
15      Q.    You said you go food shopping
16  but you can't carry anything in your right
17  hand; correct?
18      A.    No, I can't carry anything with
19  my right hand.
20      Q.    Do you carrying bags of
21  groceries in your left hand?
22      A.    Yes, I carry them back to my
23  house with my left hand.
24      Q.    How often do you go food
25  shopping?
```

Page 156

1                    S. Espinoza
2        A.     But when I'm carrying things in
3    my left hand, as soon as I get home, then
4    my back starts to hurt terribly so then I
5    have to walk like with very tiny little
6    steps and do things very slowly.
7        Q.     What floor is your apartment on?
8        A.     It's a basement.
9        Q.     Do you go down stairs to the
10   basement?
11       A.     Yes.
12       Q.     Do you walk down steps or is
13   there an elevator?
14       A.     I have to walk down the stairs.
15       Q.     How many steps are there?
16       A.     I don't -- I couldn't tell you
17   but it's not very -- it's not a lot.
18       Q.     Is it more than five steps?
19       A.     From ten to twelve, something
20   like that.
21       Q.     How many times a day do you
22   leave your apartment?
23       A.     It depends on what I am going to
24   do.
25       Q.     What activities do you do when

1            S. Espinoza

2    you leave your apartment?

3        A.    I go to classes, I go to

4    therapy, I go to the doctor, I go to the

5    pharmacy and maybe I go to buy something

6    to eat.

7        Q.    Are you still taking classes for

8    English?

9        A.    Yes.

10       Q.    Where did you go for those

11   classes?

12       A.    It's a subway stop of the R

13   Train.  I am not sure Queens Plaza but I

14   am not sure.

15       Q.    How far is that from your house?

16       A.    Ten minutes on the train.

17       Q.    You take the subway to get

18   there?

19       A.    Yes.

20       Q.    How far is the subway station

21   from your apartment?

22       A.    It's not very far.  It's about

23   five minutes walking.

24       Q.    Do you go outside of your

25   apartment for anything else other than

Page 158

```
 1                S. Espinoza
 2   what you just testified to?
 3       A.    Sometimes I go to buy clothes
 4   for my daughter and also I have gone to
 5   sign up for driving classes.  Sometimes I
 6   just to go out to the park or something
 7   like that.
 8       Q.    Is your daughter still living in
 9   Ecuador?
10             THE INTERPRETER:  What is that?
11             MR. RICHMAN:  Is your daughter
12       still living in Ecuador.
13       A.    Yes.
14       Q.    Tell me about your English
15   classes, can you speak English now?
16       A.    I can understand some things but
17   I have trouble speaking.  I bought a
18   program at Best Buy that helps me to read
19   and also to speak but because of my state
20   of mind, being nervous and stressed, I
21   have had difficulty going ahead with that
22   and I also go to the school.
23       Q.    How often do you go to the
24   school for classes?
25       A.    Tuesday, Wednesday, and Thursday
```

```
1              S. Espinoza
2   mornings.
3       Q.    For how long each time?
4       A.    I go from nine to one in the
5   afternoon.
6       Q.    Do you sit in a chair for those
7   four hours?
8       A.    Yes, I take two or three pills
9   to be able to sit for the class.
10      Q.    Do you use a computer?
11      A.    In the class or at home?
12      Q.    Both.
13      A.    I have a computer at home but
14  sometimes I use the computer when I am
15  taking a course.
16      Q.    What do you use the computer for
17  at home?
18      A.    To review and learn new
19  vocabulary in English and sometimes to
20  watch a movie or something of the sort.
21      Q.    Do you do any chores around the
22  house or your apartment?
23      A.    I use the broom to clean up the
24  dust and sometimes I use the mop but I
25  have to use it very carefully.
```

```
                                          Page 160

 1              S. Espinoza

 2      Q.      Do you your own laundry?

 3      A.      Yes.  I take my clothes to the

 4  laundry to have them wash it.

 5      Q.      Do you carry your clothes there

 6  and carry them back?

 7      A.      Sometimes I carry it with my

 8  left arm and then I have something I put

 9  it in and sometimes take it in a little

10  cart, like a supermarket cart but it's

11  smaller.

12      Q.      Do you have any hobbies?

13      A.      I don't know what that word is.

14  I like music.  I like to watch movies.  I

15  also like to look at photography, and I

16  am also interested in cars, in vehicles.

17      Q.      Are there hobbies that you had

18  done before the incident that you can no

19  longer do?

20      A.      Before I was interested in

21  working longer hours so I could make more

22  money but now I can't work at all.

23      Q.      Do you currently have any

24  surgeries scheduled?

25      A.      No, I have already had them all
```

Page 161

1                    S. Espinoza

2    done.

3         Q.    Do you drink alcohol?

4         A.    I did before the accident.  I

5    would drink but since the accident, I

6    don't drink at all but I do smoke.

7         Q.    Do you smoke cigarettes?

8         A.    Yes.

9         Q.    How many a day?

10        A.    It depends on my state of mind.

11   If I'm sad or depressed, then I'll smoke

12   more but if I am just in a normal state of

13   mind, I don't smoke much.

14        Q.    How much would you estimate you

15   smoke a day?

16        A.    A package every two days.

17        Q.    Do you have Internet access?

18        A.    Yes.

19        Q.    Do you have a Facebook account?

20        A.    Yes.

21        Q.    What is the Facebook account?

22        A.    Flaco Reys.

23              THE INTERPRETER:  Flaco is like

24        -- it's just like a common name that

25        people call each other, hey, this guy,

```
                                        Page 162
 1              S. Espinoza
 2       that guy kind of thing.  Literally it
 3       means skinny guy but it's like a
 4       nickname.
 5       Q.    How long have you had that
 6   Facebook account for?
 7       A.    I couldn't tell you but it's a
 8   quite a while.
 9       Q.    Do you send money to your
10   daughter?
11       A.    Yes.
12       Q.    How much do you send her and how
13   often?
14       A.    I send her monthly one fifty and
15   sometimes I buy her clothes, not really a
16   lot.
17       Q.    Let's me clarify something that
18   was confusing at the last deposition, are
19   you currently married or you are not
20   married?
21       A.    I was never officially married.
22   I just lived with my daughter's mother but
23   after the accident, things got very
24   complicated and now we are not together at
25   all.
```

Page 163

                    S. Espinoza

1

2      Q.      We meaning you and your

3   daughter's mother?

4      A.      I didn't understand that.

5      Q.      Where does your daughter's

6   mother live?

7      A.      Ecuador.

8      Q.      Have you traveled at all since

9   the incident?

10     A.      No.

11     Q.      Do you have any plans to leave

12  the United States?

13     A.      No.

14     Q.      Are you pursuing your

15  immigration status currently?

16     A.      Yes.

17     Q.      What is your current status?

18             MR. KLEIN:  Objection but he can

19     answer.

20     A.      I don't want to answer.

21             MR. KLEIN:  You have to answer.

22             MR. RICHMOND:  You have to

23     answer.

24     A.      Okay, if you could ask the

25  question again, please.

```
                                        Page 164
 1              S. Espinoza
 2    Q.      What is your immigration status?
 3              MR. KLEIN:  Over objection, you
 4    can answer.
 5              MR. RICHMAN:  Maybe you have to
 6    tell him he has to answer the
 7    question.
 8              MR. KLEIN:  I did.  You have to
 9    answer the question.
10              Are you undocumented?
11    A.      I started to go court and start
12  the process for my paperwork but it became
13  complicated and I haven't had the funds to
14  be able to pay the lawyer to be able to
15  work on the situation.
16    Q.      Tell me what your understanding
17  is of your current immigration status.
18    A.      I am refugee.
19    Q.      Have you ever applied for
20  refugee status?
21    A.      Yes.
22    Q.      What is the status of that?
23              What have you done to apply for
24  refugee status?
25    A.      I asked for political asylum.
```

Page 165

```
 1              S. Espinoza
 2      Q.     What is the current status of
 3   your request for political asylum?
 4      A.     It's just beginning.  There is a
 5   long way to go.  I have presented myself
 6   at court here.
 7      Q.     When did you apply for political
 8   asylum?
 9      A.     I went to the Court hearing
10   2 '19 but it really started when I was in
11   Texas when immigrants come into the
12   country.
13      Q.     Explain to me when you say 2
14   '19, is that the date you applied,
15   February 2019?
16      A.     When I came into the country in
17   2 '18, I applied for political asylum.
18             With the immigration lawyer, I
19   think I have to apply again, as far as I
20   understand.
21      Q.     When is the lat time you pursued
22   anything with an immigration lawyer
23   regarding your status in the United
24   States?
25      A.     In 2019, between January and
```

Page 166

1           S. Espinoza

2    February, something like that.

3        Q.    Have all your complaints, your

4    physical complaints, improved at all since

5    the incident on June 28, 2019?

6        A.    I don't understand.  If you

7    could clarify.

8        Q.    Your allege that you have

9    suffered various injuries as a result of

10   falling from the ladder on June 28, 2019.

11            Have any of those complaints

12   improved at all since that time?

13       A.    My hand has improved and I am

14   able to walk better, somewhat better.

15   When I am sitting down for a long time,

16   then my back gets all heated up or my body

17   gets very cold.

18       Q.    What is the reason you are

19   taking classes in English?

20       A.    English is very foreign me.

21       Q.    Why is that?

22       A.    I need to learn how to speak

23   English so I can do some things I am

24   planning to do in the future here.

25       Q.    What are you planning to do in

Page 167

1          S. Espinoza

2   the future here?

3      A.    There are a lot of things I want

4   to do but especially I planning to start a

5   salesmanship for buying and selling cars.

6      Q.    Your current plan to be a

7   salesman, to sell cars?

8      A.    Yes, something like that more or

9   less.  To start a business, to have

10  somebody else invest and I could start it

11  up and then somebody else could help to

12  manage it.

13     Q.    Have you done anything in

14  connection with starting up that business?

15     A.    Not up until this moment, I

16  haven't been able to and the bank denied

17  my request for a loan.

18     Q.    What bank did you request a loan

19  from?

20     A.    Citibank.

21     Q.    How much were you requesting?

22     A.    I requested $10,000 so that I

23  could start from the very bottom and start

24  learning about it and go forward.

25     Q.    It was your plan to sell cars on

Page 168

1          S. Espinoza

2    the Internet or live or something or a

3    combination?

4        A.    On the Internet.

5        Q.    It was your plan to buy and sell

6    used vehicles, used cars?

7        A.    Yes, to get on to the auctions

8    and to get the cars and fix them up and

9    then sell them.

10        Q.    Have you bought or sold any cars

11    since the incident?

12        A.    No, I haven't up to this point,

13    made any sales or purchases.

14        Q.    Is the reason because you have

15    not been approved for your loan from

16    Citibank?

17        A.    Yes, yes, because I was already

18    in touch with the dealer and I already had

19    an arrangement to buy a vehicle and try it

20    out and that is where I was.

21        Q.    Do you have any hobbies

22    currently?

23        A.    Outside of that have you mean?

24        Q.    Outside of buying and selling

25    cars, yes.

Page 169

1              S. Espinoza
2      A.     I also like the gardening
3  business and roofing?
4      Q.     Do you currently play any
5  sports?
6      A.     No.
7      Q.     Have you played any sports
8  before the incident?
9      A.     I am not very active in sports.
10     Q.     When you say you have an
11  interest in gardening, is that gardening
12  like a business or your personal pleasure
13  that you are talking about?
14     A.     To make a business.
15     Q.     Have you taken any steps in
16  regard to starting a gardening business
17  since the incident?
18     A.     No, I just watch some videos and
19  it interests me but I haven't taken any
20  steps in that direction.  On the contrary,
21  with the cars I actually had a plan to
22  start buying but since there wasn't money,
23  I couldn't.
24     Q.     How many hours a day do you
25  spend on your computer?

Page 170

S. Espinoza

1

2       A.      It depends on the day.  If I am

3   not sleepy, then it could be a long time.

4       Q.      How many hours approximately on

5   average?

6       A.      It could be two hours to five

7   hours or the whole day, depends on how my

8   days is going.  It depends on how my

9   wounds are and how my lower back feels.

10      Q.      Approximately how many hours a

11  day do you spend watching television?

12      A.      I don't have television.  My

13  brother does.  If I watch it, it's only

14  ten, fifteen, twenty minutes maybe.

15      Q.      Do you watch any movies or

16  things on your computer?

17      A.      Yes.

18      Q.      How many hours a day would you

19  average doing that?

20      A.      It's not every day.  It's from

21  time to time.

22              MR. RICHMAN:  Thank you.

23              I have no further questions.

24  EXAMINATION BY

25  MR. BRIGANTIC:

```
 1              S. Espinoza
 2              MR. BRIGANTIC:  Do you go by
 3      Mr. Espinoza or Mr. Reyes?
 4              THE WITNESS:  Reyes, Stalin
 5      Reyes, that is what they call he.
 6              MR. BRIGANTIC:  You prefer
 7      Mr. Reyes.
 8              THE WITNESS:  That is fine.
 9              MR. BRIGANTIC:  Thank you.
10              Mr. Reyes, I represent one of
11      the defendants in this case, and I am
12      going to have some follow-up
13      questions.
14              THE WITNESS:  Okay.  I
15      understand.
16      Q.      You testified earlier about
17   taking painkillers.
18              Those are prescription
19   medications; correct?
20      A.      Yes.
21      Q.      The last time you took them was
22   yesterday?
23      A.      Yes.
24      Q.      You don't remember what the pain
25   medication is?
```

```
                                          Page 172
 1                    S. Espinoza
 2        A.     No, I don't remember right now.
 3        Q.     Do you have the pain medication
 4   with you?
 5        A.     Here you mean?
 6        Q.     Yes.
 7        A.     No, I don't have it here.
 8        Q.     Do you have it at your house?
 9        A.     Yes.
10        Q.     You testified that you usually
11   get the prescriptions at CVS?
12        A.     Yes.
13        Q.     Do you have a CVS card?
14        A.     No.
15        Q.     Who pays for the medication?
16        A.     The insurance.
17        Q.     When you check out, do you
18   submit it to the insurance company to pay
19   it?
20        A.     They give me the medication and
21   the bill says zero on it.  There isn't any
22   cost.
23        Q.     When you refill the
24   prescription, you don't have to pay for it
25   and get reimbursed?
```

Page 173

1              S. Espinoza

2       A.     I just present my name and they

3   give it to me.  I need to go down and do

4   that now.

5       Q.     At the Titan Pharmacy that you

6   referred to, is that mail-order only or is

7   it a physical location in Queens?

8       A.     I really don't have much idea

9   about how that pharmacy works.

10       Q.     That is not my question.

11              My question is, is that a

12   physical location or is it a mail-in?

13       A.     It's just a mail-in.

14       Q.     With the CVS do you get a text

15   message on your cell phone to say your

16   prescription is ready?

17       A.     Yes.

18       Q.     Do you recall when the last time

19   was you refilled the pain prescription,

20   pain medication prescription?

21       A.     It must be about a month ago,

22   something like that.

23       Q.     How frequently do you usually

24   get it refilled?

25       A.     I don't refill it.  Just once I

```
 1              S. Espinoza
 2   refilled it.
 3      Q.    Do you recall when you started
 4   work at the location where you got
 5   injured?
 6      A.    I don't remember exactly.
 7      Q.    The payroll records we got from
 8   Jim Associates seems to say that you
 9   started in the last week of April 2019.
10            Is that correct?
11      A.    I think so.  I think that is
12   right, but I am really not so sure.
13      Q.    You think you worked at that
14   location for about two months before you
15   got injured, does that sound about right?
16      A.    You mean the place?
17      Q.    Yes.  Did you work at this
18   particular location about two months
19   before you got injured?
20      A.    We had been working in several
21   different places.
22      Q.    I am not talking about several
23   different places, I am talking about the
24   location in which you were injured.
25            Did you work there for about two
```

Page 175

```
 1              S. Espinoza
 2   months before you got injured?
 3        A.    No, I would just go there once
 4   in a while.
 5        Q.    You didn't go there regularly on
 6   a daily basis?
 7        A.    Before the accident I had been
 8   there for a week or two, that is all.
 9        Q.    When you worked at the location
10   where you got injured, would you usually
11   start at about eight a.m.?
12        A.    It depended on the time that I
13   arrived.
14        Q.    When did you usually start?
15        A.    Usually I would get to the
16   office and they would take me there to the
17   job, work site.  I didn't get paid for
18   that.  When I got there, that is when my
19   workday would usually begin.
20        Q.    When did you usually start work
21   at the job site?
22        A.    At eight.
23        Q.    Before you would start work in
24   the morning --
25              MR. BRIGANTIC:  Withdrawn.
```

Page 176

1              S. Espinoza
2      Q.     Do you know what a toolbox
3  meeting is?
4      A.     I don't know what that is.
5      Q.     You have never heard of that
6  term?
7      A.     No, I haven't.
8      Q.     When you worked construction,
9  did you ever attend a meeting with other
10  workers before you started the day to go
11  over what you would be doing and what
12  rules you should be following?
13     A.     Sometimes yes.
14     Q.     Did that happen on this job
15  leading up to before you got injured?
16     A.     I don't remember about that day.
17     Q.     I am not referring to just to
18  that day.
19             What I am saying is when you
20  were working on this job site that you
21  were injured on, did you attend any
22  meetings at which somebody went over what
23  you would be doing and what rules you
24  should follow?
25     A.     They would just say to us, they

```
 1              S. Espinoza
 2   would just tell us what kind of work we
 3   were going to do and which tools we would
 4   need and which materials.
 5        Q.    When you say they, who is they?
 6        A.    Oh, the co-workers would get
 7   together and have that meeting.
 8        Q.    Who led the meeting?
 9        A.    George.
10        Q.    Jorge, is his last name Moscoso?
11        A.    I don't know.  I don't remember.
12        Q.    When you attended those
13   meetings, Did Jorge or anybody else give
14   you any instructions as to how to use the
15   ladder?
16        A.    I can't remember that he gave me
17   any instructions along those lines.
18        Q.    During any of those meetings,
19   did anything tell you what safety, what
20   precautions you should take in using the
21   ladder?
22        A.    No, I can't remember them
23   telling me anything like that.
24        Q.    Did anyone ever instruct you
25   that you should be wearing a lanyard and
```

```
 1              S. Espinoza
 2   harness while you were up on the ladder?
 3        A.    In OSHA.
 4        Q.    They taught you that in OSHA
 5   training that you had?
 6        A.    Yes.
 7        Q.    You testified you have an OSHA
 8   card; correct?
 9        A.    Yes.
10        Q.    Did you need that before you
11   could start work on the job?
12        A.    They never asked me for that
13   card but did I have one.
14        Q.    They didn't require that you
15   have it and prove that you had OSHA
16   training before working on the job?
17        A.    I showed them the card but they
18   never asked for anything to verify it.
19        Q.    Did you have your own equipment?
20        A.    Some small things, yes.
21        Q.    What did you have?
22        A.    Hammer, a lanyard, a measuring
23   tape, something to cut the sheetrock, a
24   drill to put in the screws.
25        Q.    Did you have your own harness?
```

Page 179

1                    S. Espinoza
2        A.     No, I didn't have a harness.
3        Q.     Did they keep harnesses at the
4    job site?
5        A.     I can't remember them giving me
6    that.
7        Q.     You testified that Jim
8    Associates gave you goggles and a hardhat;
9    correct?
10       A.     Yes, they gave that to me.
11       Q.     How did they give that to you?
12   Did they give that to you back at the
13   office or did they give it to you when you
14   arrived at the job?
15       A.     They had them in the van.
16       Q.     You don't recall when they had
17   harnesses in the van?
18       A.     I don't remember that very well.
19       Q.     Where was the ladder that was
20   involved in this accident, where was the
21   kept?
22       A.     In the van sometimes or at the
23   work site.
24       Q.     Where was it usually kept?
25       A.     They would bring it in the van

Page 180

```
 1            S. Espinoza
 2   usually.
 3       Q.    It would usually be kept in the
 4   office and transported in the van to the
 5   work site?
 6       A.    Sometimes.
 7       Q.    You are saying sometimes but I
 8   am asking you usually where was it kept?
 9            MR. KLEIN:  Over objection, you
10       can answer.
11       A.    Most of the time it was kept in
12   the van.  Every once in a while it stayed
13   at the work site.
14       Q.    Was that the first day you used
15   this particular ladder?
16       A.    We always use that ladder.
17       Q.    Before you and other employees
18   used this ladder on this job site, did
19   anyone inspect it to see whether it was
20   okay?
21       A.    I don't remember that.
22       Q.    You testified that you were on
23   the ladder and the ladder fell over and
24   you with it; is that right?
25       A.    Yes.
```

```
                                             Page 181
 1                 S. Espinoza
 2        Q.     What exactly caused the ladder
 3    to fall over?
 4        A.     I don't know.
 5        Q.     Do you know what happened to the
 6    ladder after the accident?
 7        A.     I have no idea.
 8        Q.     The day of the accident was your
 9    last day on the job; right?
10        A.     Yes, that is the last time I
11    worked there.
12               MR. BRIGANTIC:  What was the
13        answer?
14               THE INTERPRETER:  Yes, that is
15        the last time I worked there.
16        Q.     Just because it was unclear to
17    me, was the ladder inside the closet or
18    outside the closet?
19        A.     Outside the closet.
20        Q.     Prior to this job, you had
21    worked on construction sites before?
22        A.     Yes.
23        Q.     Do you know what a foreman is?
24        A.     Yes.
25        Q.     Who was the foreman on this job?
```

Page 182

```
1              S. Espinoza
2      A.      George.
3      Q.      At the time you fell, were you
4  going up the ladder or down the ladder?
5      A.      I was coming down.
6      Q.      You testified that after you
7  fell, the workers came around you; is that
8  correct.
9      A.      Yes, they came to see what
10 happened.
11     Q.      You don't know or recall the
12 names of any of those workers?
13     A.      Right now I don't remember.
14     Q.      I am going to show you what was
15 previously marked as Defendants' Exhibit
16 A.
17             Do you see the picture I am
18 showing you?
19     A.      Yes, I see it.
20     Q.      Is that you in the picture on
21 the ground?
22     A.      Yes, that is me.
23     Q.      Who took this picture?
24     A.      I don't know who took it.
25     Q.      Was this after you fell?
```

Page 183

1                    S. Espinoza

2        A.    Yes.

3        Q.    You testified that you fell on

4    the ladder and on the concrete; right?

5        A.    First the ladder fell and then I

6    fell and landed a little bit on the ladder

7    and a little bit on the cement.

8        Q.    After you fell the ladder was on

9    the ground with you?

10       A.    Yes.

11       Q.    In this picture the ladder is

12   leaning up against the wall.

13             Who moved the ladder and put it

14   up against the wall?

15       A.    The person that is standing

16   there on the side.  They moved me on the

17   floor and they moved the ladder right

18   after the accident.

19       Q.    Who was that person?  What is

20   their name, if you remember?

21       A.    I don't remember exactly.

22       Q.    Did he also work for Jim

23   Associates?

24       A.    Yes.

25       Q.    The person who took this

```
                                    Page 184
 1              S. Espinoza
 2   picture, was that person also an employee
 3   of Jim Associates?
 4       A.    I don't know who it was that
 5   took the photograph.
 6       Q.    What did the person look like?
 7       A.    Right at that moment, I was very
 8   frightened because of the pain and because
 9   of the fall and so I can't remember having
10   seen him.
11       Q.    How long after the accident
12   occurred was this photograph taken?
13       A.    I couldn't say.
14       Q.    After the accident happened and
15   before this photograph was taken, did you
16   get up?
17       A.    No.
18       Q.    When you landed what position
19   did you land in on the ground?
20       A.    With the person who is standing
21   there, a little bit in front of the person
22   that is standing there, where the radiator
23   is.
24       Q.    I don't see a radiator in this
25   picture.
```

```
                                        Page 185
 1              S. Espinoza
 2              Can you tell me where it would
 3   be?
 4       A.    I was over more towards the
 5   right where you see that red object there.
 6   I was more over on that side.
 7       Q.    This picture is not where you
 8   actually landed after the accident?
 9       A.    No, it's not the exact place.
10       Q.    Did you ask somebody to take
11   this picture?
12       A.    I asked everybody to but I don't
13   know who it was that actually took that
14   photograph.
15       Q.    You asked that somebody take
16   this photograph?
17       A.    Yes.
18       Q.    Why did you do that?
19       A.    Because I was hurt and they
20   wanted to take me outside onto the street.
21       Q.    Why would that require a
22   photograph though?
23       A.    For evidence that I had been
24   there.
25       Q.    You testified that nobody wanted
```

```
                                        Page 186
 1              S. Espinoza
 2   to call 911 initially.  Why was that?
 3              MR. KLEIN:  Over my objection.
 4              You can answer.
 5      A.      I don't know.
 6      Q.      The other employees moved you
 7   before 911 was called?
 8      A.      Yes.
 9      Q.      Where did they move you to?
10      A.      From the place you see there,
11   they wanted to get me out of there but I
12   told them please not to touch me.
13      Q.      When they got you out of there,
14   where did they put you before the
15   ambulance came?
16      A.      They carried me a little bit
17   further out from where you see me there so
18   that I wasn't so far inside.
19      Q.      Did you already have back pain
20   when they started moving you?
21      A.      Right at that moment, my body
22   was numb, I couldn't feel much.
23      Q.      What I am asking, it's not fully
24   responsive, did you already have back pain
25   before they moved you?
```

1               S. Espinoza

2               MR. KLEIN:  Over objection, you

3       can answer.

4       A.      I don't remember very well.

5       Q.      Did you already have pain in

6    your right arm and wrist before they moved

7    you.

8       A.      Yes, yes.

9       Q.      How did they actually move you?

10      A.      I had fallen over on my right

11   side and they pulled me over until I was

12   in this position.

13      Q.      Did they lift or drag you along

14   the ground?

15      A.      They dragged me.

16      Q.      How many guys did that?

17      A.      I don't remember very well if it

18   was one or two, I don't remember.

19      Q.      Do you recall where they grabbed

20   you to pull you?

21      A.      Around my head and my shoulders.

22      Q.      After they moved you, do you

23   recall how long it took for the ambulance

24   to get there?

25      A.      It might have been approximately

```
 1              S. Espinoza
 2   from ten minutes to a half hour, something
 3   like that.
 4      Q.    Besides this particular
 5   photograph, did people take other
 6   photographs?
 7      A.    I don't remember very well.
 8      Q.    Did you eventually get a copy of
 9   this photograph?
10      A.    Yes.
11      Q.    Did someone text you this
12   photograph?
13      A.    Somebody took my phone and took
14   this photograph with my phone.
15      Q.    Is this photograph still on your
16   phone?
17      A.    Yes, I have it.  I held onto it.
18           MR. BRIGANTIC:  I would ask that
19      you not delete it until this case is
20      over.
21      A.    Yeah, I have it.  I kept it.
22      Q.    On your phone do you have other
23   photographs of you after the accident?
24      A.    You mean inside there or outside
25   or where?
```

Page 189

1          S. Espinoza

2      Q.     Do you have any photographs

3   relevant to this accident on your phone

4   besides this one?

5      A.     Yes, I have of my injuries after

6   I was operated on.

7           MR. BRIGANTIC:  I don't believe

8      I have those photographs but I'll ask

9      for them.

10      Q.     Do you have other photographs on

11   your phone of the job site after the

12   accident?

13      A.     I would have to look through

14   them.  I don't really remember if I have

15   them or not.

16           MR. BRIGANTIC:  I would ask you,

17      and I am sure your lawyer will be okay

18      with this, do not delete any

19      photographs you took regarding the job

20      site or your injuries or how you fell

21      or anything else, okay, because we are

22      going to request those.

23           Also keep the phone.  Do not

24      replace the phone while this action is

25      pending and if you have to, you have

```
                                        Page 190
 1                 S. Espinoza
 2        to keep the phone and give it to your
 3        lawyer.
 4        Q.      Who was your cell phone carrier
 5    at the time you took this photograph?
 6        A.      T-Mobile.
 7        Q.      Are they still your carrier?
 8        A.      Yes, the same one that I have
 9    always had.
10        Q.      When you took the classes for
11    OSHA certification, did you learn anything
12    about what needs to be done if there is a
13    workplace accident?
14        A.      Yes, I did.
15        Q.      Did that include telephoning the
16    local OSHA office that there had been an
17    accident?
18        A.      I don't remember that very well.
19        Q.      Do you know whether anyone
20    called OSHA right after this accident
21    occurred on the same day?
22        A.      No, I have no idea about that.
23        Q.      Did Jorge make it back to the
24    job site before you left in the ambulance?
25        A.      I don't remember very well.
```

```
1              S. Espinoza
2       Q.     In preparation for your
3  deposition here today, did you review any
4  documents?
5       A.     No.
6       Q.     I believe you testified that
7  it's difficult for you to write with your
8  right hand.
9              Can you tell me specifically why
10 that is the case.
11      A.     After I have been writing for
12 five to ten minutes, my hand starts to
13 hurt, especially my wrist.
14      Q.     What happens, do you stop
15 writing then?
16      A.     I have to rest my hand before I
17 can continue writing.
18      Q.     How long do you rest before you
19 start writing again?
20      A.     Until the pain goes away.
21      Q.     When you were being treated for
22 your fractures, did the doctor ever tell
23 you, you should stop smoking immediately
24 because it would affect how the fractures
25 healed?
```

Page 192

1            S. Espinoza

2      A.    No, they didn't say that to me.

3      Q.    If it's in your medical records,

4   you don't think they told you that?

5      A.    I stopped smoking for a long

6   time.

7      Q.    I understood your testimony that

8   you smoke a pack every two days currently.

9          THE INTERPRETER:  I think didn't

10     he finish answering.

11         MR. BRIGANTIC:  I'm sorry.  Go

12     ahead.

13     A.    When the accident happened, I

14  had stopped smoking for a while.

15     Q.    You resumed smoking?

16     A.    Lately yes.

17     Q.    When is lately?

18     A.    It helps me to relax.

19     Q.    I asked when did you start

20  again.

21     A.    After the surgeries.

22     Q.    When you fell did you lose

23  consciousness?

24     A.    No.

25     Q.    Since you fell have you had any

Page 193

1               S. Espinoza

2    issues with memory?

3         A.    You mean after the accident?

4         Q.    Yes.

5         A.    I have had panic attacks

6    sometimes.

7               MR. BRIGANTIC:  I'm sorry, what

8         was that?

9               THE INTERPRETER:  Panic attacks.

10        Q.    I'll ask about that.

11              What I was asking now is since

12   the accident, have you had issues with

13   memory?

14        A.    Just a little bit.  Sometimes

15   it's hard for me to remember things.

16        Q.    Have you talked to any doctor

17   about that?

18        A.    No.

19        Q.    Have you sought any medical

20   treatment for the panic attacks?

21        A.    To a psychologist.

22        Q.    Are you seeing a psychologist

23   presently?

24        A.    No, I had like six sessions.

25        Q.    That was after the accident?

Page 194

1                    S. Espinoza

2        A.      Yes.

3        Q.      Was it a psychologist or

4    psychiatrist?

5        A.      Psychologist.

6        Q.      Was part of the reason due to

7    the embarrassment that you felt over your

8    facial injuries?

9        A.      Yes, a little bit.

10       Q.      What is the name of the

11   psychologist?

12       A.      I don't know their names.

13       Q.      Do you have a business card from

14   the psychologist?

15       A.      No.

16       Q.      Do you have the psychologist's

17   telephone number in your contacts on your

18   phone?

19       A.      Not currently.

20       Q.      Did you delete it?

21       A.      When my phone starts going

22   really slowly, then I clean it up.

23       Q.      I appreciate that.

24               Did you delete from your

25   contacts the information regarding your

Page 195

1                    S. Espinoza

2    psychologist?

3         A.    I never kept the psychologists'

4    numbers because they would always call me.

5         Q.    Do you have on your phone

6    contact information for your other

7    doctors?

8         A.    The doctors from the 159th.

9         Q.    After the accident did you

10   experience some problems with your hearing

11   in your right ear?

12        A.    Yes.

13        Q.    Did you have a hearing test?

14        A.    Yes.

15        Q.    Do you recall who gave you the

16   hearing test?

17        A.    I don't remember.

18        Q.    Do you know when they gave you

19   the hearing test?

20        A.    No, I don't remember.

21        Q.    Do you remember how many hearing

22   tests you had?

23        A.    They just asked examined me but

24   they didn't do anything more than that.

25        Q.    Then I have to ask you, did you

```
 1            S. Espinoza
 2   get a hearing test after this accident
 3   where you had to go into a booth with
 4   headphones and they gave little cones and
 5   asked you whether you could hear them?
 6       A.    No.  They didn't do that ever.
 7       Q.    Did they ever do a test to
 8   document how much hearing loss you had?
 9       A.    No, I didn't get myself checked.
10   They just cleaned out my ear.
11       Q.    The pain that you have in your
12   head, do you still have that?
13       A.    Yes, sometimes I can't bear the
14   pain.
15       Q.    Have you talked to any doctor
16   about that pain in your head?
17       A.    No.
18       Q.    Your Workers' Compensation case,
19   that is still active and open; correct?
20       A.    Yes.
21       Q.    Do you have any future hearings
22   scheduled?
23       A.    They haven't called me.
24       Q.    That is not my question.
25            Do you know whether there are
```

Page 197

                    S. Espinoza

 1

 2   any future hearings scheduled?

 3       A.    Up until now I really don't know

 4   anything about that.  They haven't told me

 5   anything.

 6       Q.    You did not apply for Social

 7   Security Disability benefits; correct?

 8       A.    No, I didn't apply.

 9       Q.    Did you apply for SSI?

10       A.    I don't know what that means.

11       Q.    Supplement Security Income with

12   Social Security?

13       A.    No, I haven't applied for any of

14   that.

15       Q.    Have you applied for Medicaid?

16       A.    No.

17       Q.    Following the accident did you

18   apply for unemployment?

19       A.    No.

20       Q.    Have you applied for SNAP

21   benefits?

22       A.    No.

23       Q.    Do you presently have a primary

24   care physician?

25       A.    No, I haven't been to any

Page 198

```
 1              S. Espinoza
 2   doctor.  It's been a really long time,
 3   very long time.
 4       Q.    Are you presently taking driving
 5   classes?
 6       A.    Yes, I have four.  I will have
 7   had four classes already.
 8       Q.    You go out to a driving school
 9   and take lessons?
10       A.    Yes.
11       Q.    You are able to use your right
12   foot to drive?
13       A.    Yes.
14       Q.    With respect to restoring cars,
15   whether or not you have been paid for it,
16   have you restored any cars since this
17   accident?
18       A.    No.
19       Q.    When you testified about having
20   a business where you would buy cars at
21   auctions, fix them up, and sell them, you
22   would personally do the work fixing them
23   up?
24       A.    No, I would buy them and take
25   them to a shop.
```

```
                                   Page 199
 1              S. Espinoza
 2       Q.     You, yourself, wouldn't do any
 3   of the detailing or the restoration work
 4   or any of that?
 5       A.     No, I wouldn't do any of that.
 6   I would just buy it and someone else would
 7   do that part.
 8       Q.     How would the dealer get
 9   compensated at the time of sale?
10              When the vehicle was eventually
11   sold, the dealer would get part of the
12   profit and you would get part of the
13   profit?
14       A.     No, it didn't work like that.
15       Q.     Tell me how you anticipated that
16   it would work.
17       A.     By analyzing the market, market
18   analysis.
19       Q.     I understand that but who would
20   do that and how would you make the money?
21       A.     You buy them at a low cost, you
22   get the car, and you would send the car to
23   a shop where they would fix it up.  You
24   would then pay the dealer a commission and
25   then you put it up on the market.  The
```

1                S. Espinoza

2  price you are selling it at is much

3  greater than the price you bought it at.

4      Q.    When you applied for the loan

5  with Citibank, which Citibank location did

6  you submit the application to?

7      A.    The one close to my house.

8      Q.    Can you tell me either the

9  streets it's located on or the address?

10     A.    I don't know the street but it's

11  five minutes away from my home.

12     Q.    That is the home that you are

13  living in now?

14     A.    Yes.

15     Q.    After the first day of your

16  deposition in November, you moved; is that

17  right?

18     A.    Yes, in January.

19     Q.    Why did you move?

20     A.    Because the apartment got rented

21  to other people.

22     Q.    The car dealer you were in touch

23  with regarding the business, what is the

24  name of the dealer?

25     A.    It's a dealer in Colorado.

```
                                          Page 201

 1                  S. Espinoza

 2        Q.      What is the name of the dealer?

 3        A.      Just a moment.

 4                MR. KLEIN:  Just from your

 5        memory.

 6        A.      Entrepreneurs, I can't remember

 7    the name very well.

 8        Q.      Do you still have the paper that

 9    was submitted to Citibank for the loan?

10        A.      I did an application on-line.

11        Q.      Did you keep a printout of it or

12    did you save it on your computer?

13        A.      They did it on their computer.

14        Q.      That is not my question.  I know

15    when I submit things on my computer,

16    sometimes I download them and save them as

17    PDFs.

18                Did you save a copy of what you

19    submitted to Citibank?

20        A.      They were going to send me a

21    copy to my home but the copy hasn't

22    arrived yet.  First I applied for $10,000.

23    They said no for that and I applied for

24    five and they said no to that too.

25        Q.      I appreciate your answer but I
```

1              S. Espinoza

2    am not asking you what Citibank did, I am

3    asking you did you save a copy of what you

4    submitted to Citibank?

5         A.    No, I didn't receive any copy at

6    that.

7         Q.    What I am asking you is did you

8    save a copy of what you submitted to

9    Citibank?

10        A.    No, haven't kept any copy.

11        Q.    Since the accident occurred,

12   have you done any gardening or roofing

13   work?

14        A.    I haven't worked at anything.

15        Q.    Have you ever heard the name

16   David Kleeman?

17        A.    I don't remember having heard

18   that.

19        Q.    Have you ever heard the name

20   Vanessa Kleeman?

21        A.    I don't remember that.

22        Q.    When you were working for Jim

23   Associates, did you deal at all with a

24   person by the name of Karita

25        A.    No, I don't remember that.

Page 203

1                    S. Espinoza

2        Q.     Do you know a Freddie Perez at

3    Jim Associates?

4        A.     I don't know the names of any of

5    the people there.

6        Q.     That is okay, Mr. Reyes.  These

7    are people who have some connection but

8    that doesn't necessarily mean you should

9    know about them.

10       A.     I understand.

11       Q.     Prior to your back surgery, did

12   you have epidural shots in your lower

13   back?

14       A.     Yes, I did have injections in my

15   spinal column.

16       Q.     This is before the back surgery;

17   correct?

18       A.     Yes.

19       Q.     Do you recall approximately how

20   many of those you had?

21       A.     Four before the operation.

22       Q.     Did they do anything for you?

23       A.     Not a lot.

24       Q.     When you were going to your

25   appointments for your back and your arm

**Page 204**

                        S. Espinoza

1

2    and your head, was anyone accompanying you

3    to those appointments?

4        A.    No, I would go alone.

5        Q.    Have you ever heard the name

6    Duane Hudson?

7        A.    No, I haven't heard that name.

8        Q.    The first job that you had when

9    you came to the United States, you

10   testified that you were verbally abused at

11   that job; is that right?

12       A.    Yes.

13       Q.    Can you tell me what you mean by

14   that?

15            [Continued on the next page to

16        allow for signature line and jurat.]

17

18

19

20

21

22

23

24

25

1              S. Espinoza

2      A.     He treated people very badly.

3   He would swear a lot at them.

4             MR. BRIGANTIC:  Thank you.

5             I have no further questions.

6             [TIME NOTED:  3:56 p.m.]

7

8        _____

9        STALIN RODRIGO REYES ESPINOZA

10

11

12

13

14   Subscribed and sworn to before me

15   this __ day of _____, 2022.

16

17   _____

     Notary public

18

19

20

21

22

23

24

25

1
2                    I N D E X
3
4
5    WITNESS        EXAMINATION BY         PAGE
6
     S. Espinoza    Mr. Richmond            92
7
     S. Espinoza    Mr. Brigantic          170
8
9
                      INSERTIONS
10
               Page                  Line
11
                95                    10
12
                99                     8
13
               135                    14
14
               137                    11
15
               138                     9
16
               142                     6
17
               145                    16
18
               148                    24
19
               153                     7
20
                      REQUESTS
21
               Page                  Line
22
               100                    12
23
               101                     4
24
25    [Index continued on the following page]

Page 207

1

2    INDEX CONTINUED:

3            126                  20

4            140                  11

5            152                  18

6            189                   7

7            189                  16

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 208

1

2                    CERTIFICATION

3

4        I, Carol Ellinghaus, a Notary Public

5    for and within the State of New York, do

6    hereby certify:

7        That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12       I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17       IN WITNESS WHEREOF, I have hereunto

18   set my hand this 28th day of March, 2022.

19

20

21

22       CAROL ELLINGHAUS

23

24

25

Page 209

1
2                        ERRATA SHEET
               VERITEXT LEGAL SOLUTIONS
3
       CASE NAME:  ESPINOZA V. DAVS
4      DATE OF DEPOSITION:  3/24/22
       WITNESS' NAME:  STALIN ESPINOZA
5      PAGE/LINE[S]/      CHANGE        REASON
       ----/-------/------------------/-------
6      ----/-------/------------------/-------
       ----/-------/------------------/-------
7      ----/-------/------------------/-------
       ----/-------/------------------/-------
8      ----/-------/------------------/-------
       ----/-------/------------------/-------
9      ----/-------/------------------/-------
       ----/-------/------------------/-------
10     ----/-------/------------------/-------
       ----/-------/------------------/-------
11     ----/-------/------------------/-------
       ----/-------/------------------/-------
12     ----/-------/------------------/-------
       ----/-------/------------------/-------
13     ----/-------/------------------/-------
       ----/-------/------------------/-------
14     ----/-------/------------------/-------
       ----/-------/------------------/-------
15     ----/-------/------------------/-------
       ----/-------/------------------/-------
16     ----/-------/------------------/-------
       ----/-------/------------------/-------
17     ----/-------/------------------/-------
       ----/-------/------------------/-------
18     ----/-------/------------------/-------
       ----/-------/------------------/-------
19     ----/-------/------------------/-------
20                 -------------------------
                      STALIN ESPINOZA
21     SUBSCRIBED AND SWORN TO
       BEFORE ME THIS_____DAY
22     OF_____, 2022.
23     -------------------------
               NOTARY PUBLIC
24
       MY COMMISSION EXPIRES_____
25

[& - anymore]

## &

**&** 91:3,7

## 1

**10** 206:11
**10,000** 167:22 201:22
**100** 91:4 206:22
**10039** 91:4
**101** 206:23
**10158** 91:13
**11** 206:14 207:4
**11377** 92:19
**11530** 91:9
**11:09** 90:13
**12** 206:22
**126** 207:3
**135** 206:13
**137** 206:14
**138** 206:15
**14** 206:13
**140** 207:4
**142** 206:16
**145** 206:17
**148** 206:18
**151st** 143:20
**152** 207:5
**153** 206:19
**159th** 143:20 195:8
**16** 206:17 207:7
**17** 93:5
**170** 206:7
**18** 165:17 207:5
**189** 207:6,7
**19** 165:10,14
**1900** 91:4

## 2

**2** 165:10,13,17
**20** 207:3

**2019** 98:9,16 101:6 102:6 135:20 136:4 138:21 141:5,8 165:15,25 166:5,10 174:9
**2021** 93:5 134:22
**2022** 90:12 205:15 208:18 209:22
**24** 90:12 206:18
**28** 98:9,12,16 101:6,19,23 102:2 102:6,17 106:12 106:21 166:5,10
**28th** 208:18

## 3

**3/24/22** 209:4
**32-22** 92:18
**3841** 208:21
**3:56** 205:6
**3rd** 91:13

## 4

**4** 206:23

## 5

**55th** 92:18

## 6

**6** 206:16
**605** 91:13
**666** 91:8

## 7

**7** 206:19 207:6

## 8

**8** 104:5 206:12
**800** 152:8,11

## 9

**9** 206:15
**911** 123:25 124:2,3 186:2,7

**92** 206:6
**95** 206:11
**99** 206:12
**9th** 91:13

## a

**a.m.** 90:13 104:5 175:11
**ability** 92:6 145:11
**able** 110:11 111:2 159:9 164:14,14 166:14 167:16 198:11
**absent** 122:19
**abused** 204:10
**access** 161:17
**accident** 98:9 99:11 101:6,9 102:7,17 122:16 124:19,25 125:3 127:4,5,10,25 128:14 131:21,23 131:24 132:7 137:21 161:4,5 162:23 175:7 179:20 181:6,8 183:18 184:11,14 185:8 188:23 189:3,12 190:13 190:17,20 192:13 193:3,12,25 195:9 196:2 197:17 198:17 202:11
**accompanying** 204:2
**account** 161:19,21 162:6
**action** 90:17 189:24 208:14
**active** 169:9 196:19

**activities** 156:25
**activity** 97:16
**addition** 102:23 103:10 142:22
**address** 98:24 99:3,14 100:8 101:12 200:9
**adopt** 114:18
**affect** 151:9 191:24
**afternoon** 130:11 130:19 159:5
**ago** 141:13 144:20 144:22 146:19 148:6 173:21
**ahead** 158:21 192:12
**alcohol** 161:3
**alice** 91:16
**allege** 166:8
**allow** 204:16
**ambulance** 186:15 187:23 190:24
**amount** 140:9
**analysis** 199:18
**analyze** 114:17
**analyzing** 199:17
**answer** 99:15 115:20,21 163:19 163:20,21,23 164:4,6,9 180:10 181:13 186:4 187:3 201:25
**answering** 93:16 192:10
**anticipated** 199:15
**anybody** 103:15 116:24 134:15 177:13
**anymore** 146:13

**anytime** 128:12
**apartment** 132:10
    132:12 155:12
    156:7,22 157:2,21
    157:25 159:22
    200:20
**appearances** 91:2
**application** 200:6
    201:10
**applied** 164:19
    165:14,17 197:13
    197:15,20 200:4
    201:22,23
**apply** 93:12
    164:23 165:7,19
    197:6,8,9,18
**appointment**
    144:3
**appointments**
    203:25 204:3
**appreciate** 194:23
    201:25
**approved** 168:15
**approximately**
    102:8 103:3 104:5
    130:14 136:16
    152:17 170:4,10
    187:25 203:19
**april** 174:9
**arm** 94:21 95:15
    95:16,20,21,22,23
    96:4 130:24
    140:17,18 141:11
    142:9,20 143:4,14
    144:5,12,18 147:5
    147:7 148:8 160:8
    187:6 203:25
**arrangement**
    168:19
**arrive** 102:8 124:5
    130:12

**arrived** 104:4
    175:13 179:14
    201:22
**asked** 118:20
    124:13 125:9
    127:15 129:7,10
    129:15 153:10
    164:25 178:12,18
    185:12,15 192:19
    195:23 196:5
**asking** 93:13
    180:8 186:23
    193:11 202:2,3,7
**assist** 153:25
    154:3
**associates** 91:3
    102:13,15,23
    103:6,11 104:2,25
    106:3 112:14
    117:5 128:13
    174:8 179:8
    183:23 184:3
    202:23 203:3
**asylum** 164:25
    165:3,8,17
**attacks** 193:5,9,20
**attend** 176:9,21
**attended** 100:18
    151:18 177:12
**attorney** 93:23
    126:17 144:2
    152:24
**attorneys** 91:3,7
    91:12 127:4,6,9,14
**auctions** 168:7
    198:21
**avenue** 91:13
**average** 170:5,19

**b**

**back** 93:18 94:22
    95:15,16 97:3,7
    101:5 130:25
    147:5,9,14,16,25
    148:11,17,19
    149:7,9,10,23
    150:9,21 151:4
    155:5,11,22 156:4
    160:6 166:16
    170:9 179:12
    186:19,24 190:23
    203:11,13,16,25
**bad** 151:8
**badly** 205:2
**bags** 155:11,20
**balanced** 111:16
    111:20,22
**ball** 146:9,12,14
    146:23
**bank** 167:16,18
**base** 107:21
**baseball** 119:5
**basement** 105:6
    156:8,10
**basis** 98:3 175:6
**bathing** 153:21,25
    154:4
**bear** 196:13
**beginning** 119:15
    134:24 165:4
**believe** 189:7
    191:6
**belt** 109:14,19
**benefits** 151:25
    152:3 153:9 197:7
    197:21
**best** 92:6 145:11
    158:18
**better** 138:16
    166:14,14

**bill** 172:21
**bit** 145:23 183:6,7
    184:21 186:16
    193:14 194:9
**bleeding** 123:10
**blood** 208:14
**body** 115:11,12,14
    119:13,18 123:11
    133:2,4 139:13,16
    139:19 140:16
    147:4 149:18
    155:3 166:16
    186:21
**booth** 196:3
**boots** 113:6,8,9,10
**boss** 103:24
    127:15,17
**bottom** 107:21,25
    114:21,22 115:3
    147:10 167:23
**botwinck** 137:5
**bought** 158:17
    168:10 200:3
**boxes** 104:22
**break** 143:8
**brigantic** 91:14
    92:23 105:22
    112:17 145:5,8
    170:25 171:2,6,9
    175:25 181:12
    188:18 189:7,16
    192:11 193:7
    205:4 206:7
**bring** 179:25
**broom** 159:23
**brother** 131:19,20
    131:25 132:5,9,15
    170:13
**brother's** 132:4
**brought** 102:11

**building** 101:13
101:16,17,19
102:8 104:18
**bus** 147:21
**business** 167:9,14
169:3,12,14,16
194:13 198:20
200:23
**busy** 117:2
**buttocks** 147:11
147:19,25 150:8
150:21 151:5
**buy** 146:25 157:5
158:3,18 162:15
168:5,19 198:20
198:24 199:6,21
**buying** 167:5
168:24 169:22

**c**

**c** 92:2
**call** 123:25 124:2,7
126:20 152:18
161:25 171:5
186:2 195:4
**called** 124:3,8
143:22 151:20
186:7 190:20
196:23
**calling** 151:19
**cap** 118:25 119:4,5
**capable** 132:22
**car** 199:22,22
200:22
**card** 172:13 178:8
178:13,17 194:13
**care** 197:24
**carefully** 159:25
**carol** 90:19 208:4
208:22
**carried** 186:16

**carrier** 190:4,7
**carry** 155:11,16
155:18,22 160:5,6
160:7
**carrying** 109:10
109:15 110:12
155:20 156:2
**cars** 160:16 167:5
167:7,25 168:6,8
168:10,25 169:21
198:14,16,20
**cart** 160:10,10
**case** 171:11
188:19 191:10
196:18 209:3
**caused** 181:2
**causes** 96:19
**cautions** 93:11
**cell** 173:15 190:4
**cement** 116:6
123:14,20,24
183:7
**center** 143:23
**certification**
190:11 208:2
**certify** 208:6,12
**chair** 159:6
**change** 150:13
209:5
**check** 152:5,10
172:17
**checked** 196:9
**chills** 115:11
**chores** 159:21
**chronic** 132:24
**cigarettes** 161:7
**citibank** 167:20
168:16 200:5,5
201:9,19 202:2,4,9
**city** 91:9

**claim** 151:16
**clarify** 162:17
166:7
**class** 159:9,11
**classes** 157:3,7,11
158:5,15,24
166:19 190:10
198:5,7
**clean** 138:2 159:23
194:22
**cleaned** 196:10
**climate** 134:8
**climbing** 109:5,7
110:2
**close** 99:20 200:7
**closest** 98:25
**closet** 104:11,13
104:15,18,19,20
104:21,23 105:4,8
107:4,6 110:6,11
114:8 120:6,7,10
120:12,14,15,17
120:22,24 121:4
181:17,18,19
**cloth** 119:7
**clothes** 117:11
158:3 160:3,5
162:15
**cold** 166:17
**collapses** 149:13
**colorado** 200:25
**column** 148:12
203:15
**combination**
168:3
**come** 96:12 124:9
131:23 165:11
**comes** 96:18 97:12
97:20 134:8
154:19

**comfortable**
122:15
**coming** 107:23
110:10 111:8,10
113:21 114:14,16
115:8 119:8,11,16
119:21,23 182:5
**commission**
199:24 209:24
**common** 161:24
**company** 90:8
91:12 105:19,23
105:25 172:18
**compensated**
199:9
**compensation**
151:16,22,25
152:11,21,24
196:18
**complaining**
133:18 139:17
140:19,20 147:3
**complaint** 134:2
**complaints** 132:25
134:14,18 135:5
135:16,19 136:21
137:14 138:19,24
139:4 141:11
143:14 147:13,24
149:23 166:3,4,11
**completely** 116:16
116:18
**complicated**
162:24 164:13
**computer** 159:10
159:13,14,16
169:25 170:16
201:12,13,15
**concentrating**
103:17

| | | | |
|---|---|---|---|
| **concrete**  116:9,14 116:18 118:11 123:22 183:4 | 171:19 174:10 178:8 179:9 182:8 196:19 197:7 203:17 | **dates**  144:21 **daughter**  158:4,8 158:11 162:10 **daughter's**  162:22 163:3,5 | **demonstrating** 133:9 **denied**  167:16 **depend**  142:17 **depended**  112:9 |
| **condition**  106:15 **conditions**  118:3 **cones**  196:4 **confusing**  150:14 162:18 | **correctly**  152:15 **cost**  172:22 199:21 **counsel**  90:21 **counselor**  92:20 **country**  91:8 | **david**  202:16 **davs**  90:8 91:8 93:7 209:3 **day**  96:16 97:8 98:6,7 101:5,7,18 | 175:12 **depending**  96:13 **depends**  134:7,7 156:23 161:10 170:2,7,8 |
| **connection**  119:22 136:13 143:13 144:5 148:17 167:14 203:7 | 165:12,16 **county**  90:3 **course**  159:15 **court**  90:2 92:20 164:11 165:6,9 | 101:20 102:2,6,17 103:16,19,21,22 104:7 105:13 109:22 113:23 119:3 132:18 | **depicting**  126:8 **deposition**  93:4 162:18 191:3 200:16 209:4 **depressed**  161:11 |
| **consciousness** 192:23 **constant**  96:12,15 **constructing** 104:19 | **current**  163:17 164:17 165:2 167:6 **currently**  94:4 | 147:18 156:21 161:9,15 169:24 170:2,7,11,18,20 176:10,16,18 | **describe**  95:19 96:3 97:3,11,18 101:15 105:20 106:5 114:20 |
| **construction**  90:8 91:12 113:6,10 176:8 181:21 **contact**  153:3 | 132:14 134:13 139:17 146:11 147:3,14 160:23 162:19 163:15 | 180:14 181:8,9 190:21 200:15 205:15 208:18 209:21 | 115:23 116:3,13 119:10 127:5 133:8,13 134:2 146:14 |
| 195:6 **contacts**  194:17,25 **continuation**  93:4 **continue**  191:17 | 168:22 169:4 192:8 194:19 **customary**  109:17 112:6 | **days**  101:24 106:21 133:3 148:6 152:6,8,12 161:16 170:8 | **described**  133:9 **detailing**  199:3 **details**  128:21 **different**  98:18 |
| **continued**  90:15 204:15 206:25 207:2 | **cut**  178:23 **cvs**  98:22,23 99:9 99:18,19,22 151:12,14 172:11 | 192:8 **deaf**  137:16,20 **deal**  202:23 **dealer**  168:18 | 141:21 150:7 174:21,23 **difficult**  133:3 191:7 |
| **continuous**  97:2 **contrary**  169:20 **control**  149:18 **cook**  154:6,9 | 172:13 173:14 | 199:8,11,24 200:22,24,25 201:2 **defendant**  91:7,12 | **difficulty**  158:21 **dim**  118:5 **direct**  129:16 **directed**  129:22 |
| **copy**  92:21 188:8 201:18,21,21 202:3,5,8,10 | **d** | 93:8 **defendants**  90:9 171:11 182:15 | 130:2 **direction**  169:20 **directly**  130:8 |
| **corner**  117:9 **correct**  107:16,22 117:6 120:10,13 120:18 121:2 131:4,25 151:5,16 152:12 155:17 | **d**  92:2,8 206:2 **d&i**  126:22 140:13 152:22 **daily**  98:3 175:6 **dark**  118:5 **date**  135:25 136:7 138:22 144:24 146:18 165:14 209:4 | **delete**  188:19 189:18 194:20,24 | **disability**  153:9 197:7 |

**discharged** 130:16
131:15
**doctor** 94:19,21,23
98:21 100:19
134:10,18 135:5
135:18 136:21,24
137:2,4,7,23,25
138:7,19,23 139:3
141:11,14,16,21
145:3 147:23
148:7,9,10,17,18
150:10,12 157:4
191:22 193:16
196:15 198:2
**doctor's** 134:12
**doctors** 94:24 95:6
98:14,17 100:18
135:15 141:21,22
142:8,12,23 143:3
143:16 150:7,11
150:13,20,22
151:2,3 152:4
195:7,8
**document** 196:8
**documents** 191:4
**doing** 97:16
103:16,18 114:8
114:12,19 129:22
142:21 146:5
170:19 176:11,23
**dow** 91:16
**download** 201:16
**downtown** 143:22
**dr** 137:5 141:18
148:13
**drag** 187:13
**dragged** 187:15
**drill** 178:24
**drink** 161:3,5,6
**drive** 198:12

**driving** 158:5
198:4,8
**drops** 138:2,11
**dry** 118:11,13,14
118:16
**duane** 204:6
**due** 194:6
**duly** 92:3,11 208:8
**dust** 159:24

**e**

**e** 92:2,8,8,9 206:2
**ear** 123:10 133:20
137:15,20 138:11
138:13,15,20,24
139:4,7,18 195:11
196:10
**earlier** 171:16
**ears** 138:3
**eat** 154:10 157:6
**ecuador** 158:9,12
163:7
**eight** 97:5,7,21
102:9 175:11,22
**either** 200:8
**elevator** 156:13
**eleven** 130:15
**ellinghaus** 90:19
208:4,22
**embarrassment**
194:7
**employee** 184:2
**employees** 102:16
104:2 180:17
186:6
**employment**
132:21
**ems** 124:7,9
**ended** 145:22
**english** 92:5,6
93:14,18 157:8
158:14,15 159:19

166:19,20,23
**entitled** 90:17
**entrepreneurs**
201:6
**epidural** 148:25
203:12
**equipment** 178:19
**errata** 209:2
**especially** 167:4
191:13
**espinoza** 90:5,16
92:1,16,25 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
132:6 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1,3 172:1
173:1 174:1 175:1
176:1 177:1 178:1

179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
205:9 206:6,7
209:3,4,20
**esq** 91:5,10,14
**estimate** 161:14
**euclides** 132:6
**evenly** 111:16,20
**eventually** 188:8
199:10
**everybody** 116:25
185:12
**everyone's** 102:21
**evidence** 185:23
**exact** 101:11
113:11 144:24
185:9
**exactly** 101:25
102:5 103:14
104:5 109:4,16,24
110:7 112:5 113:7
114:7,11,24 116:8
127:7 135:3 144:9
155:13 174:6
181:2 183:21
**examination** 90:15
92:13 170:24
206:5
**examine** 142:20
**examined** 92:12
98:14,17 130:22
135:22 195:23
**examines** 94:21

[example - gardening]                                                                   Page 6

example  150:15
excuse  149:3
  154:2
exercises  145:18
  145:21 146:2,5
exhibit  182:15
experience  106:22
  115:6 195:10
experienced
  114:15 115:7
  120:4
expires  209:24
explain  104:14
  128:7 165:13
extreme  97:25
extremely  154:16

**f**

facebook  161:19
  161:21 162:6
facial  194:8
facility  143:19
fall  105:10 115:17
  115:18 119:10
  121:16 122:8
  123:11,12,21
  132:3 181:3 184:9
fallen  187:10
falling  114:15
  115:7 120:4
  166:10
far  103:2 106:15
  106:17 157:15,20
  157:22 165:19
  186:18
faraway  138:13
february  165:15
  166:2
feel  96:10 110:15
  115:10 123:4,8
  139:13 142:24
  149:11 186:22

feeling  150:15
feels  170:9
feet  110:25
fell  105:11,11
  107:8 108:4 110:8
  110:10,16,18,22
  110:24 111:4,6,9
  111:17 114:5
  115:12,22 118:4
  119:12,18 121:12
  121:14,15,18,21
  122:9,18,24 123:5
  123:5,13,19,20,22
  123:23 125:5,6,8
  125:12,13 126:5,8
  128:8,15,23,24
  129:17 180:23
  182:3,7,25 183:3,5
  183:6,8 189:20
  192:22,25
felt  115:11 119:10
  123:6,6 124:16
  194:7
female  141:16
fiberglass  107:2
fifteen  152:6,8,12
  170:14
fifth  111:12
fifty  162:14
filed  151:15
fill  135:10 138:6
filled  151:11
finally  124:3
find  150:5 154:19
fine  171:8
finger  145:18,20
  146:2,5
finish  104:7,10,11
  104:13,15,17
  110:5,11 192:10

firm  116:20
first  92:3,10
  101:18 103:9
  104:6 107:18
  108:23 113:22
  115:7 121:17
  123:13 180:14
  183:5 200:15
  201:22 204:8
fit  120:20
five  96:5,6,9 103:3
  103:5,10,13 114:6
  117:4 137:22
  156:18 157:23
  170:6 191:12
  200:11 201:24
fix  168:8 198:21
  199:23
fixing  198:22
flaco  161:22,23
flat  113:17
floor  91:13 101:16
  116:14,16,18
  118:11 123:22
  126:11 156:7
  183:17
flooring  115:23,25
  116:4
follow  171:12
  176:24
following  176:12
  197:17 206:25
follows  92:7,12
food  154:9 155:6
  155:10,12,15,24
foot  106:7 111:3
  114:23,25 121:9
  121:11 198:12
footings  114:21
footwear  113:4

forehead  133:19
  134:5
foreign  166:20
foreman  181:23
  181:25
fork  131:12
former  132:10
forth  208:8
forward  167:24
four  96:16 117:4
  130:18 152:17
  159:7 198:6,7
  203:21
fourth  107:24
  109:8,12 110:2
  111:11,14
fracture  136:11
fractured  136:8
fractures  191:22
  191:24
frame  105:8 108:5
  108:6,7,10,15,19
freddie  203:2
frequently  173:23
friday  101:8 102:7
frightened  184:8
front  184:21
fully  186:23
funds  164:13
further  170:23
  186:17 205:5
  208:12
future  138:17
  166:24 167:2
  196:21 197:2

**g**

g  92:8
garden  91:9
gardening  169:2
  169:11,11,16
  202:12

**george** 177:9
182:2
**getting** 149:22
**give** 93:17 102:25
127:4 144:10
148:25 150:23
172:20 173:3
177:13 179:11,12
179:13 190:2
**given** 112:16,18,20
125:11 138:11
151:11,21 208:10
**gives** 149:13
**giving** 179:5
**gloves** 118:18
**go** 96:13 97:9
114:3,8,17 120:5
120:21,25,25
121:5,17 125:19
131:16 134:5
142:18 143:19,25
144:3 150:5
153:19 155:6,7,10
155:15,24 156:9
157:3,3,4,4,5,10
157:24 158:3,6,22
158:23 159:4
164:11 165:5
167:24 171:2
173:3 175:3,5
176:10 192:11
196:3 198:8 204:4
**goes** 152:9,13
191:20
**goggles** 179:8
**going** 100:12
105:5 111:15
118:3 121:13
126:20 136:17
140:11 142:11,22
143:15 145:2,12

152:18 156:23
158:21 170:8
171:12 177:3
182:4,14 189:22
194:21 201:20
203:24
**good** 92:24 93:2
106:14
**gorayeb** 91:3
**grabbed** 187:19
**greater** 200:3
**green** 106:7
117:12,13
**grimm** 148:13
**groceries** 155:11
155:21
**ground** 108:21
115:13 123:12
126:10 182:21
183:9 184:19
187:14
**grow** 147:17,17
**guy** 161:25 162:2
162:3
**guys** 187:16

## h

**half** 188:2
**hammer** 178:22
**hand** 95:24 109:11
131:9,13 143:23
144:11 145:18
146:7 154:8,10,12
154:14 155:8,9,17
155:19,21,23
156:3 166:13
191:8,12,16
208:18
**handed** 131:7
**hands** 121:22
122:5 130:24
140:24,25

**handware** 118:17
**happen** 97:15
105:14 149:15,19
176:14
**happened** 124:19
124:25 125:3
126:25 127:12,14
127:16,21 128:14
128:17,19 129:9
129:12 131:21
132:21 142:8
143:16 147:18
181:5 182:10
184:14 192:13
**happens** 97:13
149:20 150:2
191:14
**hard** 112:3 131:10
193:15
**hardhat** 112:8,11
112:15,25 118:21
179:8
**harness** 111:24
178:2,25 179:2
**harnesses** 179:3
179:17
**hat** 112:3 118:23
118:24
**head** 97:14 133:10
133:12,18,22,24
135:16,19 139:18
187:21 196:12,16
204:2
**headphones** 196:4
**healed** 191:25
**health** 153:14
**hear** 196:5
**heard** 138:12
176:5 202:15,17
202:19 204:5,7

**hearing** 138:14
165:9 195:10,13
195:16,19,21
196:2,8
**hearings** 151:18
151:22 196:21
197:2
**heated** 166:16
**heats** 144:11
**held** 90:18 121:8
188:17
**helmet** 112:24
**help** 167:11
**helps** 158:18
192:18
**hereunto** 208:17
**hey** 161:25
**hobbies** 160:12,17
168:21
**hold** 104:22
116:22 121:10
131:12 150:6
**holding** 119:20
121:24 122:4
**home** 98:25
131:17,18 145:23
156:3 159:11,13
159:17 200:11,12
201:21
**hospital** 125:19,21
125:22 129:5
130:10,13,21
131:16 139:23,24
139:25 140:6,12
**hour** 188:2
**hours** 96:16 140:9
159:7 160:21
169:24 170:4,6,7
170:10,18
**house** 155:23
157:15 159:22

172:8 200:7
**hudson**   204:6
**hundred**   152:17
**hurt**   96:22 133:5
   156:4 185:19
   191:13
**hurting**   124:14
   131:11
**hurts**   133:2,5,24
   140:16

**i**

**idea**   173:8 181:7
   190:22
**immediately**
   125:12 150:3
   191:23
**immigrants**
   165:11
**immigration**
   163:15 164:2,17
   165:18,22
**improved**   166:4
   166:12,13
**incident**   126:23,25
   127:12,13 129:2,9
   129:13 132:18,21
   135:20 142:8,14
   143:16 144:6,14
   145:17 147:23
   153:18 160:18
   163:9 166:5
   168:11 169:8,17
**include**   139:14
   190:15
**income**   197:11
**index**   206:25
   207:2
**indicating**   96:2
   107:14,19 122:2
   133:7 136:19
   137:18 155:3

**information**
   100:14 153:4
   194:25 195:6
**initially**   186:2
**injection**   148:5,20
**injections**   203:14
**injured**   174:5,15
   174:19,24 175:2
   175:10 176:15,21
**injuries**   153:18
   166:9 189:5,20
   194:8
**insert**   95:9 99:7
   101:3 135:13
   137:10 138:8
   142:5 145:15
   148:23 153:6
**insertions**   206:9
**inside**   107:6 120:7
   181:17 186:18
   188:24
**inspect**   180:19
**instruct**   177:24
**instructions**   130:8
   177:14,17
**insurance**   153:13
   153:15 172:16,18
**intending**   110:7
**intention**   110:3
**interest**   169:11
**interested**   160:16
   160:20 208:15
**interests**   169:19
**internet**   161:17
   168:2,4
**interpreted**   92:4
**interpreter**   91:16
   92:3 93:14,17
   98:11 106:16
   110:21 112:18
   115:25 123:15

143:7,11 148:2
149:3 154:2
158:10 161:23
181:14 192:9
193:9
**interpreting**   93:15
**intravenous**
   125:18 130:23
**invest**   167:10
**investigated**
   128:25
**involved**   179:20
**issues**   193:2,12

**j**

**january**   165:25
   200:18
**jim**   102:13,15,23
   103:6,11,25
   104:24 106:2
   112:14 117:5
   128:13 174:8
   179:7 183:22
   184:3 202:22
   203:3
**job**   102:16 103:5
   103:16 104:4
   112:9 117:6
   129:23 130:2,6,7
   175:17,21 176:14
   176:20 178:11,16
   179:4,14 180:18
   181:9,20,25
   189:11,19 190:24
   204:8,11
**jobs**   130:4
**jorge**   103:19,23
   122:17 127:17
   128:13 129:18,20
   129:21 130:3
   177:10,13 190:23

**july**   136:3 141:5,7
**june**   98:9,12,16
   101:6,19,23 102:2
   102:6,17 106:12
   106:21 135:20
   166:5,10
**jurat**   204:16

**k**

**kalnitech**   90:8
   91:12
**kaplan**   141:18
**karita**   202:24
**keep**   179:3 189:23
   190:2 201:11
**keith**   91:10
**kenneth**   91:5
**kept**   179:21,24
   180:3,8,11 188:21
   195:3 202:10
**kind**   104:21 109:2
   113:3,13 116:4
   117:10 118:8
   144:8,9 162:2
   177:2
**kings**   90:3
**kleeman**   202:16
   202:20
**klein**   91:5 115:19
   133:14 163:18,21
   164:3,8 180:9
   186:3 187:2 201:4
**knobby**   113:18,19
**know**   94:12,19
   101:9 102:21
   106:8,15,18 107:7
   111:5,19 113:11
   113:13 114:25
   118:8 123:2
   125:24 126:12,14
   126:16,17 127:20
   128:25 129:3

**[know - lower]**                                   Page 9

136:13 137:4
138:17,21 140:3
141:6,17 143:18
144:9 145:11
148:15 152:25
160:13 176:2,4
177:11 181:4,5,23
182:11,24 184:4
185:13 186:5
190:19 194:12
195:18 196:25
197:3,10 200:10
201:14 203:2,4,9
**knowledge**   126:4
129:4

**l**

**l**  92:2,8
**ladder**   105:8,10,11
105:17,20 106:2,5
106:7,9,11,14,20
106:22,25 107:4,5
107:8,16,17,21,22
108:4,4,5,5,6,9,11
108:14,17,20,21
108:24,24 109:3,6
109:6,12,22 110:2
110:8,9,16,16,18
110:20,22,24
111:4,6,9,10,17,21
111:25 112:4,7,22
113:20,21,23
114:4,4,9,15,21,23
115:2,4,7,17,18,22
115:24 116:4,17
116:19,22,23
117:4,24 118:4,4
118:14 119:9,9,11
119:12,17,17,19
119:22,22 120:2,3
120:4,5,8,9,13,17
120:19,21,25

121:5,6,7,9,10,12
121:14,16,17,18
121:20,21,24
122:3,7,24 123:5
123:11,13,19,21
123:23 125:5,7,25
126:5,8,10 128:2,8
128:14,23 129:13
129:17 166:10
177:15,21 178:2
179:19 180:15,16
180:18,23,23
181:2,6,17 182:4,4
183:4,5,6,8,11,13
183:17
**land**   184:19
**landed**   183:6
184:18 185:8
**lanyard**   177:25
178:22
**lat**   165:21
**lately**   138:16
144:15 145:24
149:25 151:20
192:16,17
**laundry**   160:2,4
**law**   91:11
**lawsuit**   93:9
**lawyer**   164:14
165:18,22 189:17
190:3
**lawyer's**   93:22
**lawyers**   127:2
**leading**   176:15
**lean**   150:5
**leaning**   183:12
**learn**   159:18
166:22 190:11
**learning**   167:24
**leave**   95:3 99:5
100:22 120:5,21

135:9 137:8 138:5
142:2 145:9
148:21 153:2
156:22 157:2
163:11
**led**   177:8
**left**   110:5 120:24
121:4 147:10
154:8,10,12 155:8
155:21,23 156:3
160:8 190:24
**leg**   121:20 147:8
147:20
**legal**   209:2
**legs**   110:19 147:5
147:10,16,25
150:8,21 151:4
**lent**   146:9
**lessons**   198:9
**level**   96:9 97:7,19
108:21 116:7
**levine**   91:7
**lift**   153:23 187:13
**light**   118:7
**lighting**   118:2,9
**line**   201:10 204:16
206:10,21 209:5
**lines**   177:17
**lit**   118:5
**literally**   162:2
**little**   143:8 145:23
146:15,17,23
154:15 156:5
160:9 183:6,7
184:21 186:16
193:14 194:9
196:4
**live**   163:6 168:2
**lived**   132:8 162:22
**living**   131:25
132:11,14 158:8

158:12 200:13
**llc**   90:8 91:8 93:8
**loan**   167:17,18
168:15 200:4
201:9
**local**   190:16
**located**   200:9
**location**   98:23
105:3 173:7,12
174:4,14,18,24
175:9 200:5
**lock**   108:15
**locking**   108:9
**long**   98:8 130:9
140:5 143:10
154:21 159:3
162:5 165:5
166:15 170:3
184:11 187:23
191:18 192:5
198:2,3
**longer**   153:17
160:19,21
**look**   146:6 160:15
184:6 189:13
**looked**   132:20
146:24
**looking**   122:6,7
**lose**   149:17 192:22
**loss**   196:8
**lot**   96:22 150:15
156:17 162:16
167:3 203:23
205:3
**low**   199:21
**lower**   147:5,9,14
147:16,24 148:11
148:17,19 151:4
155:4 170:9
203:12

**m**

machine  144:11
mail  99:13,16,17
  99:21,23,25 100:4
  173:6,12,13
manage  167:12
manhattan  139:22
manuel  132:6
march  90:12
  208:18
marked  182:15
market  199:17,17
  199:25
marriage  208:14
married  162:19,20
  162:21
massages  144:10
material  106:24
  110:10 113:22
  114:16,18 121:2
materials  177:4
matter  208:16
matthew  148:13
mean  96:7 99:16
  104:14 113:9
  117:7 119:4
  133:22 168:23
  172:5 174:16
  188:24 193:3
  203:8 204:13
meaning  127:17
  163:2
means  111:19
  162:3 197:10
measuring  178:22
mechanisms
  108:10,16
medicaid  197:15
medical  125:11
  153:12 192:3
  193:19

medication  94:5,8
  94:8 99:11,13
  150:22 151:3
  171:25 172:3,15
  172:20 173:20
medications
  171:19
meeting  176:3,9
  177:7,8
meetings  176:22
  177:13,18
memory  193:2,13
  201:5
message  173:15
metal  115:2
michael  91:11
middle  108:13
mind  158:20
  161:10,13
minute  102:25
minutes  143:11
  157:16,23 170:14
  188:2 191:12
  200:11
mobile  190:6
moment  94:5
  103:21 105:2
  110:9 122:20
  127:11 167:15
  184:7 186:21
  201:3
momentarily
  96:18
money  160:22
  162:9 169:22
  199:20
month  134:21
  136:16 141:13
  142:15 173:21
monthly  162:14

months  137:22
  142:16,16 174:14
  174:18 175:2
mop  159:24
morale  150:19
morning  92:25
  93:2 102:9 105:16
  175:24
mornings  159:2
moscoso  177:10
mother  162:22
  163:3,6
move  146:7 186:9
  187:9 200:19
moved  122:14
  183:13,16,17
  186:6,25 187:6,22
  200:16
movement  110:15
movie  159:20
movies  160:14
  170:15
moving  96:21
  121:20 186:20
music  160:14

**n**

n  92:8,9 206:2
name  92:15 94:14
  95:6 100:20
  102:21 113:11
  129:7 132:3
  134:12 135:4,7
  136:25 137:6
  138:7 140:2
  141:14,17 143:18
  143:24 148:14,22
  152:23,25 153:3
  161:24 173:2
  177:10 183:20
  194:10 200:24
  201:2,7 202:15,19

202:24 204:5,7
  209:3,4
names  94:25 95:5
  102:19 122:21,25
  123:3 141:24
  142:4 182:12
  194:12 203:4
necessarily  203:8
need  153:20
  166:22 173:3
  177:4 178:10
needs  190:12
nelson  137:5
nervous  128:11
  158:20
never  153:10
  162:21 176:5
  178:12,18 195:3
new  90:2,20 91:4,4
  91:9,13,13 92:18
  143:22 159:18
  208:5
nickname  162:4
night  96:23
nine  105:15 159:4
normal  111:18,19
  161:12
north  125:21
nose  95:15,17
  97:11,12 133:19
  134:3,5,14,19
  135:6,22,24 136:8
  136:22 137:2,4
  139:11,14,18,21
  147:6,8
nostrils  136:18
notary  90:19 92:4
  92:11 205:17
  208:4 209:23
notches  108:13

noted 205:6
noticed 143:24
november 93:5
 200:16
numb 147:17,17
 147:20 186:22
number 194:17
numbers 195:4

**o**

o 92:2,8,8,9
object 185:5
objection 115:19
 163:18 164:3
 180:9 186:3 187:2
observed 116:13
occasion 112:11
 112:12
occur 96:20
occurred 184:12
 190:21 202:11
office 91:11 93:22
 175:16 179:13
 180:4 190:16
officially 162:21
oh 177:6
okay 93:6 100:16
 100:25 101:2
 135:11 145:13,14
 153:4,5 163:24
 171:14 180:20
 189:17,21 203:6
old 91:8
once 97:12 100:3
 173:25 175:3
 180:12
ones 143:5
open 108:4,5,14
 196:19
opened 108:7,10
operated 135:22
 189:6

operation 135:23
 203:21
opinion 128:15
opposed 150:8
order 90:21 99:25
 173:6
osha 128:25 178:3
 178:4,7,15 190:11
 190:16,20
outcome 208:15
outside 157:24
 168:23,24 181:18
 181:19 185:20
 188:24
overnight 140:8

**p**

p 92:9
p.m. 205:6
pack 192:8
package 161:16
page 204:15 206:5
 206:10,21,25
 209:5
paid 175:17
 198:15
pain 95:13,14,19
 96:3,8,10,20 97:3
 97:6,11,12,15,18
 97:20,25 98:4
 123:4,7,8 124:16
 124:23 129:10
 134:9 139:10
 140:23 142:24
 150:15,17,24
 151:3,7 154:19,22
 154:23 171:24
 172:3 173:19,20
 184:8 186:19,24
 187:5 191:20
 196:11,14,16

painful 154:17
painkiller 94:16
painkillers 94:11
 94:12,20 95:7,11
 97:23 98:2,10,16
 139:8,10 142:23
 143:2,6 150:23,25
 171:17
pains 134:4
 139:12 147:15
 149:11 150:18
painting 114:10
panic 127:11
 128:10 193:5,9,20
pants 117:17,19
 117:20
paper 201:8
paperwork 164:12
park 158:6
part 95:24 115:12
 123:10,16 133:12
 135:21 137:17
 194:6 199:7,11,12
particular 174:18
 180:15 188:4
parties 208:13
partly 123:23,24
partners 90:8 91:8
 93:8
parts 115:15 133:5
 133:9,17 139:16
 147:3
passes 140:24
pause 143:12
pay 164:14 172:18
 172:24 199:24
payments 152:19
payroll 174:7
pays 172:15
pc 91:3,7

pdfs 201:17
pencil 117:25
pending 189:25
people 102:22
 103:3,4,5,7,10,11
 103:25 104:24
 117:5 122:22,23
 132:11,12 161:25
 188:5 200:21
 203:5,7 205:2
perez 203:2
performing 110:3
period 98:8
 137:19
person 129:21
 183:15,19,25
 184:2,6,20,21
 202:24
personal 169:12
personally 198:22
personnel 102:16
pharmacy 98:20
 99:10,12,24,25
 100:5,6,15 151:12
 157:5 173:5,9
phone 100:10
 151:20 173:15
 188:13,14,16,22
 189:3,11,23,24
 190:2,4 194:18,21
 195:5
photograph 184:5
 184:12,15 185:14
 185:16,22 188:5,9
 188:12,14,15
 190:5
photographs
 125:25 126:5,7,9
 126:15,18 188:6
 188:23 189:2,8,10
 189:19

**photography** 160:15
**physical** 166:4 173:7,12
**physician** 197:24
**pick** 98:22 99:17 155:9
**picked** 99:10
**picture** 182:17,20 182:23 183:11 184:2,25 185:7,11
**pills** 98:18,19 151:7,8 152:5 159:8
**place** 90:18 93:5 101:10 108:15 127:5,10 131:2 150:4 174:16 185:9 186:10
**places** 174:21,23
**plaintiff** 90:6,17 91:3
**plan** 167:6,25 168:5 169:21
**planning** 166:24 166:25 167:4
**plans** 163:11
**plastic** 115:2
**play** 169:4
**played** 169:7
**plaza** 157:13
**please** 95:3 133:17 163:25 186:12
**pleasure** 169:12
**pockets** 117:15,20 117:23
**point** 168:12
**police** 124:5
**policy** 153:15
**political** 164:25 165:3,7,17

**portion** 95:23 122:3
**position** 108:8,15 119:18 184:18 187:12
**positioned** 130:25
**possible** 104:12
**precautions** 177:20
**prefer** 171:6
**preparation** 191:2
**prepare** 126:24
**prescribe** 143:6 145:3
**prescribed** 94:20 143:2 150:22
**prescribes** 98:21
**prescription** 94:8 99:10,17 171:18 172:24 173:16,19 173:20
**prescriptions** 151:10 172:11
**present** 91:16 173:2
**presented** 165:5
**presently** 93:21 193:23 197:23 198:4
**previously** 182:15
**price** 200:2,3
**primary** 197:23
**printout** 201:11
**prior** 101:20 106:21 181:20 203:11
**problems** 106:22 138:15 195:10
**proceedings** 143:12

**process** 164:12
**production** 126:21 152:19
**profit** 199:12,13
**program** 158:18
**prove** 178:15
**provide** 100:13,23 142:3 145:6
**psychiatrist** 194:4
**psychologist** 193:21,22 194:3,5 194:11,14 195:2
**psychologist's** 194:16
**psychologists** 195:3
**public** 90:19 92:4 92:11 205:17 208:4 209:23
**pull** 150:19 187:20
**pulled** 187:11
**purchases** 168:13
**pursuant** 90:20
**pursued** 165:21
**pursuing** 163:14
**put** 111:3 121:11 125:17 130:23,25 136:14 144:11 160:8 178:24 183:13 186:14 199:25
**putting** 114:10,13

**q**

**queens** 157:13 173:7
**question** 114:2 119:25 120:16 128:18 130:3 163:25 164:7,9 173:10,11 196:24 201:14

**questions** 93:13,16 170:23 171:13 205:5
**quickly** 131:11
**quite** 162:8

**r**

**r** 92:8,8,8 157:12
**radiator** 184:22 184:24
**reach** 111:2
**read** 158:18
**ready** 173:16
**really** 123:2 134:4 146:20 147:15 150:18 151:8 162:15 165:10 173:8 174:12 189:14 194:22 197:3 198:2
**reason** 107:3 111:5 144:25 146:4,22 166:18 168:14 194:6 209:5
**recall** 112:10 114:11 117:10 118:22,23 122:21 125:15 127:22 128:3,20 136:3,25 141:23 173:18 174:3 179:16 182:11 187:19,23 195:15 203:19
**receive** 100:3 151:13 152:7,10 153:8,11 202:5
**received** 139:6 151:24 152:3,20
**receiving** 149:24
**recommended** 100:17

**record** 95:4 99:6
  100:23 135:10
  138:6 142:3
  145:10 148:22
  153:3 208:10
**records** 140:12
  174:7 192:3
**red** 185:5
**referred** 173:6
**referring** 176:17
**refill** 172:23
  173:25
**refilled** 173:19,24
  174:2
**refugee** 164:18,20
  164:24
**regard** 169:16
**regarding** 100:14
  126:24 129:13
  134:3,18 135:6
  136:21 138:19
  140:12 141:11
  142:9 143:4
  147:24 165:23
  189:19 194:25
  200:23
**regular** 118:24
**regularly** 175:5
**reimbursed**
  172:25
**related** 208:13
**relax** 192:18
**released** 130:11
**relevant** 189:3
**remain** 130:9
**remember** 94:14
  95:2 100:20
  101:11,13,25
  102:5,21 103:2,14
  103:15 109:4,16
  109:23,24 112:5

112:13,21,24
113:3,7 114:24
116:8 119:2
122:25 125:9
126:6 127:7,8,24
128:5,9 129:14
134:21 135:3,4,7
135:25 136:6
137:6 138:3 140:3
140:7,10 144:21
144:24 146:3,18
146:21 148:14
152:15 171:24
172:2 174:6
176:16 177:11,16
177:22 179:5,18
180:21 182:13
183:20,21 184:9
187:4,17,18 188:7
189:14 190:18,25
193:15 195:17,20
195:21 201:6
202:17,21,25
**removed** 136:15
**rented** 132:12
  200:20
**repeat** 119:25
  123:16 155:14
**replace** 189:24
**report** 126:23
  127:4
**reporter** 92:20
**reports** 126:24
**represent** 93:7
  171:10
**request** 140:14
  165:3 167:17,18
  189:22
**requested** 167:22
**requesting** 167:21

**requests** 206:20
**require** 178:14
  185:21
**reside** 92:17
**respect** 198:14
**responsive** 186:24
**rest** 140:15 191:16
  191:18
**restoration** 199:3
**restored** 198:16
**restoring** 198:14
**result** 97:15
  136:10 137:23
  153:17 166:9
**resumed** 192:15
**review** 159:18
  191:3
**reyes** 90:5,16
  92:16 132:6 171:3
  171:4,5,7,10 203:6
  205:9
**reys** 161:22
**richman** 91:7,10
  92:14,24 93:11
  98:13 106:17
  110:23 116:3
  126:20 143:9
  145:6,9 148:4,21
  149:5 152:18
  153:2 154:3
  158:11 164:5
  170:22
**richmond** 93:3,7
  95:3 99:5 100:12
  100:22 105:24
  123:18 126:3
  135:9 137:8,13
  138:5 140:11
  142:2 163:22
  206:6

**riding** 147:20
**right** 95:22 99:3
  103:20 110:18,23
  112:23 115:16
  118:4 119:9,11,14
  119:17 121:20
  123:9 124:17
  131:3,7,8,13 133:2
  133:5,20 134:15
  135:7 137:15,20
  138:11,15,20,24
  139:4,18 140:16
  140:18,19,21
  141:3 142:9
  143:14,14 144:5,6
  144:18,18 145:18
  147:9,19 148:8
  150:14,16 151:2
  154:14 155:9,16
  155:19 172:2
  174:12,15 180:24
  181:9 182:13
  183:4,17 184:7
  185:5 186:21
  187:6,10 190:20
  191:8 195:11
  198:11 200:17
  204:11
**righty** 131:6
**road** 91:8
**robert** 91:14
**rodrigo** 90:5,16
  92:16 205:9
**roofing** 169:3
  202:12
**room** 93:23 94:2
**rough** 116:9
**rubber** 115:2
**rules** 176:12,23
**rung** 121:8,10,21
  122:4

| s | | | |
|---|---|---|---|
| **s** 92:1,8,8,9 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:6,7 209:5 | **sad** 161:11 **safety** 111:23 177:19 **sale** 199:9 **sales** 168:13 **salesman** 167:7 **salesmanship** 167:5 **save** 201:12,16,18 202:3,8 **saw** 122:15 126:9 134:17,20 135:5 138:18 141:10 144:2 147:23 148:16,18 **saying** 116:15 128:3 176:19 180:7 **says** 172:21 **scheduled** 160:24 196:22 197:2 **school** 158:22,24 198:8 **screws** 178:24 **second** 107:9,10 107:11,12,15,18 107:20 121:8,10 **security** 108:12 153:9 197:7,11,12 **see** 122:8 126:7 134:10 135:15,18 136:21 137:12,23 142:7,11,18 143:3 148:8 151:4 180:19 182:9,17 182:19 184:24 185:5 186:10,17 **seeing** 134:13,15 141:15 150:7,20 193:22 | **seen** 138:23 139:3 142:13 150:9 184:10 **sell** 167:7,25 168:5 168:9 198:21 **selling** 167:5 168:24 200:2 **send** 99:20,22 126:21 152:5,22 162:9,12,14 199:22 201:20 **sends** 140:13 **sent** 99:13 **separate** 126:22 140:13 151:3 152:22 **sessions** 145:19,21 193:24 **set** 108:19 208:8 208:18 **sets** 151:2 **severe** 140:24 149:25 **sheet** 209:2 **sheetrock** 114:11 114:13 178:23 **shirt** 117:12,15 **shock** 115:9 **shoe** 113:16 **shoes** 109:2 113:12 **shop** 198:25 199:23 **shopping** 153:20 155:6,7,10,15,25 **shore** 125:21 **shorts** 117:18 **shots** 203:12 **shoulder** 140:22 **shoulders** 187:21 | **show** 182:14 **showed** 178:17 **showing** 133:16 182:18 **side** 115:16 123:9 124:17 133:3,5 149:12 183:16 185:6 187:11 **sign** 158:5 **signature** 204:16 208:21 **similar** 119:6 **sir** 93:21 143:13 153:16 **sit** 150:3,4 154:20 154:22 159:6,9 **site** 102:16 103:5 103:16 104:4 117:6 129:17,23 130:2 175:17,21 176:20 179:4,23 180:5,13,18 189:11,20 190:24 **sites** 181:21 **sitting** 97:10 115:24 116:5 150:16 166:15 **situation** 164:15 **six** 106:7,10 142:16 193:24 **sixth** 111:12 **skinny** 162:3 **sleep** 96:23,25 97:2 **sleeping** 150:17 153:22 **sleepy** 170:3 **slowly** 156:6 194:22 **small** 178:20 |

| | | | |
|---|---|---|---|
| **smaller** 160:11 | **specialist** 148:11 | **state** 90:2,20 | 147:15 |
| **smoke** 161:6,7,11 | **specifically** 191:9 | 158:19 161:10,12 | **submit** 172:18 |
| 161:13,15 192:8 | **spend** 169:25 | 208:5 | 200:6 201:15 |
| **smoking** 191:23 | 170:11 | **states** 100:6,7 | **submitted** 201:9 |
| 192:5,14,15 | **spinal** 148:12 | 163:12 165:24 | 201:19 202:4,8 |
| **smooth** 116:9,16 | 203:15 | 204:9 | **subscribed** 205:14 |
| 116:19 | **spoke** 127:2 | **station** 157:20 | 209:21 |
| **snap** 197:20 | **spoon** 131:12 | **status** 163:15,17 | **subway** 157:12,17 |
| **sneakers** 113:5 | **sports** 169:5,7,9 | 164:2,17,20,22,24 | 157:20 |
| **social** 153:8 197:6 | **squeegee** 146:23 | 165:2,23 | **sudden** 128:23 |
| 197:12 | **squeeze** 146:10,17 | **stay** 140:5 | 150:18 154:19,24 |
| **softball** 146:15,17 | **ssi** 197:9 | **stayed** 180:12 | **suffered** 166:9 |
| **sold** 168:10 199:11 | **stable** 108:24 | **ste** 91:4 | **supermarket** |
| **sole** 113:13,15,17 | 109:7 116:20 | **steady** 116:19 | 160:10 |
| 113:18 | **staircase** 105:5 | **step** 107:7,10,12 | **supervisor** 103:22 |
| **solutions** 209:2 | **stairs** 154:25 | 107:15,20,24 | **supplement** |
| **somebody** 124:8 | 156:9,14 | 108:3 109:8,12 | 197:11 |
| 167:10,11 176:22 | **stalin** 90:5,16 | 110:2,19 111:10 | **supply** 112:14 |
| 185:10,15 188:13 | 92:16 171:4 205:9 | 111:11,12,12 | **supreme** 90:2 |
| **someplace** 150:5 | 209:4,20 | 120:9 121:5,18 | **sure** 123:18 |
| 154:20 | **standing** 116:17 | **stepped** 121:19 | 130:17 157:13,14 |
| **somewhat** 166:14 | 119:19 149:16 | **steps** 106:8 109:6 | 174:12 189:17 |
| **soon** 104:11 156:3 | 150:2 183:15 | 110:20 111:2 | **surgeries** 160:24 |
| **sorry** 149:5 | 184:20,22 | 118:14 119:11 | 192:21 |
| 192:11 193:7 | **start** 154:16 | 156:6,12,15,18 | **surgery** 136:12,14 |
| **sort** 159:20 | 164:11 167:4,9,10 | 169:15,20 | 136:16,20 139:20 |
| **sought** 193:19 | 167:23,23 169:22 | **stipulations** 90:21 | 141:2 152:4 |
| **sound** 174:15 | 175:11,14,20,23 | **stop** 154:17 | 203:11,16 |
| **space** 95:4 99:6 | 178:11 191:19 | 157:12 191:14,23 | **sustained** 153:18 |
| 100:23 120:5 | 192:19 | **stopped** 145:2,12 | **sutures** 136:10,15 |
| 135:10 137:9 | **started** 121:13 | 146:5 192:5,14 | **swear** 205:3 |
| 138:6 142:3 | 146:6 164:11 | **store** 155:12 | **swimmer** 91:11 |
| 145:10 148:21 | 165:10 174:3,9 | **street** 91:4 92:18 | **sworn** 92:4,11 |
| 153:2 | 176:10 186:20 | 99:2 124:4 155:2 | 205:14 208:8 |
| **spanish** 91:16 92:5 | **starting** 167:14 | 185:20 200:10 | 209:21 |
| 92:5 93:14,15,17 | 169:16 | **streets** 200:9 | |
| **speak** 158:15,19 | **starts** 131:11 | **strength** 149:17 | **t** |
| 166:22 | 134:9 154:24 | **stressed** 158:20 | **t** 92:8 190:6 |
| **speaking** 127:3 | 156:4 191:12 | **stretcher** 125:17 | **take** 94:10 95:11 |
| 158:17 | 194:21 | **strong** 97:21 98:4 | 97:22 98:2 101:5 |
| | | 123:7 134:4 | 124:4 126:5 139:9 |
| | | | 139:12 142:23 |

143:7,9 151:6
157:17 159:8
160:3,9 175:16
177:20 185:10,15
185:20 188:5
198:9,24
**taken**   90:18 98:10
98:18 169:15,19
184:12,15
**talk**   140:16
**talked**   128:16
147:7,8 193:16
196:15
**talking**   100:2
127:8 130:6 139:9
151:12 169:13
174:22,23
**tape**   178:23
**task**   104:6,7,9
**taught**   178:4
**telephone**   194:17
**telephoning**
190:15
**television**   170:11
170:12
**tell**   94:25 95:5
98:23 102:19
103:12 104:5
105:3 114:7
115:15 118:10
119:14 124:24
125:4 127:13
128:12,18 130:5
131:20 132:3,24
133:14,17 140:2
147:2 149:8,8
156:16 158:14
162:7 164:6,16
177:2,19 185:2
191:9,22 199:15
200:8 204:13

**telling**   177:23
**ten**   96:8 97:4,19
105:15 114:6
130:14 143:11
156:19 157:16
170:14 188:2
191:12
**term**   176:6
**terribly**   156:4
**test**   195:13,16,19
196:2,7
**testified**   92:12
158:2 171:16
172:10 178:7
179:7 180:22
182:6 183:3
185:25 191:6
198:19 204:10
**testimony**   151:21
192:7 208:7,10
**tests**   195:22
**texas**   165:11
**text**   173:14 188:11
**thank**   170:22
171:9 205:4
**thanks**   145:8
**therapy**   144:4,8
144:10,18 145:2,4
145:7,13,19,21
149:24 152:5
157:4
**thing**   162:2
**things**   153:20
154:11 156:2,6
158:16 162:23
166:23 167:3
170:16 178:20
193:15 201:15
**think**   103:2 107:2
124:20 127:20
136:5 137:25

149:4 165:19
174:11,11,13
192:4,9
**third**   111:15
**three**   130:18
142:16 151:7
159:8
**thursday**   158:25
**time**   90:18 93:12
94:7,15 95:2 98:4
98:8 100:21 102:7
102:12 105:13
109:13,15,21,25
110:13 111:24
112:22 113:2,22
114:4 116:25
117:3 121:23
122:17,24 123:5
129:24 130:12,16
134:17,20 135:8
137:19 138:18
141:10 142:12,14
144:17 145:25
146:16 147:22
148:3,16 159:3
165:21 166:12,15
170:3,21,21
171:21 173:18
175:12 180:11
181:10,15 182:3
190:5 192:6 198:2
198:3 199:9 205:6
**times**   113:25
114:3 117:4
136:23 149:20
156:21
**tiny**   156:5
**titan**   99:24 100:6
100:15 173:5
**today**   126:15
133:18 137:15

153:13,17 191:3
**told**   124:22 125:2
127:21 128:22
131:22 143:25
186:12 192:4
197:4
**tool**   109:14,18
**toolbox**   176:2
**tools**   109:10,15
177:3
**top**   107:11,12,15
115:17,18,22
140:25
**touch**   168:18
186:12 200:22
**train**   157:13,16
**training**   178:5,16
**transcript**   92:22
208:9
**transported**   180:4
**traveled**   163:8
**treated**   191:21
205:2
**treating**   148:19
**treatment**   125:12
139:6 149:22
193:20
**trial**   90:15
**trouble**   153:21,22
158:17
**true**   208:9
**try**   155:4 168:19
**tuesday**   158:25
**twelve**   156:19
**twenty**   96:16
170:14
**twist**   155:2
**two**   94:18,19,24
107:13,23 110:19
132:11 139:5
147:10 149:20

150:11 151:6
159:8 161:16
170:6 174:14,18
174:25 175:8
187:18 192:8

**u**

**unbearable**
133:25
**unclear**  181:16
**uncomfortable**
147:21
**understand**  93:10
93:19 95:8 99:15
119:24 123:17
155:13 158:16
163:4 165:20
166:6 171:15
199:19 203:10
**understanding**
164:16
**understood**  192:7
**undocumented**
164:10
**unemployment**
197:18
**unfinished**  116:11
116:12
**united**  100:5,7
163:12 165:23
204:9
**university**  125:22
**use**  106:11 118:25
159:10,14,16,23
159:24,25 177:14
180:16 198:11
**usually**  113:8
172:10 173:23
175:10,14,15,19
175:20 179:24
180:2,3,8

**v**

**v**  209:3
**van**  102:11 179:15
179:17,22,25
180:4,12
**vanessa**  202:20
**varies**  154:23
**various**  166:9
**vehicle**  168:19
199:10
**vehicles**  160:16
168:6
**verbally**  204:10
**verify**  178:18
**veritext**  90:11
209:2
**video**  133:17
**videos**  169:18
**virtual**  90:11
**vocabulary**
159:19

**w**

**w**  92:2
**wake**  150:17
**walk**  149:14
154:18,21 156:5
156:12,14 166:14
**walking**  97:9
149:11,12 153:22
154:18,24,25
157:23
**wall**  183:12,14
**want**  119:14 149:6
149:8 163:20
167:3
**wanted**  124:2,4
149:4 185:20,25
186:11
**wash**  160:4

**washing**  153:21
**watch**  159:20
160:14 169:18
170:13,15
**watching**  170:11
**way**  140:21,22
147:19 165:5
208:15
**ways**  146:7,8
**wearing**  109:3,14
109:18,21 111:23
112:3,7,11,21
113:4,5 117:11,17
118:17,20,23
177:25
**wednesday**  158:25
**week**  101:7 102:5
148:18 149:21
174:9 175:8
**weight**  111:16,20
153:23
**went**  108:16,20
109:3,11,22 115:9
116:22 117:3,23
120:2,8,10,11,11
120:12 121:5,17
137:25 147:20
165:9 176:22
**wet**  118:12,15
**whereof**  208:17
**william**  91:4
**withdrawn**  126:3
137:13 175:25
**witness**  92:10 93:2
93:6,10,20 95:5,8
100:16 101:2
123:19 135:12
145:14 153:5
171:4,8,14 206:5
208:7,11,17 209:4

**woman**  141:19
**woodside**  92:18
**word**  160:13
**words**  133:13,15
**work**  107:6 110:4
114:18 129:16
130:2 153:19,24
160:22 164:15
174:4,17,25
175:17,20,23
177:2 178:11
179:23 180:5,13
183:22 198:22
199:3,14,16
202:13
**workday**  175:19
**worked**  101:22
129:19 132:17
174:13 175:9
176:8 181:11,15
181:21 202:14
**workers**  122:10
130:5 151:15,22
151:24 152:11,20
152:24 176:10
177:6 182:7,12
196:18
**working**  101:14
102:12 104:23
105:7 107:4
109:18 112:15
128:22 132:23
160:21 174:20
176:20 178:16
202:22
**workplace**  190:13
**works**  100:10
173:9
**wounds**  170:9
**wrist**  130:25 131:3
140:19,22,23

141:3,12 142:9,10
143:4 144:6,19
148:8 151:2 187:6
191:13
**wrists** 143:15
**write** 131:8 154:15
191:7
**writing** 153:22
191:11,15,17,19
**written** 126:24

**x**

**x** 90:4,10 206:2

**y**

**y** 92:8
**yeah** 103:7 107:13
108:12 119:6
129:24 188:21
**year** 134:21,22,25
134:25 136:6
138:25 144:22
146:19
**years** 139:5
**yellow** 113:8,9,9
113:15 117:14
**yesterday** 94:9,10
94:13 97:24
171:22
**york** 90:2,20 91:4
91:4,9,13,13 92:19
143:22 208:5

**z**

**z** 92:9
**zero** 172:21

New York Code

Civil Practice Law and Rules

Article 31 Disclosure, Section 3116

(a) Signing. The deposition shall be submitted to
the witness for examination and shall be read to or
by him or her, and any changes in form or substance
which the witness desires to make shall be entered
at the end of the deposition with a statement of
the reasons given by the witness for making them.
The deposition shall then be signed by the witness
before any officer authorized to administer an
oath. If the witness fails to sign and return the
deposition within sixty days, it may be used as
fully as though signed. No changes to the
transcript may be made by the witness more than
sixty days after submission to the witness for
examination.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.