

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN◊
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*

———

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
◊ RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
SVERVENIOTIS@MSSSV.COM

WRITER'S DIRECT DIAL:
516-741-7676

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL    (516) 741-7676
FAX    (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
LOUISE FASANO
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA
———————
ASSOCIATES
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
ANDRÉ S. HAYNES
JOSHUA A. SCERBO◊
WALDER THAME-TURNER◊

June 2, 2023

**BY ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

> Re:    Falls Lake Nat'l Ins. Co.v. Kalnitech Constr. Corp. et. al.
>         Docket No:    1:22-cv-01473-KAM-PK
>         Our File No:   19-208

Dear Judge Kuo,

I represent the plaintiff, Falls Lake National Insurance Company ("Falls Lake"), in the above-referenced action.  I write to the Court, with consent of all parties in the above-referenced action, to request that the court-annexed mediation, scheduled for July 17, 2023, and the filing of a joint status report regarding the result of that mediation by July 24, 2023, be extended 90 days. The parties have tried to work with the chosen mediator and the attorneys in the underlying action as well in order to set a date for mediation, and we initially thought that we would be able to conduct a mediation in July, but that is now not possible, because of conflicts and limited availability of the  mediation.  We are now looking into possibly other mediators and have conferred amongst counsel and with Judge Matsumoto on the matter as per the minute entry filed today by Judge Matsumoto. Since requests for pre-motion conference has been rescheduled by Judge Matsumoto, in order to allow for mediation before resubmission of the request, we ask for

**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

**LETTER TO JUDGE KUO, FALLS LAKE NAT'L INS. CO.V. KALNITECH CONSTR. CORP. ET. AL., CIV. NO. 1:22-CV-01473**
**JULY 14, 2023**
**PAGE 2 OF 2**

the 90 day extension in order to attempt mediation before filing another request for pre-motion conference.

Respectfully submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

s/Steven Verveniotis

Steven Verveniotis

cc: All counsel of record by ECF