UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

FALLS LAKE NATIONAL INSURANCE COMPANY,

                        Plaintiffs,

-against-

KALNITECH CONSTRUCTION CORP., DAVS PARTNERS LLC, STALIN RODRIGO REYES ESPINOZA and ASK ELECTRICAL CONTRACTING CORP.

                        Defendant.
---------------------------------------------------------------X

Civ Action No.:
22-cv-01473
KAM-PK

(Matsumoto, J.)
(Kuo, M.J.)

**NOTICE OF APPEARANCE**

To:    The Clerk of this Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for KALNITECH CONSTRUCTION CORP. and demand that copies of all notices, communications and papers in this action be served upon the undersigned.

Dated:  Astoria, New York
          August 22, 2023

                                                      _____
                                                      Shira J. Biegacz, Esq. (4695243)
                                                      SACCO & FILLAS, LLP
                                                      *Attorneys for Defendant/Counterclaimant*
                                                      *KALNITECH CONSTRUCTION CORP.*
                                                      31-19 Newtown Avenue
                                                      Astoria, NY 11102
                                                      (718) 269-2242 (t)
                                                      (718) 744-9753 (f)
                                                      sbiegacz@saccofillas.com
                                                      Our File No. 28464-22

TO:    The Clerk of the Court, Eastern District of New York
         All Counsel of Record
         *Via upload to PACER/CMECFo*