UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE                CIV: 22-cv-1473 (KAM) (PK)
COMPANY,

                                    Plaintiff,

       -against-

KALNITECH CONSTRUCTION CORP.,
DAVS PARTNERS LLC, STALIN RODRIGO
REYES ESPINOZA and ASK ELECTRICAL
CONTRACTING CORP.,

                                    Defendants,
-----------------------------------------------------------------X

## **APPENDIX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Espinoza Complaint in First Action |
| B | Davs' Answer in First Action |
| C | Kalnitech's Answer in First Action |
| D | Espinoza Complaint in Second Action |
| E | Ask's Answer in Second Action |
| F | Third-Party Complaint in the Second Action |
| G | Policy issued by Falls Lake to Kalnitech (redacted as to premium) |
| H | September 3, 2019 disclaimer letter issued on behalf of Falls Lake |
| I | September 16, 2019 disclaimer letter issued on behalf of Falls Lake |

| J | June 20, 2022 disclaimer letter issued on behalf of Falls Lake |
|---|---|
| K | Amended Complaint in this Action |
| L | Short Form Prime Contract Between Owner & Contractor |
| M | Kalnitech Master Subcontract |
| N | Ask's responses to demands in Second Espinoza Action |
| O | Espinoza's Response to Plaintiff's First Set of Requests and Other Disclosure, Espinoza's Additional Disclosure, and Espinoza's Bill of Particulars from the underlying actions |
| P | Jim Associates Master Subcontract Agreement |
| Q | Jim Associate's documents produced via subpoena in First Action |
| R | Jim Associate's documents that were produced as DAVs' and Ask's Initial Response to Plaintiff's First Set of Requests for Documents and Other Disclosure in Falls Lake's Action. |