UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE COMPANY,

        CIV: 22-cv-1473 (KAM) (PK)

        Plaintiff,

    -against-

KALNITECH CONSTRUCTION CORP.,
DAVS PARTNERS LLC, STALIN RODRIGO
REYES ESPINOZA and ASK ELECTRICAL
CONTRACTING CORP.,

        Defendants,
-------------------------------------------------------------------X

## APPENDIX OF DEPOSITIONS

| Exhibit | Transcript of | Conducted on | Pages |
|---|---|---|---|
| 1 | David Kleeman | April 5, 2023 | 27, 28, 32, 34, 38, 44, 46, 49, 61, 74, 76, 103-105, 107-108, 127, 129-130, 146, and 148 |
| 2 | Kostas "Gus" Stoupakis | May 11, 2022 | 15-16, 19, 27, 28, 32-34, 36, 41, 49, 55, and 57-60 |
| 3 | Stalin Rodrigo Reyes Espinoza | November 17, 2021 | 58 |
| 4 | Stalin Rodrigo Reyes Espinoza | March 24, 2022 | 102 |
| 5 | Dwayne Hudson | April 11, 2022 | 15, 20 |