Page 1

```
 1
 2    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF KINGS
 3    -------------------------------------------X
      STALIN RODRIGO REYES ESPINOZA,
 4
                    PLAINTIFF,
 5
          -against-
 6                        Index No.:  515197/2019
 7    DAVS PARTNERS LLC AND KALNITECH
      CONSTRUCTION COMPANY,
 8
                    DEFENDANTS.
 9    -------------------------------------------X
10
      COURT OF THE STATE OF NEW YORK
11    COUNTY OF KINGS
      -------------------------------------------X
12    STALIN RODRIGO REYES ESPINOZA,
13                    PLAINTIFF,
14          -against-
15    ASK ELECTRICAL CONTRACTING CORP.,
16                    DEFENDANTS.
      -------------------------------------------X
17
18                    DATE:  April 5, 2023
19                    TIME:  10:05 A.M.
20
21        (DEPOSITION OF DAVID KLEEMAN)
22
23
24
25
```

Page 2

1

2                    DATE:   April 5, 2023

3                    TIME:   10:05 A.M.

4

5

6              VIRTUAL ZOOM EXAMINATION BEFORE

7    TRIAL of the Defendant, DAVS PARTNERS LLC,

8    by DAVID KLEEMAN, taken by the Respective

9    Parties, pursuant to an Order, held

10   remotely at the date and time above, before

11   May Jean Wu, a Court Reporter and Notary

12   Public of the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2     A P P E A R A N C E S:
 3
       GORAYEB & ASSOCIATES, P.C.
 4          Attorneys for Plaintiff(s)
            STALIN RODRIGO REYES ESPINOZA
 5          100 William Street  Suite 1900
          New York, New York 10038
 6          BY:  GREGORY GASTMAN, ESQ.
 7
 8     GALLO VITUCCI KLAR LLP
            Attorneys for Defendant(s)
 9          DAVS PARTNERS LLC
            1 Bridge Street  Suite 140
10        Irvington, New York 10533
            BY:  JOSEPH J. RAVA, ESQ.
11
12
       MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN,
13     P.C.
            Attorneys for Defendant(s)
14          KALNITECH CONSTRUCTION COMPANY
            45 Broadway
15        New York, New York 10006
            BY:  MAURICE RECCHIA, ESQ.
16
17
       LAW OFFICE OF KEVIN P. WESTERMAN
18          Attorneys for Defendant(s)
            ASK ELECTRICAL CONTRACTING CORP.
19          990 Stewart Avenue  Suite 400
          Garden City, New York 11530
20          BY:  GEORGIA ALIKAKOS, ESQ.
21
22          *          *          *
23
24
25
```

1                    KLEEMAN

2        A.     Yes.

3        Q.     I apologize.  There was some

4   audio delay for which I apologize.

5               Sir, we've been talking about

6   A.S.K. Electrical, the company that you've

7   been working with or for.  That's A.S.K.

8   Electrical Contracting Corporation, is that

9   correct?

10       A.     Yes, at that time that is

11  correct at that time.

12       Q.     Okay, there have been some name

13  changes?

14       A.     Correct.

15       Q.     Okay, is there a newer version

16  of that?  Is there a newer name or newer

17  version or is that the name?

18       A.     Yes, it's the A.S.K. Electrical

19  Corp., which was the latest one that I

20  stated that was the current.

21       Q.     Okay, thanks.

22              Do you remember what was the

23  name of the company before that?

24       A.     A.S.K. Electrical Contracting

25  Corp.

Page 28

1                        KLEEMAN

2          Q.     Forgive me, sir, but the new

3     name is what?

4          A.     A.S.K. Electrical Corp., we

5     dropped the "Contracting".

6          Q.     Thank you.

7                 It's just the word

8     "Contracting"?

9          A.     Yes.

10         Q.     Thank you.

11                Sir, so the lease is between

12    A.S.K. and who?  Who's the owner or the

13    landlord?

14         A.     That would be Davs Partners

15    over here for today.

16         Q.     Okay, thank you.

17                Sir, back to the electrical

18    company for a couple of moments, I'm going

19    to ask you about employees, ownership and

20    things like that.  Sir, do you have any

21    ownership interest in the electrical

22    company, A.S.K.?

23         A.     I do.

24         Q.     Okay, and you're the full

25    owner?  You're a partial owner?  Who are

1                      KLEEMAN

2          Q.      Okay, soon after the

3    construction started?

4          A.      Correct.

5          Q.      Okay, thank you.

6                  Sir, was there a general

7    contractor?

8                  MR. GASTMAN:  Off the record.

9                  (Whereupon, an off-the-record

10          discussion was held.)

11         Q.      Back on the record, sir, was

12   there a general contractor hired to assist

13   on this project?

14         A.      Yes.

15         Q.      Who was the general contractor

16   company, please, for this project?

17         A.      Kalnitech.

18         Q.      Sir, was there a written

19   agreement or a contract for Kalnitech to

20   come in as the general contractor?

21         A.      Yes.

22         Q.      Thank you.

23                 Sir, do you know who prepared

24   the contract?  Did Kalnitech prepare it and

25   hand it to A.S.K. or did A.S.K. prepare it

Page 34

KLEEMAN

1
2   that we used to do a lot of work for.  He
3   branched out and was leaving them and went
4   out on his own.  I believe this was the
5   first job he did.
6       Q.    Thank you.
7             Well, was that Majestic?  I
8   think I heard the name at some point, but I
9   don't recall, the other prior contractor
10  company.
11      A.    The company that he worked for?
12      Q.    Yes, yes.
13      A.    Masterpiece.
14      Q.    Masterpiece, thank you.
15            Sir, I'm going to ask you a
16  questions about who hired who next.  Sir,
17  was Kalnitech hired by A.S.K. to do the
18  work?
19      A.    Yes.
20      Q.    Okay, thanks.
21            Did A.S.K. hire any other
22  contractors or subcontractors to assist on
23  the project?
24            MR. RAVA:  Greg, can you repeat
25        that question?  Could you ask it

Page 38

```
1                        KLEEMAN
2    was going to be done?
3         A.    It was a fit-out of an empty
4    building, offices.  You know, electrical
5    contractor's offices basically was exactly
6    what it is.
7         Q.    Thank you.
8               Also a shop or just offices?
9         A.    There was a shop.  Yeah, it was
10   decided into some office space and some
11   shop space and some storage space.
12        Q.    Okay, thank you.
13              Sir, this renovation project,
14   was the building built up or out or the
15   footprint of the building remained the
16   same?
17        A.    The footprint of the building
18   remained the same.  As I mentioned earlier,
19   it was a fit-out of the first floor.
20        Q.    Okay.
21        A.    And the basement.
22        Q.    Thank you.
23              Sometimes fit-outs include some
24   other things.  I'm just asking.
25              Sir, were there any
```

Page 44

```
 1              KLEEMAN
 2       Q.    I apologize, sir.  I'm trying
 3  to follow from what you said recently.  You
 4  said that you would meet with your project
 5  manager or somebody.  Maybe I didn't hear
 6  it.
 7       A.    That was Gus, the owner.  The
 8  GC was Gus, to meet with him about project
 9  management.  That's what I said.
10       Q.    Okay.
11       A.    He would meet with my foreman
12  to review the progress of his work.
13       Q.    Thank you.
14             This is the foreman from
15  A.S.K.?
16       A.    Correct.
17       Q.    Okay, thank you.
18             What is that person's first
19  name?
20       A.    Dwayne at the time.
21       Q.    Was that Mr. Hudson?  Is that
22  the same gentleman?
23       A.    Yeah, Dwayne, Dwayne Hudson,
24  that was the foreman.
25       Q.    Thank you.
```

Page 46

```
1                        KLEEMAN
2         answer?
3              (Whereupon, the referred to
4         record was read back by the court
5         reporter.)
6              MS. ALIKAKOS:  Okay, thank you
7         so much.
8         Q.    Sir, with regard to Gus,
9    Kalnitech, sir, if you know, was Gus there
10   day to day or did he stop in from time to
11   time, if you know?
12        A.    Everyday.
13        Q.    What was his schedule on the
14   project?
15        A.    He was there everyday.  That
16   was what he was getting paid to do.
17        Q.    Okay, the expectation was Gus
18   himself, he would be there pretty much
19   everyday other than a sick day or a
20   vacation day, et cetera?
21        A.    Correct.
22        Q.    Okay, sir, my next few
23   questions will be about paper work that may
24   or may not have been generated for the
25   project.  That's a little road map.
```

Page 49

```
 1              KLEEMAN
 2      to just withdraw it and rephrase it.
 3      I'm happy to.
 4           MR. RAVA:  Thank you.
 5           MR. GASTMAN:  It's okay.  It's
 6      okay.  Can you hear me okay?
 7           MR. RAVA:  Yes.
 8           MR. GASTMAN:  Okay.
 9      Q.    Sir, how did you first hear
10  about this accident?  Who told you?
11      A.    I got a phone call from my
12  foreman, Dwayne Hudson, that afternoon
13  saying that someone got hurt and fell.  He
14  fell.
15      Q.    Okay, was that a ladder
16  accident?  Is that what he told you?
17      A.    Yes, someone fell off a ladder,
18  correct.
19      Q.    Okay, and is it your
20  understanding, sir, it was one of the JM
21  workers, it was one of the A.S.K. workers
22  or somebody else?
23      A.    It was one of the JM workers.
24      Q.    Okay, alright, did Dwayne tell
25  you he saw it?  He saw the accident?
```

Page 61

1                          KLEEMAN
2    look at the right side signature block.  It
3    looks like there's a name, "David Kleeman"
4    and a signature and there's a title,
5    "president", and it looks like there's a
6    signature.  Is that your signature, sir?
7          A.     Yes.
8          Q.     Did you sign this document on
9    or about March 11, 2019?
10         A.     Yes.
11         Q.     Okay, do you know who drew up
12   this contract, sir?  Did you do it?  Did
13   Ms. Vanessa Kleeman do it, did Kavita do it
14   or did someone else do it?
15         A.     That was a standard contract
16   that was given to me by one of my brokers.
17         Q.     When you say "standard
18   contract", it was blank until you or Kavita
19   or someone else filled out the various
20   parts of it?
21         A.     Correct.
22         Q.     At the top where it says
23   "owner" and "contractor" referring to Davs
24   as the owner and A.S.K. as the contractor,
25   was that something that your broker typed

Page 74

1               KLEEMAN

2      place of business at 26-60 BQE West, unit

3      2, Woodside, New York 11377 and Kalnitech

4      (hereinafter subcontractor)."  Do you see

5      that?

6           A.    Yes.

7           Q.    Have you ever seen this

8      document before today?

9           A.    Yes.

10          Q.    Okay, do you know who drew up

11     this contract?

12          A.    Again that's a standard

13     subcontract, a standard subcontract

14     document, that we use for business.  It's a

15     standard agreement.

16          Q.    Well, what I want to know is

17     did someone in your office write the things

18     that are written here by handwriting as

19     "12th, March" and the year "2019" and the

20     word "Kalnitech"?  Did somebody in your

21     office write that?

22          A.    Yes, my office administrator,

23     Kavita.

24          Q.    Okay, did Kavita or anyone else

25     in your office type up the document before

1                    KLEEMAN

2    Do you see that?

3         A.    Yes.

4         Q.    In the center of the page, it's

5    also typed "A.S.K. Electrical Contracting

6    Corp." Do you see that?

7         A.    Yes.

8         Q.    Alright, and there are some

9    signature blocks. Do you see them?

10        A.    Yes.

11        Q.    On the left side, there is in

12   all capitals with a colon the word

13   "subcontractor". Do you see that?

14        A.    Yes.

15        Q.    Then there's the name typed in,

16   "Gus Stoupakis, president". Do you see

17   that?

18        A.    Yes.

19        Q.    Is this the Gus that you were

20   referring to today earlier in your

21   testimony?

22        A.    Yes.

23        Q.    Earlier today, I believe you

24   testified that Gus was the general

25   contractor for the job, is that correct?

1              KLEEMAN

2        Q.    Okay, was that table left out

3   in the open at the end of work at the end

4   of the day or was it placed inside

5   somewhere' or something else?

6        A.    Again I wasn't there everyday,

7   so I can't answer that question because

8   every time I came there the table was in a

9   different place.

10       Q.    Okay, alright, now if I heard

11  you correctly -- and correct me if I'm

12  wrong -- you hired some of the

13  subcontractors for the site, is that

14  correct, or no?

15       A.    Yes.

16       Q.    Okay, alright, did you hire any

17  mechanical subcontractors for the site?

18            MR. RAVA:  Note my objection to

19        the term "you".

20            Go ahead.  You can answer.

21       A.    There was a plumber.  Again you

22  have to remember in the industry, you know,

23  we work with other contractors, so, yes, I

24  had brought in a couple of contractors.

25       Q.    Okay, and I'm trying to find

Page 104

KLEEMAN

1   out specifically what were the other

2   subcontractors that you brought in, and

3   when I'm referring to "you", I'm referring

4   either to you as David Kleeman or David

5   Kleeman as, I believe, the president of

6   A.S.K. Electrical.   Fair enough?

7        A.    Yes.

8        Q.    Alright, so I'm going to ask

9   you again in your capacity as the president

10   of A.S.K. Electrical bring in or hire any

11   mechanical contractors or subcontractors

12   for the site?

13            MR. RAVA:   Note my objection.

14            You can answer.

15       A.    Yes.

16       Q.    Alright, and the same question,

17   did you or did A.S.K. Electrical hire any

18   HVAC contractors or subcontractors for the

19   site?

20            MR. RAVA:   Just note my

21       objection.

22            You can answer.

23       A.    Yes.

24       Q.    Okay, did you or did you in

```
 1                    KLEEMAN
 2   your capacity as the president of A.S.K.
 3   Electrical hire any plumbers for the site?
 4              MR. RAVA:  Objection.  Asked
 5         and answered.
 6              Go ahead.
 7        A.    Yes.
 8        Q.    Okay, did you or you in your
 9   capacity as the president of A.S.K.
10   Electrical hire any masons for the site?
11              MR. RAVA:  Objection.
12        A.    No, Kalnitech brought in the
13   masons.
14        Q.    Okay, did you hire any other
15   subcontractors besides mechanical, HVAC or
16   plumbers?
17        A.    A roofing contractor.
18        Q.    Okay, now when you hired any of
19   these subcontractors, mechanical, HVAC,
20   plumbers or roofing, did you or in your
21   capacity as the president of A.S.K. sign
22   any contracts with any of these
23   subcontractors?
24              MR. RAVA:  Objection.
25              You can answer.
```

Page 107

1                    KLEEMAN
2          discussion was held.)
3          Q.    Let's talk about JIM.  I think
4    before we were calling it JM, but I think
5    the company is JIM Associates, am I right,
6    sir, or correct me if I'm wrong.
7          A.    JIM Associates, I believe.
8          Q.    Right, and JIM Associates was
9    also a subcontractor at this jobsite,
10   weren't they?
11         A.    Correct.
12         Q.    Okay, did you hire JIM
13   Associates, did Gus hire them or something
14   else for the jobsite?
15         A.    Well, Gus had a relationship
16   with them prior.  He brought them in and
17   they worked in terms of the contract.  Gus
18   just said, you know, pay them directly.
19   Towards the end of the job, they were doing
20   all the finish work.  Gus just said, you
21   know, pay them directly.
22         Q.    Well, as you said, Gus said to
23   pay them directly.  Does that mean that JIM
24   Associates received payment from A.S.K.
25   Electrical or from some other entity?

Page 108

1                    KLEEMAN

2      A.     From A.S.K. Electrical.

3             MR. RAVA:  Off the record.

4             (Whereupon, an off-the-record

5      discussion was held.)

6             MR. RECCHIA:  Can I have the

7      last question and answer, please?

8             (Whereupon, the referred to

9      record was read back by the court

10     reporter.)

11     Q.     Did A.S.K. Electrical sign a

12 contract or enter into a contract with JIM

13 Associates for this job?

14     A.     Yes.

15     Q.     Okay, did you sign that

16 contract on behalf of A.S.K.?

17     A.     I believe so.

18            MR. RECCHIA:  Okay, alright,

19     again to the extent that it hasn't

20     already been provided, which I don't

21     think it has, I will call for a copy

22     of the contract between A.S.K. and

23     JIM.  Of course, we'll put it in

24     writing.

25            MR. RAVA:  I'm objecting to any

Page 127

1                    KLEEMAN
2          MR. RECCHIA:  Thank you.
3     Q.     Alright, did you yourself ever
4  supervise JIM Associates at the jobsite?
5          MR. RAVA:  Objection to the
6      question.
7          You can answer.
8     A.     Did I supervise JIM?  Did I
9  ever supervise JIM?
10    Q.     Yes, did you ever supervise JIM
11 at the jobsite?
12    A.     I discussed their work with
13 them if you want to call that supervising,
14 but did I discuss their work?  Yes, with
15 Gus, yes, I have.
16         MR. RECCHIA:  Counselor, I wish
17     you would let the witness answer and
18     not interrupt.
19         MR. RAVA:  He answered the
20     question.
21    Q.     Could you please finish your
22 answer, sir, if you did not finish?
23    A.     I'm finished.
24         MR. RECCHIA:  I'll just note
25     for the record that counsel

Page 129

1                         KLEEMAN

2        A.      No.

3        Q.      Alright, did you ever learn

4   that Dwayne Hudson testified that you were

5   responsible for scheduling the work on the

6   site?

7                MR. RAVA:  Objection.

8                You can answer.

9        A.      The electrical work I would

10  schedule, yes.

11       Q.      Did you ever schedule any of

12  the other work by any of the other

13  subcontractors on the site?

14               MR. RAVA:  Objection.

15               You can answer.

16       A.      Depending on the subcontractor.

17       Q.      Is that a yes for some

18  subcontractors?

19               MS. ALIKAKOS:  Objection to the

20        form.

21       A.      Yes.

22       Q.      Okay, can you tell us what

23  other subcontractors you would schedule

24  some work for or the work for?

25       A.      I scheduled the fence guy to

```
1                    KLEEMAN
2  come in early on in the job.
3       Q.    Okay, with any other
4  subcontractors besides the fence guy?
5       A.    No.
6       Q.    Okay, did you ever schedule any
7  work for the mechanical contractors?
8       A.    All work was scheduled through
9  Gus and Kalnitech because he was running
10 the project.
11      Q.    Okay, did you ever schedule any
12 of the work done by any of the HVAC
13 subcontractors?
14      A.    Again everything was scheduled
15 through Gus in coordination.
16      Q.    Okay, did you ever file any
17 documents, you as the president of A.S.K.
18 or as a vice president of Davs ever file
19 any documents, with the New York City
20 Department of Buildings listing A.S.K. as
21 the GC for the project?
22           MR. RAVA:  Can I hear the full
23      question back?  I couldn't hear the
24      beginning part of the question.
25           (Whereupon, the referred to
```

Page 146

1                    KLEEMAN
2     was it your testimony that Gus of Kalnitech
3     was still involved with working on this
4     project?
5              MR. RECCHIA:  Note my
6          objection.
7         A.    Yes, he was here.  He was still
8     here everyday.
9         Q.    Do you know if Gus ever
10    supervised the work of the JIM employees?
11        A.    Gus supervised the work of all
12    trades except for my electricians.
13        Q.    The JIM employees, I know you
14    said that was finishing work.  Just explain
15    that to me.  What did that finishing work
16    entail?
17        A.    Painting, molding, tile,
18    flooring.
19        Q.    Not the electrical work,
20    correct?
21        A.    No.
22        Q.    Did Dwayne Hudson ever issue
23    any payments or submit any payment
24    requisitions or anything like that in
25    connection with this project?

1                    KLEEMAN
2          unless Mr. Gastman wants to ask any.
3                    MR. GASTMAN:  No, we've had
4          enough testimony for one day.
5                    MR. RECCHIA:  Alright.
6     EXAMINATION BY
7     MR. RECCHIA:
8          Q.    Mr. Kleeman, you just testified
9     that Gus was onsite everyday during the
10    work conducted by JIM.  Do you remember
11    that?
12         A.    Yes.
13         Q.    Okay, I'd like to ask you what
14    the basis of your knowledge of that is.
15    Did you personally see Gus?  Would there be
16    any records or logs that would reflect that
17    Gus was there everyday or something else?
18         A.    Yes, Gus was there to the end
19    until we closed the job out, till the end.
20         Q.    Is that based on your visual
21    observation of Gus being there, is it based
22    on --
23         A.    Yes.
24         Q.    (Continuing) someone telling
25    you or something else?