Page 1

```
1
2      SUPREME COURT OF THE STATE OF NEW YORK
       COUNTY OF KINGS
3      -------------------------------------------X
       STALIN RODRIGO REYES ESPINOZA,
4
                                    PLAINTIFF,
5
               -against-              Index No.:
6                                     515197/19
7      DAVS PARTNERS, LLC and KALNITECH
       CONSTRUCTION COMPANY,
8
                                    DEFENDANTS.
9      -------------------------------------------X
10
11                      DATE: May 11, 2022
12                      TIME: 12:35 P.M.
13
14          EXAMINATION BEFORE TRIAL of the
15     Defendant, KALNITECH CONSTRUCTION COMPANY,
16     By KOSTAS STOUPAKIS, taken by the Respective
17     Parties, pursuant to a Court Order, held via
18     videoconference, before Rivka Trop, a Notary
19     Public of the State of New York.
20
21
22
23
24
25
```

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4    GORAYEB & ASSOCIATES, P.C.
          Attorneys for the Plaintiff
 5        100 William Street
          New York, New York 10038
 6        BY: GREGORY GASTMAN, ESQ.
 7
 8    LAW OFFICES OF MICHAEL SWIMMER
          Attorneys for the Defendant
 9        KALNITECH CONSTRUCTION COMPANY
          605 3Rrd Avenue, 9th Floor
10        New York, New York 10158
          BY: ROBERT BRIGANTIC, ESQ.
11
12    RICHMAN & LEVINE
          Attorneys for the Defendant
13        DAVS PARTNERS LLC
          666 Old Country Road, Suite 101
14        Garden City, New York 11530
          BY: KEITH RICHMAN, ESQ.
15
16
                    *      *      *
17
18
19
20
21
22
23
24
25
```

Page 15

```
 1                      K. STOUPAKAS
 2        Q.   Sir, were you the gentleman, were
 3   you the person on behalf of Kalnitech who
 4   was negotiating this agreement with whoever
 5   hired you?
 6        A.   Yes.
 7        Q.   Thank you, sir.
 8             Do you remember, who was it, who
 9   was on the other side, the owner or whoever
10   was hiring you people, who were you dealing
11   with?
12        A.   David Kleeman.
13        Q.   From your point of view, do you
14   connect Mr. Kleeman, with the owner of the
15   property or was he something different than
16   that?
17        A.   No, he was the owner of the
18   property.
19        Q.   Thank you, sir.  I want to ask you
20   about a different company, have you ever
21   heard of a company called A.S.K., A.S.K.
22   Electrical Corporation?
23        A.   Yes.
24        Q.   Do you know one way or the other,
25   was this company, A.S.K. Electrical, were
```

K. STOUPAKAS

1
2 they involved in any way at this project,
3 for example, were they an owner, a tenant, a
4 construction company, were they involved in
5 some way?
6     A.   Well, David Kleeman is A.S.K.
7 Electric.
8     Q.   So you associate Mr. Kleeman with
9 the owner of the building and you associate
10 him with the company, A.S.K. Electrical;
11 would that be fair?
12     A.   Correct.
13     Q.   Thank you, sir.
14         Sir, the renovation job that we
15 are talking about, sir, do you know, was
16 this done for A.S.K. Electrical or was
17 A.S.K. Electrical maybe a former tenant; do
18 you know?
19     A.   Can you hold on a second.
20     Q.   Sir, with regard to that company
21 A., s.K. Electrical Corporation, sir, do you
22 know one way or the other, was this the
23 tenant that space was being built for or was
24 that the old tenant or do you know?
25     A.   The space was being built out for

Page 19

1                    K. STOUPAKAS

2        Q.    Okay.  Well, was David, from your

3   point of view, was David the general

4   contractor?

5        A.    Well, it was his space, so I

6   guess.

7        Q.    I understand it is his space, I

8   got that part.

9              What I am wondering, did

10   Mr. Kleeman or any of his companies, did

11   they have a daily presence on this job site

12   like a general contractor would?

13        A.    Yes.

14        Q.    Thank you, sir.

15              I am going to ask you a few

16   questions next about who we might find on

17   this job site from day to day, I am going to

18   ask you those questions next, okay?

19        A.    Okay.

20        Q.    Thank you.

21              I realize every day on a

22   construction site can be different, I

23   realize that, I realize people get sick,

24   they have vacation days, there is bad

25   weather days, I understand all that, sir.

Page 27

1                    K. STOUPAKAS

2   employees on this job site?

3        A.    Aside from Duane, Mr. Kleeman.

4        Q.    And the electricians, did the

5   Kleeman companies have other workers on this

6   job site or that is everyone, the Kleeman

7   companies?

8        A.    That's everybody.

9        Q.    Thank you, sir.

10             And there were other

11   subcontractors assisting on other portions

12   of the work, would that be fair?

13        A.    Yes.

14        Q.    Sir, are the other subcontractors,

15   do you know, sir, were they hired by

16   Mr. Kleeman's companies, were they hired by

17   Kalnitech, who hired the additional

18   subcontractors?

19        A.    Well, I had brought in a few, a

20   few companies that I dealt with.  And David

21   had brought in some other companies.

22        Q.    Thank you, sir, thank you.

23             Sir, I am going to break that down

24   a little bit, and I have a few questions.

25             Sir, let me move onto the

Page 28

```
 1                  K. STOUPAKAS
 2   Kalnitech workers, these are employees of
 3   Kalnitech.
 4        A.    Okay.
 5        Q.    What portion or portions of the
 6   work did Kalnitech employees do on this job
 7   site?  For example, we did plumbing, we did
 8   sheetrock, we did windows, you tell me, sir,
 9   what portions of the work did your company
10   do?
11        A.    So my portion did a little bit of
12   demo, a little bit of concrete work, a
13   little bit of painting, a little bit of
14   waterproofing in the basement, a little
15   patching on the roof, if they had leaks
16   while the stuff was going on.
17        Q.    Thank you, sir.
18             Was that pretty much what
19   Kalnitech was doing or did you think of a
20   few more things?
21        A.    For the most part, you know, just
22   little knickknacks, yes, hey, I need the
23   mailbox installed, can we knock this out of
24   the way, can we patch this.
25        Q.    Thank you, sir.
```

```
 1                    K. STOUPAKAS
 2        reserving rights to a further
 3        deposition later, but that's probably
 4        very unlikely.
 5             MR. BRIGANTIC:  Just so it is
 6        clear.  The invoices were produced in
 7        response to the preliminary conference
 8        order.  That's fine but just know that
 9        the invoices for what Gus is talking
10        about are the ones that were produced.
11             MR. GASTMAN:  Thank you.
12        Q.   Sir, I want to ask you next,
13   please, about who you recall that the owner,
14   in other words, Mr. Kleeman and his company,
15   what subcontractors did they hire, either by
16   name or by trade, any way you can?
17        A.   He had brought in the framers,
18   carpentry firm who did the frame out.
19   Obviously, he did his own electrical.  He
20   brought in his mechanical contractor, the
21   guy who did all the HVAC on the place and
22   plumber.  And, I think, roofer at the end.
23        Q.   Thank you, sir.  Sir, I heard
24   about some other company name, let me locate
25   it, I will ask a few questions about it.
```

Page 33

1                     K. STOUPAKAS

2     Sir, with regard to the project we have been

3     talking about, do you know anything about

4     some company called Jim Associates

5     Corporation?

6          A.    Yes.

7          Q.    Did that company have some role on

8     this project?

9          A.    Yes.

10         Q.    Who was Jim Associate's, for

11    example, were they one of the

12    subcontractors, who are they?

13         A.    Yes, they were the subcontractor

14    that was brought in, I guess, to do the

15    finishes.

16         Q.    And forgive me if this was covered

17    already, is that like the exterior stucco

18    work or this is somebody else?

19         A.    No, this is all the interior

20    stuff.

21         Q.    This the interior finished work?

22         A.    Right.

23         Q.    Do you recall who hired Jim

24    Associates for this project, was it

25    Kalnitech, Mr. Kleeman or somebody else?

Page 34

1                    K. STOUPAKAS

2        A.    Well, they were direct with Dave.

3        Q.    Mr. Kleeman hired that company?

4        A.    Correct.

5        Q.    Mr. Stoupakis, when Kalnitech did

6   have people on site during construction, did

7   Kalnitech, the company, supervise any of the

8   subcontractors?

9        A.    Say that again, did they supervise

10  any of the subcontractors?

11       Q.    I apologize, it is my job to be as

12  clear as I can.

13            Sir, Kalnitech, the company, when

14  Kalnitech was on site, was that company

15  supervising any of the subcontractors?

16       A.    No.

17       Q.    Sir, how about the subcontractors

18  that were brought in by Kalnitech, was

19  Kalnitech, the company, supervising those

20  subcontractors?

21       A.    Well, yes.

22       Q.    Sir, how about the other

23  subcontractors, when Kalnitech was on site,

24  were they supervising any of the

25  subcontractors hired by the Kleeman people

Page 36

K. STOUPAKAS

2      A.    Yes.

3      Q.    And what do you remember, sir, who

4   was that person?

5      A.    George Moscosco.

6      Q.    Did Kalnitech or Jim Associates

7   ever work together somewhere else?

8      A.    We worked together at my previous

9   company.

10      Q.    Was that the same previous company

11   that you mentioned earlier that you knew

12   Mr. Kleeman from?

13      A.    Yes.

14      Q.    If you recall, what was the name

15   of this former company where you made some

16   connections?

17      A.    Masterpiece.

18      Q.    For people not familiar with

19   Masterpiece, is that plumbing, a general

20   contractor?

21      A.    It is a construction firm.

22      Q.    Do you know one way or the other,

23   did Jim Associates' employees do the

24   interior finishing work or did Jim

25   Associates subcontract that work out to

Page 41

1                    K. STOUPAKAS

2   towards the end, I guess when Jim Associates

3   started and we were ending, finishing or

4   whatnot.

5        Q.    And is it your understanding that

6   the plaintiff, Mr. Reyes Espinoza, he was

7   working for that company, Jim Associates; is

8   that your understanding?

9        A.    Correct.

10       Q.    And this is somebody Mr. Kleeman

11  brought in, right, that company, right,

12  Mr. Kleeman brought them in, not you?

13       A.    Say that again.

14       Q.    Yes, sir.

15              This company, Jim Associates, they

16  were brought in by Mr. Kleeman's companies,

17  not you; correct?

18       A.    When you say brought them in, we

19  both knew, we both know Jim Associates.

20       Q.    For this particular project, can

21  you tell me which company hired Jim

22  Associates for this project?

23       A.    I would -- Dave, so I would

24  imagine A.S.K.

25       Q.    It was not you, not Kalnitech;

Page 49

```
 1                    K. STOUPAKAS
 2   did Duane give you any further information
 3   other than what we already spoke about?
 4        A.   No.
 5        Q.   Do you know, one way or the other,
 6   was there any video, surveillance, photo
 7   gear set up at the job site that may have
 8   captioned this accident when it happened?
 9        A.   I don't know.
10        Q.   Did anybody ever tell you that
11   there are pictures or videos of the accident
12   itself?  Did anybody ever tell you that?
13   Other than your lawyers, don't tell me that.
14        A.   No.
15             (Whereupon, a short recess was
16        taken.)
17        Q.   Sir, with regard to the project we
18   have been talking about, do you know any
19   company called Marfi Contracting, M-A-R-F-I?
20        A.   Yes.
21        Q.   What part of the job did they do?
22        A.   They did the spray foam
23   insulation.
24        Q.   Was Marty one of the
25   subcontractors hired by Kalnitech or not
```

Page 55

1                    K. STOUPAKAS

2   daughters, Elana, Vanessa and Shayna.

3        Q.    Did anyone ever tell you that or

4   are you just assuming?

5        A.    No, I am just assuming.

6        Q.    Shayna was who related to David

7   Kleeman?

8        A.    Shayna was his daughter.

9        Q.    Who was Vanessa?

10       A.    Vanessa was his wife.

11       Q.    When Mr. Gastman asked you who

12   hired you, Mr. Gastman asked you a question

13   who hired your company Kalnitech to perform

14   services?

15       A.    David, David did.

16       Q.    Now, when you say David, now, the

17   hiring of your services, Kalnitech services

18   was done verbally as opposed to a written

19   agreement; correct?

20       A.    Yes.

21       Q.    And when you say David hired you,

22   can you be more particular about which

23   entity or maybe both entities or somebody

24   else hired Kalnitech to perform services on

25   the project?

Page 56

1              K. STOUPAKAS

2              MR. BRIGANTIC:  Objection to the

3       form of the question.  But you could

4       answer.

5       A.    A.S.K. Electric.

6       Q.    A.S.K. Electric?

7       A.    Right.

8       Q.    Did Davs ever hire Kalnitech to

9    your knowledge?

10      A.    No.

11      Q.    And originally, there was a

12   question asked about various subcontractors

13   that, quote-unquote, you brought in and

14   various subcontractors that David brought

15   in; do you recall that line of questioning?

16      A.    Yes.

17      Q.    And I believe you testified that

18   both you and David knew Jim Associates;

19   correct?

20      A.    Yes.

21      Q.    And that was in connection with

22   your prior company, right?

23      A.    Yes.

24      Q.    And did you have a conversation

25   with David about bringing tin Jim Associates

Page 57

K. STOUPAKAS

1

2  to do work on the project?

3      A.   He probably asked me do I have

4  anybody I could recommend.  And I had told

5  him you could go with Moscosca because he

6  knew his work.  We had all worked together

7  on a previous project many years ago.

8      Q.   And it is your understanding that

9  David or A.S.K. hired Jim Associates, not

10  Kalnitech; correct?

11     A.   Correct.

12     Q.   Did you ever have a conversation

13  with David Kleeman along the lines that Jim

14  was going to be a subcontractor of

15  Kalnitech, but that not withstanding, they

16  were going to be a subcontractor of

17  Kalnitech, A.S.K. was going to pay Jim

18  directly?

19         MR. BRIGANTIC:  Object to the form

20     of the question, but you could answer.

21     A.   No, never.

22     Q.   Did you have a conversation,

23  something along those lines?

24     A.   No.

25     Q.   So it was your understanding that

1                    K. STOUPAKAS

2    clearly Jim Associates was a subcontractor

3    of A.S.K. and not Kalnitech; correct?

4         A.    Correct, they had met, I guess

5    they discussed the scope of the work, they

6    agreed to, I guess, a number and, you know

7    it, that was it.

8         Q.    Did you ever supervise any of Jim

9    Associates work?

10        A.    No.

11              No, at that point in time, they

12   were in the finish it, so Dave was around a

13   lot more often.

14        Q.    So your company had no involvement

15   with supervising of any of Jim Associates

16   work?

17        A.    No.

18        Q.    Now, your attorney provided a

19   certificate of insurance and date of the

20   issuance of this certificate of insurance

21   was dated July 16, 2019.  And it refers to

22   Kalnitech, your company, as the insured and

23   the certificate holder as an additional

24   insured to be A.S.K. Electrical Contracting

25   Corp.

Page 59

K. STOUPAKAS

2       Do you recall having your company
3  buy insurance from Falls Lake Insurance
4  company in connection with in project.
5       MR. BRIGANTIC:  What was that
6    question?
7    Q.  Do you recall Kalnitech purchasing
8  insurance from Falls Lake Insurance in
9  connection with this project?
10    A.  Falls Lake Insurance was my
11  insurance carrier.
12    Q.  Did they issue insurance to
13  Kalnitech with regard to this project?
14    A.  Yes.
15    Q.  And was A.S.K. Electric named as
16  an additional insured on the Falls Lake
17  Insurance, as far as you know?
18    A.  Yes, I believe so.
19    Q.  And that was effective January
20  2nd, 2019; correct?
21    A.  No.
22    Q.  January 3, 2019?
23    A.  No, January 3rd is when, I
24  believe, my insurance policy began.  We were
25  requested to provide the ACORD sometime in

Page 60

1                      K.  STOUPAKAS

2      2019.

3           Q.    Who requested the ACORD

4      certificate?

5           A.    I don't remember if it was an

6      e-mail from Dave or Kavita from his office.

7           Q.    What is your understanding of who

8      Kavita is?

9           A.    Kavita is, I would say, like,

10     office manager who handles the books over

11     there.

12          Q.    So this ACORD certificate that

13     your lawyer produced today is dated

14     July 16th, 2019 naming as additional

15     insured, A. S.K. Electric, is that the first

16     time, to your understanding, that that

17     request was made by David Kleeman?

18          A.    Yes.

19          Q.    July 16th, 2019?

20          A.    Yes.

21          Q.    And were you working on the

22     project on July 16th, 2019?

23          A.    July, no, like I said, the bulk of

24     my work was already done.  If I was there,

25     maybe just for like some punch list items