Page 1

```
 1
 2   SUPREME COURT OF THE STATE OF NEW YORK
 3        COUNTY OF KINGS
 4   - - - - - - - - - - - - - - - - - - -x
 5   STALIN RODRIGO REYES ESPINOZA,
 6                  Plaintiff,
 7        -against-
 8   DAVS PARTNERS LLC AND KALNITECH
     CONSTRUCTION COMPANY,
 9
                   Defendants.
10
     - - - - - - - - - - - - - - - - - - -x
11
                 Veritext Virtual
12
                 November 17, 2021
13               12:11 p.m.
14
15      EXAMINATION BEFORE TRIAL of STALIN
16   RODRIGO REYES ESPINOZA, the Plaintiff in
17   the above-entitled action, held at the
18   above time and place, taken before Carol
19   Ellinghaus, a Notary Public of the State
20   of New York, pursuant to an Order and
21   stipulations between Counsel.
22
23              *      *      *
24
25
```

```
 1
 2   APPEARANCES:
 3       GORAYEB & ASSOCIATES, PC
             Attorneys for Plaintiff
 4           100 William Street, Ste. 1900
             New York, New York 10039
 5
         BY:   JARED TURCO, ESQ.
 6
 7       RICHMAN & LEVINE, PC
             Attorneys for Defendant
 8           Davs Partners, LLC
             666 Old Country Road
 9           Garden City, New York 11530
10       BY:   KETH RICHMAN, ESQ.
11
12       LAW OFFICE OF MICHAEL SWIMMER
             Attorneys for Defendant
13           Kalnitech Construction Company
             605 3rd Avenue, 9th Floor
14           New York, New York 10158
15       BY:   ROBERT BRIGANTIC, ESQ.
16       ALSO PRESENT:   Daniel Rodriguez,
                         Spanish Interpreter
17                       Nora Youmans,
                         Spanish Interpreter
18
                  *      *      *
19
20
21
22
23
24
25
```

```
                                          Page 58
 1              S. Espinoza
 2      Q.    Prior to lunch, we were talking
 3   about your second job while you were
 4   living in the United States of putting
 5   metals or columns for interior walls.
 6            You said you started in or about
 7   January of 2019 and worked there for two
 8   months; correct?
 9      A.    Yes.
10      Q.    What was the reason you left
11   that job?
12      A.    Because they didn't have any
13   jobs.
14      Q.    What was your next job?
15      A.    Working with this gentleman.
16      Q.    Working with what gentleman?
17      A.    With the company.  The company.
18      Q.    We are talking about Jim
19   Associates?
20      A.    Yes.
21      Q.    When did you start working for
22   Jim Associates, what month?
23      A.    Approximately in May.
24      Q.    Of what year?
25      A.    2019.
```