Page 90

```
 1
 2    SUPREME COURT OF THE STATE OF NEW YORK
 3         COUNTY OF KINGS
 4    - - - - - - - - - - - - - - - - - - -x
 5    STALIN RODRIGO REYES ESPINOZA,
 6                    Plaintiff,
 7         -against-
 8    DAVS PARTNERS LLC AND KALNITECH
      CONSTRUCTION COMPANY,
 9
                      Defendants.
10
      - - - - - - - - - - - - - - - - - - -x
11
                   Veritext Virtual
12
                   March 24, 2022
13                 11:09 a.m.
14
15      CONTINUED EXAMINATION BEFORE TRIAL of
16    STALIN RODRIGO REYES ESPINOZA, the
17    Plaintiff in the above-entitled action,
18    held at the above time and place, taken
19    before Carol Ellinghaus, a Notary Public
20    of the State of New York, pursuant to an
21    Order and stipulations between Counsel.
22
23
24
25
```

```
 1
 2    APPEARANCES:
 3       GORAYEB & ASSOCIATES, PC
              Attorneys for Plaintiff
 4            100 William Street, Ste. 1900
              New York, New York 10039
 5
         BY:  KENNETH KLEIN, ESQ.
 6
 7       RICHMAN & LEVINE, PC
              Attorneys for Defendant
 8            Davs Partners, LLC
              666 Old Country Road
 9            Garden City, New York 11530
10       BY:  KEITH RICHMAN, ESQ.
11
         LAW OFFICE OF MICHAEL SWIMMER
12            Attorneys for Defendant
              Kalnitech Construction Company
13            605 3rd Avenue, 9th Floor
              New York, New York 10158
14
         BY:  ROBERT BRIGANTIC, ESQ.
15
16       ALSO PRESENT:   Alice Dow,
                         Spanish Interpreter
17
                    *     *     *
18
19
20
21
22
23
24
25
```

```
                                              Page 102
 1              S. Espinoza
 2      Q.   Was it the day before June 28 or
 3   something else?
 4      A.   It could have been during that
 5   week but I don't remember exactly.
 6      Q.   On June 28, 2019, the day of the
 7   accident on Friday, what time did you
 8   arrive at the building approximately?
 9      A.   At eight in the morning.
10      Q.   How did you get there?
11      A.   They brought me in a van.
12      Q.   At that time you were working
13   for Jim Associates?
14      A.   Yes.
15      Q.   Were there other Jim Associates
16   employees or personnel on the job site on
17   the day of the accident, June 28?
18      A.   Yes.
19      Q.   Tell me their names.
20      A.   No, I cannot because I don't
21   know everyone's name and I don't remember.
22      Q.   How many other people were there
23   from Jim Associates in addition to
24   yourself?
25      A.   Just give me a minute so I can
```