Page 1

1

2   SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF KINGS

3   - - - - - - - - - - - - - - - - - - - - - - - - - -X
    STALIN RODRIGO REYES ESPINOZA,

4
                                PLAINTIFF,

5
            -against-              Index No.:

6                                 515197/19

7   DAVS PARTNERS LLC AND KALNITECH
    CONSTRUCTION COMPANY,

8
                                DEFENDANTS.

9   - - - - - - - - - - - - - - - - - - - - - - - - - -X

10

                        DATE: April 11, 2022

11                      TIME: 11:00 a.m.

12

13

14          EXAMINATION BEFORE TRIAL of the

15   Defendant, DAVS PARTNERS LLC, taken by the

16   respective parties, pursuant to a Court

17   Order, held at the above date and time,

18   before Aileen Koven, a Notary Public of the

19   State of New York.

20

21

22

23

24

25

Responses Bates Stamp No.

Page 2

1
2     A P P E A R A N C E S:
3
4     GORAYEB & ASSOCIATES
         Attorneys for the Plaintiff
5        100 William Street
         New York, New York 10038
6        BY: KENNETH KLEIN, ESQ.
7
8     RICHMAN & LEVINE, P.C
         Attorneys for the Defendant
9        DAVS PARTNERS LLC
         666 Old Country Road
10       Garden City, New York 11530
         BY: KEITH RICHMAN, ESQ.
11
12
      MICHAEL SWIMMER LAW OFFICES
13       Attorneys for the Defendant
         KALNITECH CONSTRUCTION COMPANY
14       605 Third Avenue
         New York, New York 10158
15       BY: ROBERT BRIGANTIC, ESQ.
16
                    *           *           *
17
18
19
20
21
22
23
24
25

Page 15

1                    HUDSON

2          A.     Up until the incident the

3    project go on for about six months.

4          Q.     Has the project been completed?

5          A.     Yes.

6          Q.     As of when?

7          A.     Exact date, I do not know.  But

8    from the accident I think it was maybe like

9    another three months.  Everything was

10   finished and they moved in.

11         Q.     Are you familiar with the term

12   general contractor?

13         A.     Yes.

14         Q.     What is your understanding of

15   that term?

16         A.     So a general contractor is

17   hired to do a project.  So in other words,

18   the general contractor on that job was Gus.

19   He was doing the build out and then we were

20   doing the electric which I work for A.S.K.

21   Electric.  So I was doing the build out.  I

22   do not take orders from Gus.  I take it

23   from David.

24                MR. BRIGANTIC:  Move to strike

25        that.  Go ahead.

1              HUDSON

2    came in to finish up the project.

3         Q.    Is Jorge affiliated with Jim

4    Associates or is he with another company?

5         A.    That I do not know.

6         Q.    You don't known if Jorge

7    Moscoso is employed by Jim Associates; is

8    that correct?

9         A.    No.

10        Q.    You see where it says customer

11   Gus?

12        A.    Yes.

13        Q.    You don't know who Gus works

14   for; correct?

15        A.    I don't know who Gus works for.

16   I know Gus.  Gus was the general contractor

17   doing the project.

18             MR. BRIGANTIC:  Move to strike

19        that as nonresponsive.

20        Q.    Do you know if there was any

21   contract between Gus and Jim Associates

22   other than this proposal?

23        A.    No.

24        Q.    Did you ever see any other

25   proposals between Jim Associates and Gus?