UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
FALLS LAKE NATIONAL INSURANCE                    CIV: 22-cv-1473 (KAM) (PK)
COMPANY,

                                       Plaintiff,

        -against-

KALNITECH CONSTRUCTION CORP.,
DAVS PARTNERS LLC, STALIN RODRIGO
REYES ESPINOZA and ASK ELECTRICAL
CONTRACTING CORP.,

                                       Defendants,
----------------------------------------------X

## SUPPLEMENTAL APPENDIX OF DEPOSITIONS

| Exhibit | Transcript of | Conducted on | Pages |
|---|---|---|---|
| 2 | Kostas "Gus" Stoupakis | May 11, 2022 | 18, 19, 35, 50, 51, 56, 58 |
| 5 | Dwayne Hudson | April 11, 2022 | 86, 90 |