```
                                                      Page 1
 1
 2    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF KINGS
 3    ------------------------------------------X
      STALIN RODRIGO REYES ESPINOZA,
 4
                                     PLAINTIFF,
 5
              -against-              Index No.:
 6                                   515197/19
 7    DAVS PARTNERS, LLC and KALNITECH
      CONSTRUCTION COMPANY,
 8
                                     DEFENDANTS.
 9    ------------------------------------------X
10
11                    DATE: May 11, 2022
12                    TIME: 12:35 P.M.
13
14         EXAMINATION BEFORE TRIAL of the
15    Defendant, KALNITECH CONSTRUCTION COMPANY,
16    By KOSTAS STOUPAKIS, taken by the Respective
17    Parties, pursuant to a Court Order, held via
18    videoconference, before Rivka Trop, a Notary
19    Public of the State of New York.
20
21
22
23
24
25
```

```
 1
 2   A P P E A R A N C E S:
 3
 4   GORAYEB & ASSOCIATES, P.C.
         Attorneys for the Plaintiff
 5       100 William Street
         New York, New York 10038
 6       BY: GREGORY GASTMAN, ESQ.
 7
 8   LAW OFFICES OF MICHAEL SWIMMER
         Attorneys for the Defendant
 9       KALNITECH CONSTRUCTION COMPANY
         605 3Rrd Avenue, 9th Floor
10       New York, New York 10158
         BY: ROBERT BRIGANTIC, ESQ.
11
12   RICHMAN & LEVINE
         Attorneys for the Defendant
13       DAVS PARTNERS LLC
         666 Old Country Road, Suite 101
14       Garden City, New York 11530
         BY: KEITH RICHMAN, ESQ.
15
16                   *    *    *
17
18
19
20
21
22
23
24
25
```

```
                                            Page 18
 1                K. STOUPAKAS
 2        Q.   If you recall, sir, how did you
 3   gentlemen get together, how did you find
 4   each other?
 5        A.   Well, I know Dave for several
 6   years.  We worked together in the previous
 7   company that I was at.
 8        Q.   Okay.  Thank you.
 9             Sir, for the Hempstead Avenue
10   project we have been talking about, was
11   Kalnitech the company that was hired to be a
12   general contractor for the project or were
13   they hired to be one of the subcontractors
14   or something else?
15        A.   No, we did a certain portion of
16   work there.  We were one of the contractors
17   on the job.
18        Q.   So Kalnitech did certain portions
19   of work and other companies did other
20   portions of the work; correct?
21        A.   Yes.
22        Q.   Sir, was there a general
23   contractor over Kalnitech on this particular
24   project or no?
25        A.   Aside from David?
```

Page 19

1               K. STOUPAKAS
2     Q.    Okay.  Well, was David, from your
3  point of view, was David the general
4  contractor?
5     A.    Well, it was his space, so I
6  guess.
7     Q.    I understand it is his space, I
8  got that part.
9           What I am wondering, did
10 Mr. Kleeman or any of his companies, did
11 they have a daily presence on this job site
12 like a general contractor would?
13    A.    Yes.
14    Q.    Thank you, sir.
15          I am going to ask you a few
16 questions next about who we might find on
17 this job site from day to day, I am going to
18 ask you those questions next, okay?
19    A.    Okay.
20    Q.    Thank you.
21          I realize every day on a
22 construction site can be different, I
23 realize that, I realize people get sick,
24 they have vacation days, there is bad
25 weather days, I understand all that, sir.

```
                                                    Page 35
 1                    K. STOUPAKAS
 2   or no?
 3        A.    No.
 4        Q.    So if I said that in another way,
 5   tell me if I am right or wrong, please,
 6   Kalnitech supervised the contractors
 7   Kalnitech brought in but nobody else; would
 8   that be fair?
 9        A.    Correct.
10        Q.    Thank you, sir.
11              Sir, with regard to this project,
12   did you get to know anybody at Jim
13   Associates, did you have some go-to person
14   or name, if you had any questions or issues?
15        A.    Say that one more time.
16        Q.    Yes, sir.
17              Did you end up with some sort of
18   go-to person at Jim Associates, someone you
19   know a name, you could call if you had a
20   question or something?
21        A.    Do I know anybody at Jim
22   Associates, is that the question?
23        Q.    Yes, was there some person that
24   you recall from this project from Jim
25   Associates?
```

Diamond Reporting
800.727.6396         A Veritext Company         www.veritext.com

1                K. STOUPAKAS
2    hired by Kalnitech?
3         A.   No, they were one of the subs that
4    I brought on.
5         Q.   Do you know what trade or trades
6    were working at the project on the date of
7    the accident, June 28th, 2019?  We heard
8    about Jim Associates, but do you know, sir,
9    were there other trades working that day, if
10   you know?
11        A.   I don't recall.
12             (Whereupon, an off-the-record
13        discussion was held.)
14        Q.   Mr. Stoupakis, with regard to the
15   job that we have been talking about today,
16   did Jim Associates and company, were they
17   sometimes sending you the proposals instead
18   of Mr. Kleeman, does that sound right?
19        A.   Say that again.
20        Q.   Yes, sir.
21             With regard to the project we have
22   been talking about today, the Hempstead
23   Avenue job, did Jim Associates, the company,
24   sometimes submit their proposals to you,
25   Gus, rather than Mr. Kleeman?

Page 51

1  K. STOUPAKAS
2  A. No.
3  Q. Was there another Gus on this job
4  that you know of, sir, or are you the only
5  Gus on this job site that you know of?
6  A. I am the only Gus that I know of.
7  (Whereupon, an off-the-record
8  discussion was held.)
9  Q. Putting aside lawyer
10  conversations, is there anything more about
11  this action that you know about that we
12  didn't talk about yet?
13  MR. BRIGANTIC: Objection to the
14  form of the question, but he could
15  answer.
16  A. Say that again one more time.
17  Q. Putting aside lawyer
18  conversations, because I am not allowed to
19  ask you about that, sir, is there anything
20  more about this accident that we have not
21  spoken about yet?
22  A. Do I know anything more about this
23  accident that we have not spoken about yet?
24  Q. Yes, sir?
25  A. Like what?

```
                                                    Page 56
 1                    K. STOUPAKAS
 2              MR. BRIGANTIC:  Objection to the
 3         form of the question.  But you could
 4         answer.
 5         A.    A.S.K. Electric.
 6         Q.    A.S.K. Electric?
 7         A.    Right.
 8         Q.    Did Davs ever hire Kalnitech to
 9    your knowledge?
10         A.    No.
11         Q.    And originally, there was a
12    question asked about various subcontractors
13    that, quote-unquote, you brought in and
14    various subcontractors that David brought
15    in; do you recall that line of questioning?
16         A.    Yes.
17         Q.    And I believe you testified that
18    both you and David knew Jim Associates;
19    correct?
20         A.    Yes.
21         Q.    And that was in connection with
22    your prior company, right?
23         A.    Yes.
24         Q.    And did you have a conversation
25    with David about bringing tin Jim Associates
```

```
                                          Page 58
 1                K. STOUPAKAS
 2   clearly Jim Associates was a subcontractor
 3   of A.S.K. and not Kalnitech; correct?
 4        A.   Correct, they had met, I guess
 5   they discussed the scope of the work, they
 6   agreed to, I guess, a number and, you know
 7   it, that was it.
 8        Q.   Did you ever supervise any of Jim
 9   Associates work?
10        A.   No.
11             No, at that point in time, they
12   were in the finish it, so Dave was around a
13   lot more often.
14        Q.   So your company had no involvement
15   with supervising of any of Jim Associates
16   work?
17        A.   No.
18        Q.   Now, your attorney provided a
19   certificate of insurance and date of the
20   issuance of this certificate of insurance
21   was dated July 16, 2019.  And it refers to
22   Kalnitech, your company, as the insured and
23   the certificate holder as an additional
24   insured to be A.S.K. Electrical Contracting
25   Corp.
```