```
 1
 2      SUPREME COURT OF THE STATE OF NEW YORK
        COUNTY OF KINGS
 3      ------------------------------------------X
        STALIN RODRIGO REYES ESPINOZA,
 4
                                          PLAINTIFF,
 5
                     -against-            Index No.:
 6                                        515197/19
 7      DAVS PARTNERS LLC AND KALNITECH
        CONSTRUCTION COMPANY,
 8
                                          DEFENDANTS.
 9      ------------------------------------------X
10
                              DATE: April 11, 2022
11                            TIME: 11:00 a.m.
12
13
14             EXAMINATION BEFORE TRIAL of the
15      Defendant, DAVS PARTNERS LLC, taken by the
16      respective parties, pursuant to a Court
17      Order, held at the above date and time,
18      before Aileen Koven, a Notary Public of the
19      State of New York.
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4    GORAYEB & ASSOCIATES
         Attorneys for the Plaintiff
 5       100 William Street
         New York, New York 10038
 6    BY: KENNETH KLEIN, ESQ.
 7
 8    RICHMAN & LEVINE, P.C
         Attorneys for the Defendant
 9       DAVS PARTNERS LLC
         666 Old Country Road
10       Garden City, New York 11530
      BY: KEITH RICHMAN, ESQ.
11
12
      MICHAEL SWIMMER LAW OFFICES
13       Attorneys for the Defendant
         KALNITECH CONSTRUCTION COMPANY
14       605 Third Avenue
         New York, New York 10158
15    BY: ROBERT BRIGANTIC, ESQ.
16
                 *        *        *
17
18
19
20
21
22
23
24
25
```

1                         HUDSON
2      what did he do?
3            A.      He always doing something.
4      It's his own office.  If he has to check in
5      something that he wants to be changed, he
6      will give instruction or if he decide to
7      work something like, for example, if they
8      were doing the cage, there is a cage with
9      all the security stuff in there.  He come
10     and help us, set it up.  He basically like,
11     I say it's his project and he will check
12     everybody.  There was nobody off limits of
13     what is getting done.  He is paying to get
14     it done.  We pretty much have to do it to
15     his satisfaction.
16           Q.      So he had supervisory authority
17     over the entire job site?
18           A.      He owns the place.  So, yes.
19           Q.      Did he direct the work?
20           A.      Well, he would give
21     instructions.  For example, he tells me
22     what he wants to get done and I will do my
23     part and direct the workers that are
24     working underneath me.  He tells the
25     general contractor what needs to get done.

```
 1                    HUDSON
 2   work?
 3        A.   David, he is responsible for
 4   scheduling the work.  I went there to do my
 5   part and he would schedule with AC guy,
 6   with the plumbers and like I say Gus always
 7   pretty much there every day.  So he know
 8   what needs to get done from David.
 9        Q.   So David would instruct Gus
10   what to do?
11        A.   Yes.  Instruct all of us.  It
12   could be something, for example, he tells
13   us Monday, he don't want to tell us again
14   and again.  He tell us what needs to be
15   done.  He come and observe and make sure
16   it's getting done.
17        Q.   If there had to be a change
18   order David would have to approve that?
19        A.   Well, in this case he just said
20   hey, I like that to be changed.  It's not a
21   regular process of being in the city where
22   it's kind of major to work in a change
23   order.  With him he say hey, I would like
24   for you to have an extra light in the
25   office.  Just by saying it we do it.  We
```