

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2242
Direct Fax: 718 744-9753

sbiegacz@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
Luigi Brandimarte*

Joseph Badalov
James R. Baez*
Alexander Berger*
Boris Bernstein*
Eric S. Cantor
Joanne Ciaramella
David A. Craven
Alex Diaz
Kurt A. Doiran
Zachary S. Kaplan
Ronald. B Groman
Michelle Jablonski
James Y. Kim
Joseph Katz
Elliot L. Lewis
Patricia R. Lynch
Albert R. Matuza, Jr.
Russel T. McHugh
Lamont K. Rodgers
Richard E. Schirmer
Morris J. Schlaf
David E. Silverman
Cindy S. Simms
Michael A. Simon
U. William Sung
Michael S. Warycha
Dana M. Whitfield
James A. Wolff
* Also admitted in New Jersey


Bayside Office:

42-40 Bell Boulevard
Suite 301
Bayside, NY 11361

December 8, 2023

**VIA ECF**
Judge Kiyo A. Matsumoto
United States District Court, Eastern District of
New York 225
Cadman Plaza East
Courtroom 6C
South Brooklyn, New York 11201

     **Re:**    <u>**Falls Lake National Insurance Co. v. Kalnitech Constr. Corp. et. al.**</u>
               **Docket No: 1:22-cv-01473-KAM-PK**
               **Our File #:    28464-22**

Hon. Judge Matsumoto:

This office represents defendant KALNITECH CONSTRUCTION CORP. ("Kalnitech") in the above-referenced action.

While preparing a courtesy copy of Kalnitech 's L.R. 56.1 Counterstatement of Material Facts [Doc. No. 66], it came to my attention that certain exhibits cited therein, already a part of the Court's docket as Exhibits to Plaintiff's L.R. 56.1 Statement of Material Facts at Document No. 64, were not attached to Kalnitech's Counterstatement, as required by the Part Rules, due to filing error.

I write this letter to formally request leave for Kalnitech to file the following attachments which, as previously stated, are already part of the Court's docket:

Exhibit A - Espinoza Complaint in First Action

Exhibit B - Davs' Answer in First Action

Exhibit C - Kalnitech's Answer in First Action

Exhibit G - Policy issued by Falls Lake to Kalnitech



31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Exhibit M - Kalnitech Master Subcontract

Exhibit O - Espinoza's Response to Plaintiff's First Set of Requests

Exhibit P- Jim Associates Master Subcontract Agreement

Exhibit R - Jim Associate's document Production


Respectfully,

SACCO & FILLAS, LLP

/s/ Shira Biegacz

By: Shira J. Biegacz, Esq.