UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE　　　　　　CIV: 22-cv-1473 (KAM) (PK)
COMPANY,

          Plaintiff,   **NOTICE OF MOTION**

  -against-

KALNITECH CONSTRUCTION CORP.,
DAVS PARTNERS LLC, STALIN RODRIGO
REYES ESPINOZA and ASK ELECTRICAL
CONTRACTING CORP.,

          Defendants,
-----------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that upon the annexed Declaration of Steven Verveniotis dated February 12, 2024, with the exhibits annexed thereto, the Affidavit of David Johnson, sworn to February 8, 2024, with the exhibits annexed thereto, the plaintiff's Memorandum of Law dated February 12 , 2024, the plaintiff's 56.1 Statement of Undisputed Facts dated February 12 , 2024, and upon all prior pleadings and proceedings heretofore had herein, the undersigned will move this Honorable Judge Peggy Kuo, at the United States District Court for the Eastern District of New York, located at the Federal Building and United States Courthouse 225 Cadman Plaza E, Brooklyn, NY 11201, at a date and time chosen by the Court, for an Order, and judgment, pursuant to Rules 56(a) of the Federal Rules of Civil Procedure and Local Rules of this Court, awarding:

  A) a declaration that FALLS LAKE NATIONAL INSURANCE COMPANY ("Falls Lake") has no duty to defend or indemnify any party in this action as to the accident and claims asserted in both the underlying action captioned <u>Stalin Rodrigo Reyes Espinoza v. Davs Partners LLC and Kalnitech Construction Company</u>, filed in the Supreme Court of the State of New York, County of Kings under Index Number 515197/2019 (the "First Action") as to which Falls Lake denied coverage but is affording a defense to Kalnitech

Construction Company subject to the determination of a Court of Competent jurisdiction as to the rights and obligation of the plaintiff under the policy of insurance issued to Kalnitech; and as to the underlying lawsuit entitled <u>Stalin Rodrigo Reyes Espinoza v. Ask Electrical Contracting Corp.</u>, filed in the Supreme Court of the State of New York, County of Kings County under Index Number 514760/2022 ("The Second Action") as to which Falls Lake also denied coverage.  (Both lawsuits are collectively referred hereto as the "Espinoza Actions"); as well as

B)  Such other and further relief as the Court deems just and proper.

Dated: Mineola New York
       February 12 , 2024

                    MIRANDA SLONE SKLARIN VERVENIOTIS LLP
                        *Attorneys for Plaintiff*
                        FALLS LAKE NATIONAL
                        INSURANCE COMPANY

                              s/Steven Verveniotis
                        By:_____
                        Steven Verveniotis
                        240 Mineola Boulevard
                        Mineola, New York 11501
                        (516) 741-7676
                        Our File No. 19-208

cc:

Sacco & Fillas LLP
Attorneys for Defendant
Kalnitech Construction Corp.
31-19 Newton Ave., 7th Flr.
Astoria, NY 11102

Milber Makris Plousadis & Seiden, LLP
Attorneys for Defendants
DAVS Partners LLC and
Ask Electrical Contracting Corp.
1000 Woodbury Rd., Ste. 402
Woodbury, NY 11797

Jonathan A. Dachs
Attorneys for Defendant
Stalin Rodrigo Reyes Espinoza
61 Broadway, Ste. 2220
New York, NY 10006