

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* | THE ESPOSITO BUILDING | ANNE P. EDELMAN |
| STEVEN VERVENIOTIS | 240 MINEOLA BOULEVARD | GABRIELLA CAMPIGLIA |
| ONDINE SLONE | MINEOLA, NY 11501 | RICHARD B. EPSTEIN |
| RICHARD S. SKLARIN° | TEL  (516) 741-7676 | FRANK C. LANZO |
| MAURIZIO SAVOIARDO | FAX  (516) 741-9060 | ABRAHAM WARMBRAND |
| KELLY M. ZIC | | DEBORA J. DILLON° |
| FRANK R. MALPIGLI□ | WWW.MSSSV.COM | KEVIN DONNELLY°* |
| _____ | | JACKLYN MACIAS°◊ |
| | BRANCH OFFICES: | EDWARD DENBY |
| SENIOR COUNSEL | WESTCHESTER, NY | CHRISTINA M. PAPATHOMAS |
| LOUISE FASANO | NEW YORK, NY | ALLYSON N. BROWN |
| | CLARK, NJ | |

*ALSO ADMITTED IN NEW JERSEY
◊ALSO ADMITTED IN CALIFORNIA
□ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
SVERVENIOTIS@MSSSV.COM

WRITER'S DIRECT DIAL:
516-741-8488

September 16, 2019

David Kleeman
ASK Electrical Corp.
217-14 Hempstead Avenue
Queens Village, NY 11429

|  |  |
|---|---|
| Claim No.: | 12-829 |
| Claimant: | Stalin Rodrigo Reyes Espinoza |
| Insured: | Kalnitech Construction Corp. |
| Location of Loss: | 217-14 Hempstead Avenue, Queens, NY 11429 |
| Date of Loss: | June 28, 2019 |
| Our File No.: | 19-208 |

Dear Mr. Kleeman,

     Enclosed please find a copy of a disclaimer letter in the above-referenced matter.  It was forwarded to you at your Smithtown, NY office, by first class mail, on September 3, 2019, but was returned to us.  We are now forwarding the disclaimer letter to your Queens Village office.

Sincerely,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

Steven Verveniotis