Page 1

1

2   SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF KINGS
3   -------------------------------------------X
    STALIN RODRIGO REYES ESPINOZA,
4
                                    PLAINTIFF,
5
            -against-              Index No.:
6                                  515197/19
7   DAVS PARTNERS, LLC and KALNITECH
    CONSTRUCTION COMPANY,
8
                                    DEFENDANTS.
9   -------------------------------------------X
10
11                   DATE: May 11, 2022
12                   TIME: 12:35 P.M.
13
14        EXAMINATION BEFORE TRIAL of the
15   Defendant, KALNITECH CONSTRUCTION COMPANY,
16   By KOSTAS STOUPAKIS, taken by the Respective
17   Parties, pursuant to a Court Order, held via
18   videoconference, before Rivka Trop, a Notary
19   Public of the State of New York.
20
21
22
23
24
25

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4    GORAYEB & ASSOCIATES, P.C.
         Attorneys for the Plaintiff
 5       100 William Street
         New York, New York 10038
 6       BY: GREGORY GASTMAN, ESQ.
 7
 8    LAW OFFICES OF MICHAEL SWIMMER
         Attorneys for the Defendant
 9       KALNITECH CONSTRUCTION COMPANY
         605 3Rrd Avenue, 9th Floor
10       New York, New York 10158
         BY: ROBERT BRIGANTIC, ESQ.
11
12    RICHMAN & LEVINE
         Attorneys for the Defendant
13       DAVS PARTNERS LLC
         666 Old Country Road, Suite 101
14       Garden City, New York 11530
         BY: KEITH RICHMAN, ESQ.
15
16
                        *      *      *
17
18
19
20
21
22
23
24
25
```

Page 15

K. STOUPAKAS

1

2      Q.    Sir, were you the gentleman, were

3  you the person on behalf of Kalnitech who

4  was negotiating this agreement with whoever

5  hired you?

6      A.    Yes.

7      Q.    Thank you, sir.

8            Do you remember, who was it, who

9  was on the other side, the owner or whoever

10  was hiring you people, who were you dealing

11  with?

12      A.    David Kleeman.

13      Q.    From your point of view, do you

14  connect Mr. Kleeman, with the owner of the

15  property or was he something different than

16  that?

17      A.    No, he was the owner of the

18  property.

19      Q.    Thank you, sir.  I want to ask you

20  about a different company, have you ever

21  heard of a company called A.S.K., A.S.K.

22  Electrical Corporation?

23      A.    Yes.

24      Q.    Do you know one way or the other,

25  was this company, A.S.K. Electrical, were

K. STOUPAKAS

1
2       they involved in any way at this project,
3       for example, were they an owner, a tenant, a
4       construction company, were they involved in
5       some way?
6            A.   Well, David Kleeman is A.S.K.
7       Electric.
8            Q.   So you associate Mr. Kleeman with
9       the owner of the building and you associate
10      him with the company, A.S.K. Electrical;
11      would that be fair?
12           A.   Correct.
13           Q.   Thank you, sir.
14                Sir, the renovation job that we
15      are talking about, sir, do you know, was
16      this done for A.S.K. Electrical or was
17      A.S.K. Electrical maybe a former tenant; do
18      you know?
19           A.   Can you hold on a second.
20           Q.   Sir, with regard to that company
21      A., s.K. Electrical Corporation, sir, do you
22      know one way or the other, was this the
23      tenant that space was being built for or was
24      that the old tenant or do you know?
25           A.   The space was being built out for

Page 19

1              K. STOUPAKAS

2        Q.    Okay.  Well, was David, from your

3   point of view, was David the general

4   contractor?

5        A.    Well, it was his space, so I

6   guess.

7        Q.    I understand it is his space, I

8   got that part.

9              What I am wondering, did

10  Mr. Kleeman or any of his companies, did

11  they have a daily presence on this job site

12  like a general contractor would?

13       A.    Yes.

14       Q.    Thank you, sir.

15             I am going to ask you a few

16  questions next about who we might find on

17  this job site from day to day, I am going to

18  ask you those questions next, okay?

19       A.    Okay.

20       Q.    Thank you.

21             I realize every day on a

22  construction site can be different, I

23  realize that, I realize people get sick,

24  they have vacation days, there is bad

25  weather days, I understand all that, sir.

Page 27

```
 1                 K.  STOUPAKAS
 2  employees  on  this  job  site?
 3        A.    Aside  from  Duane,  Mr.  Kleeman.
 4        Q.    And  the  electricians,  did  the
 5  Kleeman  companies  have  other  workers  on  this
 6  job  site  or  that  is  everyone,  the  Kleeman
 7  companies?
 8        A.    That's  everybody.
 9        Q.    Thank  you,  sir.
10              And  there  were  other
11  subcontractors  assisting  on  other  portions
12  of  the  work,  would  that  be  fair?
13        A.    Yes.
14        Q.    Sir,  are  the  other  subcontractors,
15  do  you  know,  sir,  were  they  hired  by
16  Mr.  Kleeman's  companies,  were  they  hired  by
17  Kalnitech,  who  hired  the  additional
18  subcontractors?
19        A.    Well,  I  had  brought  in  a  few,  a
20  few  companies  that  I  dealt  with.  And  David
21  had  brought  in  some  other  companies.
22        Q.    Thank  you,  sir,  thank  you.
23              Sir,  I  am  going  to  break  that  down
24  a  little  bit,  and  I  have  a  few  questions.
25              Sir,  let  me  move  onto  the
```

Page 28

```
 1              K.  STOUPAKAS
 2   Kalnitech  workers,  these  are  employees  of
 3   Kalnitech.
 4        A.    Okay.
 5        Q.    What  portion  or  portions  of  the
 6   work  did  Kalnitech  employees  do  on  this  job
 7   site?   For  example,  we  did  plumbing,  we  did
 8   sheetrock,  we  did  windows,  you  tell  me,  sir,
 9   what  portions  of  the  work  did  your  company
10   do?
11        A.    So  my  portion  did  a  little  bit  of
12   demo,  a  little  bit  of  concrete  work,  a
13   little  bit  of  painting,  a  little  bit  of
14   waterproofing  in  the  basement,  a  little
15   patching  on  the  roof,  if  they  had  leaks
16   while  the  stuff  was  going  on.
17        Q.    Thank  you,  sir.
18              Was  that  pretty  much  what
19   Kalnitech  was  doing  or  did  you  think  of  a
20   few  more  things?
21        A.    For  the  most  part,  you  know,  just
22   little  knickknacks,  yes,  hey,  I  need  the
23   mailbox  installed,  can  we  knock  this  out  of
24   the  way,  can  we  patch  this.
25        Q.    Thank  you,  sir.
```

Page 32

1          K. STOUPAKAS

2     reserving rights to a further

3     deposition later, but that's probably

4     very unlikely.

5          MR. BRIGANTIC:  Just so it is

6     clear.  The invoices were produced in

7     response to the preliminary conference

8     order.  That's fine but just know that

9     the invoices for what Gus is talking

10    about are the ones that were produced.

11         MR. GASTMAN:  Thank you.

12    Q.   Sir, I want to ask you next,

13 please, about who you recall that the owner,

14 in other words, Mr. Kleeman and his company,

15 what subcontractors did they hire, either by

16 name or by trade, any way you can?

17    A.   He had brought in the framers,

18 carpentry firm who did the frame out.

19 Obviously, he did his own electrical.  He

20 brought in his mechanical contractor, the

21 guy who did all the HVAC on the place and

22 plumber.  And, I think, roofer at the end.

23    Q.   Thank you, sir.  Sir, I heard

24 about some other company name, let me locate

25 it, I will ask a few questions about it.

Page 33

K. STOUPAKAS

1

2      Sir, with regard to the project we have been

3      talking about, do you know anything about

4      some company called Jim Associates

5      Corporation?

6            A.    Yes.

7            Q.    Did that company have some role on

8      this project?

9            A.    Yes.

10           Q.    Who was Jim Associate's, for

11     example, were they one of the

12     subcontractors, who are they?

13           A.    Yes, they were the subcontractor

14     that was brought in, I guess, to do the

15     finishes.

16           Q.    And forgive me if this was covered

17     already, is that like the exterior stucco

18     work or this is somebody else?

19           A.    No, this is all the interior

20     stuff.

21           Q.    This the interior finished work?

22           A.    Right.

23           Q.    Do you recall who hired Jim

24     Associates for this project, was it

25     Kalnitech, Mr. Kleeman or somebody else?

Page 34

K. STOUPAKAS

1

2      A.    Well, they were direct with Dave.

3      Q.    Mr. Kleeman hired that company?

4      A.    Correct.

5      Q.    Mr. Stoupakis, when Kalnitech did

6   have people on site during construction, did

7   Kalnitech, the company, supervise any of the

8   subcontractors?

9      A.    Say that again, did they supervise

10  any of the subcontractors?

11     Q.    I apologize, it is my job to be as

12  clear as I can.

13          Sir, Kalnitech, the company, when

14  Kalnitech was on site, was that company

15  supervising any of the subcontractors?

16     A.    No.

17     Q.    Sir, how about the subcontractors

18  that were brought in by Kalnitech, was

19  Kalnitech, the company, supervising those

20  subcontractors?

21     A.    Well, yes.

22     Q.    Sir, how about the other

23  subcontractors, when Kalnitech was on site,

24  were they supervising any of the

25  subcontractors hired by the Kleeman people

Page 36

1                     K. STOUPAKAS
2          A.    Yes.
3          Q.    And what do you remember, sir, who
4    was that person?
5          A.    George Moscosco.
6          Q.    Did Kalnitech or Jim Associates
7    ever work together somewhere else?
8          A.    We worked together at my previous
9    company.
10         Q.    Was that the same previous company
11   that you mentioned earlier that you knew
12   Mr. Kleeman from?
13         A.    Yes.
14         Q.    If you recall, what was the name
15   of this former company where you made some
16   connections?
17         A.    Masterpiece.
18         Q.    For people not familiar with
19   Masterpiece, is that plumbing, a general
20   contractor?
21         A.    It is a construction firm.
22         Q.    Do you know one way or the other,
23   did Jim Associates' employees do the
24   interior finishing work or did Jim
25   Associates subcontract that work out to

Page 41

1                    K. STOUPAKAS

2    towards the end, I guess when Jim Associates

3    started and we were ending, finishing or

4    whatnot.

5         Q.    And is it your understanding that

6    the plaintiff, Mr. Reyes Espinoza, he was

7    working for that company, Jim Associates; is

8    that your understanding?

9         A.    Correct.

10        Q.    And this is somebody Mr. Kleeman

11   brought in, right, that company, right,

12   Mr. Kleeman brought them in, not you?

13        A.    Say that again.

14        Q.    Yes, sir.

15              This company, Jim Associates, they

16   were brought in by Mr. Kleeman's companies,

17   not you; correct?

18        A.    When you say brought them in, we

19   both knew, we both know Jim Associates.

20        Q.    For this particular project, can

21   you tell me which company hired Jim

22   Associates for this project?

23        A.    I would -- Dave, so I would

24   imagine A.S.K.

25        Q.    It was not you, not Kalnitech;

```
 1                    K. STOUPAKAS
 2    did Duane give you any further information
 3    other than what we already spoke about?
 4         A.   No.
 5         Q.   Do you know, one way or the other,
 6    was there any video, surveillance, photo
 7    gear set up at the job site that may have
 8    captioned this accident when it happened?
 9         A.   I don't know.
10         Q.   Did anybody ever tell you that
11    there are pictures or videos of the accident
12    itself?  Did anybody ever tell you that?
13    Other than your lawyers, don't tell me that.
14         A.   No.
15              (Whereupon, a short recess was
16         taken.)
17         Q.   Sir, with regard to the project we
18    have been talking about, do you know any
19    company called Marfi Contracting, M-A-R-F-I?
20         A.   Yes.
21         Q.   What part of the job did they do?
22         A.   They did the spray foam
23    insulation.
24         Q.   Was Marty one of the
25    subcontractors hired by Kalnitech or not
```

Page 55

1              K.  STOUPAKAS

2  daughters, Elana, Vanessa and Shayna.

3       Q.    Did anyone ever tell you that or

4  are you just assuming?

5       A.    No, I am just assuming.

6       Q.    Shayna was who related to David

7  Kleeman?

8       A.    Shayna was his daughter.

9       Q.    Who was Vanessa?

10      A.    Vanessa was his wife.

11      Q.    When Mr. Gastman asked you who

12 hired you, Mr. Gastman asked you a question

13 who hired your company Kalnitech to perform

14 services?

15      A.    David, David did.

16      Q.    Now, when you say David, now, the

17 hiring of your services, Kalnitech services

18 was done verbally as opposed to a written

19 agreement; correct?

20      A.    Yes.

21      Q.    And when you say David hired you,

22 can you be more particular about which

23 entity or maybe both entities or somebody

24 else hired Kalnitech to perform services on

25 the project?

Page 56

1              K. STOUPAKAS

2         MR. BRIGANTIC:  Objection to the

3    form of the question.  But you could

4    answer.

5    A.    A.S.K. Electric.

6    Q.    A.S.K. Electric?

7    A.    Right.

8    Q.    Did Davs ever hire Kalnitech to

9    your knowledge?

10   A.    No.

11   Q.    And originally, there was a

12   question asked about various subcontractors

13   that, quote-unquote, you brought in and

14   various subcontractors that David brought

15   in; do you recall that line of questioning?

16   A.    Yes.

17   Q.    And I believe you testified that

18   both you and David knew Jim Associates;

19   correct?

20   A.    Yes.

21   Q.    And that was in connection with

22   your prior company, right?

23   A.    Yes.

24   Q.    And did you have a conversation

25   with David about bringing tin Jim Associates

Page 57

1                    K. STOUPAKAS

2    to do work on the project?

3         A.    He probably asked me do I have

4    anybody I could recommend.  And I had told

5    him you could go with Moscosca because he

6    knew his work.  We had all worked together

7    on a previous project many years ago.

8         Q.    And it is your understanding that

9    David or A.S.K. hired Jim Associates, not

10   Kalnitech; correct?

11        A.    Correct.

12        Q.    Did you ever have a conversation

13   with David Kleeman along the lines that Jim

14   was going to be a subcontractor of

15   Kalnitech, but that not withstanding, they

16   were going to be a subcontractor of

17   Kalnitech, A.S.K. was going to pay Jim

18   directly?

19             MR. BRIGANTIC:  Object to the form

20        of the question, but you could answer.

21        A.    No, never.

22        Q.    Did you have a conversation,

23   something along those lines?

24        A.    No.

25        Q.    So it was your understanding that

Page 58

1                    K. STOUPAKAS
2    clearly Jim Associates was a subcontractor
3    of A.S.K. and not Kalnitech; correct?
4         A.    Correct, they had met, I guess
5    they discussed the scope of the work, they
6    agreed to, I guess, a number and, you know
7    it, that was it.
8         Q.    Did you ever supervise any of Jim
9    Associates work?
10        A.    No.
11              No, at that point in time, they
12   were in the finish it, so Dave was around a
13   lot more often.
14        Q.    So your company had no involvement
15   with supervising of any of Jim Associates
16   work?
17        A.    No.
18        Q.    Now, your attorney provided a
19   certificate of insurance and date of the
20   issuance of this certificate of insurance
21   was dated July 16, 2019.  And it refers to
22   Kalnitech, your company, as the insured and
23   the certificate holder as an additional
24   insured to be A.S.K. Electrical Contracting
25   Corp.

Page 59

```
 1                K. STOUPAKAS
 2           Do you recall having your company
 3   buy insurance from Falls Lake Insurance
 4   company in connection with in project.
 5           MR. BRIGANTIC:  What was that
 6        question?
 7        Q.   Do you recall Kalnitech purchasing
 8   insurance from Falls Lake Insurance in
 9   connection with this project?
10        A.   Falls Lake Insurance was my
11   insurance carrier.
12        Q.   Did they issue insurance to
13   Kalnitech with regard to this project?
14        A.   Yes.
15        Q.   And was A.S.K. Electric named as
16   an additional insured on the Falls Lake
17   Insurance, as far as you know?
18        A.   Yes, I believe so.
19        Q.   And that was effective January
20   2nd, 2019; correct?
21        A.   No.
22        Q.   January 3, 2019?
23        A.   No, January 3rd is when, I
24   believe, my insurance policy began.  We were
25   requested to provide the ACORD sometime in
```

Page 60

```
 1                    K. STOUPAKAS
 2   2019.
 3        Q.    Who requested the ACORD
 4   certificate?
 5        A.    I don't remember if it was an
 6   e-mail from Dave or Kavita from his office.
 7        Q.    What is your understanding of who
 8   Kavita is?
 9        A.    Kavita is, I would say, like,
10   office manager who handles the books over
11   there.
12        Q.    So this ACORD certificate that
13   your lawyer produced today is dated
14   July 16th, 2019 naming as additional
15   insured, A. S.K. Electric, is that the first
16   time, to your understanding, that that
17   request was made by David Kleeman?
18        A.    Yes.
19        Q.    July 16th, 2019?
20        A.    Yes.
21        Q.    And were you working on the
22   project on July 16th, 2019?
23        A.    July, no, like I said, the bulk of
24   my work was already done.  If I was there,
25   maybe just for like some punch list items
```