```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------X
STALIN RODRIGO REYES ESPINOZA,

                                    PLAINTIFF,

          -against-              Index No.:
                                 515197/19
DAVS PARTNERS LLC AND KALNITECH
CONSTRUCTION COMPANY,

                                 DEFENDANTS.
------------------------------------X

                    DATE: April 11, 2022
                    TIME: 11:00 a.m.



          EXAMINATION BEFORE TRIAL of the
Defendant, DAVS PARTNERS LLC, taken by the
respective parties, pursuant to a Court
Order, held at the above date and time,
before Aileen Koven, a Notary Public of the
State of New York.
```

```
 1
 2    A P P E A R A N C E S:
 3
 4    GORAYEB & ASSOCIATES
         Attorneys for the Plaintiff
 5       100 William Street
         New York, New York 10038
 6       BY: KENNETH KLEIN, ESQ.
 7
 8    RICHMAN & LEVINE, P.C
         Attorneys for the Defendant
 9       DAVS PARTNERS LLC
         666 Old Country Road
10       Garden City, New York 11530
         BY: KEITH RICHMAN, ESQ.
11
12
      MICHAEL SWIMMER LAW OFFICES
13       Attorneys for the Defendant
         KALNITECH CONSTRUCTION COMPANY
14       605 Third Avenue
         New York, New York 10158
15       BY: ROBERT BRIGANTIC, ESQ.
16
                  *        *        *
17
18
19
20
21
22
23
24
25
```

Page 15

1       HUDSON
2       A.      Up until the incident the
3    project go on for about six months.
4       Q.      Has the project been completed?
5       A.      Yes.
6       Q.      As of when?
7       A.      Exact date, I do not know.  But
8    from the accident I think it was maybe like
9    another three months.  Everything was
10   finished and they moved in.
11      Q.      Are you familiar with the term
12   general contractor?
13      A.      Yes.
14      Q.      What is your understanding of
15   that term?
16      A.      So a general contractor is
17   hired to do a project.  So in other words,
18   the general contractor on that job was Gus.
19   He was doing the build out and then we were
20   doing the electric which I work for A.S.K.
21   Electric.  So I was doing the build out.  I
22   do not take orders from Gus.  I take it
23   from David.
24           MR. BRIGANTIC:  Move to strike
25      that.  Go ahead.

```
                                              Page 20
 1                    HUDSON
 2   came in to finish up the project.
 3        Q.    Is Jorge affiliated with Jim
 4   Associates or is he with another company?
 5        A.    That I do not know.
 6        Q.    You don't known if Jorge
 7   Moscoso is employed by Jim Associates; is
 8   that correct?
 9        A.    No.
10        Q.    You see where it says customer
11   Gus?
12        A.    Yes.
13        Q.    You don't know who Gus works
14   for; correct?
15        A.    I don't know who Gus works for.
16   I know Gus.  Gus was the general contractor
17   doing the project.
18              MR. BRIGANTIC:  Move to strike
19         that as nonresponsive.
20        Q.    Do you know if there was any
21   contract between Gus and Jim Associates
22   other than this proposal?
23        A.    No.
24        Q.    Did you ever see any other
25   proposals between Jim Associates and Gus?
```