

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2220
Direct Fax: 718 425-9843

cpdelcioppio@saccofillas.com

Tonino Sacco*
Elias N. Fillas
_____
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
_____
Malik E. Anderson*
Jack D. Angelou
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Shira J. Biegacz
Richard M. Borrelli
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Alex Diaz
Christopher DelCioppio*
Kurt A. Doiron
Ronald B. Groman
Zachary S. Kaplan
James Y. Kim*
Elliot L. Lewis
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Russell T. McHugh
Daniel Pojero
Philip R Reid*
Dominick Rendina
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
U. William Sung
Clifford R. Tucker*
Michael S. Warycha
Anthony J. Zullo

*Also admitted in New Jersey

Bayside Office:

42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

New Jersey Office:

2160 North Central Road
Suite 100-3
Fort Lee, NJ 07024

**VIA ECF**

March 13, 2024

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

Re:     **Falls Lake v. Kalintech Construction Corp. et al.**
        Docket No. 1:22-cv-01473-KAM-PK
        Our File No. 28464-22

Your Honor:

This office represents Defendant Kalintech Construction Corp. in the above-referenced action.

As Your Honor is aware, there is currently pending a motion for summary judgment which was filed by Plaintiff. Pursuant to a conference held with Your Honor on January 11, 2024, all Defendants were required to serve opposition to the motion by March 15, 2024. Plaintiff was required to serve reply to the opposition by March 29, 2024.

We are writing to respectfully request that Defendants' time to serve opposition be extended to **March 22, 2024**, and Plaintiff's time to serve reply be extended to **April 19, 2024**. This request is being made because of scheduling conflicts by counsel for the parties.

No previous requests for adjournment or extension of time have been made. Prior to filing this letter, this office conferred with all parties and obtained their consent to the dates written above. In fact, these dates were chosen following extensive correspondence amongst counsel determining the best dates for all parties. This extension will not affect any other dates in this action.

Respectfully,
Sacco & Fillas, LLP

Christopher P. DelCioppio, Esq.
**CC:  All parties via ECF**