

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* <br> STEVEN VERVENIOTIS <br> ONDINE SLONE <br> RICHARD S. SKLARIN° <br> MAURIZIO SAVOIARDO <br> KELLY M. ZIC <br> FRANK R. MALPIGLI▫ <br> ——— <br> **SENIOR COUNSEL** <br> LOUISE FASANO <br><br> **WRITER'S E-MAIL:** <br> SVERVENIOTIS@MSSSV.COM <br><br> **WRITER'S DIRECT DIAL:** <br> 516-741-8488 | THE ESPOSITO BUILDING <br> 240 MINEOLA BOULEVARD <br> MINEOLA, NY 11501 <br> TEL   (516) 741-7676 <br> FAX   (516) 741-9060 <br><br> WWW.MSSSV.COM <br><br> **BRANCH OFFICES:** <br> WESTCHESTER, NY <br> NEW YORK, NY <br> CLARK, NJ | ANNE P. EDELMAN <br> GABRIELLA CAMPIGLIA <br> RICHARD B. EPSTEIN <br> FRANK C. LANZO <br> ABRAHAM WARMBRAND <br> DEBORA J. DILLON° <br> KEVIN DONNELLY°* <br> JACKLYN MACIAS°◊ <br> EDWARD DENBY <br> CHRISTINA M. PAPATHOMAS <br> ALLYSON N. BROWN <br><br> *ALSO ADMITTED IN NEW JERSEY <br> ◊ALSO ADMITTED IN CALIFORNIA <br> ▫ALSO ADMITTED IN FLORIDA <br> ° RESIDENT IN WESTCHESTER |

September 16, 2019

David Kleeman
ASK Electrical Corp.
217-14 Hempstead Avenue
Queens Village, NY 11429

        Claim No.:        12-829
        Claimant:        Stalin Rodrigo Reyes Espinoza
        Insured:         Kalnitech Construction Corp.
        Location of Loss:  217-14 Hempstead Avenue, Queens, NY 11429
        Date of Loss:    June 28, 2019
        Our File No.:    19-208

Dear Mr. Kleeman,

      Enclosed please find a copy of a disclaimer letter in the above-referenced matter. It was forwarded to you at your Smithtown, NY office, by first class mail, on September 3, 2019, but was returned to us. We are now forwarding the disclaimer letter to your Queens Village office.

                                      Sincerely,
                                      **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                                      Steven Verveniotis