SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------------------X

Index No.: 515197/2019

STALIN RODRIGO REYES ESPINOZA,

                                            Plaintiff,

                - against -

                                                                **SUBPOENA AD**
                                                                **TESTIFICANDUM**

DAVS PARTNERS LLC and KALNITECH CONSTRUCTION
COMPANY,

                                            Defendants.

-------------------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

TO:     Custodian of Records
        **JIM ASSOCIATES**
        2157 42nd Street
        Long Island City, NY 11105

        **WE COMMAND YOU**, that all business and excuses being laid aside, to appear and attend
before U.S. LEGAL SUPPORT, at **89-00 Sutphin Boulevard, Suite 307, Jamaica, New York 11435**
on the 27th day of December, 2019, at 10:00 o'clock, in the forenoon, and at any recessed or adjourned date
to testify under oath on behalf of JIM ASSOCIATES, and that you bring with you, and produce at the time
and place aforesaid the following documents and things now in your custody:

        1.      All documents which relate to construction and/or renovation work performed by JIM
                ASSOCIATES at 217-14 Hempstead Avenue, Queens Village, New York 11429
                beginning in or about March 2019.

        2.      The complete job file concerning your work on the aforementioned job, including any
                contract or invoices concerning same.

        3.      All documents which relate to plaintiff Stalin Rodrigo Reyes Espinoza's alleged accident
                at that location on or about June 28, 2019, including, but not limited to, any accident
                reports and OSHA investigation materials.

        Failure to comply with this subpoena is punishable as a contempt of Court and shall make you
liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all
damages sustained by reason of your failure to comply.

WITNESS, Honorable Lawrence Knipel, J.S.C., one of the Justices of said Court, at 360 Adams Street, Brooklyn, New York 11201, the 25th day of November, 2019.

LAW OFFICES OF MICHAEL SWIMMER

By: _____

Robert M. Brigantic, Esq.
*Attorneys for Defendant*
*Kalnitech Construction Corp. i/p/a Kalnitech*
*Construction Company*
605 3rd Avenue, 9th Floor
New York, NY 10158
(646) 218-2803

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
STALIN RODRIGO REYES ESPINOZA,

                    Plaintiff,                  Index No.:  515197/2019

       -against-

DAVS PARTNERS LLC and KALNITECH
CONSTRUCTION COMPANY,

                  Defendants.
-------------------------------------------------------------------X

## SUBPOENA AD TESTIFICANDUM

### The Law Offices of Michael Swimmer
Robert M. Brigantic, Esq.
605 3rd Avenue, 9th Floor
New York, NY  10158

●

Phone: (646) 218-2803
*Attorneys for Defendant*
*Kalnitech Construction Corp. i/p/a*
*Kalnitech Construction Company*

TO:    Christopher J. Gorayeb, Esq.
        **GORAYEB & ASSOCIATES, P.C.**
        100 William Street, Suite 1900
        New York, New York 10038
        (212) 267-9222
        *Attorneys for Plaintiff Stalin Rodrigo Reyes Espinoza*

        Keith H. Richman, Esq.
        **BRICHMAN & LEVINE, P.C.**
        666 Old Country Road, Suite 101
        Garden City, NY 11530
        (516) 228-9444
        *Attorneys for Defendant DAVS Partners, LLC*

## Robert Brigantic

| | |
|---|---|
| **From:** | JORGE IVAN MOSCOSO [jimassociatescorp@gmail.com] |
| **Sent:** | Tuesday, December 24, 2019 1:50 PM |
| **To:** | Robert Brigantic |
| **Subject:** | stalin reyes |
| **Attachments:** | 1st proposal .pdf; 1st report.pdf; Employers statement of wage earnings.pdf; final invoice - certificate of insurance.pdf; stucco invoice .pdf; workers compensation report.pdf |

Robert here is the paperwork you needed please revise and contact me if everything is okay

--

Regards,

Jorge Moscoso - President



JIM ASSOCIATES CORP.
21-57 42TH STREET
ASTORIA, NY 11105
Tel:646-296-7757
jimassociatescorp@gmail.com

1

JIM 000001

12/9/2019                                                        Gmail - (no subject)

 Gmail                              **JORGE IVAN MOSCOSO <jimassociatescorp@gmail.com>**

## (no subject)
2 messages

**JORGE IVAN MOSCOSO <jimassociatescorp@gmail.com>**                    Tue, Jul 16, 2019 at 4:20 PM
To: David Kleeman <Dkleeman@askelectric.com>

   David this sheet is per all extras

   --
   Regards,

   Jorge Moscoso - President



   JIM ASSOCIATES
   C O R P .

   JIM ASSOCIATES CORP.
   21-57 42TH STREET
   ASTORIA, NY 11105
   Tel:646-296-7757
   jimassociatescorp@gmail.com

 **Ask officee extras.pdf**
   692K

**JORGE IVAN MOSCOSO <jimassociatescorp@gmail.com>**                    Thu, Jul 18, 2019 at 6:48 PM
To: David Kleeman <Dkleeman@askelectric.com>

   David.
   Here is the breakdown as requested. Everything is labor and material together
   [Quoted text hidden]

   📄 **Ask officee extras - Pricing.pdf**
   693K

JIM 000002



**JIM ASSOCIATES CORP.**
21-57 42TH STREET BSMNT
ASTORIA,NY 11105
jimassociatescorp@gmail.com

# PROPOSAL

| | |
|---|---|
| DATE: | **July 18, 2019** |
| PREPARED BY: | Moscoso Jorge |
| CONTRACT / P.O. # | |

| | |
|---|---|
| **CUSTOMER:** | ASK Electrical Corp |
| **PROJECT NAME:** | New Office |
| **ADDRESS:** | 217-14 Hempstead av |
| | Queens Village,NY 11429 |
| **CONTACT:** | David Kleeman |

*Jim Associates Corp. proposes to provide all necessary labor, materials, tools, and equipment to complete :the renovation at above referenced project as per site survey and/or specifications for the following prices*

| Description | | Amount |
|---|---|---|
| **Scope-** | | |
| Build closet  above stairs to basement with doors | $ | 1,450.00 |
| Build closet for electrical box by main entrance w/door | $ | 2,000.00 |
| Patch  AC openings | $ | 1,000.00 |
| Remove drywall,install plywood blocking in conference room back wall. Patch and seal | $ | 750.00 |
| Furnish and install #6 Access doors throughout | $ | 1,300.00 |
| Furnish and install #3 alluminium saddle. | $ | 420.00 |
| Fill in gate frame for alliminium installation | $ | 150.00 |
| Dig out and remove dirt from underneath basement stairs | $ | 900.00 |
| Install 150 sf floor tile in basement room | $ | 1,600.00 |
| Build bench in basement | $ | 1,500.00 |
| 152 sf of subway tile installation (Additional per 1st proposal) | | $760 |
| Install 18 sf kitchen backsplash | $ | 90.00 |
| Install kitchen cabinets ONLY | $ | 1,200.00 |
| Remove wonderboard in presidential bathroom shim and reinstall tape (For shower led) | $ | 300.00 |
| Install 132SF wood floor in conference room (Installation ONLY) | $ | 2,985.00 |
| Install 265SF wood floor in presidential room (Installation ONLY) | | |
| Patch ceilings after plumbing and electric trades finish | $ | 300.00 |
| Open 2 small bathrooms install plywood blocking patch, and spakle | $ | 300.00 |
| Path basement ceiling corners from wall to ceiling | $ | 300.00 |
| box with pine around basement door to cover cables | $ | 300.00 |
| Prehung,cut as required  and install wood doors after finish floor | $ | 600.00 |
| Install 560 LF ofbase molding (Installation only) | $ | 1,500.00 |
| Complete protection for finish flooring | $ | 1,900.00 |
| Square 2 doors openings . install new corner beats and spakle | $ | 300.00 |
| Patch and seal roof with flashing cement | $ | 50.00 |
| Deliver material to site | $ | 300.00 |
| | | |
| **SUBTOTAL** | $ | 22,255.00 |
| **OVERHEAD 15%** | $ | 3,338.00 |
| | | |
| | $ | **25,593.00** |

**We hereby accept the conditions of this proposal: You are authorized to commence work.**

 *NYSIF*.  **New York State Insurance Fund**

[7000-############][373][15177-01][NEW-CLM--NCSLTR][01-00145]

JIM ASSOCIATES CORP.
21-57 42 STREET
ASTORIA NY 11105

07/18/2019

NYSIF Case Number: 72134075-373
Claimant: STALIN REYESESPINOZA

Policy Number: 2425098 - 7
Entity Number: 11
Date of Accident: 06/28/2019

Dear Employer:

Please note the information next to the box(es) checked below.

[x]  Your First Report of Injury concerning the above captioned employee has been received. Please use the claim number listed above on all future correspondence regarding this matter.

[ ]  It has come to our attention that the above named employee may have incurred a work related injury/illness. To date, we have no record of receiving your completed First Report of Injury. Please be advised that an employer must file a First Report of Injury with NYSIF within ten (10) days of the employer's knowledge of a work-related injury/illness, provided that the injury/illness has caused or will cause the employee lost time from regular duties of one (1) day beyond the workday or shift during which the accident occurred; or has required or will require medical treatment beyond ordinary first aid or more than two (2) treatments by a person rendering first aid.

You may report all work related injuries/illnesses via NYSIF's eFROI reporting system, which can be accessed online at www.nysif.com by clicking on "Report an Injury", then "Report an Injury to NYSIF".

Please submit your report as soon as possible to facilitate the processing of the claim. If the claim is questionable or doubtful, please so indicate.

The employer must also provide an injured employee with a "Claimant Information Packet" at the time of injury or illness. This packet is available at www.nysif.com.

If we do not hear from you, it will be necessary for us to proceed in accordance with the Workers' Compensation Law and its rules and regulations, based on available information.

[ ]  NYSIF has received a medical bill for services rendered to the above named employee for an alleged injury or illness on the above accident date, while in the employ of your company. Unless NYSIF is notified to the contrary within ten (10) days, it will be presumed that the services billed were rendered as a result of an injury/illness that is confirmed by you as arising out of and in the course of employment, and the provider's bill will be processed for payment.

Respectfully Yours,
Nica Bradshaw
Case Manager

Phone: (212) 587-7397
Fax:    (212)587-5438

0000000000000072412791

**NYSIF** New York State Insurance Fund
199 CHURCH ST, NEW YORK, NY 10007-1100

(212) 587-7397

[7000-###########][373]

JIM ASSOCIATES CORP.
21-57 42 STREET
ASTORIA NY  11105

| Claimant: | REYESESPINOZA STALIN | NYSIF Claim No.: | 72134075-373 |
|---|---|---|---|
| Employer: | JIM ASSOCIATES CORP. | WCB Claim No.: | G2580210 |
| | 21-57 42 STREET | Date of Accident: | 06/28/2019 |

## EMPLOYER'S REQUEST FOR REIMBURSEMENT

--------------------------------------------
### SEE INSTRUCTIONS ON BACK
--------------------------------------------

To the Workers' Compensation Board:

The undersigned employer hereby requests FULL REIMBURSEMENT, in accordance with the Workers' Compensation Law, for wages advanced during a period of absence due to disability.

The total amount advanced was _____ dollars and

_____ cents ( $_____ )

for the period from _____ through _____ .

DATE: _____

EMPLOYER'S REPRESENTATIVE:

Print Name _____

and Title _____

EMPLOYER'S SIGNATURE: _____

**Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each violation.**

NOTE TO EMPLOYER:

Under current interpretations of Section 25 of the Workers' Compensation Law, in cases involving temporary disability, an employer may not recover more than the compensation benefit rate for the period during which compensation or wages were advanced, nor may there be any reimbursement for the first week if the disability does not exceed two (2) weeks.

CM:   Nica Bradshaw

||||||| 0000000000072381516 |||||

Form C-107 Version 2 (12/14/2015) [WC Loss ID-72134075]

www.wcb.ny.gov

JIM 000005

 **NYSIF.** **New York State Insurance Fund**

199 CHURCH ST, NEW YORK, NY 10007-1100

*(212) 587-7397*

[7000-###########][373]

JIM ASSOCIATES CORP.
21-57 42 STREET
ASTORIA NY  11105

Date:  07/17/2019

Claimant:    REYESESPINOZA STALIN

NYSIF Claim No.:  72134075-373
WCB Claim No.:  G2580210
Date of Accident:  06/28/2019

Dear Sir/Madam:

Kindly complete the enclosed forms C-11/C-240/C-107 in order to expedite processing of the captioned claim before the Workers' Compensation Board.

When you complete the C-240, if the injured employee worked for your firm for a minimum of 52 weeks prior to the injury, complete page 2 payroll table labeled "INJURED WORKER PAYROLL" with gross weekly earnings and number of days worked for the 52 weeks immediately preceding the injury date.

If the injured employee worked for your firm fewer than 52 weeks prior to the injury, complete the payroll table under the similar worker's First Name, Last Name and Title with payroll of an "EMPLOYEE of the SAME CLASS PAYROLL."

The first payroll table should detail gross weekly earnings of the injured employee during the term of his/her employment. The second payroll table should detail gross weekly earnings for an employee of the same class who has worked in the same or similar employment for 52 weeks prior to the date of the injured employee's accident.

**All completed forms should be returned to the New York State Insurance Fund in the enclosed postage paid envelope.**

Your immediate attention to this matter will be greatly appreciated.

Very truly yours,

Nica Bradshaw
Case Manager
Phone: (212) 587-7397

*Specialists in Workers' Compensation and Disability Benefits Insurance*


0000000000072381516

Form C-31 Version 1 (11.26.2013) [WC Loss ID-72134075]

JIM 000006

## Instructions for Completing Employer's Statement of Wage Earnings (Form C-240)

### CLAIM INFORMATION

**Date of Injury/Illness**: Enter the date the injured worker was injured or noticed they were ill. Enter the date in month/day/year format. Include the four digit year.
**WCB Case #**: The Workers' Compensation Board Case number.
**Insurer Case #**: The Claim Administrator Claim (Carrier Case) number.

### INJURED WORKER INFORMATION

**Last Name, First Name, MI**: Enter the injured worker's full legal name.
**Mailing Address**: Enter the injured worker's full address, including PO Box, if applicable, city or town, state, zip code.
**Social Security #**: Enter the injured worker's Social Security Number.

### INSURER INFORMATION

**Insurer Name**: Enter the name of the Workers' Compensation Insurer or Self-Insured Group name.
**Mailing Address**: Enter the insurer or claims administrator address, including PO Box, if applicable, city or town, state, zip code.
**Phone #**: Enter the insurer phone number, including area code and extension, if applicable.
**Fax #**: Enter the insurer fax number, including area code, if applicable.
**Email Address**: Enter the insurer or claims administrator email address.

### EMPLOYER INFORMATION

**Employer Name**: Enter the name of the injured worker's employer.
**Mailing Address**: Enter the employer's full address, including PO Box, if applicable, city or town, state, zip code.
**Phone #**: Enter the employer phone number, including area code and extension, if applicable.
**Federal Tax ID #**: Enter the employer Federal Tax ID number.

1. **Payroll Information** - Indicate if payroll information is attached to this form or if the information is entered on page 2.

2. **Other Earnings**: If the injured worker received board, rent, housing, tips and/or other gratuities, provide the weekly value and describe the additional earnings. Note: Other earnings does not include accrued time such as vacation.

3. **Wage Information**: Enter the basis for injured worker's pay rate (hourly, daily, weekly, monthly or annually).

4. **Days Worked Per Week:** Check the number of days per week the injured worker's work schedule is based on. If it is other than a 5, 6 or 7 day week, explain.

5. **Total Days Paid**: Enter the total number of days for which the injured worker was paid in the 52 weeks immediately prior to the date of injury/ illness, including paid time off. If days paid (compensated) is zero, provide an explanation in question 7. Do not include accrued time such as vacation time.

6. **Total Gross Amount Paid Including Overtime:** Enter the injured worker's total gross pay (prior to taxes) for the 52 weeks immediately prior to the date of injury/illness, including overtime. Do not use the injured worker's take-home pay. "Wages" means the money rate at which the service rendered by the injured worker is compensated under the contract of hire in force at the time of the injury.

7. **Wage Adjustments**: If any wage adjustments (e.g., if the injured worker was demoted) were made during the 52 weeks prior to the injury/ illness, explain. Advise if the injured worker was in military service during the 52 week period, and give date of discharge.

8. **Laid Off**: Indicate if the injured worker was laid off during the 52 week period immediately prior to the date of injury/illness, and provide the dates of layoff.

### PREPARED BY

**Last Name, First Name, MI**: Enter the preparer's full legal name.
**Employer Name**: Enter the name of the preparer's employer
**Official Title**: Enter the preparer's official title.
**Phone #**: Enter the preparer's phone number, including area code and extension, if applicable.
**Email Address**: Enter the preparer's email address.
**Date of this Report**: Enter the date this report was prepared.

## INSTRUCTIONS FOR COMPLETING INJURED WORKER PAYROLL AND EMPLOYEE OF SAME CLASS PAYROLL

### Injured Worker Payroll

**Week Ending Date**: Enter the week ending dates for each of the 52 weeks immediately prior to the date of injury/illness
**Days Compensated (including paid time off)**: In the "Days Paid" column, give the number of days worked in the employment for which the worker was paid, including paid time off. If days paid (compensated) is zero, provide an explanation in question 7 on page 1. Do not include accrued time such as vacation time.
**Gross Amount Paid including Overtime**: Enter the injured worker's average weekly gross pay (prior to taxes), including overtime. Do not use the injured worker's take-home pay. "Wages" means the money rate at which the service rendered by the injured worker is compensated under the contract of hire in force at the time of the injury.

**Employee of the Same Class Payroll**: Give the gross weekly wages for an employee of the same class if the injured worker worked less than a substantial part of the year (234 days for a 5-day worker, or 270 days for a 6-day worker). In addition, provide name of employee in the same class and their job title. NOTE: "Number of days worked" is a guideline, and the Board may find that an injured worker has worked a substantial part of the year even if the injured worker did not work 234 days (5-day worker) or 270 days (6-day worker).

*If attaching payroll information, do not submit page 2. All attachments should include the Injured Worker's full name, WCB Case # and Date of Injury/Illness.*

### Submit by mail or electronically directly to:

New York State Workers' Compensation Board
PO Box 5205
Binghamton, NY 13902-5205
**C-240 (6-17) - INSTRUCTIONS (DO NOT SCAN)**

Fax #: (877) 533-0337
WCB Address for Email Filing: wcbclaimsfiling@wcb.ny.gov
WCB Web Upload Link: https://wcbdoc.xrxfs.com/login.aspx
THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE
WITH DISABILITIES WITHOUT DISCRIMINATION

*www.wcb.ny.gov*

JIM 000007



**NYSIF**

**New York State Insurance Fund**

P.O. Box 66699; Albany, NY 12206

212.587.7397 | **nysif.com**

[7000-############][373]

JIM ASSOCIATES CORP.
21-57 42 STREET
ASTORIA NY  11105

Date:  09/04/2019

Claimant:   REYES-ESPINOZA STALIN

NYSIF Claim No.: 72134075-373

WCB Claim No.:   G2580210
Date of Accident: 06/28/2019

Dear Sir/Madam:

Kindly complete the enclosed forms C-11/C-107/C-240 in order to expedite processing of the captioned claim before the Workers' Compensation Board.

When you complete the C-240, if the injured employee worked for your firm for a minimum of 52 weeks prior to the injury, complete page 2 payroll table labeled "INJURED WORKER PAYROLL" with gross weekly earnings and number of days worked for the 52 weeks immediately preceding the injury date.

If the injured employee worked for your firm fewer than 52 weeks prior to the injury, complete the payroll table under the similar worker's First Name, Last Name and Title with payroll of an "EMPLOYEE of the SAME CLASS PAYROLL."

The first payroll table should detail gross weekly earnings of the injured employee during the term of his/her employment. The second payroll table should detail gross weekly earnings for an employee of the same class who   has worked in the same or similar employment for 52 weeks prior to the date of the injured employee's accident.

**All completed forms should be returned to the New York State Insurance Fund in the enclosed postage paid envelope.**

Your immediate attention to this matter will be greatly appreciated.

Sincerely,

Nica Bradshaw
Case Manager



0000000000073936923

Form C-31 Version 2 (08/21/2019) [WC Loss ID-72134075]

JIM 000008

JIM 000009

## INSTRUCTIONS

1. This form is used principally as evidence of a claim for reimbursement by an employer for monies advanced to a claimant on account of compensation due under the provisions of the Workers' Compensation Law.

2. Attention is drawn specifically to Section 25 of the Workers' Compensation Law, from which the following is extracted:

> "...If the employer has made advance payments of compensation, or has made pay-ments to an employee in like manner as wages during any period of disability, he shall be entitled to be reimbursed out of an unpaid installment or installments of compensation due, provided his claim for reimbursement is filed before award of compensation is made, or, if insured, by the insurance carrier at the direction of the board, unless he shall file a waiver of reimbursement with the chairman, in which event compensation will be paid to the claimant notwithstanding the advance payments..."

3. It is recommended that, while payments are being advanced, this form be completed monthly and mailed to The Workers' Compensation Board.  (See below).

A copy of this form should be sent to the New York State Insurance Fund.

### Mailing Address for The Workers' Compensation Board

**New York State Workers' Compensation Board
Centralized Mailing
PO Box 5205
Binghamton, NY 13902-5205**

*Statewide Fax Line: 877-533-0337*

THIS AGENCY EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.

C-107   (Reverse)

JIM 000010

*NYSIF®* **New York State Insurance Fund**

199 CHURCH ST, NEW YORK, NY 10007-1100                                                      *(212) 587-7397*

[7000-###########][373]

JIM ASSOCIATES CORP.
21-57 42 STREET
ASTORIA NY 11105

| | | |
|---|---|---|
| Claimant: | REYES-ESPINOZA STALIN | NYSIF Claim No.: 72134075-373 |
| Employer: | JIM ASSOCIATES CORP. | WCB Claim No.: G2580210 |
| | 21-57 42 STREET | Date of Accident: 06/28/2019 |

### EMPLOYER'S REQUEST FOR REIMBURSEMENT

------------------------------------------
#### SEE INSTRUCTIONS ON BACK
------------------------------------------

To the Workers' Compensation Board:

The undersigned employer hereby requests FULL REIMBURSEMENT, in accordance with the Workers' Compensation Law, for wages advanced during a period of absence due to disability.

The total amount advanced was _____ dollars and

_____ cents ( $_____ )

for the period from _____ through _____ .

DATE: _____          EMPLOYER'S REPRESENTATIVE:

Print Name _____

and Title _____

EMPLOYER'S SIGNATURE: _____

**Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each violation.**

NOTE TO EMPLOYER:

Under current interpretations of Section 25 of the Workers' Compensation Law, in cases involving temporary disability, an employer may not recover more than the compensation benefit rate for the period during which compensation or wages were advanced, nor may there be any reimbursement for the first week if the disability does not exceed two (2) weeks.

CM:   Nica Bradshaw                    |||||||||||||||||||||||||||||||||||||||||
                                        0000000000073936923

Form C-107 Version 2 (12/14/2015) [WC Loss ID-72134075]

JIM 000011

## INSTRUCTIONS TO THE EMPLOYERS

Reports should be sent directly to the Workers' Compensation Board:

**New York State Workers' Compensation Board**
**Centralized Mailing**
**PO Box 5205**
**Binghamton, NY 13902-5205**

*Statewide Fax Line: 877-533-0337*

THIS AGENCY EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.

C-11 (1-11) Reverse

JIM 000012

**STATE OF NEW YORK**
**WORKERS' COMPENSATION BOARD**

**EMPLOYER'S REPORT OF INJURED EMPLOYEE'S CHANGE**
**IN EMPLOYMENT STATUS RESULTING FROM INJURY**

This report is to be filed directly with the Chair, Workers' Compensation Board at the address shown on reverse side as soon as the employment status of an injured employee, as reported on Form C-2 or EC-2, or on a previous Form C-11 or EC-11, is changed. Change in employment status includes return to work, discontinuance of work, increase or decrease of regular hours of work and increase or reduction of wages. **A copy should also be sent to your insurance carrier.**

**THE STATE INSURANCE FUND,   199 CHURCH ST, NEW YORK, NY 10007-1100**

| ALL COMMUNICATIONS SHOULD REFER TO THESE NUMBERS | | 3. Carrier Code | 4. Date of Injury | 5. Claimant's Soc. Sec. No. |
|---|---|---|---|---|
| 1. W.C.B. Case Number | 2. Carrier Case Number | | | |
| G2580210 | 72134075-373 | W204002 | 06/28/2019 | 0 |

| | NAME | Address to which notice should be sent (Give Number and Street, City, State, and Zip Code) | |
|---|---|---|---|
| 6. Injured Person | REYES-ESPINOZA STALIN | 151 AVE O 3B, BROOKLYN NY 11204 | Apt.No. |
| 7. Employer | JIM ASSOCIATES CORP. | 21-57 42 STREET, ASTORIA, NY 11105 | |
| 8. Carrier | THE STATE INSURANCE FUND | 199 CHURCH ST, NEW YORK, NY 10007-1100 | |

9. Date of most recent Employer's Report filed:  (check "x" and give date filed)  ☐ C-2/EC-2 _____   ☐ C-11/EC-11 _____

10. Date of first full day employee lost from work: _____   11. Nature of Injury: _____

12. Date employee returned to work: _____

13. (a) Change of employment status resulting from above injury: _____

| Employment Status | Hours per Day | Days per Week | Earnings per Week | Occupation |
|---|---|---|---|---|
| Prior To Injury | | | | |
| Changed To | | | | |

(b) Date of this change in employment status: _____

(c) Remarks: _____

14. Loss of time resulting from above injury since first return to work:

| From  (mm/dd/yyyy) | To  (mm/dd/yyyy) | Reason |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

15. Is injured person still under physician's care? _____   If yes, give name of physician: _____

16. Has injured person died? _____   If yes, give date of death: _____

Name and address of nearest known relative: _____

Date of this report _____   Tel. No. _____   Firm Name _____

Prepared By: _____   Official Title _____

CM:   Nica Bradshaw

|| 0000000000000073936923 ||

JIM 000014

## Instructions for Completing Employer's Statement of Wage Earnings (Form C-240)

**CLAIM INFORMATION**
**Date of Injury/Illness**: Enter the date the injured worker was injured or noticed they were ill. Enter the date in month/day/year format. Include the four digit year.
**WCB Case #**: The Workers' Compensation Board Case number.
**Insurer Case #**: The Claim Administrator Claim (Carrier Case) number.

**INJURED WORKER INFORMATION**
**Last Name, First Name, MI**: Enter the injured worker's full legal name.
**Mailing Address**: Enter the injured worker's full address, including PO Box, if applicable, city or town, state, zip code.
**Social Security #**: Enter the injured worker's Social Security Number.

**INSURER INFORMATION**
**Insurer Name**: Enter the name of the Workers' Compensation Insurer or Self-Insured Group name.
**Mailing Address**: Enter the insurer or claims administrator address, including PO Box, if applicable, city or town, state, zip code.
**Phone #**: Enter the insurer phone number, including area code and extension, if applicable.
**Fax #**: Enter the insurer fax number, including area code, if applicable.
**Email Address**: Enter the insurer or claims administrator email address.

**EMPLOYER INFORMATION**
**Employer Name**: Enter the name of the injured worker's employer.
**Mailing Address**: Enter the employer's full address, including PO Box, if applicable, city or town, state, zip code.
**Phone #**: Enter the employer phone number, including area code and extension, if applicable.
**Federal Tax ID #**: Enter the employer Federal Tax ID number.

1. **Payroll Information** - Indicate if payroll information is attached to this form or if the information is entered on page 2.

2. **Other Earnings**: If the injured worker received board, rent, housing, tips and/or other gratuities, provide the weekly value and describe the additional earnings. Note: Other earnings does not include accrued time such as vacation.

3. **Wage Information**: Enter the basis for injured worker's pay rate (hourly, daily, weekly, monthly or annually).

4. **Days Worked Per Week:** Check the number of days per week the injured worker's work schedule is based on. If it is other than a 5, 6 or 7 day week, explain.

5. **Total Days Paid**: Enter the total number of days for which the injured worker was paid in the 52 weeks immediately prior to the date of injury/illness, including paid time off. If days paid (compensated) is zero, provide an explanation in question 7. Do not include accrued time such as vacation time.

6. **Total Gross Amount Paid Including Overtime:** Enter the injured worker's total gross pay (prior to taxes) for the 52 weeks immediately prior to the date of injury/illness, including overtime. Do not use the injured worker's take-home pay. "Wages" means the money rate at which the service rendered by the injured worker is compensated under the contract of hire in force at the time of the injury.

7. **Wage Adjustments**: If any wage adjustments (e.g., if the injured worker was demoted) were made during the 52 weeks prior to the injury/illness, explain. Advise if the injured worker was in military service during the 52 week period, and give date of discharge.

8. **Laid Off**: Indicate if the injured worker was laid off during the 52 week period immediately prior to the date of injury/illness, and provide the dates of layoff.

**PREPARED BY**
**Last Name, First Name, MI**: Enter the preparer's full legal name.
**Employer Name**: Enter the name of the preparer's employer.
**Official Title**: Enter the preparer's official title.
**Phone #**: Enter the preparer's phone number, including area code and extension, if applicable.
**Email Address**: Enter the preparer's email address.
**Date of this Report**: Enter the date this report was prepared.

### INSTRUCTIONS FOR COMPLETING INJURED WORKER PAYROLL AND EMPLOYEE OF SAME CLASS PAYROLL

**Injured Worker Payroll**
**Week Ending Date**: Enter the week ending dates for each of the 52 weeks immediately prior to the date of injury/illness.
**Days Compensated (including paid time off)**: In the "Days Paid" column, give the number of days worked in the employment for which the worker was paid, including paid time off. If days paid (compensated) is zero, provide an explanation in question 7 on page 1. Do not include accrued time such as vacation time.
**Gross Amount Paid including Overtime**: Enter the injured worker's average weekly gross pay (prior to taxes), including overtime. Do not use the injured worker's take-home pay. "Wages" means the money rate at which the service rendered by the injured worker is compensated under the contract of hire in force at the time of the injury.

**Employee of the Same Class Payroll**: Give the gross weekly wages for an employee of the same class if the injured worker worked less than a substantial part of the year (234 days for a 5-day worker, or 270 days for a 6-day worker). In addition, provide name of employee in the same class and their job title. NOTE: "Number of days worked" is a guideline, and the Board may find that an injured worker has worked a substantial part of the year even if the injured worker did not work 234 days (5-day worker) or 270 days (6-day worker).

*If attaching payroll information, do not submit page 2. All attachments should include the Injured Worker's full name, WCB Case # and Date of Injury/Illness.*

## Submit by mail or electronically directly to:

New York State Workers' Compensation Board
PO Box 5205
Binghamton, NY 13902-5205

Fax #: (877) 533-0337
WCB Address for Email Filing: wcbclaimsfiling@wcb.ny.gov
WCB Web Upload Link: https://wcbdoc.xrxfs.com/login.aspx

**C-240 (6-17) - INSTRUCTIONS (DO NOT SCAN)**    THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE    ***www.wcb.ny.gov***
WITH DISABILITIES WITHOUT DISCRIMINATION

JIM 000015

Injured Worker's Name: Stalin Reyes-Espinoza

Date of Injury/Illness: 06/28/2019   WCB Case #: G2580210

**INJURED WORKER PAYROLL** Enter the injured worker's gross weekly earnings for the 52 weekly periods immediately preceding the date of injury/illness. In the "**Days Paid**" column enter the number of days compensated, including paid time off.

| Week No. | Week Ending Date | Days Paid | Gross amount paid including overtime | Week No. | Week Ending Date | Days Paid | Gross amount paid including overtime | Week No. | Week Ending Date | Days Paid | Gross amount paid including overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 19 | | | | 37 | | | |
| 2 | | | | 20 | | | | 38 | | | |
| 3 | | | | 21 | | | | 39 | | | |
| 4 | | | | 22 | | | | 40 | | | |
| 5 | | | | 23 | | | | 41 | | | |
| 6 | | | | 24 | | | | 42 | | | |
| 7 | | | | 25 | | | | 43 | | | |
| 8 | | | | 26 | | | | 44 | | | |
| 9 | | | | 27 | | | | 45 | | | |
| 10 | | | | 28 | | | | 46 | | | |
| 11 | | | | 29 | | | | 47 | | | |
| 12 | | | | 30 | | | | 48 | | | |
| 13 | | | | 31 | | | | 49 | | | |
| 14 | | | | 32 | | | | 50 | | | |
| 15 | | | | 33 | | | | 51 | | | |
| 16 | | | | 34 | | | | 52 | | | |
| 17 | | | | 35 | | | | Total: | | | |
| 18 | | | | 36 | | | | | | | |

**EMPLOYEE OF THE SAME CLASS PAYROLL**. If the injured worker has not worked at the same employment for one year or a substantial part of the year, enter the gross weekly earnings for an employee of the same class. "Substantial part of the year" does not require any particular number of days worked, but as a guideline 234 days at 5 days per week and 270 days at 6 days per week.

## Employee of the Same Class

First Name: _____   Last Name: _____   MI: ___

Job Title: _____

| Week No. | Week Ending Date | Days Paid | Gross Amount Paid including Overtime | Week No. | Week Ending Date | Days Paid | Gross Amount Paid including Overtime | Week No. | Week Ending Date | Days Paid | Gross Amount Paid including Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 19 | | | | 37 | | | |
| 2 | | | | 20 | | | | 38 | | | |
| 3 | | | | 21 | | | | 39 | | | |
| 4 | | | | 22 | | | | 40 | | | |
| 5 | | | | 23 | | | | 41 | | | |
| 6 | | | | 24 | | | | 42 | | | |
| 7 | | | | 25 | | | | 43 | | | |
| 8 | | | | 26 | | | | 44 | | | |
| 9 | | | | 27 | | | | 45 | | | |
| 10 | | | | 28 | | | | 46 | | | |
| 11 | | | | 29 | | | | 47 | | | |
| 12 | | | | 30 | | | | 48 | | | |
| 13 | | | | 31 | | | | 49 | | | |
| 14 | | | | 32 | | | | 50 | | | |
| 15 | | | | 33 | | | | 51 | | | |
| 16 | | | | 34 | | | | 52 | | | |
| 17 | | | | 35 | | | | Total: | | | |
| 18 | | | | 36 | | | | | | | |




 **NEW YORK STATE Workers' Compensation Board**   **EMPLOYER'S STATEMENT OF WAGE EARNINGS (Preceding the Date of Injury/Illness)**

## Claim Information - ALL COMMUNICATION SHOULD INCLUDE THESE NUMBERS

Date of Injury/Illness: 06/28/2019   WCB Case #: G2580210   Claim Administrator Claim (Carrier Case) #: 72134075

## Injured Worker Information

Last Name: Reyes-Espinoza    First Name: Stalin    MI:

Mailing Address: 151 Ave O    Line 2:

City: BROOKLYN    State: NY    Zip Code: 11204

Job Title: WORKING ON THE FIELD    Social Security #: 0

## Insurer Information

Insurer Name: NEW YORK STATE INSURANCE FUND    Insurer ID (W#): 204002

Mailing Address: 199 CHURCH ST    Line 2:

City: NEW YORK    State: NY    Zip Code: 10007-1100

Insurer Phone #: (212)587-6568    Insurer Fax #: (212)312-0043    Email Address:

## Employer Information

Employer Name: JIM ASSOCIATES CORP.

Mailing Address: 21-57 42 STREET    Line 2:

City: ASTORIA    State: NY    Zip Code: 11105

Employer Phone #: 6462907757    Federal Tax ID #:    The Tax ID # is the (check one): ☐ SSN ☐ EIN

> To determine Average Weekly Wage (AWW), the Board needs the gross weekly earnings for the 52 weekly periods immediately preceding the date of the injury/illness. This information can be provided by 1) attaching detailed payroll information that indicates days paid and gross weekly earnings; 2) if injured worker is paid by salary and his or her weekly pay does not change from week-to-week, attach document(s) providing their salary information for the previous 52 weeks; or 3) by completing and submitting the **Injured Worker Payroll** section on page 2 of this form.
>
> If the injured worker has not worked at the same employment for one year or a substantial part of the year, also attach detailed payroll information for an employee of the same class, or complete and submit the **Employee of the Same Class Payroll** section on page 2 of this form. "Substantial part of the year" does not require any particular number of days worked but as a guideline 234 days at 5 days per week  and  270 days at 6 days per week .

1. Payroll information is: ☐ attached    ☐ completed on page 2

2. Did the injured worker's compensation include board, rent, housing, tips and/or gratuities, in addition to gross weekly earnings? ☐ Yes ☐ No

   If Yes, what was the weekly value:
   Nature of the compensation:

3. Basis for the injured worker pay rate is: ☐ hourly ☐ daily ☐ weekly ☐ monthly ☐ annually

4. The injured worker works a: ☐ 5 ☐ 6 ☐ 7 ☐ Other  day week.    If Other, Explain:

5. Total days paid in the preceding 52 weeks:    6. Total gross amount paid including overtime in the preceding 52 weeks:

7. Was there any wage adjustment made that affected the 52-week period? (If injured worker was in military service, please indicate and provide date of discharge.) ☐ Yes ☐ No

   If "Yes", explain:

8. Was the injured worker laid off during the preceding 52 weeks? ☐ Yes ☐ No

   If Yes, provide dates of layoff :

> An employer or insurer, or any employee, agent, or person acting on behalf of an employer or insurer, who KNOWINGLY MAKES A FALSE STATEMENT OR REPRESENTATION as to a material fact in the course of reporting, investigation of, or adjusting a claim for any benefit or payment under this chapter may be GUILTY OF A CRIME AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

## Prepared By - The above information is true and to the best of my knowledge and belief.

Last Name:    First Name:    MI:

Employer Name: ?

Official Title: ?    Daytime Phone #:

Email Address:    Date of this Report:

C-240 06-17 p1

00000000006723136923

JIM 000017



# A.S.K Electrical Contracting Corp

**EXHIBIT A**
**WORK ORDER FORM**
**NO.**

Date: 07/15/2019

Project: 217-14  Hempstead Av , Queens Village  NY  11429

Owner:

Dear          :

    ("Contractor") would like          ("Subcontractor") to perform certain construction services for the above identified Project in accordance with the scope of work as set forth below ("Work").  This Work Order is being issued in accordance with that certain Master Subcontract Agreement dated as          entered into between Contractor and Subcontractor ("Master Agreement").

The Work must be completed in accordance with the following Project Schedule:

**Compensation:**

The Contractor shall pay the Subcontractor, subject to the terms of this Work Order, the liquidated sum of          Dollars ($          ) inclusive of any and all Reimbursable Expenses.

**Scope of Work:**

The following Work is required to be performed pursuant to this Work Order:

**Contract Documents:**

The Contract Documents include the following:

**SUBCONTRACTOR:**

BY: Jorge Moscoso

NAME: JiM Associates Corp

TITLE: President

DATE: 07/15/19

**CONTRACTOR: ASK Electrical Contracting Corp.**

BY: _____

NAME: David Kleeman

TITLE: President

DATE: _____

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
07/15/19

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: TRUST TAX & INSURANCE BROKERAGE INC | | |
|---|---|---|---|
| TRUST TAX & INSURANCE BROKERAGE INC 24-16 Sienway Street Astoria, NY 11103 | PHONE (A/C, No, Ext): (718)956-2000 | | FAX (A/C, No): 718-956-2097 |
| | E-MAIL ADDRESS: trust_insurance@live.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED JIM ASSOCIATES CORP 2157 42ST BASEMENT ASTORIA          NY 11105 | INSURER A : KINGSTONE INSURANCE COMPANY | | |
| | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES                CERTIFICATE NUMBER:                REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| X | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 500,000.00 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000.00 |
| | | | | CP5019035 | 05/12/19 | 05/12/20 | MED EXP (Any one person) | $ 5,000.00 |
| | | | | | | | PERSONAL & ADV INJURY | $ 500,000.00 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 500,000.00 |
| | X POLICY   PRO-JECT   LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 500,000.00 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY   SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY   NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB   OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB   CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED   RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE   OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| ASK ELECTRICAL CONTRACTING CORP 26-50 BQE WEST UNIT 2 WOODSIDE,NY 11377 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

JIM 000019

12/19/2019                                RE: final work and final payment - jimassociatescorp@gmail.com - Gmail

 ☰ **M** Gmail          🔍  david

Good afternoon just checking if You had finish revising invoices and returning them back to me.

**David Kleeman**
to Kavita, me

GM Jorge,

Were all set with the revised invoices if you would like to come in this week…. After Wednesday I will no

David Kleeman
Principal / M.E.
A.S.K Electrical Corp.
217-14 Hempstead Avenue
Queens Village, NY 11429

Phone: 718-701-5758
Fax:    718-701-5912
Email: dkleeman@askelectric.com
Web: www.askelectric.com



 **JORGE IVAN MOSCOSO** <jimassociatescorp@gmail.com>
to David

Tomorrow is fine just let me know what time is best for you



**Jim Associates Corp.**

| | Original Work | Change Orders | Total Amounts | | | |
|---|---|---|---|---|---|---|
| Original Proposal - 06/12/19 | 32,256.00 | | 32,256.00 | Total Contract | | 62,891.00 |
| Extras #1 - Proposal 7/18/19 | | 25,593.00 | | | | |
| Credit Adjustment Extras #1 | | (9,948.00) | 15,645.00 | Payment - ck #1140 | 06/27/19 | (12,000.00) |
| Extras #2 - Proposal 10/29/19 | | 23,552.00 | | Payment - ck #1176 | 07/24/19 | (15,000.00) |
| Credit Adjustment Extras #2 | | (10,762.00) | 12,790.00 | Payment - ck #1222 | 08/27/19 | (20,849.00) |
| Stucco - Proposal 09/03/19 | | 2,200.00 | 2,200.00 | | | |
| | | Total Contract | 62,891.00 | | Final Amount Due | 15,042.00 |

**EXTRAS #1 - Proposal dated 07/18/19**
Scope-

| | Original Amount | Adjustments | Final Amount |
|---|---|---|---|
| Build closet above stairs to basement with doors ($ 1,450.00) | 1,450.00 | (250.00) | 1,200.00 |
| Build closet for electrical box by main entrance w/door ($ 2,000.00) | 2,000.00 | (1,000.00) | 1,000.00 |
| Patch AC openings ($ 1,000.00) | 1,000.00 | | 1,000.00 |
| Remove drywall,install plywood blocking in conference room back wall. Patch and seal ($ 750.00) | 750.00 | (250.00) | 500.00 |
| Furnish and install #6 Access doors throughout ($ 1,300.00) | 1,300.00 | (250.00) | 1,050.00 |
| Furnish and install #3 alluminium saddle. ($ 420.00) | 420.00 | | 420.00 |
| Fill in gate frame for alliminium installation ($ 150.00) | 150.00 | (150.00) | - |
| Dig out and remove dirt from underneath basement stairs ($ 900.00) | 900.00 | (300.00) | 600.00 |
| Install 150 sf floor tile in basement room ($ 1,600.00) | 1,600.00 | (200.00) | 1,400.00 |
| Build bench in basement ($ 1,500.00) | 1,500.00 | (500.00) | 1,000.00 |
| 152 sf of subway tile installation (Additional per 1st proposal) $760 | 760.00 | (260.00) | 500.00 |
| Install 18 sf kitchen backsplash ($ 90.00) | 90.00 | | 90.00 |
| Install kitchen cabinets ONLY ($ 1,200.00) | 1,200.00 | (1,200.00) | - |
| Remove wonderboard in presidential bathroom shim and reinstall tape (For shower led) ($ 300.00) | 300.00 | | 300.00 |
| Install 132SF wood floor in conference room (Installation ONLY) ($ 2,985.00) | 2,985.00 | | 2,985.00 |
| Install 265SF wood floor in presidential room (Installation ONLY) | | | |
| Patch ceilings after plumbing and electric trades finish ($ 300.00) | 300.00 | (150.00) | 150.00 |
| Open 2 small bathrooms install plywood blocking patch, and spakle ($ 300.00) | 300.00 | (150.00) | 150.00 |
| Path basement ceiling corners from wall to ceiling ($ 300.00) | 300.00 | (150.00) | 150.00 |
| box with pine around basement door to cover cables ($ 300.00) | 300.00 | (150.00) | 150.00 |
| Prehung,cut as required and install wood doors after finish floor ($ 600.00) | 600.00 | (300.00) | 300.00 |
| Install 560 LF ofbase molding (Installation only) ($ 1,500.00) | 1,500.00 | (300.00) | 1,200.00 |
| Complete protection for finish flooring ($ 1,900.00) | 1,900.00 | (500.00) | 1,300.00 |
| Square 2 doors openings . install new corner beats and spakle ($ 300.00) | 300.00 | (250.00) | 150.00 |
| Patch and seal roof with flashing cement ($ 50.00) | 50.00 | | 50.00 |
| Deliver material to site ($ 300.00) | 300.00 | (300.00) | - |
| Overhead | 3,338.00 | (3,338.00) | - |
| | 25,593.00 | (9,948.00) | 15,645.00 |

**EXTRAS #2 - Proposal dated 10/29/2019**
Scope-

| | Original Amount | Adjustments | Final Amount |
|---|---|---|---|
| Digout basement dirt and install drain. Complete and installe tiles ($ 2,100.00) | 2,100.00 | | 2,100.00 |
| Change color in office &hallways ($ 7,000.00) | 7,000.00 | (4,500.00) | 2,500.00 |
| Create saddle in conference room and complete flooring to wall / cure wood floor ($ 700.00) | 700.00 | (200.00) | 500.00 |
| Create templates / install window seales ($ 900.00) | 900.00 | | 900.00 |
| Stucco wall in bathroom ($ 300.00) | 300.00 | | 300.00 |
| Level doors after floor guys damage them ($ 600.00) | 600.00 | (600.00) | - |
| Furnish and install FRP panels in garage ($ 800.00) | 800.00 | | 800.00 |
| Create and install wood saddle from garage to office ($ 150.00) | 150.00 | | 150.00 |
| Cut & install metal kickplates ($ 150.00) | 150.00 | | 150.00 |
| Install all bathroom fixtures ($ 900.00) | 900.00 | (900.00) | - |
| Create template / install kitchen countertop with sink $500 | 500.00 | | 500.00 |
| 4 Additional boxes of subway tile for kitchen backsplash ($ 240.00) | 240.00 | (240.00) | - |
| Provide grout for bathrooms ($ 500.00) | 500.00 | (250.00) | 250.00 |
| Patch damage from hvac/electricion,it , plumbing ($ 900.00) | 900.00 | (250.00) | 750.00 |
| Demo self level to install toilet flentch ($ 150.00) | 150.00 | | 150.00 |
| Additional access door in electrical room closet ($ 150.00) | 150.00 | | 150.00 |
| Metal ladder to access closet ($ 1,200.00) | 1,200.00 | | 1,200.00 |
| Install door 2 adjustables closer ($ 200.00) | 200.00 | | 200.00 |
| Sand,stain, polyurethane on Wood roller for david office ($ 200.00) | 200.00 | | 200.00 |
| Install board in hallways ($ 200.00) | 200.00 | (100.00) | 100.00 |
| Match and paint stucco wall in conference room. ($ 600.00) | 600.00 | | 600.00 |
| patch ceiling around recessed light | | | |
| One more coat on walls ,ceiling | | | |
| Additional coat for hallway ($ 900.00) | 900.00 | (250.00) | 750.00 |
| Metal strip in garage double door closure ($ 90.00) | 90.00 | | 90.00 |
| Furnish and install weather strip in backyard door ($ 250.00) | 250.00 | | 250.00 |
| Install 2 floor cylinder lock ($ 200.00) | 200.00 | | 200.00 |
| Glass for table ($ 400.00) | 400.00 | (400.00) | - |
| Overhead | 3,072.00 | (3,072.00) | - |
| | 23,552.00 | (10,762.00) | 12,790.00 |

JIM 000021

12/9/2019                                           Gmail - Stucco wall invoice

 Gmail                          **JORGE IVAN MOSCOSO <jimassociatescorp@gmail.com>**

## Stucco wall invoice
1 message

**JORGE IVAN MOSCOSO** <jimassociatescorp@gmail.com>          Tue, Sep 3, 2019 at 3:34 PM
To: David Kleeman <Dkleeman@askelectric.com>

--
Regards,

Jorge Moscoso - President


JIM ASSOCIATES

JIM ASSOCIATES CORP.
21-57 42TH STREET
ASTORIA, NY 11105
Tel:646-296-7757
jimassociatescorp@gmail.com

📄 **Ask stucco wall - Ask invoice.pdf**
684K

JIM 000022



**JIM ASSOCIATES CORP.**
21-57 42TH STREET BSMNT
ASTORIA,NY 11105
jimassociatescorp@gmail.com

# INVOICE

| | |
|---|---|
| DATE: | September 3, 2019 |
| PREPARED BY: | Moscoso Jorge |
| CONTRACT / P.O. # | |

| | |
|---|---|
| **CUSTOMER:** | Ask |
| **PROJECT NAME:** | Stucco walls |
| **ADDRESS:** | 217-14 Hempstead Av |
| | Jamaica,NY 11429 |
| **CONTACT:** | |

*Jim Associates Corp. proposes to provide all necessary labor, materials, tools, and equipment to complete the renovation at above referenced project as per site survey and/or specifications for the following prices :*

| Description | Amount |
|---|---|
| **Scope-** | |
| Stucco conference room - | $          2,200.00 |
| | |
| **SUBTOTAL** | $          2,200.00 |
| | $          2,200.00 |

**We hereby accept the conditions of this proposal: You are authorized to commence work.**

STATE OF NEW YORK
**WORKERS' COMPENSATION BOARD**

**EMPLOYER'S REPORT OF INJURED EMPLOYEE'S CHANGE
IN EMPLOYMENT STATUS RESULTING FROM INJURY**

This report is to be filed directly with the Chair, Workers' Compensation Board at the address shown on reverse side as soon as the employment status of an injured employee, as reported on Form C-2 or EC-2, or on a previous Form C-11 or EC-11, is changed. Change in employment status includes return to work, discontinuance of work, increase or decrease of regular hours of work and increase or reduction of wages. **A copy should also be sent to your insurance carrier.**

**THE STATE INSURANCE FUND,   199 CHURCH ST, NEW YORK, NY 10007-1100**

| ALL COMMUNICATIONS SHOULD REFER TO THESE NUMBERS | | | | |
|---|---|---|---|---|
| 1. W.C.B. Case Number | 2. Carrier Case Number | 3. Carrier Code | 4. Date of Injury | 5. Claimant's Soc. Sec. No. |
| G2580210 | 72134075-373 | **W204002** | 06/28/2019 | 0 |

| | NAME | Address to which notice should be sent (Give Number and Street, City, State, and Zip Code) | |
|---|---|---|---|
| 6. Injured Person | REYESESPINOZA STALIN | 151 AVE O 3B, BROOKLYN NY 11204 | Apt.No. |
| 7. Employer | JIM ASSOCIATES CORP. | 21-57 42 STREET, ASTORIA, NY 11105 | |
| 8. Carrier | THE STATE INSURANCE FUND | 199 CHURCH ST, NEW YORK, NY 10007-1100 | |

9. Date of most recent Employer's Report filed:  (check "x" and give date filed) ☐ C-2/EC-2 _____   ☐ C-11/EC-11 _____

10. Date of first full day employee lost from work: _____     11. Nature of Injury: _____

12. Date employee returned to work: _HAS NOT RETURNED TO WORK - WE LOST CONTACT_

13. (a) Change of employment status resulting from above injury:

| Employment Status | Hours per Day | Days per Week | Earnings per Week | Occupation |
|---|---|---|---|---|
| Prior To Injury | | | | |
| Changed To | | | | |

(b) Date of this change in employment status: _____

(c) Remarks: _____

14. Loss of time resulting from above injury since first return to work: _He did not return to work._

| From  (mm/dd/yyyy) | To  (mm/dd/yyyy) | Reason |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

15. Is injured person still under physician's care? _DONT KNOW_ If yes, give name of physician: _____

16. Has injured person died? _NO_   If yes, give date of death: _____

Name and address of nearest known relative: _____

Date of this report _8/9/19_  Tel. No. _347-863-9344_  Firm Name _____

Prepared By _Freddy Perez_     Official Title _Vice President of JIM ASSOC_

CM:  Nica Bradshaw       ‖0000000000000072381518‖

Form C-11 Version 1 (11-26-2013) [WC Loss ID-72134075]                                    *www.wcb.ny.gov*

**C-11** (1-11)          **C-11**          **C-11**          **C-11**          **C-11**

JIM 000024



**Workers' Compensation Board**

## EMPLOYER'S STATEMENT OF WAGE EARNINGS (Preceding the Date of Injury/Illness)

### Claim Information - ALL COMMUNICATION SHOULD INCLUDE THESE NUMBERS

Date of Injury/Illness: 06/28/2019   WCB Case #: G2580210   Claim Administrator Claim (Carrier Case) #: 72134075

### Injured Worker Information

Last Name: Reyesespinoza          First Name: Stalin                                    MI:

Mailing Address: 151 Ave O          Line 2:

City: BROOKLYN          State: NY     Zip Code: 11204

Job Title: WORKING ON THE FIELD                    Social Security #:          0

### Insurer Information

Insurer Name: NEW YORK STATE INSURANCE FUND                    Insurer ID (W#): 204002

Mailing Address: 199 CHURCH ST          Line 2:

City: NEW YORK          State: NY     Zip Code: 10007-1100

Insurer Phone #: (212)587-6568          Insurer Fax #: (212)312-0043     Email Address:

### Employer Information

Employer Name:   JIM ASSOCIATES CORP.

Mailing Address:   21-57 42 STREET          Line 2:

City: ASTORIA          State: NY     Zip Code: 11105

Employer Phone #:   6462967757          Federal Tax ID #: 46-4419257 The Tax ID # is the (check one): ☐SSN ☐EIN

To determine Average Weekly Wage (AWW), the Board needs the gross weekly earnings for the 52 weekly periods immediately preceding the date of the injury/illness. This information can be provided by 1) attaching detailed payroll information that indicates days paid and gross weekly earnings; 2) if injured worker is paid by salary and his or her weekly pay does not change from week-to-week, attach document(s) providing their salary information for the previous 52 weeks; or 3) by completing and submitting the **Injured Worker Payroll** section on page 2 of this form.

If the injured worker has not worked at the same employment for one year or a substantial part of the year, also attach detailed payroll information for an employee of the same class, or complete and submit the **Employee of the Same Class Payroll** section on page 2 of this form. "Substantial part of the year" does not require any particular number of days worked but as a guideline 234 days at 5 days per week and 270 days at 6 days per week.

1. Payroll information is: ☑attached          ☐ completed on page 2

2. Did the injured worker's compensation include board, rent, housing, tips and/or gratuities, in addition to gross weekly earnings? ☐Yes ☑No

   If Yes, what was the weekly value:

   Nature of the compensation:

3. Basis for the injured worker pay rate is: ☑hourly ☐ daily ☐ weekly ☐ monthly ☐ annually

4. The injured worker works a: ☑5 ☐6 ☐7 ☐ Other  day week.     If Other, Explain:

5. Total days paid in the preceding 52 weeks: 45     6. Total gross amount paid including overtime in the preceding 52 weeks: 6480

7. Was there any wage adjustment made that affected the 52-week period? (If injured worker was in military service, please indicate and provide date of discharge.) ☐ Yes ☐ No

   If "Yes", explain:

8. Was the injured worker laid off during the preceding 52 weeks? ☐Yes ☑No

   If Yes, provide dates of layoff :

An employer or insurer, or any employee, agent, or person acting on behalf of an employer or insurer, who KNOWINGLY MAKES A FALSE STATEMENT OR REPRESENTATION as to a material fact in the course of reporting, investigation of, or adjusting a claim for any benefit or payment under this chapter for the purpose of avoiding provision of such payment or benefit SHALL BE GUILTY OF A CRIME AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

### Prepared By - The above information is true and to the best of my knowledge and belief.

Last Name:   Reyes          First Name:   Fredy          MI:

Employer Name:   Stalin  Reyes  Espinoza.

Official Title:   Vice - President          Daytime Phone #:   347-863-4344

Email Address:   fredyRx1@Gmail.com          Date of this Report: 8/07/19

JIM 000025

Injured Worker's Name: _Stalin Reyesespinoza_   Date of Injury/Illness: _06/28/2019_   WCB Case #: _G2580210_

**INJURED WORKER PAYROLL** Enter the injured worker's gross weekly earnings for the 52 weekly periods immediately preceding the date of injury/illness. In the "Days Paid" column enter the number of days compensated, including paid time off.

| Week No. | Week Ending Date | Days Paid | Gross amount paid including overtime | Week No. | Week Ending Date | Days Paid | Gross amount paid including overtime | Week No. | Week Ending Date | Days Paid | Gross amount paid including overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  | 19 |  |  |  | 37 |  |  |  |
| 2 |  |  |  | 20 |  |  |  | 38 |  |  |  |
| 3 |  |  |  | 21 |  |  |  | 39 |  |  |  |
| 4 |  |  |  | 22 |  |  |  | 40 |  |  |  |
| 5 |  |  |  | 23 |  |  |  | 41 |  |  |  |
| 6 |  |  |  | 24 |  |  |  | 42 |  |  |  |
| 7 |  |  |  | 25 |  |  |  | 43 |  |  |  |
| 8 |  |  |  | 26 |  |  |  | 44 | 5/3/19 | 5 | 720 |
| 9 |  |  |  | 27 |  |  |  | 45 | 5/10/19 | 5 | 720 |
| 10 |  |  |  | 28 |  |  |  | 46 | 5/13/19 | 5 | 720 |
| 11 |  |  |  | 29 |  |  |  | 47 | 5/24/19 | 5 | 720 |
| 12 |  |  |  | 30 |  |  |  | 48 | 5/31/19 | 5 | 720 |
| 13 |  |  |  | 31 |  |  |  | 49 | 6/7/19 | 5 | 720 |
| 14 |  |  |  | 32 |  |  |  | 50 | 6/14/19 | 5 | 720 |
| 15 |  |  |  | 33 |  |  |  | 51 | 6/21/19 | 5 | 720 |
| 16 |  |  |  | 34 |  |  |  | 52 | 6/28/19 | 5 | 720 |
| 17 |  |  |  | 35 |  |  |  | Total: | | 5 | 6580 |
| 18 |  |  |  | 36 |  |  |  |  |  |  |  |

**EMPLOYEE OF THE SAME CLASS PAYROLL.** If the injured worker has not worked at the same employment for one year or a substantial part of the year, enter the gross weekly earnings for an employee of the same class. "Substantial part of the year" does not require any particular number of days worked, but as a guideline 234 days at 5 days per week and 270 days at 6 days per week.

**Employee of the Same Class**

First Name: _JORGE MOSCOSO_   Last Name: _MOSCOSO_   MI: _____

Job Title: _Plaster Painter (owner)_

| Week No. | Week Ending Date | Days Paid | Gross Amount Paid including Overtime | Week No. | Week Ending Date | Days Paid | Gross Amount Paid including Overtime | Week No. | Week Ending Date | Days Paid | Gross Amount Paid including Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/4/19 | 5 | 540 | 19 | 5/10 |  | 750 | 37 | 9/13 |  | — |
| 2 | 1/11/19 | 5 | 540 | 20 | 5/17 | 5 | 750 | 38 | 9/20 |  | — |
| 3 | 1/19/19 | 5 | 540 | 21 | 5/24 | 5 | 750 | 39 | 9/28 |  | — |
| 4 | 1/25/19 | 5 | 540 | 22 | 5/31 | 5 | 750 | 40 | 10/4 |  | — |
| 5 | 2/1/19 | 5 | 540 | 23 | 6/7 | 5 | 750 | 41 | 10/11 |  | — |
| 6 | 2/8/19 | 5 | 540 | 24 | 6/14 | 5 | 750 | 42 | 10/18 |  | — |
| 7 | 2/15/19 | 5 | 540 | 25 | 6/21 | 5 | 750 | 43 | 10/25 |  | — |
| 8 | 2/22/19 | 5 | 540 | 26 | 6/28 | 5 | 750 | 44 | 11/1 |  | — |
| 9 | 3/1/19 | 5 | 540 | 27 | 7/5 | 5 | 750 | 45 | 11/8 |  | — |
| 10 | 3/8/19 | 5 | 540 | 28 | 7/12 | 5 | 750 | 46 | 11/15 |  | — |
| 11 | 3/15/19 | 5 | 540 | 29 | 7/19 | 5 | 750 | 47 | 11/22 |  | — |
| 12 | 3/22/19 | 5 | 540 | 30 | 7/26 | 5 | 750 | 48 | 11/29 |  | — |
| 13 | 3/29/19 | 5 | 540 | 31 | 8/2 | 5 | 750 | 49 |  |  |  |
| 14 | 4/5/19 | 5 | 750 | 32 | 8/9 | 5 | 750 | 50 |  |  |  |
| 15 | 4/14/19 | 5 | 750 | 33 | 8/16 | 5 | 750 | 51 |  |  |  |
| 16 | 4/19/19 | 5 | 750 | 34 | 8/23 |  | — | 52 |  |  |  |
| 17 | 4/26/19 | 5 | 750 | 35 | 8/30 |  | — | Total: |  |  |  |
| 18 | 5/2/19 | 5 | 750 | 36 | 9/6 |  |  |  |  |  |  |



JIM 000026

**JIM ASSOCIATES CORP**
2157 42ND STREET BSMT | ASTORIA, NY 11105
EIN: 46-4454278

# Payroll Register

May 1 - Jun 30, 2019

## Employee

| Name | SSN |
|---|---|
| STALIN REYES-ESPINOZA | 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 |

| Pay Start | Pay End | Chk Date | Chk # | Hours | Gross | Fed WH | Soc Sec | Med Care | Med Care Addtl | State WH | SDI | Other Tax | Local Tax | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/27/19 | 05/03/19 | 05/03/19 | 10255 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| 05/04/19 | 05/10/19 | 05/10/19 | 10256 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| 05/11/19 | 05/17/19 | 05/17/19 | 10257 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| 05/18/19 | 05/24/19 | 05/24/19 | 10258 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| 05/25/19 | 05/31/19 | 05/31/19 | 10259 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| 06/01/19 | 06/07/19 | 06/07/19 | 10260 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| 06/08/19 | 06/14/19 | 06/14/19 | 10261 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| 06/15/19 | 06/21/19 | 06/21/19 | 10262 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| 06/22/19 | 06/28/19 | 06/28/19 | 10263 | 40.00 | 720.00 | -84.00 | -44.64 | -10.44 |  | -29.16 | -0.60 | -1.10 | -21.41 | 548.65 |
| Totals |  |  |  | 360.00 | 6,480.00 | -576.00 | -401.76 | -93.96 |  | -262.44 | -5.40 | -9.90 | -192.69 | 4,937.85 |

Payroll Register    May 1 - Jun 30, 2019