Page 1

```
 1
 2     SUPREME COURT OF THE STATE OF NEW YORK
       COUNTY OF KINGS
 3     -------------------------------------------X
       STALIN RODRIGO REYES ESPINOZA,
 4
                      PLAINTIFF,
 5
           -against-
 6                         Index No.:  515197/2019
 7     DAVS PARTNERS LLC AND KALNITECH
       CONSTRUCTION COMPANY,
 8
                      DEFENDANTS.
 9     -------------------------------------------X
10
       COURT OF THE STATE OF NEW YORK
11     COUNTY OF KINGS
       -------------------------------------------X
12     STALIN RODRIGO REYES ESPINOZA,
13                   PLAINTIFF,
14         -against-
15     ASK ELECTRICAL CONTRACTING CORP.,
16                   DEFENDANTS.
       -------------------------------------------X
17
18                      DATE:  April 5, 2023
19                      TIME:  10:05 A.M.
20
21         (DEPOSITION OF DAVID KLEEMAN)
22
23
24
25
```

Page 2

1

2          DATE:   April 5, 2023

3          TIME:   10:05 A.M.

4

5

6              VIRTUAL ZOOM EXAMINATION BEFORE

7      TRIAL of the Defendant, DAVS PARTNERS LLC,

8      by DAVID KLEEMAN, taken by the Respective

9      Parties, pursuant to an Order, held

10     remotely at the date and time above, before

11     May Jean Wu, a Court Reporter and Notary

12     Public of the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
1
2      A P P E A R A N C E S:
3
       GORAYEB & ASSOCIATES, P.C.
4           Attorneys for Plaintiff(s)
            STALIN RODRIGO REYES ESPINOZA
5           100 William Street  Suite 1900
          New York, New York 10038
6           BY:  GREGORY GASTMAN, ESQ.
7
8      GALLO VITUCCI KLAR LLP
            Attorneys for Defendant(s)
9           DAVS PARTNERS LLC
            1 Bridge Street  Suite 140
10         Irvington, New York 10533
            BY:  JOSEPH J. RAVA, ESQ.
11
12
       MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN,
13     P.C.
            Attorneys for Defendant(s)
14          KALNITECH CONSTRUCTION COMPANY
            45 Broadway
15        New York, New York 10006
            BY:  MAURICE RECCHIA, ESQ.
16
17
       LAW OFFICE OF KEVIN P. WESTERMAN
18          Attorneys for Defendant(s)
            ASK ELECTRICAL CONTRACTING CORP.
19          990 Stewart Avenue  Suite 400
          Garden City, New York 11530
20          BY:  GEORGIA ALIKAKOS, ESQ.
21
22          *          *          *
23
24
25
```

Page 27

1                    KLEEMAN

2        A.     Yes.

3        Q.     I apologize.  There was some

4   audio delay for which I apologize.

5               Sir, we've been talking about

6   A.S.K. Electrical, the company that you've

7   been working with or for.  That's A.S.K.

8   Electrical Contracting Corporation, is that

9   correct?

10       A.     Yes, at that time that is

11  correct at that time.

12       Q.     Okay, there have been some name

13  changes?

14       A.     Correct.

15       Q.     Okay, is there a newer version

16  of that?  Is there a newer name or newer

17  version or is that the name?

18       A.     Yes, it's the A.S.K. Electrical

19  Corp., which was the latest one that I

20  stated that was the current.

21       Q.     Okay, thanks.

22              Do you remember what was the

23  name of the company before that?

24       A.     A.S.K. Electrical Contracting

25  Corp.

Page 28

1                    KLEEMAN

2        Q.     Forgive me, sir, but the new

3   name is what?

4        A.     A.S.K. Electrical Corp., we

5   dropped the "Contracting".

6        Q.     Thank you.

7               It's just the word

8   "Contracting"?

9        A.     Yes.

10       Q.     Thank you.

11              Sir, so the lease is between

12  A.S.K. and who?  Who's the owner or the

13  landlord?

14       A.     That would be Davs Partners

15  over here for today.

16       Q.     Okay, thank you.

17              Sir, back to the electrical

18  company for a couple of moments, I'm going

19  to ask you about employees, ownership and

20  things like that.  Sir, do you have any

21  ownership interest in the electrical

22  company, A.S.K.?

23       A.     I do.

24       Q.     Okay, and you're the full

25  owner?  You're a partial owner?  Who are

1                    KLEEMAN

2        Q.     Okay, soon after the

3    construction started?

4        A.     Correct.

5        Q.     Okay, thank you.

6               Sir, was there a general

7    contractor?

8               MR. GASTMAN:  Off the record.

9               (Whereupon, an off-the-record

10          discussion was held.)

11       Q.     Back on the record, sir, was

12    there a general contractor hired to assist

13    on this project?

14       A.     Yes.

15       Q.     Who was the general contractor

16    company, please, for this project?

17       A.     Kalnitech.

18       Q.     Sir, was there a written

19    agreement or a contract for Kalnitech to

20    come in as the general contractor?

21       A.     Yes.

22       Q.     Thank you.

23              Sir, do you know who prepared

24    the contract?  Did Kalnitech prepare it and

25    hand it to A.S.K. or did A.S.K. prepare it

```
 1                    KLEEMAN
 2    that we used to do a lot of work for.  He
 3    branched out and was leaving them and went
 4    out on his own.  I believe this was the
 5    first job he did.
 6         Q.    Thank you.
 7               Well, was that Majestic?  I
 8    think I heard the name at some point, but I
 9    don't recall, the other prior contractor
10    company.
11         A.    The company that he worked for?
12         Q.    Yes, yes.
13         A.    Masterpiece.
14         Q.    Masterpiece, thank you.
15               Sir, I'm going to ask you a
16    questions about who hired who next.  Sir,
17    was Kalnitech hired by A.S.K. to do the
18    work?
19         A.    Yes.
20         Q.    Okay, thanks.
21               Did A.S.K. hire any other
22    contractors or subcontractors to assist on
23    the project?
24               MR. RAVA:  Greg, can you repeat
25         that question?  Could you ask it
```

Page 38

1                    KLEEMAN
2    was going to be done?
3         A.    It was a fit-out of an empty
4    building, offices.  You know, electrical
5    contractor's offices basically was exactly
6    what it is.
7         Q.    Thank you.
8               Also a shop or just offices?
9         A.    There was a shop.  Yeah, it was
10   decided into some office space and some
11   shop space and some storage space.
12        Q.    Okay, thank you.
13              Sir, this renovation project,
14   was the building built up or out or the
15   footprint of the building remained the
16   same?
17        A.    The footprint of the building
18   remained the same.  As I mentioned earlier,
19   it was a fit-out of the first floor.
20        Q.    Okay.
21        A.    And the basement.
22        Q.    Thank you.
23              Sometimes fit-outs include some
24   other things.  I'm just asking.
25              Sir, were there any

Page 44

1                      KLEEMAN

2        Q.    I apologize, sir.  I'm trying

3  to follow from what you said recently.  You

4  said that you would meet with your project

5  manager or somebody.  Maybe I didn't hear

6  it.

7        A.    That was Gus, the owner.  The

8  GC was Gus, to meet with him about project

9  management.  That's what I said.

10       Q.    Okay.

11       A.    He would meet with my foreman

12  to review the progress of his work.

13       Q.    Thank you.

14             This is the foreman from

15  A.S.K.?

16       A.    Correct.

17       Q.    Okay, thank you.

18             What is that person's first

19  name?

20       A.    Dwayne at the time.

21       Q.    Was that Mr. Hudson?  Is that

22  the same gentleman?

23       A.    Yeah, Dwayne, Dwayne Hudson,

24  that was the foreman.

25       Q.    Thank you.

Page 46

```
 1              KLEEMAN
 2       answer?
 3              (Whereupon, the referred to
 4       record was read back by the court
 5       reporter.)
 6              MS. ALIKAKOS:  Okay, thank you
 7       so much.
 8       Q.    Sir, with regard to Gus,
 9  Kalnitech, sir, if you know, was Gus there
10  day to day or did he stop in from time to
11  time, if you know?
12       A.    Everyday.
13       Q.    What was his schedule on the
14  project?
15       A.    He was there everyday.  That
16  was what he was getting paid to do.
17       Q.    Okay, the expectation was Gus
18  himself, he would be there pretty much
19  everyday other than a sick day or a
20  vacation day, et cetera?
21       A.    Correct.
22       Q.    Okay, sir, my next few
23  questions will be about paper work that may
24  or may not have been generated for the
25  project.  That's a little road map.
```

Page 49

1                    KLEEMAN

2           to just withdraw it and rephrase it.

3           I'm happy to.

4                MR. RAVA:  Thank you.

5                MR. GASTMAN:  It's okay.  It's

6           okay.  Can you hear me okay?

7                MR. RAVA:  Yes.

8                MR. GASTMAN:  Okay.

9           Q.    Sir, how did you first hear

10     about this accident?  Who told you?

11           A.    I got a phone call from my

12     foreman, Dwayne Hudson, that afternoon

13     saying that someone got hurt and fell.  He

14     fell.

15           Q.    Okay, was that a ladder

16     accident?  Is that what he told you?

17           A.    Yes, someone fell off a ladder,

18     correct.

19           Q.    Okay, and is it your

20     understanding, sir, it was one of the JM

21     workers, it was one of the A.S.K. workers

22     or somebody else?

23           A.    It was one of the JM workers.

24           Q.    Okay, alright, did Dwayne tell

25     you he saw it?  He saw the accident?

Page 61

1                    KLEEMAN

2     look at the right side signature block.  It

3     looks like there's a name, "David Kleeman"

4     and a signature and there's a title,

5     "president", and it looks like there's a

6     signature.  Is that your signature, sir?

7          A.    Yes.

8          Q.    Did you sign this document on

9     or about March 11, 2019?

10          A.    Yes.

11          Q.    Okay, do you know who drew up

12     this contract, sir?  Did you do it?  Did

13     Ms. Vanessa Kleeman do it, did Kavita do it

14     or did someone else do it?

15          A.    That was a standard contract

16     that was given to me by one of my brokers.

17          Q.    When you say "standard

18     contract", it was blank until you or Kavita

19     or someone else filled out the various

20     parts of it?

21          A.    Correct.

22          Q.    At the top where it says

23     "owner" and "contractor" referring to Davs

24     as the owner and A.S.K. as the contractor,

25     was that something that your broker typed

Page 74

1                    KLEEMAN

2    place of business at 26-60 BQE West, unit

3    2, Woodside, New York 11377 and Kalnitech

4    (hereinafter subcontractor)."  Do you see

5    that?

6         A.    Yes.

7         Q.    Have you ever seen this

8    document before today?

9         A.    Yes.

10        Q.    Okay, do you know who drew up

11   this contract?

12        A.    Again that's a standard

13   subcontract, a standard subcontract

14   document, that we use for business.  It's a

15   standard agreement.

16        Q.    Well, what I want to know is

17   did someone in your office write the things

18   that are written here by handwriting as

19   "12th, March" and the year "2019" and the

20   word "Kalnitech"?  Did somebody in your

21   office write that?

22        A.    Yes, my office administrator,

23   Kavita.

24        Q.    Okay, did Kavita or anyone else

25   in your office type up the document before

1                    KLEEMAN

2   Do you see that?

3        A.    Yes.

4        Q.    In the center of the page, it's

5   also typed "A.S.K. Electrical Contracting

6   Corp."  Do you see that?

7        A.    Yes.

8        Q.    Alright, and there are some

9   signature blocks.  Do you see them?

10       A.    Yes.

11       Q.    On the left side, there is in

12  all capitals with a colon the word

13  "subcontractor".  Do you see that?

14       A.    Yes.

15       Q.    Then there's the name typed in,

16  "Gus Stoupakis, president".  Do you see

17  that?

18       A.    Yes.

19       Q.    Is this the Gus that you were

20  referring to today earlier in your

21  testimony?

22       A.    Yes.

23       Q.    Earlier today, I believe you

24  testified that Gus was the general

25  contractor for the job, is that correct?

Page 103

KLEEMAN

1

2      Q.     Okay, was that table left out

3   in the open at the end of work at the end

4   of the day or was it placed inside

5   somewhere' or something else?

6      A.     Again I wasn't there everyday,

7   so I can't answer that question because

8   every time I came there the table was in a

9   different place.

10     Q.     Okay, alright, now if I heard

11  you correctly -- and correct me if I'm

12  wrong -- you hired some of the

13  subcontractors for the site, is that

14  correct, or no?

15     A.     Yes.

16     Q.     Okay, alright, did you hire any

17  mechanical subcontractors for the site?

18         MR. RAVA:  Note my objection to

19      the term "you".

20         Go ahead.  You can answer.

21     A.     There was a plumber.  Again you

22  have to remember in the industry, you know,

23  we work with other contractors, so, yes, I

24  had brought in a couple of contractors.

25     Q.     Okay, and I'm trying to find

Page 104

KLEEMAN

1
2      out specifically what were the other
3      subcontractors that you brought in, and
4      when I'm referring to "you", I'm referring
5      either to you as David Kleeman or David
6      Kleeman as, I believe, the president of
7      A.S.K. Electrical.  Fair enough?
8          A.    Yes.
9          Q.    Alright, so I'm going to ask
10     you again in your capacity as the president
11     of A.S.K. Electrical bring in or hire any
12     mechanical contractors or subcontractors
13     for the site?
14              MR. RAVA:  Note my objection.
15              You can answer.
16         A.    Yes.
17         Q.    Alright, and the same question,
18     did you or did A.S.K. Electrical hire any
19     HVAC contractors or subcontractors for the
20     site?
21              MR. RAVA:  Just note my
22          objection.
23              You can answer.
24         A.    Yes.
25         Q.    Okay, did you or did you in

Page 105

1                    KLEEMAN
2    your capacity as the president of A.S.K.
3    Electrical hire any plumbers for the site?
4              MR. RAVA:   Objection.   Asked
5          and answered.
6              Go ahead.
7         A.    Yes.
8         Q.    Okay, did you or you in your
9    capacity as the president of A.S.K.
10   Electrical hire any masons for the site?
11             MR. RAVA:   Objection.
12        A.    No, Kalnitech brought in the
13   masons.
14        Q.    Okay, did you hire any other
15   subcontractors besides mechanical, HVAC or
16   plumbers?
17        A.    A roofing contractor.
18        Q.    Okay, now when you hired any of
19   these subcontractors, mechanical, HVAC,
20   plumbers or roofing, did you or in your
21   capacity as the president of A.S.K. sign
22   any contracts with any of these
23   subcontractors?
24             MR. RAVA:   Objection.
25             You can answer.

1                    KLEEMAN

2          discussion was held.)

3       Q.      Let's talk about JIM.  I think

4    before we were calling it JM, but I think

5    the company is JIM Associates, am I right,

6    sir, or correct me if I'm wrong.

7       A.      JIM Associates, I believe.

8       Q.      Right, and JIM Associates was

9    also a subcontractor at this jobsite,

10   weren't they?

11      A.      Correct.

12      Q.      Okay, did you hire JIM

13   Associates, did Gus hire them or something

14   else for the jobsite?

15      A.      Well, Gus had a relationship

16   with them prior.  He brought them in and

17   they worked in terms of the contract.  Gus

18   just said, you know, pay them directly.

19   Towards the end of the job, they were doing

20   all the finish work.  Gus just said, you

21   know, pay them directly.

22      Q.      Well, as you said, Gus said to

23   pay them directly.  Does that mean that JIM

24   Associates received payment from A.S.K.

25   Electrical or from some other entity?

Page 108

```
 1                    KLEEMAN
 2      A.     From A.S.K. Electrical.
 3             MR. RAVA:  Off the record.
 4             (Whereupon, an off-the-record
 5        discussion was held.)
 6             MR. RECCHIA:  Can I have the
 7        last question and answer, please?
 8             (Whereupon, the referred to
 9        record was read back by the court
10        reporter.)
11      Q.     Did A.S.K. Electrical sign a
12   contract or enter into a contract with JIM
13   Associates for this job?
14      A.     Yes.
15      Q.     Okay, did you sign that
16   contract on behalf of A.S.K.?
17      A.     I believe so.
18             MR. RECCHIA:  Okay, alright,
19        again to the extent that it hasn't
20        already been provided, which I don't
21        think it has, I will call for a copy
22        of the contract between A.S.K. and
23        JIM.  Of course, we'll put it in
24        writing.
25             MR. RAVA:  I'm objecting to any
```

Page 127

1                KLEEMAN
2           MR. RECCHIA:  Thank you.
3      Q.     Alright, did you yourself ever
4  supervise JIM Associates at the jobsite?
5           MR. RAVA:  Objection to the
6      question.
7           You can answer.
8      A.    Did I supervise JIM?  Did I
9  ever supervise JIM?
10     Q.    Yes, did you ever supervise JIM
11 at the jobsite?
12     A.    I discussed their work with
13 them if you want to call that supervising,
14 but did I discuss their work?  Yes, with
15 Gus, yes, I have.
16          MR. RECCHIA:  Counselor, I wish
17      you would let the witness answer and
18      not interrupt.
19          MR. RAVA:  He answered the
20      question.
21     Q.    Could you please finish your
22 answer, sir, if you did not finish?
23     A.    I'm finished.
24          MR. RECCHIA:  I'll just note
25      for the record that counsel

Page 129

```
 1                    KLEEMAN
 2       A.      No.
 3       Q.      Alright, did you ever learn
 4   that Dwayne Hudson testified that you were
 5   responsible for scheduling the work on the
 6   site?
 7               MR. RAVA:  Objection.
 8               You can answer.
 9       A.      The electrical work I would
10   schedule, yes.
11       Q.      Did you ever schedule any of
12   the other work by any of the other
13   subcontractors on the site?
14               MR. RAVA:  Objection.
15               You can answer.
16       A.      Depending on the subcontractor.
17       Q.      Is that a yes for some
18   subcontractors?
19               MS. ALIKAKOS:  Objection to the
20        form.
21       A.      Yes.
22       Q.      Okay, can you tell us what
23   other subcontractors you would schedule
24   some work for or the work for?
25       A.      I scheduled the fence guy to
```

Page 130

1                          KLEEMAN

2    come in early on in the job.

3         Q.     Okay, with any other

4    subcontractors besides the fence guy?

5         A.     No.

6         Q.     Okay, did you ever schedule any

7    work for the mechanical contractors?

8         A.     All work was scheduled through

9    Gus and Kalnitech because he was running

10   the project.

11        Q.     Okay, did you ever schedule any

12   of the work done by any of the HVAC

13   subcontractors?

14        A.     Again everything was scheduled

15   through Gus in coordination.

16        Q.     Okay, did you ever file any

17   documents, you as the president of A.S.K.

18   or as a vice president of Davs ever file

19   any documents, with the New York City

20   Department of Buildings listing A.S.K. as

21   the GC for the project?

22             MR. RAVA:  Can I hear the full

23        question back?  I couldn't hear the

24        beginning part of the question.

25             (Whereupon, the referred to

Page 146

```
 1              KLEEMAN
 2   was it your testimony that Gus of Kalnitech
 3   was still involved with working on this
 4   project?
 5          MR. RECCHIA:  Note my
 6       objection.
 7       A.    Yes, he was here.  He was still
 8   here everyday.
 9       Q.    Do you know if Gus ever
10   supervised the work of the JIM employees?
11       A.    Gus supervised the work of all
12   trades except for my electricians.
13       Q.    The JIM employees, I know you
14   said that was finishing work.  Just explain
15   that to me.  What did that finishing work
16   entail?
17       A.    Painting, molding, tile,
18   flooring.
19       Q.    Not the electrical work,
20   correct?
21       A.    No.
22       Q.    Did Dwayne Hudson ever issue
23   any payments or submit any payment
24   requisitions or anything like that in
25   connection with this project?
```

Page 148

```
 1                    KLEEMAN
 2        unless Mr. Gastman wants to ask any.
 3             MR. GASTMAN:  No, we've had
 4        enough testimony for one day.
 5             MR. RECCHIA:  Alright.
 6   EXAMINATION BY
 7   MR. RECCHIA:
 8        Q.    Mr. Kleeman, you just testified
 9   that Gus was onsite everyday during the
10   work conducted by JIM.  Do you remember
11   that?
12        A.    Yes.
13        Q.    Okay, I'd like to ask you what
14   the basis of your knowledge of that is.
15   Did you personally see Gus?  Would there be
16   any records or logs that would reflect that
17   Gus was there everyday or something else?
18        A.    Yes, Gus was there to the end
19   until we closed the job out, till the end.
20        Q.    Is that based on your visual
21   observation of Gus being there, is it based
22   on --
23        A.    Yes.
24        Q.    (Continuing) someone telling
25   you or something else?
```