Page 1

```
 1
 2   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF KINGS
 3   ------------------------------------------X
     STALIN RODRIGO REYES ESPINOZA,
 4
                                    PLAINTIFF,
 5
            -against-              Index No.:
 6                                 515197/19
 7   DAVS PARTNERS, LLC and KALNITECH
     CONSTRUCTION COMPANY,
 8
                                   DEFENDANTS.
 9   ------------------------------------------X
10
11                      DATE: May 11, 2022
12                      TIME: 12:35 P.M.
13
14         EXAMINATION BEFORE TRIAL of the
15   Defendant, KALNITECH CONSTRUCTION COMPANY,
16   By KOSTAS STOUPAKIS, taken by the Respective
17   Parties, pursuant to a Court Order, held via
18   videoconference, before Rivka Trop, a Notary
19   Public of the State of New York.
20
21
22
23
24
25
```

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4    GORAYEB & ASSOCIATES, P.C.
         Attorneys for the Plaintiff
 5       100 William Street
         New York, New York 10038
 6       BY: GREGORY GASTMAN, ESQ.
 7
 8    LAW OFFICES OF MICHAEL SWIMMER
         Attorneys for the Defendant
 9       KALNITECH CONSTRUCTION COMPANY
         605 3Rrd Avenue, 9th Floor
10       New York, New York 10158
         BY: ROBERT BRIGANTIC, ESQ.
11
12    RICHMAN & LEVINE
         Attorneys for the Defendant
13       DAVS PARTNERS LLC
         666 Old Country Road, Suite 101
14       Garden City, New York 11530
         BY: KEITH RICHMAN, ESQ.
15
16
                    *       *       *
17
18
19
20
21
22
23
24
25
```

Page 15

1           K. STOUPAKAS

2       Q.    Sir, were you the gentleman, were

3   you the person on behalf of Kalnitech who

4   was negotiating this agreement with whoever

5   hired you?

6       A.    Yes.

7       Q.    Thank you, sir.

8             Do you remember, who was it, who

9   was on the other side, the owner or whoever

10  was hiring you people, who were you dealing

11  with?

12      A.    David Kleeman.

13      Q.    From your point of view, do you

14  connect Mr. Kleeman, with the owner of the

15  property or was he something different than

16  that?

17      A.    No, he was the owner of the

18  property.

19      Q.    Thank you, sir.  I want to ask you

20  about a different company, have you ever

21  heard of a company called A.S.K., A.S.K.

22  Electrical Corporation?

23      A.    Yes.

24      Q.    Do you know one way or the other,

25  was this company, A.S.K. Electrical, were

Page 16

K. STOUPAKAS

1
2   they involved in any way at this project,
3   for example, were they an owner, a tenant, a
4   construction company, were they involved in
5   some way?
6        A.   Well, David Kleeman is A.S.K.
7   Electric.
8        Q.   So you associate Mr. Kleeman with
9   the owner of the building and you associate
10  him with the company, A.S.K. Electrical;
11  would that be fair?
12       A.   Correct.
13       Q.   Thank you, sir.
14            Sir, the renovation job that we
15  are talking about, sir, do you know, was
16  this done for A.S.K. Electrical or was
17  A.S.K. Electrical maybe a former tenant; do
18  you know?
19       A.   Can you hold on a second.
20       Q.   Sir, with regard to that company
21  A., s.K. Electrical Corporation, sir, do you
22  know one way or the other, was this the
23  tenant that space was being built for or was
24  that the old tenant or do you know?
25       A.   The space was being built out for

Page 18

```
 1                    K. STOUPAKAS
 2         Q.   If you recall, sir, how did you
 3    gentlemen get together, how did you find
 4    each other?
 5         A.   Well, I know Dave for several
 6    years.  We worked together in the previous
 7    company that I was at.
 8         Q.   Okay.  Thank you.
 9              Sir, for the Hempstead Avenue
10    project we have been talking about, was
11    Kalnitech the company that was hired to be a
12    general contractor for the project or were
13    they hired to be one of the subcontractors
14    or something else?
15         A.   No, we did a certain portion of
16    work there.  We were one of the contractors
17    on the job.
18         Q.   So Kalnitech did certain portions
19    of work and other companies did other
20    portions of the work; correct?
21         A.   Yes.
22         Q.   Sir, was there a general
23    contractor over Kalnitech on this particular
24    project or no?
25         A.   Aside from David?
```

Page 19

1              K. STOUPAKAS

2        Q.   Okay.  Well, was David, from your

3   point of view, was David the general

4   contractor?

5        A.   Well, it was his space, so I

6   guess.

7        Q.   I understand it is his space, I

8   got that part.

9             What I am wondering, did

10  Mr. Kleeman or any of his companies, did

11  they have a daily presence on this job site

12  like a general contractor would?

13       A.   Yes.

14       Q.   Thank you, sir.

15            I am going to ask you a few

16  questions next about who we might find on

17  this job site from day to day, I am going to

18  ask you those questions next, okay?

19       A.   Okay.

20       Q.   Thank you.

21            I realize every day on a

22  construction site can be different, I

23  realize that, I realize people get sick,

24  they have vacation days, there is bad

25  weather days, I understand all that, sir.

```
 1                    K. STOUPAKAS
 2    employees on this job site?
 3         A.    Aside from Duane, Mr. Kleeman.
 4         Q.    And the electricians, did the
 5    Kleeman companies have other workers on this
 6    job site or that is everyone, the Kleeman
 7    companies?
 8         A.    That's everybody.
 9         Q.    Thank you, sir.
10               And there were other
11    subcontractors assisting on other portions
12    of the work, would that be fair?
13         A.    Yes.
14         Q.    Sir, are the other subcontractors,
15    do you know, sir, were they hired by
16    Mr. Kleeman's companies, were they hired by
17    Kalnitech, who hired the additional
18    subcontractors?
19         A.    Well, I had brought in a few, a
20    few companies that I dealt with.  And David
21    had brought in some other companies.
22         Q.    Thank you, sir, thank you.
23               Sir, I am going to break that down
24    a little bit, and I have a few questions.
25               Sir, let me move onto the
```

Page 28

```
 1              K. STOUPAKAS
 2   Kalnitech workers, these are employees of
 3   Kalnitech.
 4        A.    Okay.
 5        Q.    What portion or portions of the
 6   work did Kalnitech employees do on this job
 7   site?  For example, we did plumbing, we did
 8   sheetrock, we did windows, you tell me, sir,
 9   what portions of the work did your company
10   do?
11        A.    So my portion did a little bit of
12   demo, a little bit of concrete work, a
13   little bit of painting, a little bit of
14   waterproofing in the basement, a little
15   patching on the roof, if they had leaks
16   while the stuff was going on.
17        Q.    Thank you, sir.
18              Was that pretty much what
19   Kalnitech was doing or did you think of a
20   few more things?
21        A.    For the most part, you know, just
22   little knickknacks, yes, hey, I need the
23   mailbox installed, can we knock this out of
24   the way, can we patch this.
25        Q.    Thank you, sir.
```

Page 32

```
1                K. STOUPAKAS
2        reserving rights to a further
3        deposition later, but that's probably
4        very unlikely.
5            MR. BRIGANTIC:  Just so it is
6        clear.  The invoices were produced in
7        response to the preliminary conference
8        order.  That's fine but just know that
9        the invoices for what Gus is talking
10       about are the ones that were produced.
11           MR. GASTMAN:  Thank you.
12       Q.   Sir, I want to ask you next,
13   please, about who you recall that the owner,
14   in other words, Mr. Kleeman and his company,
15   what subcontractors did they hire, either by
16   name or by trade, any way you can?
17       A.   He had brought in the framers,
18   carpentry firm who did the frame out.
19   Obviously, he did his own electrical.  He
20   brought in his mechanical contractor, the
21   guy who did all the HVAC on the place and
22   plumber.  And, I think, roofer at the end.
23       Q.   Thank you, sir.  Sir, I heard
24   about some other company name, let me locate
25   it, I will ask a few questions about it.
```

```
 1                    K. STOUPAKAS
 2    Sir, with regard to the project we have been
 3    talking about, do you know anything about
 4    some company called Jim Associates
 5    Corporation?
 6         A.   Yes.
 7         Q.   Did that company have some role on
 8    this project?
 9         A.   Yes.
10         Q.   Who was Jim Associate's, for
11    example, were they one of the
12    subcontractors, who are they?
13         A.   Yes, they were the subcontractor
14    that was brought in, I guess, to do the
15    finishes.
16         Q.   And forgive me if this was covered
17    already, is that like the exterior stucco
18    work or this is somebody else?
19         A.   No, this is all the interior
20    stuff.
21         Q.   This the interior finished work?
22         A.   Right.
23         Q.   Do you recall who hired Jim
24    Associates for this project, was it
25    Kalnitech, Mr. Kleeman or somebody else?
```

Page 34

K. STOUPAKAS

1

2      A.    Well, they were direct with Dave.

3      Q.    Mr. Kleeman hired that company?

4      A.    Correct.

5      Q.    Mr. Stoupakis, when Kalnitech did

6  have people on site during construction, did

7  Kalnitech, the company, supervise any of the

8  subcontractors?

9      A.    Say that again, did they supervise

10 any of the subcontractors?

11     Q.    I apologize, it is my job to be as

12 clear as I can.

13           Sir, Kalnitech, the company, when

14 Kalnitech was on site, was that company

15 supervising any of the subcontractors?

16     A.    No.

17     Q.    Sir, how about the subcontractors

18 that were brought in by Kalnitech, was

19 Kalnitech, the company, supervising those

20 subcontractors?

21     A.    Well, yes.

22     Q.    Sir, how about the other

23 subcontractors, when Kalnitech was on site,

24 were they supervising any of the

25 subcontractors hired by the Kleeman people

```
 1                 K. STOUPAKAS
 2   or no?
 3        A.    No.
 4        Q.    So if I said that in another way,
 5   tell me if I am right or wrong, please,
 6   Kalnitech supervised the contractors
 7   Kalnitech brought in but nobody else; would
 8   that be fair?
 9        A.    Correct.
10        Q.    Thank you, sir.
11              Sir, with regard to this project,
12   did you get to know anybody at Jim
13   Associates, did you have some go-to person
14   or name, if you had any questions or issues?
15        A.    Say that one more time.
16        Q.    Yes, sir.
17              Did you end up with some sort of
18   go-to person at Jim Associates, someone you
19   know a name, you could call if you had a
20   question or something?
21        A.    Do I know anybody at Jim
22   Associates, is that the question?
23        Q.    Yes, was there some person that
24   you recall from this project from Jim
25   Associates?
```

Page 36

K. STOUPAKAS

1

2      A.    Yes.

3      Q.    And what do you remember, sir, who

4  was that person?

5      A.    George Moscosco.

6      Q.    Did Kalnitech or Jim Associates

7  ever work together somewhere else?

8      A.    We worked together at my previous

9  company.

10     Q.    Was that the same previous company

11  that you mentioned earlier that you knew

12  Mr. Kleeman from?

13     A.    Yes.

14     Q.    If you recall, what was the name

15  of this former company where you made some

16  connections?

17     A.    Masterpiece.

18     Q.    For people not familiar with

19  Masterpiece, is that plumbing, a general

20  contractor?

21     A.    It is a construction firm.

22     Q.    Do you know one way or the other,

23  did Jim Associates' employees do the

24  interior finishing work or did Jim

25  Associates subcontract that work out to

Page 41

1                K. STOUPAKAS

2   towards the end, I guess when Jim Associates

3   started and we were ending, finishing or

4   whatnot.

5        Q.    And is it your understanding that

6   the plaintiff, Mr. Reyes Espinoza, he was

7   working for that company, Jim Associates; is

8   that your understanding?

9        A.    Correct.

10       Q.    And this is somebody Mr. Kleeman

11  brought in, right, that company, right,

12  Mr. Kleeman brought them in, not you?

13       A.    Say that again.

14       Q.    Yes, sir.

15             This company, Jim Associates, they

16  were brought in by Mr. Kleeman's companies,

17  not you; correct?

18       A.    When you say brought them in, we

19  both knew, we both know Jim Associates.

20       Q.    For this particular project, can

21  you tell me which company hired Jim

22  Associates for this project?

23       A.    I would -- Dave, so I would

24  imagine A.S.K.

25       Q.    It was not you, not Kalnitech;

Page 49

K. STOUPAKAS

2 did Duane give you any further information

3 other than what we already spoke about?

4     A.    No.

5     Q.    Do you know, one way or the other,

6 was there any video, surveillance, photo

7 gear set up at the job site that may have

8 captioned this accident when it happened?

9     A.    I don't know.

10     Q.    Did anybody ever tell you that

11 there are pictures or videos of the accident

12 itself?  Did anybody ever tell you that?

13 Other than your lawyers, don't tell me that.

14     A.    No.

15         (Whereupon, a short recess was

16     taken.)

17     Q.    Sir, with regard to the project we

18 have been talking about, do you know any

19 company called Marfi Contracting, M-A-R-F-I?

20     A.    Yes.

21     Q.    What part of the job did they do?

22     A.    They did the spray foam

23 insulation.

24     Q.    Was Marty one of the

25 subcontractors hired by Kalnitech or not

```
 1                    K. STOUPAKAS
 2    hired by Kalnitech?
 3         A.   No, they were one of the subs that
 4    I brought on.
 5         Q.   Do you know what trade or trades
 6    were working at the project on the date of
 7    the accident, June 28th, 2019?  We heard
 8    about Jim Associates, but do you know, sir,
 9    were there other trades working that day, if
10    you know?
11         A.   I don't recall.
12              (Whereupon, an off-the-record
13         discussion was held.)
14         Q.   Mr. Stoupakis, with regard to the
15    job that we have been talking about today,
16    did Jim Associates and company, were they
17    sometimes sending you the proposals instead
18    of Mr. Kleeman, does that sound right?
19         A.   Say that again.
20         Q.   Yes, sir.
21              With regard to the project we have
22    been talking about today, the Hempstead
23    Avenue job, did Jim Associates, the company,
24    sometimes submit their proposals to you,
25    Gus, rather than Mr. Kleeman?
```

```
 1                K. STOUPAKAS
 2        A.    No.
 3        Q.    Was there another Gus on this job
 4   that you know of, sir, or are you the only
 5   Gus on this job site that you know of?
 6        A.    I am the only Gus that I know of.
 7              (Whereupon, an off-the-record
 8        discussion was held.)
 9        Q.    Putting aside lawyer
10   conversations, is there anything more about
11   this action that you know about that we
12   didn't talk about yet?
13              MR. BRIGANTIC:  Objection to the
14        form of the question, but he could
15        answer.
16        A.    Say that again one more time.
17        Q.    Putting aside lawyer
18   conversations, because I am not allowed to
19   ask you about that, sir, is there anything
20   more about this accident that we have not
21   spoken about yet?
22        A.    Do I know anything more about this
23   accident that we have not spoken about yet?
24        Q.    Yes, sir?
25        A.    Like what?
```

Page 55

K. STOUPAKAS

1
2    daughters, Elana, Vanessa and Shayna.

3        Q.   Did anyone ever tell you that or

4    are you just assuming?

5        A.   No, I am just assuming.

6        Q.   Shayna was who related to David

7    Kleeman?

8        A.   Shayna was his daughter.

9        Q.   Who was Vanessa?

10       A.   Vanessa was his wife.

11       Q.   When Mr. Gastman asked you who

12   hired you, Mr. Gastman asked you a question

13   who hired your company Kalnitech to perform

14   services?

15       A.   David, David did.

16       Q.   Now, when you say David, now, the

17   hiring of your services, Kalnitech services

18   was done verbally as opposed to a written

19   agreement; correct?

20       A.   Yes.

21       Q.   And when you say David hired you,

22   can you be more particular about which

23   entity or maybe both entities or somebody

24   else hired Kalnitech to perform services on

25   the project?

Page 56

1              K. STOUPAKAS

2              MR. BRIGANTIC:  Objection to the

3      form of the question.  But you could

4      answer.

5      A.    A.S.K. Electric.

6      Q.    A.S.K. Electric?

7      A.    Right.

8      Q.    Did Davs ever hire Kalnitech to

9  your knowledge?

10     A.    No.

11     Q.    And originally, there was a

12  question asked about various subcontractors

13  that, quote-unquote, you brought in and

14  various subcontractors that David brought

15  in; do you recall that line of questioning?

16     A.    Yes.

17     Q.    And I believe you testified that

18  both you and David knew Jim Associates;

19  correct?

20     A.    Yes.

21     Q.    And that was in connection with

22  your prior company, right?

23     A.    Yes.

24     Q.    And did you have a conversation

25  with David about bringing tin Jim Associates

Page 57

                            K. STOUPAKAS

1

2    to do work on the project?

3         A.    He probably asked me do I have

4    anybody I could recommend.  And I had told

5    him you could go with Moscosca because he

6    knew his work.  We had all worked together

7    on a previous project many years ago.

8         Q.    And it is your understanding that

9    David or A.S.K. hired Jim Associates, not

10   Kalnitech; correct?

11        A.    Correct.

12        Q.    Did you ever have a conversation

13   with David Kleeman along the lines that Jim

14   was going to be a subcontractor of

15   Kalnitech, but that not withstanding, they

16   were going to be a subcontractor of

17   Kalnitech, A.S.K. was going to pay Jim

18   directly?

19             MR. BRIGANTIC:  Object to the form

20        of the question, but you could answer.

21        A.    No, never.

22        Q.    Did you have a conversation,

23   something along those lines?

24        A.    No.

25        Q.    So it was your understanding that

Page 58

1                    K. STOUPAKAS

2    clearly Jim Associates was a subcontractor

3    of A.S.K. and not Kalnitech; correct?

4         A.    Correct, they had met, I guess

5    they discussed the scope of the work, they

6    agreed to, I guess, a number and, you know

7    it, that was it.

8         Q.    Did you ever supervise any of Jim

9    Associates work?

10        A.    No.

11              No, at that point in time, they

12   were in the finish it, so Dave was around a

13   lot more often.

14        Q.    So your company had no involvement

15   with supervising of any of Jim Associates

16   work?

17        A.    No.

18        Q.    Now, your attorney provided a

19   certificate of insurance and date of the

20   issuance of this certificate of insurance

21   was dated July 16, 2019.  And it refers to

22   Kalnitech, your company, as the insured and

23   the certificate holder as an additional

24   insured to be A.S.K. Electrical Contracting

25   Corp.

Page 59

1                    K. STOUPAKAS

2              Do you recall having your company

3    buy insurance from Falls Lake Insurance

4    company in connection with project.

5              MR. BRIGANTIC:  What was that

6         question?

7         Q.   Do you recall Kalnitech purchasing

8    insurance from Falls Lake Insurance in

9    connection with this project?

10        A.   Falls Lake Insurance was my

11   insurance carrier.

12        Q.   Did they issue insurance to

13   Kalnitech with regard to this project?

14        A.   Yes.

15        Q.   And was A.S.K. Electric named as

16   an additional insured on the Falls Lake

17   Insurance, as far as you know?

18        A.   Yes, I believe so.

19        Q.   And that was effective January

20   2nd, 2019; correct?

21        A.   No.

22        Q.   January 3, 2019?

23        A.   No, January 3rd is when, I

24   believe, my insurance policy began.  We were

25   requested to provide the ACORD sometime in

Page 60

```
 1                    K. STOUPAKAS
 2    2019.
 3         Q.    Who requested the ACORD
 4    certificate?
 5         A.    I don't remember if it was an
 6    e-mail from Dave or Kavita from his office.
 7         Q.    What is your understanding of who
 8    Kavita is?
 9         A.    Kavita is, I would say, like,
10    office manager who handles the books over
11    there.
12         Q.    So this ACORD certificate that
13    your lawyer produced today is dated
14    July 16th, 2019 naming as additional
15    insured, A. S.K. Electric, is that the first
16    time, to your understanding, that that
17    request was made by David Kleeman?
18         A.    Yes.
19         Q.    July 16th, 2019?
20         A.    Yes.
21         Q.    And were you working on the
22    project on July 16th, 2019?
23         A.    July, no, like I said, the bulk of
24    my work was already done.  If I was there,
25    maybe just for like some punch list items
```