Page 90

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
- - - - - - - - - - - - - - - - - - -x
STALIN RODRIGO REYES ESPINOZA,

               Plaintiff,

-against-

DAVS PARTNERS LLC AND KALNITECH
CONSTRUCTION COMPANY,

               Defendants.

- - - - - - - - - - - - - - - - - - -x

Veritext Virtual

March 24, 2022
11:09 a.m.

  CONTINUED EXAMINATION BEFORE TRIAL of STALIN RODRIGO REYES ESPINOZA, the Plaintiff in the above-entitled action, held at the above time and place, taken before Carol Ellinghaus, a Notary Public of the State of New York, pursuant to an Order and stipulations between Counsel.

```
 1
 2   APPEARANCES:
 3       GORAYEB & ASSOCIATES, PC
             Attorneys for Plaintiff
 4           100 William Street, Ste. 1900
             New York, New York 10039
 5
         BY:  KENNETH KLEIN, ESQ.
 6
 7       RICHMAN & LEVINE, PC
             Attorneys for Defendant
 8           Davs Partners, LLC
             666 Old Country Road
 9           Garden City, New York 11530
10       BY:  KEITH RICHMAN, ESQ.
11
         LAW OFFICE OF MICHAEL SWIMMER
12           Attorneys for Defendant
             Kalnitech Construction Company
13           605 3rd Avenue, 9th Floor
             New York, New York 10158
14
         BY:  ROBERT BRIGANTIC, ESQ.
15
16       ALSO PRESENT:  Alice Dow,
                        Spanish Interpreter
17                *       *       *
18
19
20
21
22
23
24
25
```

```
                                              Page 102
 1                  S. Espinoza
 2       Q.    Was it the day before June 28 or
 3   something else?
 4       A.    It could have been during that
 5   week but I don't remember exactly.
 6       Q.    On June 28, 2019, the day of the
 7   accident on Friday, what time did you
 8   arrive at the building approximately?
 9       A.    At eight in the morning.
10       Q.    How did you get there?
11       A.    They brought me in a van.
12       Q.    At that time you were working
13   for Jim Associates?
14       A.    Yes.
15       Q.    Were there other Jim Associates
16   employees or personnel on the job site on
17   the day of the accident, June 28?
18       A.    Yes.
19       Q.    Tell me their names.
20       A.    No, I cannot because I don't
21   know everyone's name and I don't remember.
22       Q.    How many other people were there
23   from Jim Associates in addition to
24   yourself?
25       A.    Just give me a minute so I can
```