

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO

———

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA
———————
ASSOCIATES
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
WALDER THAME-TURNER°
JACQUELINE MCCONOLOGUE

WRITER'S E-MAIL:
sverveniotis@msssv.com

WRITER'S DIRECT DIAL:
(516)-741-8488

September 23, 2024

Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: Penn-Star Ins. Co. v. Dongbu Ins. Co., Ltd.
         Case Number: 22-cv-06707
         Our File No.:  22-240

Dear Honorable Judge Cogan:

  As per discussions with the Court at argument on September 20, 2024, plaintiff hereby stipulates that, for the relief sought in the pending motion for summary judgment, damages sought against defendant Dongbu are limited to its obligations for indemnification and defense costs under Dongbu's policy with limit of $1 million and defense costs outside the limits.

        Respectfully submitted,
        **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

        s/Steven Verveniotis

        Steven Verveniotis

cc:

All parties of record