

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO

———

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

**WRITER'S E-MAIL:**
SVERVENIOTIS@MSSSV.COM

**WRITER'S DIRECT DIAL:**
516-741-8488

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA

———

**ASSOCIATES**
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
WALDER THAME-TURNER°
JACQUELINE MCCONOLOGUE

September 23, 2024

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 6C South
Brooklyn, New York 11201

         Re:    Falls Lake Nat'l Ins. Co. v. Kalnitech Constr. Corp. et. al.
              Docket No:   1:22-cv-01473-KAM-PK
              Our File No:   19-208

Dear Judge Matsumoto:

      I erroneously electronically filed a Letter (Doc. No. 80) in the above-referenced action. It should not have been filed in this action. Therefore, please remove Doc. No. 80 from the docket.

                      Respectfully submitted,
                      **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                      s/Steven Verveniotis

                      Steven Verveniotis

cc:    All counsel of record