Page 1

1

2   SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF KINGS

3   -------------------------------------------X
    STALIN RODRIGO REYES ESPINOZA,

4

                                        PLAINTIFF,

5

            -against-                   Index No.:

6                                       515197/19

7   DAVS PARTNERS, LLC and KALNITECH
    CONSTRUCTION COMPANY,

8

                                        DEFENDANTS.

9   -------------------------------------------X

10

11                      DATE: May 11, 2022

12                      TIME: 12:35 P.M.

13

14        EXAMINATION BEFORE TRIAL of the

15   Defendant, KALNITECH CONSTRUCTION COMPANY,

16   By KOSTAS STOUPAKIS, taken by the Respective

17   Parties, pursuant to a Court Order, held via

18   videoconference, before Rivka Trop, a Notary

19   Public of the State of New York.

20

21

22

23

24

25

```
 1
 2   A P P E A R A N C E S:
 3
 4   GORAYEB & ASSOCIATES, P.C.
         Attorneys for the Plaintiff
 5       100 William Street
         New York, New York 10038
 6       BY: GREGORY GASTMAN, ESQ.
 7
 8   LAW OFFICES OF MICHAEL SWIMMER
         Attorneys for the Defendant
 9       KALNITECH CONSTRUCTION COMPANY
         605 3Rrd Avenue, 9th Floor
10       New York, New York 10158
         BY: ROBERT BRIGANTIC, ESQ.
11
12   RICHMAN & LEVINE
         Attorneys for the Defendant
13       DAVS PARTNERS LLC
         666 Old Country Road, Suite 101
14       Garden City, New York 11530
         BY: KEITH RICHMAN, ESQ.
15
16
                         *     *     *
17
18
19
20
21
22
23
24
25
```

1
2                    221. UNIFORM RULES FOR THE
                       CONDUCT OF DEPOSITIONS
3    221.1 Objections at Depositions
          (a) Objections in general.  No
4    objections shall be made at a deposition
     except those which, pursuant to subdivision
5    (b), (c) or (d) of Rule 3115 of the Civil
     Practice Law and Rules, would be waived if
6    not interposed, and except in compliance
     with subdivision (e) of such rule.  All
7    objections made at a deposition shall be
     noted by the officer before whom the
8    deposition is taken, and the answer shall be
     given and the deposition shall proceed
9    subject to the objections and to the right
     of a person to apply for appropriate relief
10   pursuant to Article 31 of the CPLR.
          (b) Speaking objections restricted.
11   Every objection raised during a deposition
     shall be stated succinctly and framed so as
12   not to suggest an answer to the deponent
     and, at the request of the questioning
13   attorney, shall include a clear statement as
     to any defect in form or other basis of
14   error or irregularity.  Except to the extent
     permitted by CPLR Rule 3115 or by this rule,
15   during the course of the examination persons
     in attendance shall not make statements or
16   comments that interfere with the
     questioning.
17   221.2 Refusal to answer when objection is
     made A deponent shall answer all questions
18   at a deposition, except (i) to preserve a
     privilege or right of confidentiality, (ii)
19   to enforce a limitation set forth in an
     order of the court, or (iii) when the
20   question is plainly improper and would, if
     answered, cause significant prejudice to any
21   person.  An attorney shall not direct a
     deponent not to answer except as provided in
22   CPLR Rule 3115 or this subdivision.  Any
     refusal to answer or direction not to answer
23   shall be accompanied by a succinct and clear
     statement of the basis therefor.  If the
24   deponent does not answer a question, the
     examining party shall have the right to
25   complete the remainder of the deposition.

1
2                  221. UNIFORM RULES FOR THE
                     CONDUCT OF DEPOSITIONS
3
    221.3 Communication with the deponent
4            An attorney shall not interrupt the
    deposition for the purpose of communicating
5    with the deponent unless all parties consent
    or the communication is made for the purpose
6    of determining whether the question should
    not be answered on the grounds set forth in
7    section 221.2 of these rules and, in such
    event, the reason for the communication
8    shall be stated for the record succinctly
    and clearly.
9
10
11           IT IS FURTHER STIPULATED AND AGREED
    that the transcript may be signed before any
12    Notary Public with the same force and effect
    as if signed before a clerk or a Judge of
13    the court.
14
           IT IS FURTHER STIPULATED AND AGREED
15    that the examination before trial may be
    utilized for all purposes as provided by the
16    CPLR.
17
           IT IS FURTHER STIPULATED AND AGREED
18    that all rights provided to all parties by
    the CPLR cannot be deemed waived and the
19    appropriate sections of the CPLR shall be
    controlling with respect hereto.
20
21           IT IS FURTHER STIPULATED AND AGREED by
    and between the attorneys for the respective
22    parties hereto that a copy of this
    examination shall be furnished, without
23    charge, to the attorneys representing the
    witness testifying herein.
24
25

```
1                    K. STOUPAKAS
2    K O S T A S   S T O U P A K A S, called as a
3    witness, having been first duly sworn by a
4    Notary Public of the State of New York, was
5    examined and testified as follows:
6    EXAMINATION BY
7    MR. GASTMAN:
8        Q.    Please state your name for the
9    record.
10       A.    Kostas Stoupakis.
11       Q.    Where do you reside?
12       A.    204-19 24th Avenue, 23rd Avenue,
13   Bayside, New York 11360.
14             THE COURT REPORTER:  Would you
15       like a copy of the transcript?
16             MR. RICHMAN:  Yes.
17       Q.    Good afternoon.
18       A.    Good afternoon.
19       Q.    My name is Gregory Gastman.  I am
20   an attorney with the law firm of Gorayeb &
21   Associates.  But today, myself and my firm
22   represent a construction worker, maybe you
23   know him, maybe you don't, his name is
24   Stalin Rodrigo Reyes Espinoza.
25             I am going to ask you a few
```

```
                                            Page 6
 1              K. STOUPAKAS
 2   questions about his accident on June 28th,
 3   2019.  There are a few ground rules for
 4   these type of sessions, forgive me if you
 5   heard these a million times before, they
 6   make me say them again.
 7        A.   No problem.
 8        Q.   My questions are designed to be
 9   straightforward, but it doesn't always work
10   out.  So if any question is not understood,
11   stop me and tell me, Greg, I don't
12   understand, and I am happy to rephrase
13   anything for you.
14        A.   Okay.
15        Q.   We tell all witnesses, no guessing
16   allowed, if you hear a question and you
17   don't know the answer, you are allowed to
18   say I don't know, okay?
19        A.   Yes.
20        Q.   Sometimes witnesses have an answer
21   and it is not exact, exact, it is an
22   approximation.  Sir, that would be fine.  We
23   only ask if you are approximating, you just
24   let us know you are approximating, okay?
25        A.   Yes.
```

                    K. STOUPAKAS

1

2        Q.    Thank you, sir, common examples of

3    when witnesses might approximate on these

4    kind of cases, it might be a date, a

5    distance, a time, these are okay?

6        A.    Okay.

7        Q.    If you need a break for any human

8    reason, at any time, you just say so and you

9    take your break, okay?

10        A.    No problem.

11        Q.    If you need to speak to your

12    attorney privately at any point, that's

13    perfectly fine, just say so, okay?

14        A.    Yes.

15        Q.    I am not allowed to ask you about

16    any conversations you had with your lawyers,

17    so leave that off to the side somewhere,

18    okay?

19        A.    Okay.

20        Q.    You are in New York, we could have

21    a whole conversation just using our hands

22    and our head as I am demonstrating now,

23    however, madam reporter has a very essential

24    job, we are making a written record of our

25    questions and our answers, so we all have to

1                    K. STOUPAKAS

2     use our words when we are talking and when

3     we are communicating so it gets captured in

4     the record, okay?

5          A.    Correct.

6          Q.    I am fine if you wave around and

7     move around, that's fine, of course, but you

8     have to use your words, because that's what

9     will be your official record today.

10         A.    Yes.

11         Q.    I think that's about it, if

12    anything comes up during the session, just

13    let us know, okay?

14         A.    Okay.

15         Q.    I am going to ask you a few

16    questions.  I am going to give road maps

17    about what I am going to ask so you know

18    what is coming.  I will ask you a few

19    questions about where you are, who might be

20    around and then I will ask you about the

21    case, okay?

22         A.    Okay.

23         Q.    Thank you, sir.

24               At the present time, are you at

25    home, are you at work, are you at a lawyer's

Page 9

```
 1              K.  STOUPAKAS
 2  office, where are you, sir?
 3       A.    I am at work.
 4       Q.    Are you alone in the space where
 5  you are right now?
 6       A.    Yes.
 7       Q.    Witnesses have to speak for
 8  themselves without other people helping.  So
 9  we are going to ask, you have please to shoe
10  away anybody that comes your way, okay?
11       A.    No problem.
12       Q.    Thank you, sir.  You are not
13  allowed to interact with other people in the
14  middle of the session, okay?
15       A.    That's fine.
16       Q.    Sir, again, I am not going to ask
17  you what you spoke about with your lawyer, I
18  am not going to ask you about that, sir.
19  Instead, I am going to ask you, did you
20  review anything to get ready for today's
21  session, eyes on, papers, anything, computer
22  screens, document, anything?
23       A.    No, not really.
24       Q.    Are you coming in cold?
25       A.    Yes.
```

1                    K. STOUPAKAS

2          Q.    Sir, I am going to mention a

3    couple of company names, I will ask you if

4    you know them, if you are part of them, that

5    will be my next few questions.

6          A.    Okay.

7          Q.    Are you familiar at all with a

8    company called Kalnitech Construction

9    Company?

10         A.    Yes.

11         Q.    Sir, have you ever been an owner

12   of that company or an employee of that

13   company or connected to that company

14   somehow?

15         A.    I am the owner of the company.

16         Q.    Thank you, sir.

17               Can you tell us, approximately,

18   just approximately, sir, how long have you

19   been the owner, approximately?

20         A.    I think I started in 2017.

21         Q.    And for people not familiar with

22   this company, can you tell us, please, what

23   is the general nature of the business?  What

24   type of work does that company do?

25         A.    Residential, commercial.

```
 1                    K. STOUPAKAS
 2        Q.    Is this general contracting work
 3    or something different?
 4        A.    Some general construction, some
 5    sub-work.
 6        Q.    Sometimes general contracting, and
 7    sometimes subcontracting work, both are
 8    correct?
 9        A.    Yes.
10        Q.    Sir, are you familiar at all with
11    a construction project back in 2019 located
12    at 217-14 Hempstead Avenue, somewhere in
13    Queens?
14        A.    Yes.
15        Q.    Was Kalnitech, the company, were
16    they involved in that project in one way or
17    another somehow?
18        A.    Yes.
19        Q.    Thank you, sir.
20              For people unfamiliar with this
21    project, could you tell us, please, what was
22    the general nature of the project?  So for
23    example, was this new construction, was this
24    renovation of an existing building or you
25    tell me?
```

1                    K. STOUPAKAS

2        A.    Renovation of an existing

3    building.

4        Q.    And for people not familiar with

5    this project, sir, would it best be

6    described as a residential building or a

7    hospital or a warehouse or a school, you

8    tell me what kind of building, sir?

9        A.    Warehouse office.

10       Q.    And sir, this was a renovation

11   project?

12       A.    Yes.

13       Q.    For people not familiar with the

14   building or buildings, sir, this project, is

15   it one building or multiple buildings or you

16   tell me?

17       A.    It is one building.

18       Q.    And sir, for people not familiar,

19   what is an easy way of describing this

20   building, is it a one-story building, is it

21   a high-rise?

22       A.    It is a one-story building with a

23   basement.

24            MR. GASTMAN:  Thank you, sir.

25       Q.    If you recall, this building, is

```
                                          Page 13
 1                    K. STOUPAKAS
 2    it in the middle of a block somewhere, is it
 3    on a corner or is it better described some
 4    other way?
 5         A.    The middle of the block.
 6         Q.    And sir, could you tell us,
 7    please, what part of Queens, was this on
 8    Hempstead Avenue, do you remember what part
 9    of Queens this was?
10         A.    I think it is called Queens
11    Village.
12         Q.    And sir, for this particular
13    project, the Hempstead Avenue project, well,
14    actually, let me withdraw that and ask a
15    question just to make sure we are all clear
16    here.
17              Sir, with regard to Kalnitech, the
18    company and construction projects on
19    Hempstead Avenue in 2019, is there just one
20    project like that, sir, or were there more
21    than one project for Kalnitech on that road?
22         A.    No, just one.
23         Q.    Thank you.  So if I talk about the
24    project, the Hempstead Avenue project, we
25    are on the same page, right, just one
```

Page 14

1                    K. STOUPAKAS

2    project?

3         A.    Correct.

4         Q.    Thank you, sir.

5              And this is the one-story

6    warehouse office type building?

7         A.    Yes.

8         Q.    Sir, for this particular project,

9    was Kalnitech hired by way of some sort of

10   like, written agreement, a contract?

11        A.    No, not really.

12        Q.    Were there maybe proposals that

13   went back and forth, did it go like that?

14        A.    Proposals in as far as what?

15        Q.    I apologize, sir, thank you for

16   stopping me.

17             Sir, I am just trying to figure

18   out what type kind of paperwork there might

19   have been between Kalnitech, the company and

20   whoever hired Kalnitech for this project,

21   there was a contract, yes or no?

22        A.    No.

23        Q.    Was it more of an oral agreement

24   or was it written in some other way?

25        A.    More oral.

Page 15

                    K. STOUPAKAS

1

2       Q.    Sir, were you the gentleman, were

3   you the person on behalf of Kalnitech who

4   was negotiating this agreement with whoever

5   hired you?

6       A.    Yes.

7       Q.    Thank you, sir.

8             Do you remember, who was it, who

9   was on the other side, the owner or whoever

10  was hiring you people, who were you dealing

11  with?

12      A.    David Kleeman.

13      Q.    From your point of view, do you

14  connect Mr. Kleeman, with the owner of the

15  property or was he something different than

16  that?

17      A.    No, he was the owner of the

18  property.

19      Q.    Thank you, sir.  I want to ask you

20  about a different company, have you ever

21  heard of a company called A.S.K., A.S.K.

22  Electrical Corporation?

23      A.    Yes.

24      Q.    Do you know one way or the other,

25  was this company, A.S.K. Electrical, were

```
 1                   K. STOUPAKAS
 2   they involved in any way at this project,
 3   for example, were they an owner, a tenant, a
 4   construction company, were they involved in
 5   some way?
 6         A.   Well, David Kleeman is A.S.K.
 7   Electric.
 8         Q.   So you associate Mr. Kleeman with
 9   the owner of the building and you associate
10   him with the company, A.S.K. Electrical;
11   would that be fair?
12         A.   Correct.
13         Q.   Thank you, sir.
14              Sir, the renovation job that we
15   are talking about, sir, do you know, was
16   this done for A.S.K. Electrical or was
17   A.S.K. Electrical maybe a former tenant; do
18   you know?
19         A.   Can you hold on a second.
20         Q.   Sir, with regard to that company
21   A., s.K. Electrical Corporation, sir, do you
22   know one way or the other, was this the
23   tenant that space was being built for or was
24   that the old tenant or do you know?
25         A.   The space was being built out for
```

```
 1                    K. STOUPAKAS
 2    A.S.K. Electric.
 3         Q.   Sir, do you remember, do you know
 4    what kind of company, what was in there
 5    before this renovation project; do you know,
 6    sir?
 7         A.   I don't know.
 8         Q.   Let me ask you, this, sir, if you
 9    know, the company before A.S.K. Electrical,
10    was it an electrical company or was it
11    something completely different or you don't
12    know?
13         A.   I don't know.
14         Q.   I am going to ask you a few
15    questions next about you and Mr. Kleeman and
16    then I will ask you about the project, okay?
17         A.   Okay.
18         Q.   Thank you, sir.
19              When Mr. Kleeman hired Kalnitech
20    to assist with this project, was this the
21    first work Kalnitech was doing for
22    Mr. Kleeman or had there been other work in
23    the past?
24         A.   This was the first project that
25    Kalnitech had done with.
```

1                    K. STOUPAKAS

2        Q.   If you recall, sir, how did you

3    gentlemen get together, how did you find

4    each other?

5        A.   Well, I know Dave for several

6    years.  We worked together in the previous

7    company that I was at.

8        Q.   Okay.  Thank you.

9             Sir, for the Hempstead Avenue

10   project we have been talking about, was

11   Kalnitech the company that was hired to be a

12   general contractor for the project or were

13   they hired to be one of the subcontractors

14   or something else?

15       A.   No, we did a certain portion of

16   work there.  We were one of the contractors

17   on the job.

18       Q.   So Kalnitech did certain portions

19   of work and other companies did other

20   portions of the work; correct?

21       A.   Yes.

22       Q.   Sir, was there a general

23   contractor over Kalnitech on this particular

24   project or no?

25       A.   Aside from David?

Page 19

                         K. STOUPAKAS

1

2         Q.    Okay.  Well, was David, from your

3    point of view, was David the general

4    contractor?

5         A.    Well, it was his space, so I

6    guess.

7         Q.    I understand it is his space, I

8    got that part.

9              What I am wondering, did

10   Mr. Kleeman or any of his companies, did

11   they have a daily presence on this job site

12   like a general contractor would?

13        A.    Yes.

14        Q.    Thank you, sir.

15             I am going to ask you a few

16   questions next about who we might find on

17   this job site from day to day, I am going to

18   ask you those questions next, okay?

19        A.    Okay.

20        Q.    Thank you.

21             I realize every day on a

22   construction site can be different, I

23   realize that, I realize people get sick,

24   they have vacation days, there is bad

25   weather days, I understand all that, sir.

1                     K. STOUPAKAS
2    But what I want to know is, putting aside
3    those type of instances, I would like to
4    know, sir, who was there from Mr. Kleeman's
5    company or companies on a daily basis doing
6    construction, would it be one or two guys or
7    100 guys or you tell me?
8           A.   Well, initially, I mean,
9    initially, Dave would pass by, until it got
10   to a certain point when his electrical crew
11   came in.  And then he had, I guess, his
12   foreman there.
13          Q.   And when you say his foreman, sir,
14   I am just clarifying, this is David's
15   foreman, this is the electric company's
16   foreman, who did you mean?
17          A.   Say that again.
18          Q.   Yes, sir, I just want to clarify,
19   said when David would pass by until it
20   reached a certain point and then his
21   electrical people came in, yes?
22          A.   Correct.
23          Q.   And you mentioned that there
24   would, there was a foreman that would be
25   there from that point forward, yes?

Page 21

1              K. STOUPAKAS

2        A.    Yes.

3        Q.    And the foreman that you were

4   thinking about, did he work for one of

5   Mr. Kleeman's companies, is that your

6   understanding, or is this a separate,

7   separate company?

8        A.    No, he worked for David, A.S.K.

9   Electric.

10       Q.    Thank you, sir.  Do you happen to

11  recall that person's name, sir, the foreman

12  who would come in after the electrical

13  people started working?

14       A.    I think the main guy that was

15  there, was it Duane, I think, Duane Dwight,

16  I think, something like that.

17       Q.    Thank you, sir, if I mentioned a

18  name of Mr. Duane Hudson, does that ring a

19  bell, sir, is that the guy?

20       A.    I don't remember the last name but

21  Duane does definitely sound familiar.

22       Q.    Fair enough.

23             On this job, was there only one

24  Duane or was there more than one Duane?

25       A.    I only remember one.

                        K. STOUPAKAS

1       Q.    And sir, no disrespect to anybody.

2             I was about to ask for a physical

3   description, but I guess everybody saw the

4   guy, he was at a department, so I won't.

5             Sir, I want to ask you a few

6   further questions about who may have been

7   there on a daily basis, other than sick

8   days, vacation days and things like that.

9             Sir, is it your understanding, sir

10  that he was pretty much there day to day,

11  other than vacation days, sick days, things

12  like that?

13      A.    For the most part, yes, once the

14  electric started coming in, yes.

15      Q.    Thank you, sir.

16            And sir, if you know, if you know,

17  sir, when Duane was around, when he was, was

18  he coming and going or would he be there the

19  whole day?

20      A.    No, he was there most, for the

21  most part, most of the day.

22      Q.    Thank you, sir.

23            And sir, from Mr. Kleeman's

24  company or companies, was there anybody else

```
 1                    K. STOUPAKAS
 2   that would be found, pretty much day to day
 3   on this construction site when work was
 4   taking place or was it just Duane?
 5        A.    Other electricians, but I don't
 6   recall all their names.
 7        Q.    And sir, these electricians you
 8   are thinking of, can you tell me,
 9   approximately, sir, are you thinking of two
10   guys, 200 guys, how many were there, these
11   electricians?
12        A.    I think early on when they were
13   doing, I guess, the demo of the electrical
14   removals, maybe, four, five, six guys.  I
15   don't think there was more than that at any
16   given time.
17        Q.    And sometimes there were less,
18   yes?
19        A.    Yes.
20        Q.    Sir, it was your understanding
21   that these electricians, they worked for one
22   of Mr. Kleeman's companies; is that your
23   understanding?
24        A.    Yes.
25        Q.    And sir, if you know, if you know,
```

```
 1                    K. STOUPAKAS
 2    were they working for some company called
 3    Davs Partners or some other company, if you
 4    know, sir, I am looking for the name of the
 5    company of these electrical workers?
 6         A.   I just assumed that they worked
 7    for A.S.K.
 8         Q.   Thank you.  I understand the space
 9    was being built out in 2019 for A.S.K.
10    Electrical, I understand, do you know, was
11    that company, did it exist and operate
12    somewhere else before this renovation, do
13    you know?
14         A.   Which company?
15         Q.   A.S.K. Electrical, do you know
16    were they operating somewhere else or in
17    that same space or you don't know, sir?
18         A.   Yes.
19         Q.   And forgive me for asking, but
20    when you say yes, yes, they were in the same
21    space, yes, you know they were somewhere
22    else?
23         A.   No, they had an office prior to
24    that.
25         Q.   In that building or somewhere
```

1                    K. STOUPAKAS

2    else?

3         A.    No, somewhere else.

4         Q.    Do you remember what part of the

5    world, approximately?

6         A.    It was next to the BQE Gym, off

7    the BQE.  I don't know exactly where it is.

8         Q.    Sir, was there anybody else that

9    would be found day to day on this

10   construction site from Mr. Kleeman's

11   companies other than what we already spoke

12   about?

13        A.    Ask the question one more time.

14        Q.    Yes, sir.

15              You mentioned that Mr. Kleeman

16   would stop by sometimes, yes?

17        A.    Yes.

18        Q.    And he had a foreman who would

19   stop by after a certain point in the work,

20   Duane, yes?

21        A.    Yes.

22        Q.    And he had some electricians

23   there, yes?

24        A.    Yes.

25        Q.    Did Mr. Kleeman or his company

1                    K. STOUPAKAS

2    have other workers of any sort on this job

3    site or did we describe everybody?

4         A.    I am not following the question.

5         Q.    I apologize, sir, that would be my

6    fault and thank you for stopping me.

7              In addition to Duane and

8    Mr. Kleeman and the electricians, did

9    Mr. Kleeman's companies have other workers

10   or supervisors on this job site?

11        A.    Are you referring to other

12   contractor or other people from his company?

13        Q.    Thank you, sir, I appreciate that,

14   I am trying to be clear and I thank you for

15   stopping me.

16             Sir, I want to ask you first about

17   Mr. Kleeman's companies and then I could ask

18   you about other companies after that, okay?

19        A.    Okay.

20        Q.    So let me ask a question so I have

21   a question and an answer so people reading

22   the book will follow what we are doing.

23             Sir, in addition to Mr. Kleeman

24   and Duane and Mr. Kleeman's electricians,

25   did Mr. Kleeman's companies have any other

```
 1                    K. STOUPAKAS
 2   employees on this job site?
 3        A.    Aside from Duane, Mr. Kleeman.
 4        Q.    And the electricians, did the
 5   Kleeman companies have other workers on this
 6   job site or that is everyone, the Kleeman
 7   companies?
 8        A.    That's everybody.
 9        Q.    Thank you, sir.
10              And there were other
11   subcontractors assisting on other portions
12   of the work, would that be fair?
13        A.    Yes.
14        Q.    Sir, are the other subcontractors,
15   do you know, sir, were they hired by
16   Mr. Kleeman's companies, were they hired by
17   Kalnitech, who hired the additional
18   subcontractors?
19        A.    Well, I had brought in a few, a
20   few companies that I dealt with.  And David
21   had brought in some other companies.
22        Q.    Thank you, sir, thank you.
23              Sir, I am going to break that down
24   a little bit, and I have a few questions.
25              Sir, let me move onto the
```

1                    K. STOUPAKAS

2    Kalnitech workers, these are employees of

3    Kalnitech.

4         A.    Okay.

5         Q.    What portion or portions of the

6    work did Kalnitech employees do on this job

7    site?  For example, we did plumbing, we did

8    sheetrock, we did windows, you tell me, sir,

9    what portions of the work did your company

10   do?

11        A.    So my portion did a little bit of

12   demo, a little bit of concrete work, a

13   little bit of painting, a little bit of

14   waterproofing in the basement, a little

15   patching on the roof, if they had leaks

16   while the stuff was going on.

17        Q.    Thank you, sir.

18             Was that pretty much what

19   Kalnitech was doing or did you think of a

20   few more things?

21        A.    For the most part, you know, just

22   little knickknacks, yes, hey, I need the

23   mailbox installed, can we knock this out of

24   the way, can we patch this.

25        Q.    Thank you, sir.

Page 29

```
 1                    K. STOUPAKAS
 2            So it sounds like there might have
 3    been some add-ons or change orders over
 4    time; would that be fair?
 5        A.    Yes.
 6        Q.    Like a mailbox, would that be an
 7    add-on top of thing?
 8        A.    It was not a contract per se
 9    basically, I was just providing labor and we
10    were just doing whatever activities needed
11    to be done.
12        Q.    Thank you, sir.
13            When somebody wanted Kalnitech to
14    do a little bit more, a mailbox or whatever,
15    who was telling Kalnitech what these
16    additional job tasks would be, who was
17    directing you guys?
18        A.    Dave, it would come from Dave.
19        Q.    Thank you.  And sir, when David or
20    Mr. Kleeman, when he wanted to give
21    Kalnitech a little more work or add some
22    portion to the job, was it mostly a phone
23    call, was it mostly an e-mail, you tell me,
24    how would you generally normally
25    communicate?
```

Page 30

```
 1                K. STOUPAKAS
 2       A.   No, he would call me or if he
 3  would stop by, he would be like, hey, you
 4  know what, I want to do this today, can we
 5  do this.
 6       Q.   Okay, thank you, sir.
 7            Sir, did that project get
 8  completed?
 9       A.   Did it get completed, yes.
10       Q.   And sir, did Kalnitech stay on
11  until the work was done or did Kalnitech get
12  replaced later by somebody else?
13       A.   No.  I think I had finished our
14  portion of the work some time, like mid
15  June.
16       Q.   So you guys stayed on until you
17  finished your portion of the work, yes?
18       A.   Yes.
19       Q.   You were not replaced by somebody
20  else?
21       A.   No, no.
22       Q.   Thank you.
23            MR. RICHMAN:  Mid June of what
24       year?
25            THE WITNESS:  2019.
```

```
                                           Page 31

 1               K. STOUPAKAS

 2          MR. GASTMAN:   2019, the year of

 3       the accident.

 4       Q.   Sir, I next want to ask you a few

 5   questions, as best as you can recall.

 6            Tell us, please, which

 7   subcontractors, either by name or by trade,

 8   which subcontractors did Kalnitech hire for

 9   this project?

10       A.   I brought in City Gates, because

11   he wanted to put some motors on the roll-up

12   gates outside, I brought in Vetro, who does

13   the storefronts, I am trying to think who

14   else.  I brought in another contractor who

15   did the exterior, like the stucco, the

16   outside.

17            MR. BRIGANTIC:  Those are the

18       invoices that we sent you.

19            MR. GASTMAN:  The readers of this

20       record should know that this 2019 index

21       case, some additional discovery was

22       served today, May 11th, 2022.  And it

23       is on my desk.  And I am going to do my

24       best to review it and utilize it today.

25       Because I am getting stuff late, I am
```

```
 1              K. STOUPAKAS
 2      reserving rights to a further
 3      deposition later, but that's probably
 4      very unlikely.
 5           MR. BRIGANTIC:  Just so it is
 6      clear.  The invoices were produced in
 7      response to the preliminary conference
 8      order.  That's fine but just know that
 9      the invoices for what Gus is talking
10      about are the ones that were produced.
11           MR. GASTMAN:  Thank you.
12      Q.   Sir, I want to ask you next,
13  please, about who you recall that the owner,
14  in other words, Mr. Kleeman and his company,
15  what subcontractors did they hire, either by
16  name or by trade, any way you can?
17      A.   He had brought in the framers,
18  carpentry firm who did the frame out.
19  Obviously, he did his own electrical.  He
20  brought in his mechanical contractor, the
21  guy who did all the HVAC on the place and
22  plumber.  And, I think, roofer at the end.
23      Q.   Thank you, sir.  Sir, I heard
24  about some other company name, let me locate
25  it, I will ask a few questions about it.
```

1                K. STOUPAKAS

2    Sir, with regard to the project we have been

3    talking about, do you know anything about

4    some company called Jim Associates

5    Corporation?

6         A.   Yes.

7         Q.   Did that company have some role on

8    this project?

9         A.   Yes.

10        Q.   Who was Jim Associate's, for

11   example, were they one of the

12   subcontractors, who are they?

13        A.   Yes, they were the subcontractor

14   that was brought in, I guess, to do the

15   finishes.

16        Q.   And forgive me if this was covered

17   already, is that like the exterior stucco

18   work or this is somebody else?

19        A.   No, this is all the interior

20   stuff.

21        Q.   This the interior finished work?

22        A.   Right.

23        Q.   Do you recall who hired Jim

24   Associates for this project, was it

25   Kalnitech, Mr. Kleeman or somebody else?

1              K. STOUPAKAS

2      A.    Well, they were direct with Dave.

3      Q.    Mr. Kleeman hired that company?

4      A.    Correct.

5      Q.    Mr. Stoupakis, when Kalnitech did

6  have people on site during construction, did

7  Kalnitech, the company, supervise any of the

8  subcontractors?

9      A.    Say that again, did they supervise

10  any of the subcontractors?

11      Q.    I apologize, it is my job to be as

12  clear as I can.

13          Sir, Kalnitech, the company, when

14  Kalnitech was on site, was that company

15  supervising any of the subcontractors?

16      A.    No.

17      Q.    Sir, how about the subcontractors

18  that were brought in by Kalnitech, was

19  Kalnitech, the company, supervising those

20  subcontractors?

21      A.    Well, yes.

22      Q.    Sir, how about the other

23  subcontractors, when Kalnitech was on site,

24  were they supervising any of the

25  subcontractors hired by the Kleeman people

```
                                          Page 35
 1                  K. STOUPAKAS
 2    or no?
 3         A.    No.
 4         Q.    So if I said that in another way,
 5    tell me if I am right or wrong, please,
 6    Kalnitech supervised the contractors
 7    Kalnitech brought in but nobody else; would
 8    that be fair?
 9         A.    Correct.
10         Q.    Thank you, sir.
11              Sir, with regard to this project,
12    did you get to know anybody at Jim
13    Associates, did you have some go-to person
14    or name, if you had any questions or issues?
15         A.    Say that one more time.
16         Q.    Yes, sir.
17              Did you end up with some sort of
18    go-to person at Jim Associates, someone you
19    know a name, you could call if you had a
20    question or something?
21         A.    Do I know anybody at Jim
22    Associates, is that the question?
23         Q.    Yes, was there some person that
24    you recall from this project from Jim
25    Associates?
```

Page 36

```
 1                    K.  STOUPAKAS
 2        A.    Yes.
 3        Q.    And what do you remember, sir, who
 4   was that person?
 5        A.    George Moscosco.
 6        Q.    Did Kalnitech or Jim Associates
 7   ever work together somewhere else?
 8        A.    We worked together at my previous
 9   company.
10        Q.    Was that the same previous company
11   that you mentioned earlier that you knew
12   Mr. Kleeman from?
13        A.    Yes.
14        Q.    If you recall, what was the name
15   of this former company where you made some
16   connections?
17        A.    Masterpiece.
18        Q.    For people not familiar with
19   Masterpiece, is that plumbing, a general
20   contractor?
21        A.    It is a construction firm.
22        Q.    Do you know one way or the other,
23   did Jim Associates' employees do the
24   interior finishing work or did Jim
25   Associates subcontract that work out to
```

```
                                              Page 37
 1                    K. STOUPAKAS
 2   other people, if you know, sir?
 3        A.   No, they did it themselves.
 4        Q.   I next want to ask you about the
 5   paper log that may have been generated on
 6   this project.
 7             Did Kalnitech do any sort of daily
 8   log or daily report where there would be
 9   some general information on the work of the
10   day?
11        A.   Aside from just my man count and
12   what we were doing, I mean, nothing formal,
13   if that's what you are asking.
14        Q.   The man count you are thinking of,
15   was this just for Kalnitech people or were
16   you keeping track of manpower for other
17   companies?
18        A.   No, just Kalnitech.
19        Q.   Do you know it all, in anyway, did
20   any of Mr. Kleeman's companies, were they
21   doing any daily log for this project, maybe
22   you heard about, maybe you saw it, or maybe
23   it doesn't exist?
24        A.   I don't know.
25        Q.   Let me ask you about your time on
```

1                    K. STOUPAKAS

2    this project, were you there yourself from

3    time to time, sir?

4         A.    Yes.

5         Q.    Sir, when you were, were you the

6    top guy for the company?

7         A.    My company, yes.

8         Q.    Your company from Kalnitech, you

9    will be the top guy when you were there?

10        A.    Yes.

11        Q.    Sir, if you were not there, was

12   there somebody else from Kalnitech that

13   would be the top person?

14        A.    No, I was there all the time when

15   work was going on.  I would leave maybe for

16   an hour or two or something like that.

17        Q.    You guessed my next question.

18             Sir, with regard to your time on

19   this project, putting aside vacation days,

20   sick days, bad weather days, things like

21   that, were you there pretty much day to day

22   or would your schedule differ?

23        A.    No, I was pretty much there day to

24   day.

25        Q.    On the days you were there day to

```
 1                  K. STOUPAKAS
 2   day, were you splitting your time between
 3   other jobs, or when you were there, you were
 4   there for the day?
 5        A.   No, I was there, I was there for
 6   the day, I think some time in, I want to say
 7   probably May.  But again, we were wrapping
 8   up at that time, because there were more
 9   trades inside the space and whatnot.
10        Q.   I apologize, sir, let me just ask
11   that again, maybe a little differently.
12             Sir, when you were there, when you
13   were, were you spending pretty much the
14   whole day there or were you spending your
15   day with other projects that you may have
16   had to visit in the area?
17        A.   No, well, most of my time was
18   spent there.
19        Q.   Thank you, sir.
20             And when you were there, sir, you
21   were directing and supervising, your people,
22   the Kalnitech people?
23        A.   Yes, I was supervising my people.
24        Q.   And the subs you brought in?
25        A.   Yes.
```

```
                                              Page 40
 1                  K. STOUPAKAS
 2        Q.    Sir, let me ask you, if you were
 3   on the project and you were watching the
 4   workers work and you saw one of your subs
 5   doing something that looked dangerous to
 6   you, could you stop them?
 7        A.    If I saw one of my subs doing
 8   something that they were not supposed to?
 9        Q.    Yes?
10        A.    Then I absolutely would stop them.
11        Q.    Sir, I am going to switch gears a
12   little bit, I am going to ask you a few
13   questions now about Mr. Reyes Espinoza's
14   accident.
15        A.    Okay.
16        Q.    I mentioned his name before,
17   Stalin Rodrigo Reyes Espinoza, sir, does
18   that name ring a bell, do you know this guy?
19        A.    Well, he is the plaintiff in the
20   lawsuit.
21        Q.    Yes, sir, that is true.
22             But sir, do you know him, like,
23   did you meet him, would you recognize him if
24   you saw him, do you know this guy?
25        A.    I had seen him once or twice
```

```
                            K. STOUPAKAS
1
2    towards the end, I guess when Jim Associates
3    started and we were ending, finishing or
4    whatnot.
5         Q.    And is it your understanding that
6    the plaintiff, Mr.  Reyes Espinoza, he was
7    working for that company, Jim Associates; is
8    that your understanding?
9         A.    Correct.
10        Q.    And this is somebody Mr. Kleeman
11   brought in, right, that company, right,
12   Mr. Kleeman brought them in, not you?
13        A.    Say that again.
14        Q.    Yes, sir.
15              This company, Jim Associates, they
16   were brought in by Mr. Kleeman's companies,
17   not you; correct?
18        A.    When you say brought them in, we
19   both knew, we both know Jim Associates.
20        Q.    For this particular project, can
21   you tell me which company hired Jim
22   Associates for this project?
23        A.    I would -- Dave, so I would
24   imagine A.S.K.
25        Q.    It was not you, not Kalnitech;
```

                    K. STOUPAKAS

 1

 2  right?

 3      A.   No.

 4      Q.   Thank you.

 5           Sir, did you, yourself, did you

 6  witness the accident, sir?

 7      A.   No, I did not.

 8      Q.   Sir, as far as you know, did any

 9  of the Kalnitech people witness this

10  accident?

11      A.   No.  We weren't there at that

12  time.

13      Q.   You are correctly guessing my next

14  question again, sir, do you know one way or

15  the other, on the date of the accident,

16  June 28th, 2019, do you know one way or the

17  other, did Kalnitech have any people,

18  anybody on site that day, if you know, sir?

19      A.   No.

20      Q.   And sir, I mean no disrespect, but

21  sir, could you tell us please, how do you

22  know or why do you think there was no

23  Kalnitech people that there that day?

24      A.   Because I wasn't there.

25      Q.   And sir, if you know, if you

Page 43

```
 1                 K. STOUPAKAS
 2   recall, was this a down day or Kalnitech had
 3   already completely finished and they were
 4   gone, you tell me, sir?
 5        A.    Yes, we had wrapped up probably a
 6   week or two before.  Maybe there was some
 7   punch list items that we had to return back.
 8        Q.    Thank you, sir.
 9              On the day of the accident,
10   Kalnitech work was down to punch list stage?
11        A.    Yes, we were done, we were done at
12   that point.
13        Q.    So unless someone called you back?
14        A.    Yes.
15        Q.    From Kalnitech's point of view,
16   you were done?
17        A.    Yes.
18        Q.    Sir, do you know, did Kalnitech
19   get called back at all for any punch list
20   stuff after that date, June 28th, 2019?
21        A.    I think the only thing, if I
22   remember, at some point, the storefront guy
23   had to come back and do some caulking and
24   touch-ups and something like that.
25        Q.    If you recall, when Kalnitech came
```

1                    K. STOUPAKAS

2     back for that storefront punch list work,

3     was Kalnitech back for hours, days, weeks,

4     months, do you know, sir, how long did they

5     come back?

6          A.    It was one day.  I met my sub-over

7     there just to make sure that she did the job

8     correctly so we don't have to come back.

9          Q.    I am going to next ask you a few

10    questions, so I am giving you a road map.  I

11    am going to ask you a few questions about

12    equipment and gear that Kalnitech may have

13    provided, may not have provided, so I am

14    giving you a little road map.

15               Sir, for the subcontractors hired

16    by Mr. Kleeman, did Kalnitech provide any

17    equipment to those subcontractors or no?

18         A.    No.

19         Q.    With regard to the subcontractors

20    that Kalnitech did hire, did bring in, sir,

21    did Kalnitech provide any equipment to those

22    subcontractors?

23         A.    No.

24         Q.    Sir, with regard to the

25    subcontractors that Kalnitech did bring in,

Page 45

1                   K. STOUPAKAS
2    did hire, sir, did Kalnitech provide any
3    safety gear of any type to those
4    subcontractors?
5         A.   No.
6         Q.   Sir, I next want to ask you a few
7    questions, please, about safety meetings
8    that you may have been involved in or heard
9    of or saw, those are my next couple of
10   questions, okay?
11        A.   Okay.
12        Q.   Thank you, did any of
13   Mr. Kleeman's companies, were they holding
14   any daily or weekly safety meetings that you
15   know about on this job site?
16        A.   Not that I am aware of.
17        Q.   Mr. Stoupakis, could you tell us,
18   please, how did you first become aware of
19   Mr. Reyes Espinoza's accident, did you get
20   a phone call, did you get paperwork in the
21   mail, how did you first find out about this?
22        A.   About the accident?
23        Q.   Yes.
24        A.   I think they called me from the
25   site.  I don't remember if it was Dave that

Page 46

1                    K. STOUPAKAS

2      called me or his foreman.

3            Q.    And I realize time has gone by,

4      sir, the best you can, what were you

5      informed of, what did they tell you?

6            A.    That somebody had fallen, that

7      somebody had fallen, gotten hurt on the job.

8            Q.    Did they mention it was a ladder

9      accident, he fell from a ladder?

10           A.    I don't remember.

11           Q.    Thank you, sir.

12                 Sir, whoever called you, whoever

13     it was, you came away with the understanding

14     that it was a worker from Jim Associates

15     that was injured; that was your

16     understanding, sir?

17           A.    Yes.

18           Q.    And you eventually found out it

19     was Mr. Reyes Espinoza?

20           A.    Yes.

21           Q.    Did anybody ever take you to the

22     location of accident to show you?

23           A.    No.

24           Q.    How about at any time, for any

25     reason, did anybody ever point out to you,

1                    K. STOUPAKAS

2    hey, here, this is where the accident

3    happened?

4         A.    I had passed by later on this the

5    day and they had told me that, I think he

6    was working by the closet area in the

7    garage, I think.

8         Q.    And I may not have heard you

9    correctly, I may not have, did you stop by

10   after you got this call, you went over

11   there?

12        A.    Later on, at the end of the day.

13        Q.    Did anybody point out the ladder

14   or the accident location to you?

15        A.    No, they just had said that he had

16   fallen from, I think, the closet area, I

17   think it was in the back of the garage.

18        Q.    Did anybody ever point out a

19   ladder to you and say, yes, that one, did

20   anybody ever show you a ladder?

21        A.    I don't remember.

22        Q.    Sir, putting aside lawyer

23   conversations, put that aside, I am not

24   allowed to ask you about that, sir, did you

25   ever come to learn of any witnesses to the

1                    K. STOUPAKAS

2    accident, somebody who actually saw what

3    happened?

4         A.   Say that again.

5         Q.   Sir, putting aside lawyer

6    conversations, I am not allowed to ask you

7    about that, sir, did you ever come to know

8    of any witnesses to the accident?

9         A.   No, I don't know.

10        Q.   Sir, did Mr. Kleeman ever tell you

11   whether he was there on the day of the

12   accident, did he ever tell you yes or no?

13        A.   I don't remember.

14        Q.   Did Mr. Kleeman ever give you,

15   have an understanding of which people were

16   there from the Kleeman companies?  Did you

17   ever find out who was there?

18        A.   Say that again.

19        Q.   Did you ever come to learn who was

20   there on the job site on the day of the

21   accident, from Mr. Kleeman's companies?

22        A.   I think Duane was there when I got

23   there at the end of the day.  I mean, I

24   don't know who else was there earlier.

25        Q.   Sir, when you saw Duane that day,

Page 49

1              K. STOUPAKAS

2    did Duane give you any further information

3    other than what we already spoke about?

4         A.    No.

5         Q.    Do you know, one way or the other,

6    was there any video, surveillance, photo

7    gear set up at the job site that may have

8    captioned this accident when it happened?

9         A.    I don't know.

10        Q.    Did anybody ever tell you that

11   there are pictures or videos of the accident

12   itself?  Did anybody ever tell you that?

13   Other than your lawyers, don't tell me that.

14        A.    No.

15             (Whereupon, a short recess was

16        taken.)

17        Q.    Sir, with regard to the project we

18   have been talking about, do you know any

19   company called Marfi Contracting, M-A-R-F-I?

20        A.    Yes.

21        Q.    What part of the job did they do?

22        A.    They did the spray foam

23   insulation.

24        Q.    Was Marty one of the

25   subcontractors hired by Kalnitech or not

1                    K. STOUPAKAS

2    hired by Kalnitech?

3         A.    No, they were one of the subs that

4    I brought on.

5         Q.    Do you know what trade or trades

6    were working at the project on the date of

7    the accident, June 28th, 2019?  We heard

8    about Jim Associates, but do you know, sir,

9    were there other trades working that day, if

10   you know?

11        A.    I don't recall.

12              (Whereupon, an off-the-record

13        discussion was held.)

14        Q.    Mr. Stoupakis, with regard to the

15   job that we have been talking about today,

16   did Jim Associates and company, were they

17   sometimes sending you the proposals instead

18   of Mr. Kleeman, does that sound right?

19        A.    Say that again.

20        Q.    Yes, sir.

21              With regard to the project we have

22   been talking about today, the Hempstead

23   Avenue job, did Jim Associates, the company,

24   sometimes submit their proposals to you,

25   Gus, rather than Mr. Kleeman?

```
                                           Page 51
 1              K. STOUPAKAS
 2      A.   No.
 3      Q.   Was there another Gus on this job
 4  that you know of, sir, or are you the only
 5  Gus on this job site that you know of?
 6      A.   I am the only Gus that I know of.
 7           (Whereupon, an off-the-record
 8      discussion was held.)
 9      Q.   Putting aside lawyer
10  conversations, is there anything more about
11  this action that you know about that we
12  didn't talk about yet?
13           MR. BRIGANTIC:  Objection to the
14      form of the question, but he could
15      answer.
16      A.   Say that again one more time.
17      Q.   Putting aside lawyer
18  conversations, because I am not allowed to
19  ask you about that, sir, is there anything
20  more about this accident that we have not
21  spoken about yet?
22      A.   Do I know anything more about this
23  accident that we have not spoken about yet?
24      Q.   Yes, sir?
25      A.   Like what?
```

                         K. STOUPAKAS

1

2        Q.    Any details, who was there, what

3    happened, anything?

4        A.    Aside from everything that I have

5    told you, no, that's it.

6             MR. GASTMAN:   Thank you, sir.

7             I have no other questions for this

8        witness today.  I thank you all for

9        your time.  I thank you, Counsel, for

10       the discovery we received so far.

11       Special thanks for Madam Reporter.

12            I will stand by for other

13       questions, if you have any.

14   EXAMINATION BY

15   MR. KRICHMAN:

16       Q.    Mr. Stoupakis, good afternoon.  I

17   represent the defendant in this lawsuit,

18   Davs Partners, LLC.  I am also going to ask

19   you a couple of questions.  I am not going

20   to repeat anything that was already asked

21   you, but I may just go into a little

22   different areas that are in the same

23   category of what Mr. Gastman asked you?

24       A.    Okay.

25       Q.    With the same provisos, if you

```
1                    K. STOUPAKAS
2    don't understand something, let me know and
3    don't guess at any of your answers, okay?
4         A.    No problem.
5         Q.    Do you know the name, D-A-V-S
6    Partners, LLC?
7         A.    Yes.
8         Q.    Did you know that name prior to
9    the commencement of this lawsuit?
10        A.    Yes.
11        Q.    And when did you first learn about
12   the name, Davs?
13        A.    I guess when they brought the
14   mailbox saying that he is going to be
15   receiving mail at that time.  Because the
16   post office was not delivering yet.
17        Q.    And who was the person or persons
18   that told you what the name, Davs Partners
19   were?
20        A.    Dave.
21        Q.    Was that before you were hired to
22   work on this project?
23        A.    No, I think it was after or
24   during.
25        Q.    And when you are referring to
```

1                    K. STOUPAKAS

2   Dave, you are referring to Dave Kleeman;

3   right?

4        A.    Yes.

5        Q.    What did Dave Kleeman say to you

6   who Davs Partners was?

7        A.    Davs was the owner of the

8   property.

9        Q.    And was it your understanding that

10  A.S.K. Electric was going to physically

11  occupy the premises?

12       A.    Yes.

13       Q.    And was it also your understanding

14  that Davs Partners and A.S.K. Electric, both

15  of those entities were owned by David

16  Kleeman?

17       A.    Say the question one more time.

18       Q.    Did you have an understanding as

19  to whether or not Dave Kleeman owned Davs

20  Partners as well as A.S.K. Electric?

21       A.    I believe he was one of the owners

22  of Davs.

23       Q.    Did you ever learn who the owner

24  of Davs was?

25       A.    I just assumed it was his

                          K. STOUPAKAS

1    daughters, Elana, Vanessa and Shayna.

2         Q.    Did anyone ever tell you that or

3    are you just assuming?

4         A.    No, I am just assuming.

5         Q.    Shayna was who related to David

6    Kleeman?

7         A.    Shayna was his daughter.

8         Q.    Who was Vanessa?

9         A.    Vanessa was his wife.

10        Q.    When Mr. Gastman asked you who

11   hired you, Mr. Gastman asked you a question

12   who hired your company Kalnitech to perform

13   services?

14        A.    David, David did.

15        Q.    Now, when you say David, now, the

16   hiring of your services, Kalnitech services

17   was done verbally as opposed to a written

18   agreement; correct?

19        A.    Yes.

20        Q.    And when you say David hired you,

21   can you be more particular about which

22   entity or maybe both entities or somebody

23   else hired Kalnitech to perform services on

24   the project?

1              K. STOUPAKAS

2              MR. BRIGANTIC:  Objection to the

3          form of the question.  But you could

4          answer.

5          A.    A.S.K. Electric.

6          Q.    A.S.K. Electric?

7          A.    Right.

8          Q.    Did Davs ever hire Kalnitech to

9     your knowledge?

10         A.    No.

11         Q.    And originally, there was a

12    question asked about various subcontractors

13    that, quote-unquote, you brought in and

14    various subcontractors that David brought

15    in; do you recall that line of questioning?

16         A.    Yes.

17         Q.    And I believe you testified that

18    both you and David knew Jim Associates;

19    correct?

20         A.    Yes.

21         Q.    And that was in connection with

22    your prior company, right?

23         A.    Yes.

24         Q.    And did you have a conversation

25    with David about bringing tin Jim Associates

```
 1                    K.  STOUPAKAS
 2   to do work on the project?
 3        A.   He probably asked me do I have
 4   anybody I could recommend.  And I had told
 5   him you could go with Moscosca because he
 6   knew his work.  We had all worked together
 7   on a previous project many years ago.
 8        Q.   And it is your understanding that
 9   David or A.S.K. hired Jim Associates, not
10   Kalnitech; correct?
11        A.   Correct.
12        Q.   Did you ever have a conversation
13   with David Kleeman along the lines that Jim
14   was going to be a subcontractor of
15   Kalnitech, but that not withstanding, they
16   were going to be a subcontractor of
17   Kalnitech, A.S.K. was going to pay Jim
18   directly?
19             MR. BRIGANTIC:  Object to the form
20        of the question, but you could answer.
21        A.   No, never.
22        Q.   Did you have a conversation,
23   something along those lines?
24        A.   No.
25        Q.   So it was your understanding that
```

1                    K. STOUPAKAS

2    clearly Jim Associates was a subcontractor

3    of A.S.K. and not Kalnitech; correct?

4         A.    Correct, they had met, I guess

5    they discussed the scope of the work, they

6    agreed to, I guess, a number and, you know

7    it, that was it.

8         Q.    Did you ever supervise any of Jim

9    Associates work?

10        A.    No.

11              No, at that point in time, they

12   were in the finish it, so Dave was around a

13   lot more often.

14        Q.    So your company had no involvement

15   with supervising of any of Jim Associates

16   work?

17        A.    No.

18        Q.    Now, your attorney provided a

19   certificate of insurance and date of the

20   issuance of this certificate of insurance

21   was dated July 16, 2019.  And it refers to

22   Kalnitech, your company, as the insured and

23   the certificate holder as an additional

24   insured to be A.S.K. Electrical Contracting

25   Corp.

Page 59

1                           K. STOUPAKAS

2                Do you recall having your company

3      buy insurance from Falls Lake Insurance

4      company in connection with in project.

5                     MR. BRIGANTIC:   What was that

6           question?

7           Q.   Do you recall Kalnitech purchasing

8      insurance from Falls Lake Insurance in

9      connection with this project?

10          A.   Falls Lake Insurance was my

11     insurance carrier.

12          Q.   Did they issue insurance to

13     Kalnitech with regard to this project?

14          A.   Yes.

15          Q.   And was A.S.K. Electric named as

16     an additional insured on the Falls Lake

17     Insurance, as far as you know?

18          A.   Yes, I believe so.

19          Q.   And that was effective January

20     2nd, 2019; correct?

21          A.   No.

22          Q.   January 3, 2019?

23          A.   No, January 3rd is when, I

24     believe, my insurance policy began.  We were

25     requested to provide the ACORD sometime in

```
                                      Page 60
1                  K. STOUPAKAS
2    2019.
3         Q.    Who requested the ACORD
4    certificate?
5         A.    I don't remember if it was an
6    e-mail from Dave or Kavita from his office.
7         Q.    What is your understanding of who
8    Kavita is?
9         A.    Kavita is, I would say, like,
10   office manager who handles the books over
11   there.
12        Q.    So this ACORD certificate that
13   your lawyer produced today is dated
14   July 16th, 2019 naming as additional
15   insured, A. S.K. Electric, is that the first
16   time, to your understanding, that that
17   request was made by David Kleeman?
18        A.    Yes.
19        Q.    July 16th, 2019?
20        A.    Yes.
21        Q.    And were you working on the
22   project on July 16th, 2019?
23        A.    July, no, like I said, the bulk of
24   my work was already done.  If I was there,
25   maybe just for like some punch list items
```

```
                                        Page 61
 1              K. STOUPAKAS
 2   and whatnot.  I don't recall.
 3         Q.   So tell me the reason why you
 4   named and provided A.S.K. Electric as an
 5   additional insured on July 16th, 2019?
 6         A.   Because they had sent an e-mail
 7   saying that we need insurance.  And we can't
 8   cut any more checks, unless you have
 9   insurance on file with us.
10         Q.   As of July 16th, 2019, your work
11   was completed, except for some minor punch
12   list items; correct?
13         A.   Correct.
14         Q.   Sir, were permits taken out on
15   this job in connection with work that you
16   performed?
17         A.   Yes.
18         Q.   And those were requested by
19   Kalnitech with the DOB; correct?
20         A.   Yes.
21         Q.   And you have copies of those
22   permits?
23         A.   I don't remember if I have a copy.
24         Q.   Do you have a copy of any
25   paperwork that you submitted to DOB in
```

Page 62

```
 1                    K. STOUPAKAS
 2   connection with obtaining the permits?
 3        A.   No, I believe Dave's expediter had
 4   done all the paperwork and just listing me,
 5   I guess, on the forms.
 6        Q.   Did you see the forms that David's
 7   expediter prepared for submission to the DOB
 8   before they were submitted to DOB?
 9        A.   Did I see them, I am sure I did.
10   I had to sign them and send them back.
11        Q.   So that's my next question.
12             So the forms that were prepared by
13   Dave's expediter, and an expediter, your
14   understanding of an expediter, they are, is
15   somebody that an owner would engage to
16   obtain permits from the DOB on an expedited
17   basis?
18             MR. BRIGANTIC:  Object to the form
19        of the question, but he could answer.
20        A.   Yes.
21        Q.   So Dave's expediter, after he or
22   she prepared the forms for submission to
23   DOB, sent them to you for your signature;
24   correct?
25        A.   Yes.
```

Page 63

1                      K. STOUPAKAS

2        Q.    And did you review the forms that

3    were being submitted to the DOB?

4        A.    Just looked where I needed to sign

5    and just sign.

6        Q.    And did you see any information on

7    the forms at the time that you signed it

8    that was incorrect?

9        A.    I don't recall.  Like I said, I

10   don't recall actually reviewing the

11   paperwork.

12       Q.    Do you recall that on those forms

13   that were submitted to DOB about that you

14   signed, you listed Kalnitech as a general

15   contractor on this project?

16            MR. BRIGANTIC:  Objection to the

17       form of the question.  Has the document

18       been produced, that you are referring

19       to?

20            MR. RICHMAN:  No.

21            MR. BRIGANTIC:  Is there a reason

22       why it has not been produced?

23            MR. RICHMAN:  I don't have a copy.

24       We are trying to find it.

25            MR. BRIGANTIC:  Then I object to

Page 64

```
 1                    K. STOUPAKAS
 2        the question.
 3              MR. RICHMAN:  You could object.  I
 4        am asking him the question.
 5              MR. BRIGANTIC:  Wait a minute, you
 6        are asking him what is in a document
 7        that you have never seen.
 8              MR. RICHMAN:  I am asking him if
 9        he recalls, what is wrong with that
10        question?  If he says he doesn't
11        recall, he doesn't recall.
12              MR. BRIGANTIC:  With my objection,
13        can you restate the question and he
14        could answer.
15        Q.   Sir, you already testified that
16    you signed a form on this project that was
17    submitted to the DOB; correct?
18        A.   Yes.
19        Q.   And you don't recall whether or
20    not on the form that you signed that was
21    submitted to the DOB, whether or not you
22    were listed as a general contractor on this
23    project?
24        A.   I don't recall.
25        Q.   Do you know whether or not A.S.K.
```

Page 65

1                    K. STOUPAKAS

2    was listed as the general contractor?

3         A.    I don't know, I don't recall.

4         Q.    Is it your understanding that

5    Kalnitech was listed as a general contractor

6    as far as the DOB was concerned?

7         A.    Say that again.

8         Q.    Is it your understanding that

9    Kalnitech was listed as a general contractor

10   to the DOB?

11            MR. BRIGANTIC:  Objection to the

12        form of the question.  But you could

13        answer it.

14        A.    Do I know if I was listed, if

15   Kalnitech was listed as a general

16   contractor, is that the question?

17        Q.    That's the question?

18        A.    No, I don't know if we were

19   listed, like I said, I didn't prepare the

20   paperwork.

21        Q.    Did you receive any documents from

22   the DOB listing Kalnitech as a general

23   contractor?

24        A.    Did I receive anything from DOB

25   listing?

```
                                          Page 66
 1                K. STOUPAKAS
 2        Q.    Kalnitech as a general contractor,
 3   yes, did you?
 4        A.    Yes.
 5        Q.    And when did you receive that
 6   information or documents?
 7        A.    I don't recall, whenever we filed
 8   for, whenever we filed the paperwork for
 9   DOB.
10        Q.    What is your understanding as to
11   what you were informed by DOB?
12        A.    Say that again.
13        Q.    What was your understanding of
14   what you saw?
15        A.    I don't understand the question,
16   what was my understanding of what I saw?
17        Q.    Yes, from DOB, did you receive
18   anything from DOB listing Kalnitech as a
19   general contractor?
20        A.    We applied for our general
21   contractor's license.  With DOB, if that's
22   what you are asking.
23        Q.    No, I am talking about with regard
24   to obtaining permits on this job?
25              MR. BRIGANTIC:  He is referring to
```

```
 1                    K. STOUPAKAS
 2      this job or just his general.
 3              MR. RICHMAN:  I am referring to
 4      this project.
 5              MR. BRIGANTIC:  I think he is
 6      testifying, generally, I think that's
 7      the issue.
 8              THE WITNESS:  Everything is
 9      general.
10              MR. RICHMAN:  Fair questioning,
11      let me clarify.
12      Q.   Did you file or sign documents as
13   the general contractor for this project?
14      A.   No.
15      Q.   Do you know who did?
16      A.   I don't know.
17      Q.   Did you ever see any documents or
18   receive any information from DOB listing
19   Kalnitech as the general contractor on this
20   project?
21      A.   What documents, specifically, are
22   you asking on?  Because I am not sure I
23   understand.
24      Q.   Any documents at all from DOB?
25      A.   Did we receive anything from DOB
```

Page 68

```
 1                    K. STOUPAKAS
 2   saying that we are a general contractor on
 3   this project?  No, not that I recall.
 4             MR. RICHMAN:  I am going to ask
 5        you to search your records and produce
 6        any documents at all of any involvement
 7        between Kalnitech, your company and DOB
 8        regarding this project, okay.
 9             MR. BRIGANTIC:  We will take the
10        request under advisement.  But we have
11        already searched for all the job
12        documents concerning this and have
13        produced what the witness has.  But we
14        will take your request under
15        advisement.
16             THE WITNESS:  Do I need to write
17        it down?
18             MR. RICHMAN:  Your attorney will
19        let you know.
20             MR. BRIGANTIC:  I will confer with
21        you regarding that.
22             (Whereupon, at 1:50 P.M., the
23        Examination of this witness was
24        concluded.)
25                  °      °      °      °
```

Page 69

1                      K. STOUPAKAS

2                 D E C L A R A T I O N

3

4      I hereby certify that having been first

5  duly sworn to testify to the truth, I gave

6  the above testimony.

7

8      I FURTHER CERTIFY that the foregoing

9  transcript is a true and correct transcript

10 of the testimony given by me at the time and

11 place specified hereinbefore.

12

13

14

              _____

15              KOSTAS STOUPAKIS

16

17

18 Subscribed and sworn to before me

19 this _____ day of _____ 20___.

20

21

   _____

22      NOTARY PUBLIC

23

24

25

1                    K. STOUPAKAS

2                     I N D E X

3

4    EXAMINATION BY                           PAGE

5      MR. GASTMAN                            5

       MR. RICHMAN                            52

6

7         INFORMATION AND/OR DOCUMENTS REQUESTED

8    INFORMATION AND/OR DOCUMENTS            PAGE

9    Produce any documents at all of any     68

     involvement between Kalnitech, your

10   company and DOB regarding this project

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 71

```
 1              K. STOUPAKAS
 2          C E R T I F I C A T E
 3
 4  STATE OF NEW YORK        )
                             :  SS.:
 5  COUNTY OF QUEENS         )
 6
 7       I, RIVKA TROP, a Notary Public for and
 8  within the State of New York, do hereby
 9  certify:
10       That the witness whose examination is
11  hereinbefore set forth was duly sworn and
12  that such examination is a true record of
13  the testimony given by that witness.
14       I further certify that I am not related
15  to any of the parties to this action by
16  blood or by marriage and that I am in no way
17  interested in the outcome of this matter.
18       IN WITNESS WHEREOF, I have hereunto set
19  my hand this 25th day of May, 2022.
20
21
22                 Rivka Trop
23              RIVKA TROP
24
25
```

Page 72

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Reyes Espinoza, Stalin v. DAVS Partners LLC
DATE OF DEPOSITION: 5/11/2022
WITNESSES' NAME: Kostas Stoupakis

PAGE   LINE (S)        CHANGE              REASON
____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

                                    _____
                                    Kostas Stoupakis

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____, 20__.



_____         _____
(NOTARY PUBLIC)                MY COMMISSION EXPIRES:

[& - attorneys]                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**  2:4,12 5:20 | | | |

**1**

**100**  2:5 20:7
**10038**  2:5
**101**  2:13
**10158**  2:10
**11**  1:11
**11360**  5:13
**11530**  2:14
**11th**  31:22
**12:35**  1:12
**16**  58:21
**16th**  60:14,19,22
  61:5,10
**1:50**  68:22

**2**

**20**  69:19 72:22
**200**  23:10
**2017**  10:20
**2019**  6:3 11:11
  13:19 24:9 30:25
  31:2,20 42:16
  43:20 50:7 58:21
  59:20,22 60:2,14
  60:19,22 61:5,10
**2022**  1:11 31:22
  71:19
**204-19**  5:12
**217-14**  11:12
**221**  3:2 4:2
**221.1**  3:3
**221.2**  3:17 4:7
**221.3**  4:3
**23rd**  5:12
**24th**  5:12
**25th**  71:19
**28th**  6:2 42:16
  43:20 50:7

**2nd**  59:20

**3**

**3**  59:22
**31**  3:10
**3115**  3:5,14,22
**3rd**  59:23
**3rrd**  2:9

**5**

**5**  70:5
**5/11/2022**  72:3
**515197/19**  1:6
**52**  70:5
**5636**  71:22

**6**

**605**  2:9
**666**  2:13
**68**  70:9

**9**

**9th**  2:9

**a**

**a.s.k.**  15:21,21,25
  16:6,10,16,17 17:2
  17:9 21:8 24:7,9
  24:15 41:24 54:10
  54:14,20 56:5,6
  57:9,17 58:3,24
  59:15 61:4 64:25
**absolutely**  40:10
**accident**  6:2 31:3
  40:14 42:6,10,15
  43:9 45:19,22
  46:9,22 47:2,14
  48:2,8,12,21 49:8
  49:11 50:7 51:20
  51:23
**accompanied**  3:23
**acord**  59:25 60:3
  60:12

**action**  51:11 71:15
**activities**  29:10
**add**  29:3,7,21
**addition**  26:7,23
**additional**  27:17
  29:16 31:21 58:23
  59:16 60:14 61:5
**advisement**  68:10
  68:15
**afternoon**  5:17,18
  52:16
**ago**  57:7
**agreed**  4:11,14,17
  4:21 58:6
**agreement**  14:10
  14:23 15:4 55:19
**allowed**  6:16,17
  7:15 9:13 47:24
  48:6 51:18
**answer**  3:8,12,17
  3:17,21,22,22,24
  6:17,20 26:21
  51:15 56:4 57:20
  62:19 64:14 65:13
**answered**  3:20 4:6
**answers**  7:25 53:3
**anybody**  9:10 22:2
  22:25 25:8 35:12
  35:21 42:18 46:21
  46:25 47:13,18,20
  49:10,12 57:4
**anyway**  37:19
**apologize**  14:15
  26:5 34:11 39:10
**applied**  66:20
**apply**  3:9
**appreciate**  26:13
**appropriate**  3:9
  4:19
**approximate**  7:3

**approximately**
  10:17,18,19 23:9
  25:5
**approximating**
  6:23,24
**approximation**
  6:22
**area**  39:16 47:6,16
**areas**  52:22
**article**  3:10
**aside**  18:25 20:2
  27:3 37:11 38:19
  47:22,23 48:5
  51:9,17 52:4
**asked**  52:20,23
  55:11,12 56:12
  57:3
**asking**  24:19
  37:13 64:4,6,8
  66:22 67:22
**assist**  17:20
**assisting**  27:11
**associate**  16:8,9
**associate's**  33:10
**associates**  2:4 5:21
  33:4,24 35:13,18
  35:22,25 36:6,23
  36:25 41:2,7,15,19
  41:22 46:14 50:8
  50:16,23 56:18,25
  57:9 58:2,9,15
**assumed**  24:6
  54:25
**assuming**  55:4,5
**attendance**  3:15
**attorney**  3:13,21
  4:4 5:20 7:12
  58:18 68:18
**attorneys**  2:4,8,12
  4:21,23

**avenue**  2:9 5:12,12 11:12 13:8,13,19 13:24 18:9 50:23
**aware**  45:16,18

**b**

**b**  3:5,10
**back**  11:11 14:13 43:7,13,19,23 44:2 44:3,5,8 47:17 62:10
**bad**  19:24 38:20
**basement**  12:23 28:14
**basically**  29:9
**basis**  3:13,23 20:5 22:8 62:17
**bayside**  5:13
**began**  59:24
**behalf**  15:3
**believe**  54:21 56:17 59:18,24 62:3
**bell**  21:19 40:18
**best**  12:5 31:5,24 46:4
**better**  13:3
**bit**  27:24 28:11,12 28:13,13 29:14 40:12
**block**  13:2,5
**blood**  71:16
**book**  26:22
**books**  60:10
**bqe**  25:6,7
**break**  7:7,9 27:23
**brigantic**  2:10 31:17 32:5 51:13 56:2 57:19 59:5 62:18 63:16,21,25 64:5,12 65:11 66:25 67:5 68:9

68:20
**bring**  44:20,25
**bringing**  56:25
**brought**  27:19,21 31:10,12,14 32:17 32:20 33:14 34:18 35:7 39:24 41:11 41:12,16,18 50:4 53:13 56:13,14
**building**  11:24 12:3,6,8,14,15,17 12:20,20,22,25 14:6 16:9 24:25
**buildings**  12:14,15
**built**  16:23,25 24:9
**bulk**  60:23
**business**  10:23
**buy**  59:3

**c**

**c**  2:2 3:5 69:2 71:2 71:2
**call**  29:23 30:2 35:19 45:20 47:10
**called**  5:2 10:8 13:10 15:21 24:2 33:4 43:13,19 45:24 46:2,12 49:19
**captioned**  49:8
**captured**  8:3
**carpentry**  32:18
**carrier**  59:11
**case**  8:21 31:21 72:2
**cases**  7:4
**category**  52:23
**caulking**  43:23
**cause**  3:20
**certain**  18:15,18 20:10,20 25:19

**certificate**  58:19 58:20,23 60:4,12
**certify**  69:4,8 71:9 71:14
**change**  29:3 72:5
**charge**  4:23
**checks**  61:8
**city**  2:14 31:10
**civil**  3:5
**clarify**  20:18 67:11
**clarifying**  20:14
**clear**  3:13,23 13:15 26:14 32:6 34:12
**clearly**  4:8 58:2
**clerk**  4:12
**closet**  47:6,16
**cold**  9:24
**come**  21:12 29:18 43:23 44:5,8 47:25 48:7,19
**comes**  8:12 9:10
**coming**  8:18 9:24 22:15,19
**commencement**  53:9
**comments**  3:16
**commercial**  10:25
**commission**  72:25
**common**  7:2
**communicate**  29:25
**communicating**  4:4 8:3
**communication**  4:3,5,7
**companies**  18:19 19:10 20:5 21:5 22:25 23:22 25:11 26:9,17,18,25 27:5

27:7,16,20,21 37:17,20 41:16 45:13 48:16,21
**company**  1:7,15 2:9 10:3,8,9,12,13 10:13,15,22,24 11:15 13:18 14:19 15:20,21,25 16:4 16:10,20 17:4,9,10 18:7,11 20:5 21:7 22:25 24:2,3,5,11 24:14 25:25 26:12 28:9 32:14,24 33:4,7 34:3,7,13 34:14,19 36:9,10 36:15 38:6,7,8 41:7,11,15,21 49:19 50:16,23 55:13 56:22 58:14 58:22 59:2,4 68:7 70:10
**company's**  20:15
**complete**  3:25
**completed**  30:8,9 61:11
**completely**  17:11 43:3
**compliance**  3:6
**computer**  9:21
**concerned**  65:6
**concerning**  68:12
**concluded**  68:24
**concrete**  28:12
**conduct**  3:2 4:2
**confer**  68:20
**conference**  32:7
**confidentiality**  3:18
**connect**  15:14
**connected**  10:13

**connection** 56:21 59:4,9 61:15 62:2
**connections** 36:16
**consent** 4:5
**construction** 1:7 1:15 2:9 5:22 10:8 11:4,11,23 13:18 16:4 19:22 20:6 23:3 25:10 34:6 36:21
**contract** 14:10,21 29:8
**contracting** 11:2,6 49:19 58:24
**contractor** 18:12 18:23 19:4,12 26:12 31:14 32:20 36:20 63:15 64:22 65:2,5,9,16,23 66:2,19 67:13,19 68:2
**contractor's** 66:21
**contractors** 18:16 35:6
**controlling** 4:19
**conversation** 7:21 56:24 57:12,22
**conversations** 7:16 47:23 48:6 51:10,18
**copies** 61:21
**copy** 4:22 5:15 61:23,24 63:23
**corner** 13:3
**corp** 58:25
**corporation** 15:22 16:21 33:5
**correct** 8:5 11:8 14:3 16:12 18:20 20:22 34:4 35:9 41:9,17 55:19

56:19 57:10,11 58:3,4 59:20 61:12,13,19 62:24 64:17 69:9
**correctly** 42:13 44:8 47:9
**counsel** 52:9
**count** 37:11,14
**country** 2:13
**county** 1:2 71:5
**couple** 10:3 45:9 52:19
**course** 3:15 8:7
**court** 1:2,17 3:19 4:13 5:14
**covered** 33:16
**cplr** 3:10,14,22 4:16,18,19
**crew** 20:10
**cut** 61:8

---

**d**

**d** 3:5 53:5 69:2 70:2
**daily** 19:11 20:5 22:8 37:7,8,21 45:14
**dangerous** 40:5
**date** 1:11 7:4 42:15 43:20 50:6 58:19 72:3
**dated** 58:21 60:13
**daughter** 55:8
**daughters** 55:2
**dave** 18:5 20:9 29:18,18 34:2 41:23 45:25 53:20 54:2,2,5,19 58:12 60:6
**dave's** 62:3,13,21
**david** 15:12 16:6 18:25 19:2,3

20:19 21:8 27:20 29:19 54:15 55:6 55:15,15,16,21 56:14,18,25 57:9 57:13 60:17
**david's** 20:14 62:6
**davs** 1:7 2:13 24:3 52:18 53:12,18 54:6,7,14,19,22,24 56:8 72:2
**day** 19:17,17,21 22:11,11,20,22 23:2,2 25:9,9 37:10 38:21,21,23 38:24,25 39:2,4,6 39:14,15 42:18,23 43:2,9 44:6 47:5 47:12 48:11,20,23 48:25 50:9 69:19 71:19 72:22
**days** 19:24,25 22:9 22:9,12,12 38:19 38:20,20,25 44:3
**dealing** 15:10
**dealt** 27:20
**deemed** 4:18
**defect** 3:13
**defendant** 1:15 2:8,12 52:17
**defendants** 1:8
**definitely** 21:21
**delivering** 53:16
**demo** 23:13 28:12
**demonstrating** 7:22
**department** 22:5
**deponent** 3:12,17 3:21,24 4:3,5
**deposition** 3:4,7,8 3:8,11,18,25 4:4 32:3 72:3

**depositions** 3:2,3 4:2
**describe** 26:3
**described** 12:6 13:3
**describing** 12:19
**description** 22:4
**designed** 6:8
**desk** 31:23
**details** 52:2
**determining** 4:6
**differ** 38:22
**different** 11:3 15:15,20 17:11 19:22 52:22
**differently** 39:11
**direct** 3:21 34:2
**directing** 29:17 39:21
**direction** 3:22
**directly** 57:18
**discovery** 31:21 52:10
**discussed** 58:5
**discussion** 50:13 51:8
**disrespect** 22:2 42:20
**distance** 7:5
**dob** 61:19,25 62:7 62:8,16,23 63:3,13 64:17,21 65:6,10 65:22,24 66:9,11 66:17,18,21 67:18 67:24,25 68:7 70:10
**document** 9:22 63:17 64:6
**documents** 65:21 66:6 67:12,17,21 67:24 68:6,12

[documents - gears]

70:7,8,9
**doing** 17:21 20:5
23:13 26:22 28:19
29:10 37:12,21
40:5,7
**duane** 21:15,15,18
21:21,24,24 22:18
23:4 25:20 26:7
26:24 27:3 48:22
48:25 49:2
**duly** 5:3 69:5
71:11
**dwight** 21:15

**e**

**e** 2:2,3 3:6 29:23
60:6 61:6 69:2
70:2 71:2,2
**earlier** 36:11
48:24
**early** 23:12
**easy** 12:19
**effect** 4:12
**effective** 59:19
**either** 31:7 32:15
**elana** 55:2
**electric** 16:7 17:2
20:15 21:9 22:15
54:10,14,20 56:5,6
59:15 60:15 61:4
**electrical** 15:22,25
16:10,16,17,21
17:9,10 20:10,21
21:12 23:13 24:5
24:10,15 32:19
58:24
**electricians** 23:5,7
23:11,21 25:22
26:8,24 27:4
**employee** 10:12
**employees** 27:2
28:2,6 36:23

**enforce** 3:19
**engage** 62:15
**entities** 54:15
55:23
**entity** 55:23
**equipment** 44:12
44:17,21
**errata** 72:1
**error** 3:14
**espinoza** 1:3 5:24
40:17 41:6 46:19
72:2
**espinoza's** 40:13
45:19
**esq** 2:6,10,14
**essential** 7:23
**event** 4:7
**eventually** 46:18
**everybody** 22:4
26:3 27:8
**exact** 6:21,21
**exactly** 25:7
**examination** 1:14
3:15 4:15,22 5:6
52:14 68:23 70:4
71:10,12
**examined** 5:5
**examining** 3:24
**example** 11:23
16:3 28:7 33:11
**examples** 7:2
**exist** 24:11 37:23
**existing** 11:24
12:2
**expedited** 62:16
**expediter** 62:3,7
62:13,13,14,21
**expires** 72:25
**extent** 3:14
**exterior** 31:15
33:17

**eyes** 9:21

**f**

**f** 49:19 71:2
**fair** 16:11 21:22
27:12 29:4 35:8
67:10
**fallen** 46:6,7 47:16
**falls** 59:3,8,10,16
**familiar** 10:7,21
11:10 12:4,13,18
21:21 36:18
**far** 14:14 42:8
52:10 59:17 65:6
**fault** 26:6
**fell** 46:9
**figure** 14:17
**file** 61:9 67:12
**filed** 66:7,8
**find** 18:3 19:16
45:21 48:17 63:24
**fine** 6:22 7:13 8:6
8:7 9:15 32:8
**finish** 58:12
**finished** 30:13,17
33:21 43:3
**finishes** 33:15
**finishing** 36:24
41:3
**firm** 5:20,21 32:18
36:21
**first** 5:3 17:21,24
26:16 45:18,21
53:11 60:15 69:4
**five** 23:14
**floor** 2:9
**foam** 49:22
**follow** 26:22
**following** 26:4
**follows** 5:5
**force** 4:12

**foregoing** 69:8
**foreman** 20:12,13
20:15,16,24 21:3
21:11 25:18 46:2
**forgive** 6:4 24:19
33:16
**form** 3:13 51:14
56:3 57:19 62:18
63:17 64:16,20
65:12
**formal** 37:12
**former** 16:17
36:15
**forms** 62:5,6,12,22
63:2,7,12
**forth** 3:19 4:6
14:13 71:11
**forward** 20:25
**found** 23:2 25:9
46:18
**four** 23:14
**frame** 32:18
**framed** 3:11
**framers** 32:17
**furnished** 4:22
**further** 4:11,14,17
4:21 22:7 32:2
49:2 69:8 71:14

**g**

**garage** 47:7,17
**garden** 2:14
**gastman** 2:6 5:7
5:19 12:24 31:2
31:19 32:11 52:6
52:23 55:11,12
70:5
**gates** 31:10,12
**gear** 44:12 45:3
49:7
**gears** 40:11

**general**  3:3 10:23
11:2,4,6,22 18:12
18:22 19:3,12
36:19 37:9 63:14
64:22 65:2,5,9,15
65:22 66:2,19,20
67:2,9,13,19 68:2
**generally**  29:24
67:6
**generated**  37:5
**gentleman**  15:2
**gentlemen**  18:3
**george**  36:5
**getting**  31:25
**give**  8:16 29:20
48:14 49:2
**given**  3:8 23:16
69:10 71:13
**giving**  44:10,14
**go**  14:13 35:13,18
52:21 57:5
**going**  5:25 8:15,16
8:17 9:9,16,18,19
10:2 17:14 19:15
19:17 22:19 27:23
28:16 31:23 38:15
40:11,12 44:9,11
52:18,19 53:14
54:10 57:14,16,17
68:4
**good**  5:17,18
52:16
**gorayeb**  2:4 5:20
**gotten**  46:7
**greg**  6:11
**gregory**  2:6 5:19
**ground**  6:3
**grounds**  4:6
**guess**  19:6 20:11
22:4 23:13 33:14
41:2 53:3,13 58:4

58:6 62:5
**guessed**  38:17
**guessing**  6:15
42:13
**gus**  32:9 50:25
51:3,5,6
**guy**  21:14,19 22:5
32:21 38:6,9
40:18,24 43:22
**guys**  20:6,7 23:10
23:10,14 29:17
30:16
**gym**  25:6

**h**

**hand**  71:19
**handles**  60:10
**hands**  7:21
**happen**  21:10
**happened**  47:3
48:3 49:8 52:3
**happy**  6:12
**head**  7:22
**hear**  6:16
**heard**  6:5 15:21
32:23 37:22 45:8
47:8 50:7
**held**  1:17 50:13
51:8
**helping**  9:8
**hempstead**  11:12
13:8,13,19,24 18:9
50:22
**hereinbefore**
69:11 71:11
**hereto**  4:19,22
**hereunto**  71:18
**hey**  28:22 30:3
47:2
**high**  12:21
**hire**  31:8 32:15
44:20 45:2 56:8

**hired**  14:9,20 15:5
17:19 18:11,13
27:15,16,17 33:23
34:3,25 41:21
44:15 49:25 50:2
53:21 55:12,13,21
55:24 57:9
**hiring**  15:10 55:17
**hold**  16:19
**holder**  58:23
**holding**  45:13
**home**  8:25
**hospital**  12:7
**hour**  38:16
**hours**  44:3
**hudson**  21:18
**human**  7:7
**hurt**  46:7
**hvac**  32:21

**i**

**ii**  3:18
**iii**  3:19
**imagine**  41:24
**improper**  3:20
**include**  3:13
**incorrect**  63:8
**index**  1:5 31:20
**information**  37:9
49:2 63:6 66:6
67:18 70:7,8
**informed**  46:5
66:11
**initially**  20:8,9
**injured**  46:15
**inside**  39:9
**installed**  28:23
**instances**  20:3
**insulation**  49:23
**insurance**  58:19
58:20 59:3,3,8,8
59:10,11,12,17,24

61:7,9
**insured**  58:22,24
59:16 60:15 61:5
**interact**  9:13
**interested**  71:17
**interfere**  3:16
**interior**  33:19,21
36:24
**interposed**  3:6
**interrupt**  4:4
**invoices**  31:18
32:6,9
**involved**  11:16
16:2,4 45:8
**involvement**  58:14
68:6 70:9
**irregularity**  3:14
**issuance**  58:20
**issue**  59:12 67:7
**issues**  35:14
**items**  43:7 60:25
61:12

**j**

**january**  59:19,22
59:23
**jim**  33:4,10,23
35:12,18,21,24
36:6,23,24 41:2,7
41:15,19,21 46:14
50:8,16,23 56:18
56:25 57:9,13,17
58:2,8,15
**job**  7:24 16:14
18:17 19:11,17
21:23 26:2,10
27:2,6 28:6 29:16
29:22 34:11 44:7
45:15 46:7 48:20
49:7,21 50:15,23
51:3,5 61:15
66:24 67:2 68:11

**jobs** 39:3
**judge** 4:12
**july** 58:21 60:14
60:19,22,23 61:5
61:10
**june** 6:2 30:15,23
42:16 43:20 50:7

**k**

**k** 5:1,2,2 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
**kalnitech** 1:7,15
2:9 10:8 11:15
13:17,21 14:9,19
14:20 15:3 17:19
17:21,25 18:11,18
18:23 27:17 28:2
28:3,6,19 29:13,15
29:21 30:10,11
31:8 33:25 34:5,7
34:13,14,18,19,23
35:6,7 36:6 37:7

37:15,18 38:8,12
39:22 41:25 42:9
42:17,23 43:2,10
43:18,25 44:3,12
44:16,20,21,25
45:2 49:25 50:2
55:13,17,24 56:8
57:10,15,17 58:3
58:22 59:7,13
61:19 63:14 65:5
65:9,15,22 66:2,18
67:19 68:7 70:9
**kalnitech's** 43:15
**kavita** 60:6,8,9
**keeping** 37:16
**keith** 2:14
**kind** 7:4 12:8
14:18 17:4
**kings** 1:2
**kleeman** 15:12,14
16:6,8 17:15,19,22
19:10 25:15,25
26:8,23 27:3,5,6
29:20 32:14 33:25
34:3,25 36:12
41:10,12 44:16
48:10,14,16 50:18
50:25 54:2,5,16,19
55:7 57:13 60:17
**kleeman's** 20:4
21:5 22:24 23:22
25:10 26:9,17,24
26:25 27:16 37:20
41:16 45:13 48:21
**knew** 36:11 41:19
56:18 57:6
**knickknacks**
28:22
**knock** 28:23
**know** 5:23 6:17,18
6:24 8:13,17 10:4

15:24 16:15,18,22
16:24 17:3,5,7,9
17:12,13 18:5
20:2,4 22:17,17
23:25,25 24:4,10
24:13,15,17,21
25:7 27:15 28:21
30:4 31:20 32:8
33:3 35:12,19,21
36:22 37:2,19,24
40:18,22,24 41:19
42:8,14,16,18,22
42:25 43:18 44:4
45:15 48:7,9,24
49:5,9,18 50:5,8
50:10 51:4,5,6,11
51:22 53:2,5,8
58:6 59:17 64:25
65:3,14,18 67:15
67:16 68:19
**knowledge** 56:9
**kostas** 1:16 5:10
69:15 72:3,21
**krichman** 52:15

**l**

**l** 69:2
**labor** 29:9
**ladder** 46:8,9
47:13,19,20
**lake** 59:3,8,10,16
**late** 31:25
**law** 2:8 3:5 5:20
**lawsuit** 40:20
52:17 53:9
**lawyer** 9:17 47:22
48:5 51:9,17
60:13
**lawyer's** 8:25
**lawyers** 7:16
49:13

**leaks** 28:15
**learn** 47:25 48:19
53:11 54:23
**leave** 7:17 38:15
**levine** 2:12
**license** 66:21
**limitation** 3:19
**line** 56:15 72:5
**lines** 57:13,23
**list** 43:7,10,19
44:2 60:25 61:12
**listed** 63:14 64:22
65:2,5,9,14,15,19
**listing** 64:2 65:22
65:25 66:18 67:18
**little** 27:24 28:11
28:12,13,13,14,22
29:14,21 39:11
40:12 44:14 52:21
**llc** 1:7 2:13 52:18
53:6 72:1,2
**locate** 32:24
**located** 11:11
**location** 46:22
47:14
**log** 37:5,8,21
**long** 10:18 44:4
**looked** 40:5 63:4
**looking** 24:4
**lot** 58:13

**m**

**m** 49:19
**madam** 7:23 52:11
**mail** 29:23 45:21
53:15 60:6 61:6
**mailbox** 28:23
29:6,14 53:14
**main** 21:14
**making** 7:24
**man** 37:11,14

**manager** 60:10
**manpower** 37:16
**map** 44:10,14
**maps** 8:16
**marfi** 49:19
**marriage** 71:16
**marty** 49:24
**masterpiece** 36:17
   36:19
**matter** 71:17
**mean** 20:8,16
   37:12 42:20 48:23
**mechanical** 32:20
**meet** 40:23
**meetings** 45:7,14
**mention** 10:2 46:8
**mentioned** 20:23
   21:17 25:15 36:11
   40:16
**met** 44:6 58:4
**michael** 2:8
**mid** 30:14,23
**middle** 9:14 13:2,5
**million** 6:5
**minor** 61:11
**minute** 64:5
**months** 44:4
**moscosca** 57:5
**moscosco** 36:5
**motors** 31:11
**move** 8:7 27:25
**multiple** 12:15

**n**

**n** 2:2 69:2 70:2
**name** 5:8,19,23
   21:11,18,20 24:4
   31:7 32:16,24
   35:14,19 36:14
   40:16,18 53:5,8,12
   53:18 72:2,3

**named** 59:15 61:4
**names** 10:3 23:6
**naming** 60:14
**nature** 10:23
   11:22
**need** 7:7,11 28:22
   61:7 68:16
**needed** 29:10 63:4
**negotiating** 15:4
**never** 57:21 64:7
**new** 1:2,19 2:5,5
   2:10,10,14 5:4,13
   7:20 11:23 71:4,8
   72:1
**normally** 29:24
**notary** 1:18 4:12
   5:4 69:22 71:7
   72:25
**noted** 3:7
**number** 58:6

**o**

**o** 5:2,2 69:2
**object** 57:19 62:18
   63:25 64:3
**objection** 3:11,17
   51:13 56:2 63:16
   64:12 65:11
**objections** 3:3,3,4
   3:7,9,10
**obtain** 62:16
**obtaining** 62:2
   66:24
**obviously** 32:19
**occupy** 54:11
**office** 9:2 12:9
   14:6 24:23 53:16
   60:6,10
**officer** 3:7
**offices** 2:8
**official** 8:9

**okay** 6:14,18,24
   7:5,6,9,13,18,19
   8:4,13,14,21,22
   9:10,14 10:6
   17:16,17 18:8
   19:2,18,19 26:18
   26:19 28:4 30:6
   40:15 45:10,11
   52:24 53:3 68:8
**old** 2:13 16:24
**once** 22:14 40:25
**ones** 32:10
**ons** 29:3
**operate** 24:11
**operating** 24:16
**opposed** 55:18
**oral** 14:23,25
**order** 1:17 3:19
   32:8
**orders** 29:3
**originally** 56:11
**outcome** 71:17
**outside** 31:12,16
**owned** 54:15,19
**owner** 10:11,15,19
   15:9,14,17 16:3,9
   32:13 54:7,23
   62:15
**owners** 54:21

**p**

**p** 2:2,2 5:2
**p.c.** 2:4
**p.m.** 1:12 68:22
**page** 13:25 70:4,8
   72:5
**painting** 28:13
**paper** 37:5
**papers** 9:21
**paperwork** 14:18
   45:20 61:25 62:4
   63:11 65:20 66:8

**part** 10:4 13:7,8
   19:8 22:14,22
   25:4 28:21 49:21
**particular** 13:12
   14:8 18:23 41:20
   55:22
**parties** 1:17 4:5,18
   4:22 71:15
**partners** 1:7 2:13
   24:3 52:18 53:6
   53:18 54:6,14,20
   72:2
**party** 3:24
**pass** 20:9,19
**passed** 47:4
**patch** 28:24
**patching** 28:15
**pay** 57:17
**people** 9:8,13
   10:21 11:20 12:4
   12:13,18 15:10
   19:23 20:21 21:13
   26:12,21 34:6,25
   36:18 37:2,15
   39:21,22,23 42:9
   42:17,23 48:15
**perfectly** 7:13
**perform** 55:13,24
**performed** 61:16
**permits** 61:14,22
   62:2,16 66:24
**permitted** 3:14
**person** 3:9,21 15:3
   35:13,18,23 36:4
   38:13 53:17
**person's** 21:11
**persons** 3:15
   53:17
**phone** 29:22 45:20
**photo** 49:6

**physical** 22:3
**physically** 54:10
**pictures** 49:11
**place** 23:4 32:21
  69:11
**plainly** 3:20
**plaintiff** 1:4 2:4
  40:19 41:6
**please** 5:8 9:9
  10:22 11:21 13:7
  31:6 32:13 35:5
  42:21 45:7,18
**plumber** 32:22
**plumbing** 28:7
  36:19
**point** 7:12 15:13
  19:3 20:10,20,25
  25:19 43:12,15,22
  46:25 47:13,18
  58:11
**policy** 59:24
**portion** 18:15 28:5
  28:11 29:22 30:14
  30:17
**portions** 18:18,20
  27:11 28:5,9
**post** 53:16
**practice** 3:5
**prejudice** 3:20
**preliminary** 32:7
**premises** 54:11
**prepare** 65:19
**prepared** 62:7,12
  62:22
**presence** 19:11
**present** 8:24
**preserve** 3:18
**pretty** 22:11 23:2
  28:18 38:21,23
  39:13

**previous** 18:6 36:8
  36:10 57:7
**prior** 24:23 53:8
  56:22
**privately** 7:12
**privilege** 3:18
**probably** 32:3
  39:7 43:5 57:3
**problem** 6:7 7:10
  9:11 53:4
**proceed** 3:8
**produce** 68:5 70:9
**produced** 32:6,10
  60:13 63:18,22
  68:13
**project** 11:11,16
  11:21,22 12:5,11
  12:14 13:13,13,20
  13:21,24,24 14:2,8
  14:20 16:2 17:5
  17:16,20,24 18:10
  18:12,24 30:7
  31:9 33:2,8,24
  35:11,24 37:6,21
  38:2,19 40:3
  41:20,22 49:17
  50:6,21 53:22
  55:25 57:2,7 59:4
  59:9,13 60:22
  63:15 64:16,23
  67:4,13,20 68:3,8
  70:10
**projects** 13:18
  39:15
**property** 15:15,18
  54:8
**proposals** 14:12
  14:14 50:17,24
**provide** 44:16,21
  45:2 59:25

**provided** 3:21
  4:15,18 44:13,13
  58:18 61:4
**providing** 29:9
**provisos** 52:25
**public** 1:19 4:12
  5:4 69:22 71:7
  72:25
**punch** 43:7,10,19
  44:2 60:25 61:11
**purchasing** 59:7
**purpose** 4:4,5
**purposes** 4:15
**pursuant** 1:17 3:4
  3:10
**put** 31:11 47:23
**putting** 20:2 38:19
  47:22 48:5 51:9
  51:17

**q**

**queens** 11:13 13:7
  13:9,10 71:5
**question** 3:20,24
  4:6 6:10,16 13:15
  25:13 26:4,20,21
  35:20,22 38:17
  42:14 51:14 54:17
  55:12 56:3,12
  57:20 59:6 62:11
  62:19 63:17 64:2
  64:4,10,13 65:12
  65:16,17 66:15
**questioning** 3:12
  3:16 56:15 67:10
**questions** 3:17 6:2
  6:8 7:25 8:16,19
  10:5 17:15 19:16
  19:18 22:7 27:24
  31:5 32:25 35:14
  40:13 44:10,11
  45:7,10 52:7,13,19

**quote** 56:13

**r**

**r** 2:2 49:19 69:2
  71:2
**raised** 3:11
**reached** 20:20
**readers** 31:19
**reading** 26:21
**ready** 9:20
**realize** 19:21,23
  19:23 46:3
**really** 9:23 14:11
**reason** 4:7 7:8
  46:25 61:3 63:21
  72:5
**recall** 12:25 18:2
  21:11 23:6 31:5
  32:13 33:23 35:24
  36:14 43:2,25
  50:11 56:15 59:2
  59:7 61:2 63:9,10
  63:12 64:11,11,19
  64:24 65:3 66:7
  68:3
**recalls** 64:9
**receive** 65:21,24
  66:5,17 67:18,25
**received** 52:10
**receiving** 53:15
**recess** 49:15
**recognize** 40:23
**recommend** 57:4
**record** 4:8 5:9
  7:24 8:4,9 31:20
  50:12 51:7 71:12
**records** 68:5
**referring** 26:11
  53:25 54:2 63:18
  66:25 67:3
**refers** 58:21

**refusal** 3:17,22
**regard** 13:17
    16:20 33:2 35:11
    38:18 44:19,24
    49:17 50:14,21
    59:13 66:23
**regarding** 68:8,21
    70:10
**related** 55:6 71:14
**relief** 3:9
**remainder** 3:25
**remember** 13:8
    15:8 17:3 21:20
    21:25 25:4 36:3
    43:22 45:25 46:10
    47:21 48:13 60:5
    61:23
**removals** 23:14
**renovation** 11:24
    12:2,10 16:14
    17:5 24:12
**repeat** 52:20
**rephrase** 6:12
**replaced** 30:12,19
**report** 37:8
**reporter** 5:14 7:23
    52:11
**reporting** 72:1
**represent** 5:22
    52:17
**representing** 4:23
**request** 3:12 60:17
    68:10,14
**requested** 59:25
    60:3 61:18 70:7
**reserving** 32:2
**reside** 5:11
**residential** 10:25
    12:6
**respect** 4:19

**respective** 1:16
    4:21
**response** 32:7
**restate** 64:13
**restricted** 3:10
**return** 43:7
**review** 9:20 31:24
    63:2
**reviewing** 63:10
**reyes** 1:3 5:24
    40:13,17 41:6
    45:19 46:19 72:2
**richman** 2:12,14
    5:16 30:23 63:20
    63:23 64:3,8 67:3
    67:10 68:4,18
    70:5
**right** 3:9,18,24 9:5
    13:25 33:22 35:5
    41:11,11 42:2
    50:18 54:3 56:7
    56:22
**rights** 4:18 32:2
**ring** 21:18 40:18
**rise** 12:21
**rivka** 1:18 71:7,23
**road** 2:13 8:16
    13:21 44:10,14
**robert** 2:10
**rodrigo** 1:3 5:24
    40:17
**role** 33:7
**roll** 31:11
**roof** 28:15
**roofer** 32:22
**rule** 3:5,6,14,14,22
**rules** 3:2,5 4:2,7
    6:3

**s**

**s** 2:2 5:2,2,2,2 53:5
    72:5
**s.k.** 16:21 60:15
**safety** 45:3,7,14
**saw** 22:4 37:22
    40:4,7,24 45:9
    48:2,25 66:14,16
**saying** 53:14 61:7
    68:2
**says** 64:10
**schedule** 38:22
**school** 12:7
**scope** 58:5
**screens** 9:22
**se** 29:8
**search** 68:5
**searched** 68:11
**second** 16:19
**section** 4:7
**sections** 4:19
**see** 62:6,9 63:6
    67:17
**seen** 40:25 64:7
**send** 62:10
**sending** 50:17
**sent** 31:18 61:6
    62:23
**separate** 21:6,7
**served** 31:22
**services** 55:14,17
    55:17,24
**session** 8:12 9:14
    9:21
**sessions** 6:4
**set** 3:19 4:6 49:7
    71:11,18
**shayna** 55:2,6,8
**sheet** 72:1
**sheetrock** 28:8

**shoe** 9:9
**short** 49:15
**show** 46:22 47:20
**sick** 19:23 22:8,12
    38:20
**side** 7:17 15:9
**sign** 62:10 63:4,5
    67:12
**signature** 62:23
    71:22
**signed** 4:11,12
    63:7,14 64:16,20
**significant** 3:20
**sir** 6:22 7:2 8:23
    9:2,12,16,18 10:2
    10:11,16,18 11:10
    11:19 12:5,8,10,14
    12:18,24 13:6,12
    13:17,20 14:4,8,15
    14:17 15:2,7,19
    16:13,14,15,20,21
    17:3,6,8,18 18:2,9
    18:22 19:14,25
    20:4,13,18 21:10
    21:11,17,19 22:2,6
    22:10,10,16,17,18
    22:23,24 23:7,9,20
    23:25 24:4,17
    25:8,14 26:5,13,16
    26:23 27:9,14,15
    27:22,23,25 28:8
    28:17,25 29:12,19
    30:6,7,10 31:4
    32:12,23,23 33:2
    34:13,17,22 35:10
    35:11,16 36:3
    37:2 38:3,5,11,18
    39:10,12,19,20
    40:2,11,17,21,22
    41:14 42:5,6,8,14
    42:18,20,21,25

43:4,8,18 44:4,15
44:20,24 45:2,6
46:4,11,12,16
47:22,24 48:5,7,10
48:25 49:17 50:8
50:20 51:4,19,24
52:6 61:14 64:15
**site**  19:11,17,22
23:3 25:10 26:3
26:10 27:2,6 28:7
34:6,14,23 42:18
45:15,25 48:20
49:7 51:5
**six**  23:14
**somebody**  29:13
30:12,19 33:18,25
38:12 41:10 46:6
46:7 48:2 55:23
62:15
**sort**  14:9 26:2
35:17 37:7
**sound**  21:21 50:18
**sounds**  29:2
**space**  9:4 16:23,25
19:5,7 24:8,17,21
39:9
**speak**  7:11 9:7
**speaking**  3:10
**special**  52:11
**specifically**  67:21
**specified**  69:11
**spending**  39:13,14
**spent**  39:18
**splitting**  39:2
**spoke**  9:17 25:11
49:3
**spoken**  51:21,23
**spray**  49:22
**ss**  71:4
**stage**  43:10

**stalin**  1:3 5:24
40:17 72:2
**stand**  52:12
**started**  10:20
21:13 22:15 41:3
**state**  1:2,19 5:4,8
71:4,8
**stated**  3:11 4:8
**statement**  3:13,23
**statements**  3:15
**stay**  30:10
**stayed**  30:16
**stipulated**  4:11,14
4:17,21
**stop**  6:11 25:16,19
30:3 40:6,10 47:9
**stopping**  14:16
26:6,15
**storefront**  43:22
44:2
**storefronts**  31:13
**story**  12:20,22
14:5
**stoupakas**  5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1

59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1
**stoupakis**  1:16
5:10 34:5 45:17
50:14 52:16 69:15
72:3,21
**straightforward**
6:9
**street**  2:5
**stucco**  31:15 33:17
**stuff**  28:16 31:25
33:20 43:20
**sub**  11:5 44:6
**subcontract**  36:25
**subcontracting**
11:7
**subcontractor**
33:13 57:14,16
58:2
**subcontractors**
18:13 27:11,14,18
31:7,8 32:15
33:12 34:8,10,15
34:17,20,23,25
44:15,17,19,22,25
45:4 49:25 56:12
56:14
**subdivision**  3:4,6
3:22
**subject**  3:9
**submission**  62:7
62:22
**submit**  50:24
**submitted**  61:25
62:8 63:3,13
64:17,21
**subs**  39:24 40:4,7
50:3

**subscribed**  69:18
72:22
**succinct**  3:23
**succinctly**  3:11 4:8
**suggest**  3:12
**suite**  2:13
**supervise**  34:7,9
58:8
**supervised**  35:6
**supervising**  34:15
34:19,24 39:21,23
58:15
**supervisors**  26:10
**supposed**  40:8
**supreme**  1:2
**sure**  13:15 44:7
62:9 67:22
**surveillance**  49:6
**swimmer**  2:8
**switch**  40:11
**sworn**  5:3 69:5,18
71:11 72:22

|   t   |
|-------|

**t**  5:2,2 69:2 71:2,2
**take**  7:9 46:21
68:9,14
**taken**  1:16 3:8
49:16 61:14
**talk**  13:23 51:12
**talking**  8:2 16:15
18:10 32:9 33:3
49:18 50:15,22
66:23
**tasks**  29:16
**tell**  6:11,15 10:17
10:22 11:21,25
12:8,16 13:6 20:7
23:8 28:8 29:23
31:6 35:5 41:21
42:21 43:4 45:17
46:5 48:10,12

49:10,12,13 55:3
61:3
**telling** 29:15
**tenant** 16:3,17,23
16:24
**testified** 5:5 56:17
64:15
**testify** 69:5
**testifying** 4:23
67:6
**testimony** 69:6,10
71:13
**thank** 7:2 8:23
9:12 10:16 11:19
12:24 13:23 14:4
14:15 15:7,19
16:13 17:18 18:8
19:14,20 21:10,17
22:16,23 24:8
26:6,13,14 27:9,22
27:22 28:17,25
29:12,19 30:6,22
32:11,23 35:10
39:19 42:4 43:8
45:12 46:11 52:6
52:8,9
**thanks** 52:11
**therefor** 3:23
**thing** 29:7 43:21
**things** 22:9,12
28:20 38:20
**think** 8:11 10:20
13:10 21:14,15,16
23:12,15 28:19
30:13 31:13 32:22
39:6 42:22 43:21
45:24 47:5,7,16,17
48:22 53:23 67:5
67:6
**thinking** 21:4 23:8
23:9 37:14

**time** 1:12 7:5,8
8:24 23:16 25:13
29:4 30:14 35:15
37:25 38:3,3,14,18
39:2,6,8,17 42:12
46:3,24 51:16
52:9 53:15 54:17
58:11 60:16 63:7
69:10
**times** 6:5
**tin** 56:25
**today** 5:21 8:9
30:4 31:22,24
50:15,22 52:8
60:13
**today's** 9:20
**told** 47:5 52:5
53:18 57:4
**top** 29:7 38:6,9,13
**touch** 43:24
**track** 37:16
**trade** 31:7 32:16
50:5
**trades** 39:9 50:5,9
**transcript** 4:11
5:15 69:9,9
**trial** 1:14 4:15
**trop** 1:18 71:7,23
**true** 40:21 69:9
71:12
**truth** 69:5
**trying** 14:17 26:14
31:13 63:24
**twice** 40:25
**two** 20:6 23:9
38:16 43:6
**type** 6:4 10:24
14:6,18 20:3 45:3

## u

**u** 5:2
**understand** 6:12
19:7,25 24:8,10
53:2 66:15 67:23
**understanding**
21:6 22:10 23:20
23:23 41:5,8
46:13,16 48:15
54:9,13,18 57:8,25
60:7,16 62:14
65:4,8 66:10,13,16
**understood** 6:10
**unfamiliar** 11:20
**uniform** 3:2 4:2
**unquote** 56:13
**ups** 43:24
**use** 8:2,8
**utilize** 31:24
**utilized** 4:15

## v

**v** 53:5 72:2
**vacation** 19:24
22:9,12 38:19
**vanessa** 55:2,9,10
**various** 56:12,14
**verbally** 55:18
**veritext** 72:1
**vetro** 31:12
**video** 49:6
**videoconference**
1:18
**videos** 49:11
**view** 15:13 19:3
43:15
**village** 13:11
**visit** 39:16

## w

**wait** 64:5
**waived** 3:5 4:18
**want** 15:19 20:2
20:18 22:6 26:16
30:4 31:4 32:12
37:4 39:6 45:6
**wanted** 29:13,20
31:11
**warehouse** 12:7,9
14:6
**watching** 40:3
**waterproofing**
28:14
**wave** 8:6
**way** 9:10 11:16
12:19 13:4 14:9
14:24 15:24 16:2
16:5,22 28:24
32:16 35:4 36:22
42:14,16 49:5
71:16
**weather** 19:25
38:20
**week** 43:6
**weekly** 45:14
**weeks** 44:3
**went** 14:13 47:10
**whatnot** 39:9 41:4
61:2
**whereof** 71:18
**wife** 55:10
**william** 2:5
**windows** 28:8
**withdraw** 13:14
**withstanding**
57:15
**witness** 4:23 5:3
30:25 42:6,9 52:8
67:8 68:13,16,23
71:10,13,18

**[witnesses - york]**                                        Page 12

| | |
|---|---|
| **witnesses**  6:15,20 7:3 9:7 47:25 48:8 | **york**  1:2,19 2:5,5 2:10,10,14 5:4,13 7:20 71:4,8 72:1 |
| **witnesses'**  72:3 | |
| **wondering**  19:9 | |
| **words**  8:2,8 32:14 | |
| **work**  6:9 8:25 9:3 10:24 11:2,5,7 17:21,22 18:16,19 18:20 21:4 23:3 25:19 27:12 28:6 28:9,12 29:21 30:11,14,17 33:18 33:21 36:7,24,25 37:9 38:15 40:4 43:10 44:2 53:22 57:2,6 58:5,9,16 60:24 61:10,15 | |
| **worked**  18:6 21:8 23:21 24:6 36:8 57:6 | |
| **worker**  5:22 46:14 | |
| **workers**  24:5 26:2 26:9 27:5 28:2 40:4 | |
| **working**  21:13 24:2 41:7 47:6 50:6,9 60:21 | |
| **world**  25:5 | |
| **wrapped**  43:5 | |
| **wrapping**  39:7 | |
| **write**  68:16 | |
| **written**  7:24 14:10 14:24 55:18 | |
| **wrong**  35:5 64:9 | |
| **x** | |
| **x**  1:3,9 70:2 | |
| **y** | |
| **year**  30:24 31:2 | |
| **years**  18:6 57:7 | |

New York Code

Civil Practice Law and Rules

Article 31 Disclosure, Section 3116

(a) Signing. The deposition shall be submitted to the witness for examination and shall be read to or by him or her, and any changes in form or substance which the witness desires to make shall be entered at the end of the deposition with a statement of the reasons given by the witness for making them. The deposition shall then be signed by the witness before any officer authorized to administer an oath. If the witness fails to sign and return the deposition within sixty days, it may be used as fully as though signed. No changes to the transcript may be made by the witness more than sixty days after submission to the witness for examination.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.