UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
CO.,

                Plaintiff,

    - against -

KALNITECH CONSTRUCTION CORP.,
DAVS PARTNERS LLC, STALIN RODRIGO
REYES ESPINOZA, and ASK ELECTRICAL
CONTRACTING CORP.,

                Defendants.
------------------------------------------------------X
KALNITECH CONSTRUCTION CORP.,

                Counterclaimant,

    - against -

FALLS LAKE NATIONAL INSURANCE
CO.,

                Counter-Defendant.
------------------------------------------------------X

**JUDGMENT**
CV 22-1473 (KAM) (PK)

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 26, 2025; granting Falls Lake National Insurance Company's ("Falls Lake") motion for summary judgment declaring that it has no obligation pursuant to its insurance policy with Kalnitech Construction Corp., ("Kalnitech") to defend or indemnify any claims asserted in the Underlying Actions; and respectfully directing the Clerk of Court to enter judgment in favor of Falls Lake and close this case, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Falls Lake against Defendants Kalnitech, DAVS Partners LLC, Stalin Rodrigo Reyes Espinoza, and Ask

Electrical Contracting Corp.; that Falls Lake's motion for summary judgment is granted; that Falls Lake has no obligation pursuant to its insurance policy with Kalnitech to defend or indemnify any claims asserted in the Underlying Actions; and that this case is closed.

Dated: March 27, 2025
      Brooklyn, New York

                                              BRENNA B. MAHONEY
                                              CLERK OF COURT

                            By:    /s/ James J. Toritto
                                    Deputy Clerk